```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         FORT PIERCE DIVISION
                        CASE NO. 23-CR-14013-AMC
 3
     UNITED STATES OF AMERICA,
 4

 5              Plaintiff,            FORT PIERCE, FLORIDA
          vs.
 6                                    MAY 8TH, 2023
     RAYMOND SAUNDERS,
 7                                    PAGES 1 - 310
                Defendant.
 8   _____/

 9

10                       DAY I OF III

11           TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          BEFORE THE HONORABLE AILEEN M. CANNON
12             UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:
     FOR THE GOVERNMENT:     JOHN C. McMILLAN, AUSA
15                           U.S. Attorney's Office
                             500 S. Australian Ave., Suite 400
16                           West Palm Beach, Florida  33401

17

18   FOR THE DEFENDANT:      MARTIN L. ROTH, ESQ.
                             Martin L. Roth, P.A.
19                           1700 East Las Olas Blvd., Suite 307
                             Fort Lauderdale, Florida  33301
20

21

22

23
     REPORTED BY:            DIANE M. MILLER, RMR, CRR, CRC
24                           Official Court Reporter
                             United States District Court
25                           Fort Pierce, FL  34950
                             (772)467-2337
```

1                        I-N-D-E-X

2                                                    PAGE

3   VENIRE PANAL SWORN                               22

4   VOIR DIRE:

5       By the Court                                 22

6       By the Government                            134

7       By the Defense                               141

8   JURY SWORN                                       161

9   PRELIMINARY INSTRUCTIONS TO JURY                 174

10  STIPULATIONS                                     122

11  OPENING STATEMENTS:

12      For the Governmnet Plaintiff by Mr. McMillan  181

13      For the Defense by Mr. Roth                  192

14


15                   INDEX OF WITNESSES

16  WITNESSES:                                       PAGE

17  ANTHONY OJEDA

18      Direct Examination by Mr. McMillan           197

19      Cross-Examination by Mr. Roth                205

20  CARLOS RODRIGUEZ-RODRIGUEZ

21      Direct Examination by Mr. McMillan           212

22

23

24

25

Monday, May 8th, 2023

```
 1                       P-R-O-C-E-E-D-I-N-G-S

 2          THE COURT:  Thank you, you may be seated.

 3          Please call the case.

 4          THE COURTROOM DEPUTY:  United States v. Raymond

 5   Saunders, case number 23-criminal-14013.  Will the parties

 6   please make your appearances, starting with the Government.

 7          MR. McMILLAN:  Good morning, Your Honor; John

 8   McMillan on behalf of the Government and with me at counsel

 9   table is Special Agent [unintelligible]

10          THE COURT REPORTER:  I didn't catch that name.

11          AGENT WOODBURY:  Good morning, Your Honor;

12   Agent Woodbury, Homeland Security Investigations.

13          THE COURT:  All right.  So I think it is probably

14   prudent to advise Mr. McMillan, you are going to have to slow

15   down during the trial when you are speaking for the benefit of

16   our court reporter.

17          And Mr. Woodbury, what is your first name?

18          AGENT WOODBURY:  Joshua Woodbury.

19          THE COURT:  Thank you, Mr. McMillan.

20          MR. ROTH:  Good morning, Your Honor; my name is

21   Martin Roth, I represent Mr. Saunders, who is with me at the

22   defense table, Raymond Saunders.

23          THE COURT:  Good morning, Mr. Roth, and good morning,

24   Mr. Saunders.

25          THE DEFENDANT:  Good morning.
```

Monday, May 8th, 2023

```
 1              THE COURT:  All right.  We are here for a trial in
 2    this matter, I have some preliminary matters to discuss with
 3    the parties before I get started.
 4              Are there any developments I should be aware of,
 5    Mr. McMillan?
 6              MR. McMILLAN:  I don't know that these would be
 7    considered developments, Your Honor.  We have a requested
 8    recording redaction instruction that we wish the Court would
 9    consider giving at some point, I have spoken to Defense
10    Counsel, he has no objection to it.
11              Basically, it is just letting the jury know that the
12    recordings that we may play may be redacted or edited, I have a
13    sample of it in writing for the Court's --
14              THE COURT:  Okay, thank you.
15              Any objection, Mr. Roth, to this proposal?
16              MR. ROTH:  No objection.
17              THE COURT:  All right.  I'll see the sample.
18              MR. McMILLAN:  May I approach, Your Honor?
19              THE COURT:  You may.
20              MR. McMILLAN:  And other than that, Your Honor, we
21    had the addition of one exhibit for our exhibit list, which
22    would be Number 122, and I apologize, that's a photograph of
23    the console of the money laundering vessel.  Those are the only
24    two things I can think of to mention right now, Your Honor.
25              THE COURT:  Mr. Roth, anything you wish to raise at
```

```
 1   this time, before we get into the nitty-gritty.

 2            MR. ROTH:  Yes, Your Honor.  There has been the issue

 3   of threatening text messages which were located on the

 4   Defendant's cell phone, and as I look further and further into

 5   it, and I also conferred with the Government, I came to the

 6   conclusion that those text messages are most likely

 7   inauthentic; in other words, they weren't sent by a person

 8   communicating a threat.  I initially was going to request the

 9   coercion and duress instruction, and I had indicated that those

10   would be Defense exhibits.

11            I now understand that the Government intends to

12   introduce those exhibits during their case in chief, so I just

13   wanted to put the Court on notice that I would not introduce

14   them into evidence because I think I would be prohibited

15   ethically, but if the Government introduces them into evidence,

16   I may again request the coercion and duress instruction.

17            THE COURT:  All right.  I'm going put a pin in that

18   issue and discuss it further in just a few moments, but I want

19   to handle at least one pressing matter, and that is the issue

20   of the Defendant's clothes for trial.

21            Have any arrangements been made to have Mr. Saunders

22   in civilian clothing, Mr. Roth?

23            MR. ROTH:  No, Your Honor.  I actually thought that

24   he had civilian clothing, so I'm surprised that he's not in

25   those clothes.
```

Monday, May 8th, 2023

 1              THE COURT:  Well, the Marshal Service kindly found

 2    this shirt and tie downstairs, so in just a few moments, we

 3    will take a five minute recess, Mr. Saunders, so you can put on

 4    this shirt, assuming that you would like to.  I don't want to

 5    force you to wear anything, but I would recommend that you

 6    change into the shirt.

 7              THE DEFENDANT:  Yes, ma'am.

 8              THE COURT:  All right.  Let's just then take a five

 9    minute break so he can change appropriately on his own, and

10    then I will return to the bench in five minutes.

11              MR. ROTH:  Thank you, Judge.

12        (Recess was had at 8:52 a.m.; and the proceedings

13        resumed at 8:57 a.m.)

14              THE COURTROOM DEPUTY:  All rise.

15              THE COURT:  Okay, thank you, you may be seated.

16              Thank you again to the Marshal Service for getting

17    those civilian clothes.  I do want to note for the record the

18    Defendant is now in civilian clothes.

19              Anything else to discuss, Mr. Roth, with respect to

20    that issue?

21              MR. ROTH:  No, we appreciate that, Judge.  Thank you.

22              THE COURT:  Okay.  So if you are going to be changing

23    locations, that's fine in terms of where at counsel table you

24    sit, just, Mr. Roth, please make sure you are close enough to

25    that microphone so we can hear you.

1           Mr. McMillan?

2           MR. McMILLAN:  Yes, Your Honor.  And I also want to

3    explain regarding the issue of clothes, I think it is probably

4    obvious, but Special Agent Woodbury just had shoulder surgery

5    the week before last, and so he unfortunately can't put on a

6    jacket.  He is able to go and move his arm, in fact, the doctor

7    wants him to take the splint device off occasionally, so he is

8    supposed to keep it on, I just wanted to explain that's why he

9    doesn't have a jacket on.

10          THE COURT:  That's fine, thank you, thank you.

11          So the matter of the Defendant's attire is resolved,

12   let's now turn to some of these logistical issues.

13          First of all, Mr. McMillan, do you still estimate the

14   trial taking three days as indicated in your trial estimate

15   accompanying the indictment?

16          MR. McMILLAN:  Your Honor, I think that thanks to the

17   stipulations that we have arrived at with the Defense, I can

18   abbreviate that to two days, that's assuming that we select a

19   jury this morning, more or less, and we have got, I think,

20   seven witnesses.  There are really only two that will be

21   somewhat lengthy.

22          It's even conceivable that we could possibly finish

23   our case in chief today, but that's probably a bit

24   overoptimistic, but I don't think it will go beyond three days,

25   and that would be inclusive of the jury deliberations which

```
 1   are, of course, impossible to completely perceive.

 2              THE COURT:  Okay, thank you.

 3              Mr. Roth, is that two to three day estimate

 4   consistent with your vision of the trial?

 5              MR. ROTH:  It is, Judge.

 6              THE COURT:  Okay.  Now, in terms of Government

 7   witnesses, I did note there were nine individuals listed on the

 8   Government's witness list at docket entry 35, which two are you

 9   no longer intending to call, Mr. McMillan?

10              MR. McMILLAN:  Your Honor, Michael Libasci, they are

11   both towards the end of the list, Your Honor, he is third from

12   the bottom.

13              THE COURT:  Okay.

14              MR. McMILLAN:  And Justin Discenza, they basically --

15   the other witnesses can testify about what they can, so...

16              THE COURT:  Understood, okay.

17              At this point, Mr. Roth, do you anticipate any

18   Defense witnesses?

19              MR. ROTH:  No, Your Honor.

20              THE COURT:  Okay.  Now, do you anticipate any Defense

21   exhibits, Mr. Roth?

22              MR. ROTH:  Not at this point, no.

23              THE COURT:  Okay, all right.  So we will advise the

24   jury that this is estimated to take three days, I think that

25   will be sufficient given the parties' representations.
```

Monday, May 8th, 2023

 1          How much time do you want for opening statement,

 2   Mr. McMillan?

 3          MR. McMILLAN:  I would request 40 minutes, Your

 4   Honor.

 5          THE COURT:  Mr. Roth, how much time would you like?

 6          MR. ROTH:  I won't need that long, I don't think my

 7   opening will be more than 30 minutes.

 8          THE COURT:  All right.  We are going to go with 35

 9   minutes per side, I will give each attorney a five minute

10   warning.

11          MR. McMILLAN:  Thank you, Your Honor.

12          THE COURT:  As far as scheduling is concerned, we

13   will run today from now until 5:30; tomorrow, however, I have a

14   criminal hearing in the morning at 8:30, so trial won't begin

15   tomorrow until 9:30, so please plan accordingly.

16          With respect to the charge conference, I intend to do

17   that tomorrow around 5:00 o'clock, so we will break early from

18   trial to accomplish that.

19          Any questions about timing or schedules,

20   Mr. McMillan?

21          MR. McMILLAN:  No, Your Honor, although I would

22   anticipate that worst possible case scenario, the Government

23   should finish its case in chief tomorrow morning.

24          THE COURT:  All right.  We may then need to push up

25   the charge conference, depending on the speed at which we

1    proceed.  So that's a tentative schedule, I guess, and I will

2    advise the parties if the time for that has changed.

3              Mr. Roth?

4              MR. ROTH:  That works for me, Judge.  I have nothing

5    to do but to be at this trial.

6              THE COURT:  All right, excellent.  Thank you,

7    Mr. Roth.

8              Okay.  Now, I didn't see any proposed voir dire

9    questions submitted by either side.  My general practice is to

10   permit each attorney about ten minutes of attorney conducted

11   voir dire, so long as I have an opportunity to screen the

12   questions; that is, assuming you wish to ask brand new

13   questions, otherwise specific follow-up of particular jurors is

14   appropriate.

15             Any thoughts, Mr. McMillan, on what your plan is or

16   desire with respect to voir dire?

17             MR. McMILLAN:  Your Honor, other than to ask the

18   Court -- excuse me, ask the jurors whether any of them don't

19   believe the immigration laws of the United States should be

20   enforced, I don't really have any additional voir dire

21   questions that are not part of my understanding of this Court's

22   standard schedule of questions for all grand jury -- all jury

23   panels.

24             I understand that the Court is already going to ask

25   them if they have any deeply held religious or philosophical

```
 1   beliefs that would keep them from standing in judgment of
 2   another, if I understood correctly from my other AUSA
 3   colleagues who have had trials before Your Honor, so it didn't
 4   seem necessary to go and ask the Court to add that.
 5           THE COURT:  So your question about immigration laws
 6   is permissible given the nature of the case and the charges.
 7           Mr. Roth, do you have any anticipated questions?
 8           MR. ROTH:  If Mr. McMillan asks about that, I would
 9   probably ask a follow-up question, but that's really all I can
10   think of.
11           THE COURT:  All right.  And what would your follow-up
12   question be?
13           MR. ROTH:  Well, I think the Government phrased the
14   question whether people have issues with the enforcement of
15   U.S. immigration laws, and I would ask the follow-up question
16   to see if anyone has any deeply felt hostility towards
17   immigration.
18           THE COURT:  So we are going to play this by ear.  I
19   am going to cover the nature of the offenses and inquire of the
20   panel and whether hearing the nature of the offenses causes
21   them to question their ability to be fair and impartial, so
22   from there, we will see to what extent this line of questioning
23   is appropriate.
24           I do think some is, but of course, I don't want to
25   get too far afield from the nature of the charges here.  So I
```

Monday, May 8th, 2023

```
 1    will permit some latitude, again, within the ten-minute

 2    allotment, but I caution the attorneys not to stir things up

 3    unnecessarily.

 4             Any questions on that issue, Mr. McMillan?

 5             MR. McMILLAN:  No, Your Honor.

 6             Did I understand correctly, though, that the Court

 7    already asks the question as to whether anyone has any deeply

 8    held religious or philosophical beliefs that would prevent them

 9    from sitting in judgment of another?

10             THE COURT:  Not exactly worded in the way you

11    describe, but you will see that my questions do, I think,

12    thoroughly target the jurors' ability to be fair and impartial.

13    If you want to ask the question in a bit different way, as you

14    suggested, I don't see a problem with that.

15             MR. McMILLAN:  Thank you, Your Honor.

16             THE COURT:  Okay.  Ten minutes per side for attorney

17    conducted voir dire, I'm going to ask each side to read out

18    loud the names of the prospective witnesses in this trial.

19             Mr. Roth, hearing that you don't, at this point,

20    anticipate any witnesses, would you like the Court to ask that

21    question of you, or just ask the question to the Government?

22             MR. ROTH:  I would prefer that the question only be

23    directed to the Government.

24             THE COURT:  Okay, then that is what I'll do.

25             MR. McMILLAN:  I'm sorry, Your Honor, what question
```

Monday, May 8th, 2023

```
 1   was that?
 2            THE COURT:  Just the standard opportunity for the
 3   attorneys to read out loud to the jurors the names of the
 4   potential witnesses.
 5            MR. McMILLAN:  Thank you, Your Honor.
 6            THE COURT:  Thank you.
 7            MR. McMILLAN:  Will do.
 8            THE COURT:  All right, this requested redacted
 9   recording instruction, Mr. McMillan, it will be up to you, of
10   course, to remind the Court when you think the reading of this
11   contemporaneous instruction is warranted.
12            MR. McMILLAN:  Just to alert the Court somewhat in
13   advance, that would be during Special Agent Woodbury's
14   testimony, and I will alert the Court specifically then, but it
15   wouldn't be until then.
16            THE COURT:  Okay.  Who is your first witness for
17   today?
18            MR. McMILLAN:  That would be special Agent Ojeda,
19   Anthony Ojeda.
20            THE COURT:  Okay.  Now, are your witnesses, I
21   presume, lined up to be here?
22            MR. McMILLAN:  Yes, Your Honor.
23            THE COURT:  Okay.
24            MR. McMILLAN:  It's my understanding that typically,
25   the jury selection should go to about lunchtime.  Ojeda will be
```

```
 1    here when we start, in addition to which the other witness who
 2    is in custody will be here in the early morning, so --
 3              THE COURT:  All right.
 4              MR. McMILLAN:  -- I'll be ready, Your Honor, yes.
 5              THE COURT:  All right.  Now, on the subject of
 6    transcripts, which I know was one of the reasons you sought a
 7    continuance, do you have paper copies of any transcripts to
 8    hand out to the jurors?
 9              MR. McMILLAN:  We do, Your Honor, yes.  We have 25
10    copies of each of them.  So we have for the jurors and for Your
11    Honor, the court staff and for the Defense, and I've already
12    shared those with Defense Counsel, we worked tirelessly with
13    one another to go and make sure we have a copy both sides are
14    satisfied with.
15              THE COURT:  Excellent.  Mr. Roth, anything to discuss
16    on the subject of transcripts?
17              MR. ROTH:  I have reviewed the transcripts, I believe
18    they are as accurate as possible.
19              THE COURT:  Okay.  Now, I know you said you reached
20    some stipulations, what is the procedure you propose,
21    Mr. McMillan, for handling the stipulations?
22              MR. McMILLAN:  With respect to the main stipulation,
23    Your Honor, probably at the beginning of the Government's case
24    in chief, we would go and introduce that exhibit.  Does the
25    Court want the number now?
```

```
 1              Oh, an incidentally, I need to get the original from

 2    Defense Counsel.

 3              MR. ROTH:  I have it.

 4              MR. McMILLAN:  We have a signed copy, but the

 5    original is in Defense Counsel's possession.

 6              THE COURT:  Okay.

 7              MR. McMILLAN:  It is Government's Exhibit 16, Your

 8    Honor, and we would probably propose to introduce that at the

 9    beginning of the Government's case in chief.

10              THE COURT:  All right.  Mr. Roth, any objection to

11    reading out loud that stipulation --

12              MR. ROTH:  No, Judge.

13              THE COURT:  -- at the beginning?

14              Okay.  So that stipulation has been executed and

15    finalized, Mr. McMillan?

16              MR. McMILLAN:  It has, Your Honor -- well, it will be

17    when I sign it.

18              THE COURT:  Mr. Roth?

19              MR. ROTH:  Yes, we have signed the stipulation.

20              THE WITNESS:  Okay, all right.

21              Okay.  It is now 9:10, do we have the questionnaires?

22              MR. McMILLAN:  Yes, Your Honor.

23              THE COURTROOM DEPUTY:  They have them, Your Honor,

24    and then you have yours.

25              THE COURT:  Have they been distributed?
```

```
 1              MR. McMILLAN:  Yes.

 2              THE COURT:  Okay, all right.  So you all have been

 3    given the questionnaires for the prospective jurors, I will

 4    give you about ten minutes to review them in just a moment.

 5              Having confirmed there are no outstanding issues with

 6    transcripts or stipulations and that we have copies of

 7    transcripts for the jurors, let me turn now to the issue of

 8    exhibits.

 9              Are there any Government exhibits as to which the

10    Defense has no objection; and therefore, to permit

11    pre-admission, so to speak, of these exhibits, Mr. Roth?

12              MR. ROTH:  Judge, I'm just pulling out the exhibit

13    list right now.

14              On page one, I'm not going to have any objections.

15              Page two, I'm not objecting.

16              THE COURT:  Okay.  One moment, let's orient ourselves

17    to the docket entry, which is docket entry 34.

18              Mr. McMillan, is this the most current exhibit list

19    filed by the Government?

20              I know you said there was one more at the end, but in

21    terms of filings on the docket is this the only one, docket

22    entry 34?

23              MR. McMILLAN:  It is the only one on the docket, Your

24    Honor, but this is not the same version that was docketed.

25              THE COURT:  I'm very confused.
```

```
 1              MR. McMILLAN:  Well, Your Honor had us docket an
 2   exhibit list by -- I think it was the 28th, there were a number
 3   of additional exhibits that were added to the list after that,
 4   which I provided to chambers and Defense Counsel, I was not
 5   instructed to docket each one of those separately, so --
 6              THE COURT:  No, no, no, I don't mean the individual
 7   exhibits, I mean just the exhibit list.
 8              Is there a new exhibit list because this is the
 9   document that I will use to keep track of admitted exhibits
10   during the trial, so I just need to know what is the most
11   current updated list of exhibits distributed by the Government.
12              MR. McMILLAN:  Your Honor has the most current
13   exhibit list, as does Defense Counsel.  It goes up to
14   Government Exhibit 121 in the typed version, and 122 was the
15   only addition to that, which I mentioned to Your Honor this
16   morning.  It should be photo of helm of the vessel.
17              THE COURT:  All right.  I need a copy of this --
18              MR. McMILLAN:  Certainly, Your Honor.
19              THE COURT:  -- exhibit list, because the only one I
20   have is the one on the docket, 34.
21              MR. McMILLAN:  I have lots of extra copies, Your
22   Honor.  How many would the Court like, Your Honor; three?
23              THE COURT:  Yes.
24              MR. McMILLAN:  I'll give Defense Counsel another
25   copy, he has his electronically.
```

Monday, May 8th, 2023

1          MR. ROTH:  I have it, thank you, though.

2          Judge, I can simplify things.  I'm looking at the

3    same exhibit list Mr. McMillan is referencing and now Your

4    Honor is, and I have been through the entire exhibit list and

5    the only exhibits that I will be objecting to are listed on

6    page five, 117 and 118.

7          Those are screenshots of the text messages and a

8    program on the Defendant's phone, but if the Court agrees with

9    the Government and admits those, then I'll be --

10          THE COURT:  Okay.  But other than Government Exhibits

11   117 and 118, am I understanding correctly, Mr. Roth, that you

12   have no objection to admission of Government Exhibits 1

13   through 121, minus, as you said, 117 and 118?

14          MR. ROTH:  Yes, that's correct, Judge.

15          THE COURT:  Okay.  All right.  I'm going to take a

16   closer look at these one final time, make sure there are no

17   issues I spot prior to admitting them without objection, and

18   then we will proceed.

19          At this point, it's 9:15, I'm going to recess until

20   9:25 to give each side enough time to review those

21   questionnaires and then we will get started.

22          Anything further before we take this break,

23   Mr. McMillan?

24          MR. McMILLAN:  No, Your Honor.

25          THE COURT:  Mr. Roth?

```
 1              MR. ROTH:  No, Your Honor.
 2              THE COURT:  We are in recess until 9:25.
 3         (Recess was had at 9:16 a.m.; and the proceedings
 4         Resumed at 9:27 a.m.)
 5              THE COURT:  Thank you, all right.  The jurors -- you
 6    may be seated, thank you.  The jurors are waiting outside.
 7              Mr. Roth, anything to raise before we bring them in?
 8              MR. ROTH:  No, Judge.
 9              THE COURT:  Okay.  Anything from the Government?
10              MR. McMILLAN:  No, Your Honor.
11              THE COURT:  Okay.  Now, I'll go over some of this
12    when we meet again to select the jury, but obviously, there
13    will be the standard peremptories allotted under the federal
14    rules; that is ten to the Defendant, six to the Government, and
15    one for the selection of alternates, we will be choosing two.
16    You are not permitted to save unused peremptories for the use
17    of peremptories as to alternates, and of course, no back
18    strikes are permitted under any circumstances.
19              Any questions with respect to the Court's practice of
20    selecting a jury, Mr. McMillan?
21              MR. McMILLAN:  No, Your Honor.
22              THE COURT:  Mr. Roth?
23              MR. ROTH:  No, Your Honor.
24              THE COURT:  Okay.  All right, let's call the jurors
25    in then.
```

```
 1            THE COURTROOM DEPUTY:  Yes, Your Honor.

 2       (Venire panel entered the courtroom at 9:28 a.m.)

 3            THE COURT:  All rise for the jurors.

 4            Ms. Cassisi, can we arrange some chairs, please, for

 5       them.  Thank you.

 6       (Pause in the proceedings.)

 7            THE COURT:  All right.  Good morning ladies and

 8  gentlemen.  Everyone may be seated.  If there is anybody in the

 9  back that is uncomfortable and wishes to use one of these two

10  chairs, you may do so, and there are two, I think, right in

11  front of the gallery.  I want to make sure everybody is

12  comfortable.

13            Ladies and gentlemen, my name is Aileen Cannon, I'm a

14  United States District Judge for the Southern District of

15  Florida, and I want to welcome you wholeheartedly to the

16  federal courthouse here in Fort Pierce.  I will be presiding

17  over this case.

18            Before we begin, I want to extend my sincere

19  gratitude to all of you for being here on behalf of myself, the

20  entire Southern District of Florida, and the parties in this

21  case.

22            The right to a trial by jury is a cherished right in

23  our constitutional democracy, it is recognized, preserved and

24  protected by our United States Constitution and it is one of

25  the most important duties that a citizen is called upon to
```

Monday, May 8th, 2023

```
 1   perform.  Our framework permits litigants to select members of
 2   their community to decide the outcome of a case that ends up in
 3   court, and your role is truly indispensable to that system.  So
 4   although I can imagine that some of you are not thrilled at the
 5   prospect of taking time out of your daily lives to be here with
 6   us today, I want to stress just how important jury service is
 7   to our system of laws, and thank you again for your service.
 8              I also assume that at least for some of you, this is
 9   your first call to jury duty and these proceedings may feel a
10   bit unfamiliar to you.  Please do not feel apprehensive or
11   inadequate at all.  As we go along, the Court and the parties
12   will familiarize you with the proceedings and further instruct
13   you as to what your role specifically will be.
14              First things first, I'm going to introduce you to our
15   court personnel and their respective duties.  We have our
16   courtroom deputy, whom you have met, Ms. Cassisi, she is here
17   to assist us with coordinating the day-to-day operation of the
18   court.  We also have with us this week Ms. Marisa Nicado
19   (phoenetic) from the clerk's office to assist in that service as
20   well.
21              Right in front of me, we have our court reporter,
22   Ms. Diane Miller, she is taking down and transcribing every
23   word that is said in this courtroom, including everything that
24   I am saying right now, so it is very important, and I ask all
25   of you to speak as clearly and as slowly as you can for the
```

1   benefit of Ms. Miller as she helps us with this case.

2          To make her job easier, each of you has been given a

3   paddle with a number on it, that will help the Court and the

4   parties keep things organized and orderly, so when you are

5   asked to speak, I would urge you to please show your paddle

6   forward facing so we can all determine your juror number for

7   the record.

8          We also have our court security officer with us

9   today, he will be enforcing the Court's orders and taking

10  charge of the jury.  If you need information concerning your

11  personal welfare, please ask the court security officer or

12  Ms. Cassisi or Ms. Nicado, they will try to assist you, but

13  please do not question any of them about the subject matter of

14  the case being presented.

15         All right.  Now that we have that out of the way,

16  let's have the jurors sworn in.

17     (Venire panel duly sworn.)

18                    VOIR DIRE BY THE COURT

19         THE COURT:  Ll right, thank you.  You may be seated.

20         Now, as Ms. Cassisi just alluded to, I will be asking

21  questions of the panel, touching on your qualifications to

22  serve as jurors in this case and then a bit later, the

23  attorneys will be given a brief period of time to ask questions

24  of you as well.

25         This whole part of the process is known as voir dire

Monday, May 8th, 2023

1    examination, and voir dire is simply a Latin phrase or legal

2    phrase that means essentially to speak the truth, which fairly

3    captures the purpose of this examination; and of course, that

4    is to select a jury that is fair and impartial, that will

5    follow the law, and that will evaluate the issues in this case

6    based solely upon the evidence presented in the courtroom and

7    the law as it is instructed without being influenced by any

8    other factors.

9           In service of that goal, we have to determine if your

10   decision in this case would be influenced by opinions that you

11   now hold or by some personal experience or special knowledge

12   that you may have concerning the case to be tried.

13          In many ways, this portion of the trial is the most

14   important as we are about to pick the judges of the facts of

15   the case.  I may bear the title of Judge, but I will not decide

16   the outcome.  My role is see to it that the rules of the

17   courtroom are followed, but it is the jurors that serve as

18   judges of the facts.

19          Now, this questioning does take time, so I ask for

20   your patience in advance.  Please also understand that this

21   questioning is not intended in any way to pry into your

22   personal affairs, it's simply intended to select an impartial

23   and fair jury.

24          If for any reason, however, an area of questioning

25   makes you feel uncomfortable and you would prefer to speak to

1    the Court and to the attorneys in private, outside the presence

2    of your fellow panel members, please do not hesitate to make

3    that known, and we will accommodate that request.  Of course,

4    the only right answer is the truth, so please be candid and

5    complete in your responses.

6            And at the conclusion of this jury selection process,

7    if you are not selected to serve on this jury, please don't

8    feel offended or feel that your integrity has been questioned

9    in any way; it hasn't.  Either side can ask to excuse a juror

10   without giving a reason and some persons are better suited to

11   sit on one jury rather than another, that is all.

12           So now why are we here?  This is a criminal case, not

13   a civil case.  I want to make that clear from the beginning, we

14   are here because an indictment has been filed informing this

15   Defendant that he is accused of certain crimes that I will

16   explain to ypu in more detail in a few moments.

17           The indictment is not evidence, it is simply an

18   accusation and the Defendant has responded to the indictment by

19   saying the words, I'm not guilty.  So it is the Government's

20   burden to prove beyond a reasonable doubt that the Defendant is

21   guilty, and that is what you are here to determine.

22           I'm going to go over these important concepts with

23   you in a few minutes, but to give you a very brief description

24   of the allegations in this case, the indictment alleges that

25   the Defendant committed 76 individual counts of alien smuggling

Monday, May 8th, 2023

```
 1   for commercial gain and private financial gain by bringing in
 2   or attempting to bring in 76 aliens, knowing and in reckless
 3   disregard of the fact that such aliens had not received prior
 4   official authorization to enter the United States.
 5          The indictment also alleges two other counts against
 6   the Defendant, one for illegally reentering this country after
 7   previously being removed and a final count for knowingly aiding
 8   and assisting an alien to enter the United States, that alien
 9   having previously been convicted of an aggravated felony.
10          Now, I will also, of course, commence the trial by
11   identifying the name of the Defendant in this case.  His name
12   is Raymond Saunders, and he is seated over there next to his
13   attorney, Mr. Roth.
14          Each side will introduce themselves to you in just a
15   moment, but based on what I have said at this point, do any of
16   the jurors believe they have any personal knowledge about the
17   particular facts in this case?  If you do, please raise you're
18   hand.
19          All right.  I see no hands.
20          Now with that, I'm going to ask each side to
21   introduce themselves, starting with the Government.
22          MR. McMILLAN:  May it please the Court.
23          Good morning, ladies and gentlemen, my name is John
24   McMillan, and I'm an Assistant United States Attorney in the
25   Southern District of Florida, and I'm joined here by the case
```

```
 1   agent in this matter.  This is Special Agent Joshua Woodbury of
 2   the Department of Homeland Security Investigations.  He will
 3   explain what that is later on in the trial.
 4           Thank you.
 5           THE COURT:  Thank you.
 6           Mr. Roth.
 7           MR. ROTH:  May it please the Court.
 8           Ladies and gentlemen, good morning.  My name is
 9   Martin Roth, I'm a lawyer and I represent Raymond Saunders, he
10   is standing right here with me at defense table.
11           Thank you.
12           THE COURT:  Thank you, you may be seated.
13           Now, does anybody here know any of the individuals
14   who just introduced themselves to you?  If you do, please raise
15   you're hand.
16           All right.  I see no hands.
17           Now, I'm going to ask the Government right now to
18   read out loud the names of potential witnesses it intends to
19   call during this trial.
20           Mr. McMillan.
21           Before you get started, Mr. McMillan, I'm going to
22   ask the prospective jurors to please listen very carefully
23   because I will ask if any of you know any of the names read by
24   Mr. McMillan.
25           MR. McMILLAN:  Thank you, Your Honor.  The first one
```

1    is one you have met already, that's Special Agent Josh Woodbury

2    from Homeland Security Investigations, or HSI.

3           The second witness is Ronald Anderson, that's

4    A-N-D-E-R-S-O-N, who is an officer with U.S. Immigration

5    Customs Enforcement, or what is commonly called ICE.

6           The third one is Clayton Kimball, and that's

7    C-L-A-Y-T-O-N, last name is K-I-M-B-A-L-L.  He is an agent with

8    U.S. Customs and Border Protection, or CBP, Air and Marine

9    Operations, or what we commonly call AMO.

10          We also have Jason Dimart, that's J-A-S-O-N,

11   D-I-M-A-R-T, he is an agent, also with Customs and Border

12   Protection Air and Marine Operations.

13          James Holloran, his last name is spelled

14   H-O-L-L-O-R-A-N, he is a deputy sheriff with the Martin County

15   Sheriff's Office.  Then we have Anthony Ojeda, and his last

16   name is spelled O-J-E-D-A, he is a special agent, also with

17   Homeland Security Investigations or HSI; and then finally we

18   have a witness Carlos Rodriguez-Rodriguez, a cooperating

19   witness in this case, and he is originally from the Dominican

20   Republic and was living in the Bahamas prior to this case.

21          Those are the witnesses, Your Honor.

22          THE COURT:  Thank you, Mr. McMillan.

23          Does anybody here recognize any of the witness names

24   just read to you?

25          All right, I see no hands.

1          Now, has anybody here had any relationship or

2     connection with any of the individuals whose names were just

3     read?

4          Again, no hands.

5          Now, this case, from a scheduling perspective, is

6     expected to last approximately three days, starting today.  The

7     Court's schedule generally runs from approximately 9:00 in the

8     morning until 5:30 in the evening.

9          Is there anybody here who has a special problem with

10    this anticipated schedule, such that it would make it uniquely

11    difficult for you to serve on this jury, and what I'm referring

12    to are things such as nonrefundable airline tickets or a

13    scheduled surgery?

14         Does anybody here have a special or unique problem

15    with the Court's schedule, as I have indicated?

16         I see no hands.

17         Does anybody here have any difficulty reading or

18    speaking the English language?

19         I see no hands.

20         Does anybody here have any physical disabilities or

21    impairments, hearing, sight or otherwise, that would render you

22    incapable of performing your duty as a juror?

23         No hands.

24         Now, as I said earlier, we are here today because an

25    indictment was filed informing the Defendant that he is accused

1    of various crimes, and he is called upon to respond to that

2    indictment.   As I said, though, the indictment is not evidence

3    and the Defendant in this case responded to the accusations

4    contained in the indictment by saying the words, I am not

5    guilty, and those words carry a great deal of weight because we

6    are now beginning a jury trial where the Government is required

7    to prove beyond a reasonable doubt that the Defendant is guilty

8    before he may be found guilty.

9          The fact that an indictment exists, therefore, does

10   not mean that what it alleges actually happened.   That is what

11   you are here to determine, and that is what the Government must

12   prove to you beyond a reasonable doubt.

13         Now, as I alluded to earlier, there are several

14   concepts that I would like to discuss with you, and these

15   principles really do lie at the heart of our criminal justice

16   system and they are, number one, the presumption of innocence;

17   number two, the Government's burden of proof; and number three,

18   the Defendant's right to remain silent.

19         How many of you in this courtroom, just by a show of

20   hands, have heard of a Defendant's presumption of innocence?

21         All right.   I see various hands coming up.

22         Again, the indictment in a criminal case is merely

23   the accusatory paper which states the charge or the charges to

24   be determined at the trial, but it is not evidence against the

25   Defendant or anyone else; and indeed, the Defendant has said he

1  is not guilty, so the law presumes him to be innocent.

2       Every person charged with a crime in this country is

3  presumed innocent, that right is guarantied by our

4  constitution.  In fact, if we were to send all of you to the

5  jury deliberation room to render a verdict at this time, right

6  now, the only verdict that you could render is not guilty.

7       Do any of you have any difficulty accepting that

8  proposition as the law?

9       I see no hands.

10      Now the burden of proving the Defendant's guilt rests

11 with his accuser, which in this case is the United States

12 Government, and the burden is to prove the charges beyond a

13 reasonable doubt.

14      Now, I'm going to read to you the instruction that I

15 will give to the selected jury at the conclusion of the trial,

16 it pertains to the definition of reasonable doubt, and I quote,

17 "The Government's burden of proof is heavy, but it doesn't have

18 to prove a defendant's guilt beyond all possible doubt.  The

19 Government's proof only has to exclude any reasonable doubt

20 concerning the Defendant's guilt."

21      "A reasonable doubt is a real doubt, based on your

22 reason and common sense after you have carefully and

23 impartially considered all of the evidence in the case.  Proof

24 beyond a reasonable doubt is proof so convincing that you would

25 be willing to rely and act on it without hesitation in the most

```
 1   important of your own affairs."
 2             Now, having read that instruction out loud, does
 3   anybody here have any difficulty accepting that instruction as
 4   the law?
 5             I see no hands.
 6             Now, along the same lines, the Government has the
 7   entire burden of proof and that means there is nothing leftover
 8   for the Defense, there is nothing for the Defendant to prove to
 9   you or disprove to you.
10             Does anybody have any difficulty or hesitation
11   accepting that principle as the law?
12             No hands.
13             Now, by a show of hands, how many of you have heard
14   of a Defendant's right to remain silent?  Don't be shy.
15             All right, I see a lot of hands.
16             As I have said before, the law does not require the
17   Defendant to prove his innocence or to provide any evidence at
18   all, and if the Defendant elects not to testify, you cannot
19   consider that in any way during your deliberations.
20             The Government bears the burden to prove a
21   Defendant's guilt beyond a reasonable doubt, and if it fails to
22   do so, you must find that the Defendant is not guilty.
23             Does anybody have any difficulty accepting these
24   principles that I have just outlined?
25             All right, I see no hands.
```

Monday, May 8th, 2023

```
 1              Now, continuing on, if a Defendant does not testify,
 2     again, you cannot hold it against him.  Let me give you an
 3     example of how this might play out.  Let's say the case is
 4     over, you go back in the jury room and you don't believe the
 5     Government has proven its case beyond and to the exclusion of a
 6     reasonable doubt.  At that point, you cannot say to yourself or
 7     to your fellow jurors, Well, I don't believe the Government has
 8     proven its case, but I'm going to find the Defendant guilty
 9     anyway because he didn't testify; you cannot do that, you
10     cannot hold it against him.
11              Does anybody feel that they would not be able to
12     follow the law as relates to the Defendant's right to remain
13     silent?
14              I see no hands.
15              Now, do you all understand that as jurors, you will
16     be required to judge the testimony of witnesses and you can
17     just nod you're head if you understand that concept?
18              Okay.  I'll ask some questions about this.
19              To do this, to engage in this credibility
20     determination of witnesses, you must use certain common sense
21     guidelines.  Now, of course, you all communicate, as we do with
22     people every day, and each time you communicate with someone,
23     you make a determination about whether the person who is
24     speaking to you is being sincere and accurate about what he or
25     she is saying.  Those same common sense guidelines are the
```

1    guidelines you are going to be required to use to judge the

2    credibility, sincerity and accuracy of the witnesses that are

3    going to be brought before you, regardless of the witness's

4    profession.

5         Now, to reach a verdict, you may have to decide which

6    testimony to believe and which testimony not to believe and

7    when you are considering a witness's testimony, you may

8    consider various factors, including the witness's opportunity

9    and ability to see, hear or know the things the witness is

10   testifying about; the witness's memory; the witness's manner

11   while testifying; any interest the witness has in the outcome

12   of the case; any other evidence that contradicts the witness's

13   testimony; and the reasonableness of the witness's testimony in

14   light of all of the evidence; and, of course, any other factors

15   affecting believability.

16        Do any of you here feel that you would be unable to

17   evaluate the credibility of witnesses as you are hearing

18   evidence in this case?

19        I see no hands.

20        Now, sticking here with the topic of credibility, you

21   may be hearing, as the Government indicated, from law

22   enforcement agents or officers in this case.  The common sense

23   guidelines that I have just gone over with you in terms of

24   judging a witness's credibility are the ones you need to apply

25   to every witness, regardless of that witness's profession;

1    therefore, you should judge the credibility as you would that

2    of any other witness, but I would like to discuss law

3    enforcement witnesses with you for a moment.

4            Does anybody here have any particularly negative or

5    positive feelings toward law enforcement that you simply would

6    not be able to put aside if selected to serve on this jury?

7            I see no hands.

8            Now, does anybody here think that you would find a

9    law enforcement officer more or less credible just because of

10   their employment?

11           I see no hands.

12           Now, you have heard what I have described are the

13   charges in this case.  The Government alleges that the

14   Defendant committed various crimes of alien smuggling, as I

15   described them to you earlier, along with the offense of

16   illegal reentry and the offense of bringing an aggravated felon

17   into the country.

18           Having heard the general nature of those offenses as

19   alleged in the indictment, which as I said is not evidence,

20   it's simply an accusation, is there anything about the nature

21   of those charges themselves that anybody feels would make it

22   impossible or difficult for them to serve on this jury?

23           I see no hands.

24           Now, relatedly, does anybody here have any deeply

25   held philosophical or religious beliefs that preclude them from

Monday, May 8th, 2023

```
 1   being a fair and impartial juror in this case?

 2           I see no hands.

 3           Now, I'm going to address the concepts of sympathy

 4   and prejudice for a moment.  Sometimes we feel sorry for people

 5   in difficult situations and unfortunately, sometimes we also

 6   can feel prejudice, but neither sympathy or prejudice can

 7   factor into your deliberations in any way.  You are the judges

 8   of the facts, if you allow emotions to cloud your decision

 9   making, you will not be fulfilling your responsibilities.

10           Is there anybody here who cannot put feelings aside

11   or who cannot sit in judgment of others?

12           I see two hands.

13           Officer Kaufflin, if you could please start with the

14   gentleman at the end.  There is also a hand in the back, and we

15   will go one by one.

16           Yes, sir.  If you could please stand up, show me your

17   paddle number, and the question I asked was, is there anybody

18   here who cannot put their feelings aside or who cannot sit in

19   judgment of others, what would you like to share with us, sir?

20           PROSPECTIVE JUROR:  I just don't think I have a right

21   to judge somebody.

22           THE COURT:  That belief, sir, that you hold, do you

23   think you would be able to put it aside, if chosen to serve as

24   a juror?

25           PROSPECTIVE JUROR:  I don't think so.
```

Monday, May 8th, 2023

```
 1              THE COURT:  Thank you, you may be seated, Juror
 2    Number 1.  That was Juror Number 1, for the record.
 3              I think there was another one, Officer, if you don't
 4    mind, the lady here in the front.
 5              Please stand up and tell me your name and juror
 6    number.
 7              PROSPECTIVE JUROR:  Number 7.
 8              THE COURT:  One moment, ma'am.
 9              All right.  Good morning, please tell me your name.
10              PROSPECTIVE JUROR:  Sandra Morris-Clarke.
11              THE COURT:  Juror Number 7., what would you like to
12    share with us, ma'am?
13              PROSPECTIVE JUROR:  I don't think I could do it.  I
14    feel like I would be putting away someone that may be innocent
15    and I'll be too emotional and --
16              THE COURT:  Have you ever served on a jury before,
17    ma'am?
18              PROSPECTIVE JUROR:  No.  And actually, I'm scared of
19    being in here, I'm very nervous.
20              THE COURT:  I understand.
21              PROSPECTIVE JUROR:  I'm sorry.
22              THE COURT:  That's okay.  As I said, the only right
23    answer is the truth, so I want you to be candid and complete,
24    and I appreciate your candor.
25              These emotions that you share or have and these
```

```
 1   feelings that you have, do you think you would be able to put

 2   them aside if chosen to serve?

 3           PROSPECTIVE JUROR:  I can't, sorry.

 4           THE COURT:  Thank you, you may be seated.

 5           Now, there is a juror in the back left.

 6           Good morning.  Please tell me your name and juror

 7   number.

 8           PROSPECTIVE JUROR:  Twenty-six, Liana Fraser.

 9           THE COURT:  Good morning, ma'am.

10           PROSPECTIVE JUROR:  Good morning.  I'm a nurse, so my

11   job is to take care of everyone and be compassionate and I

12   don't think I'm able to put aside my feelings if that gets in

13   the way with the decisions.

14           THE COURT:  Now, of course each case is judged on the

15   facts presented and the evidence in the courtroom, and you

16   would be instructed to consider only the evidence presented in

17   the courtroom.  Having said that, do you still feel as if you

18   wouldn't be able to set aside the general compassionate nature

19   that you have as a medical professional?

20           PROSPECTIVE JUROR:  Yes.

21           THE COURT:  All right.  You may be seated, Juror

22   Number 26, thank you.

23           Any other jurors who feel they would be unable to set

24   aside their emotions if called upon to serve on this jury?

25           I see one additional hand in the back.
```

Monday, May 8th, 2023

```
 1              Good morning.  Please tell me your name and your

 2    juror number.

 3              PROSPECTIVE JUROR:  I'm Maria Demott.

 4              THE COURT:  And your juror number?

 5              PROSPECTIVE JUROR:  Twenty-nine.

 6              THE COURT:  Thank you.  Good morning.

 7              PROSPECTIVE JUROR:  I guess I just have -- I know a

 8    lot -- being the case that it's bringing people in illegally,

 9    and I have -- I know a lot of people who are trying their best

10    to come here and trying to get education just to come here and

11    still have a difficult time, and then having people come here,

12    helping them to come illegally.  And I don't know if you said

13    earlier, Judge, that the Defendant was already arrested before,

14    was that him or one of the people he has brought in?

15              You said something like that.

16              THE COURT:  One of the charges in this case concerns

17    bringing in an alien who previously committed a felony.

18              PROSPECTIVE JUROR:  So it is not the Defendant

19    himself.

20              THE COURT:  You may proceed.

21              PROSPECTIVE JUROR:  Again, just thinking of those

22    people that I know who are trying to come in here and have been

23    waiting for years, it's just doesn't sit well with me.  I mean,

24    I can always try, but I'm just being honest.

25              THE COURT:  Thank you for your honesty, ma'am.
```

```
 1              Now, as I said to some of your fellow jurors --

 2              Please hand back the microphone to Juror Number 29.

 3              -- if instructed by the Court to judge this case

 4   based only on the evidence presented and the law, ma'am, do you

 5   think you would be capable of doing that?

 6              PROSPECTIVE JUROR:  Well, as I said earlier, I can

 7   try and, you know, have an open mind.

 8              THE COURT:  But are you having some doubts as to

 9   whether you could?

10              PROSPECTIVE JUROR:  Yes.

11              THE COURT:  All right.  Thank you, Juror Number 29,

12   you may be seated.

13              All right.  Let's see, any other jurors who simply

14   could not set aside their personal beliefs or emotions and

15   evaluate this case base solely on the evidence and the law?

16              I think there is one additional juror in the back

17   raising her hand, Officer, if you could give her the

18   microphone, please.

19              Again, please stand up, let me know your name and

20   juror number.

21              PROSPECTIVE JUROR:  Ledonia Bryan, Juror Number 42.

22              THE COURT:  Good morning.  How do you pronounce your

23   last name?

24              PROSPECTIVE JUROR:  Bryan, B-R-Y-A-N.

25              THE COURT:  What would you like to share with us?
```

Monday, May 8th, 2023

```
 1              PROSPECTIVE JUROR:  I agree with juror -- I mean -- I
 2   mean, I came here for a better life from Jamaica, got here,
 3   became a citizen.  I mean, everybody want to come here for a
 4   better life, you know.  That's my perspective.
 5              THE COURT:  I understand, ma'am.  Would you be able
 6   to set aside that perspective and evaluate this case based only
 7   on the evidence presented in this courtroom and the law as it
 8   is given to you by the Court?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  You need to speak up so that we can hear
11   your answer.
12              PROSPECTIVE JUROR:  Oh, no.
13              THE COURT:  Okay.  All right, Ms. Bryan, you may be
14   seated.
15              I don't see any additional hands on this topic, so I
16   will move on to the next line of questioning.
17              Is there anybody here who feels they could not be
18   fair to both sides and hear the evidence in this case
19   objectively?
20              All right, no additional hands.
21              Now, you will be asked and instructed to disregard
22   the consequences of any verdict returned.  Do not be concerned
23   with the imposition of any sentence, as that is the sole
24   province of the Judge, not the jury, does anybody here have any
25   difficulty accepting that as the law?
```

```
 1              I see no hands.

 2              Now, as jurors, you may disagree on what the evidence

 3    has shown, one juror may believe one witness and not another or

 4    you may believe part of what a witness says, but not another

 5    part, and that is perfectly acceptable.

 6              After you retire to the jury room, you must discuss

 7    all of the facts and see if you can reach a unanimous verdict,

 8    there is no room for doubt, however, concerning the law.  The

 9    law is what the Court instructs you it is, and you must be

10    willing to accept the law as it is presented to you.

11              Does everybody here -- does anybody here have any

12    difficulty following the law even if you disagree with it?

13              I see no hands.

14              Now, one final question before we get into some

15    individual questioning based on the questionnaires that you

16    prepared.

17              Does anybody here have any other reason why you could

18    not give this case your undivided attention and render an

19    impartial verdict based solely on the evidence presented to you

20    and the law as I instruct you?

21              I see no hands.

22              COURTROOM SECURITY OFFICER:  You have one hand.

23              THE COURT:  I see one gentleman in the back.

24              PROSPECTIVE JUROR:  Juror Number 37.

25              THE COURT:  Good morning, Mr. Sandel.
```

```
 1              PROSPECTIVE JUROR:  As a vocational minister, I have

 2     a theological conviction that as a country, as richly blessed

 3     as we are, I believe we should do everything in our power to

 4     serve those who need refuge.

 5              Just stating that fact of a conviction, I can follow

 6     the law and there is a right way to walk through the paces to

 7     do that.  I think our system is incredibly flawed to do that

 8     and to make it possible for people to enter into our country

 9     safely and legally, but if not saying that, I think I would be

10     disingenuion (sic) moving forward, but I can set aside that.

11              THE COURT:  Before you handoff the mic, I have some

12     follow-up.  You said you're a vocational minister, how long

13     have you been serving in that role?

14              PROSPECTIVE JUROR:  A decade, but I've been in

15     ministry 20 plus years.

16              THE COURT:  Where do you serve as a minister?

17              PROSPECTIVE JUROR:  In Sebring.

18              THE COURT:  Now, you indicated some thoughts about

19     our system, but I think you also said that you could set those

20     aside and follow the law.

21              Are you sure, sir, that you can set aside your

22     personal beliefs about what you describe as our flawed system

23     in evaluating this case solely on the law as it is presented?

24              PROSPECTIVE JUROR:  I do believe I can.  I have never

25     been in this situation before, I don't know until I'm in that
```

1    situation, if that's enough reasonable doubt to strike me, but

2    I do want to serve the Court.

3              THE COURT:  There may be some follow-up as we

4    proceed, but for now, Mr. Sandel, you may be seated.

5              PROSPECTIVE JUROR:  Thank you.

6              THE COURT:  I don't see any additional hands, I just

7    want to make sure.  All right.

8              I'm going to go one by one with each of you, basing

9    my questions off the questionnaires.  Again, if you feel

10   uncomfortable with any of the questions that are posed of you,

11   please request a personal visit and we will arrange for that

12   outside the presence of your fellow panel members.

13             As I said, the only right answer is the truth, so

14   please continue to be candid and complete with your answers,

15   and again, raise you're paddle number so that the record is

16   clear.

17             All right.  Let's start first briefly with Juror

18   Number 1.

19                          EXAMINATION

20   BY THE COURT:

21   Q   If you could stand up, sir, and tell us your name and what

22   you do for work.

23   A   Robert White, I'm a 32-year roofer.

24   Q   Roofer, did you say?

25   A   Yes, ma'am.

```
 1   Q    Have you held any other jobs outside of the roofing

 2   industry?

 3   A    Well, I have when I was younger.

 4   Q    I'm sorry?

 5   A    I said when I was younger, I did; truck driving, furniture

 6   building.

 7            THE COURT:  All right.  That's all I have, sir.

 8   Thank you very much.

 9                          EXAMINATION

10   BY THE COURT:

11   Q    Juror Number 2, Ms. Lydia Elizabeth Miranda, if you can

12   please tell us what you do for work.

13   A    I work for a clinical research site as a data entry

14   manager.

15   Q    Are you referring to a website?

16   A    No, it's an actual pharm -- we do pharmaceutical studies.

17   Q    Okay.  What is your role at that center?

18   A    Data entry manager.

19   Q    How long have you been doing that type of work?

20   A    About 12 years.

21   Q    What jobs did you hold before that position?

22   A    I worked at a paver place and retail.

23   Q    Are you married?

24   A    Yes.

25   Q    What does your spouse do for work?
```

1   A    He works for Broward County courts.

2   Q    Broward County Ports, did you say?

3   A    Courts.

4   Q    What does he do for the courts?

5   A    He does -- he used to do body cam and he went back -- I

6   don't know exactly if it is IT now that he's doing, but

7   evidence.

8   Q    Do you have any adult children?

9   A    Yes.

10  Q    What do they do for work?

11  A    One works with me, and the other works for Publix.

12  Q    Have you ever served on a jury before?

13  A    No.

14  Q    Have you or any member of your family or any close friend

15  ever been employed by a law enforcement agency?

16  A    No.

17  Q    Have you ever served on a jury before?

18  A    No.

19  Q    Have you ever been involved in any court in a criminal

20  matter that concerned you, any member of your family, or a

21  close friend, either as a defendant, witness or a victim?

22  A    No.

23  Q    Is there anything, ma'am, in your background or in your

24  experiences that would impact your ability to be fair and

25  impartial if chosen to serve on this jury?

```
 1    A    I don't believe so.

 2            THE COURT:  All right, thank you.  You may be seated,

 3    Ms. Miranda.

 4                            EXAMINATION

 5    BY THE COURT:

 6    Q    All right.  Next juror, Juror Number 3, please tell me your

 7    name and what you do for work.

 8    A    Sherri Carr, I'm a finance manager at St. Joseph Church and

 9    School.

10    Q    How long have you served in that role?

11    A    Seventeen years.

12    Q    What did you do, if anything, before that?

13    A    Accounting and finance for other companies, also

14    self-employed, they were not non-for-profit.

15    Q    Are you married?

16    A    No.

17    Q    Do you have any adult children?

18    A    Yes, two.

19    Q    What do they do for work?

20    A    My daughter, she is teacher with Martin County Schools, and

21    my son is a purchasing manager for a company in Palm City.

22    Q    Have you ever served on a jury before?

23    A    No, I have not.

24    Q    Have you ever served in the military?

25    A    No.
```

```
1   Q    Have you ever been involved in any court in a criminal

2   matter that concerned you yourself, any member of your family,

3   or a close friend either as defendant, a victim or a witness?

4   A    Yes, my ex-husband was a defendant.

5   Q    Were you called to testify in that proceeding?

6   A    No, I was not.

7   Q    Is there anything about your ex-husband's criminal

8   proceeding that would impact your ability to be a fair and

9   impartial juror, if chosen to serve as a juror in this case?

10  A    No.

11  Q    Is there anything else in your background or experiences

12  that would preclude you from being a fair and impartial juror?

13  A    No.

14          THE COURT:  All right.  Thank you Juror Number 3, you

15  may be seated.

16                          EXAMINATION

17  BY THE COURT:

18  Q    Good morning, please tell me your name what you do for

19  work.

20  A    Yes.  Good morning, Your Honor, my name is Arjuna Weragoda,

21  I'm with the City of Vero Beach, I'm the project manager for

22  capital projects.

23  Q    And you are Juror Number 4, is that right?

24  A    That's correct.

25  Q    Okay.  So what does it mean to be a project manager for
```

1    capital projects for the city?

2    A   Well, actually the city -- so I work for the water and

3    sewer department, so we have some big projects coming up here,

4    so I'm managing some of those projects, you know, they are

5    trying to get the wastewater treatment plant off the river.

6    Q   Got it, thank you.

7            Have you held any other jobs before the current one?

8    A   Yes, I have.  I was with Indian River County before that in

9    the same capacity.

10   Q   Okay.  Are you an engineer, tell me a little about your

11   educational background?

12   A   Correct, so I'm a professional engineer, I have been since

13   2000, and I, you know, got an engineering -- masters degree in

14   engineering.

15   Q   Okay.  Are you married?

16   A   Yes, I am.

17   Q   And what does your spouse do for work?

18   A   She is a teacher.

19   Q   Do you have any adult children?

20   A   Teenagers.

21   Q   Okay.

22   A   One just finished his freshman year at UF, and the other

23   one is just going to be to college.

24   Q   Okay.  Have you ever served on a jury before?

25   A   No, I have not.

1  Q    Have you, any member of your family or any close friend

2  ever been employed by a law enforcement agency?

3  A    Well, my brother-in-law worked with the Department of

4  Defense, so not as a law enforcement officer, but he was in IT,

5  I think.

6  Q    In IT, did you say?

7  A    Yes.

8  Q    Any other relatives or friends -- close friends who work in

9  law enforcement?

10 A    No, not that I can recall.

11 Q    Okay.  Have you ever been involved in any court in a

12 criminal matter that concerned you, any member of your family

13 or a close friend either as a defendant, a victim or a witness?

14 A    No, I have not.

15 Q    Is there anything in your background or experience, sir,

16 that would prevent you from being a fair and impartial juror if

17 chosen to serve in this case?

18 A    No.

19         THE COURT:  Thank you, Juror Number 4.  You may be

20 seated.

21         PROSPECTIVE JUROR:  You're welcome.  Thank you.

22                          EXAMINATION

23 BY THE COURT:

24 Q    Good morning, Juror Number 5.  Please tell me your name and

25 what you do for work.

1   A    Chris Robertson, I'm a director of marketing and

2   development for Habitat for Humanity.

3   Q    How long have you been doing that work, sir?

4   A    I have been there about four or five months.

5   Q    And what did you do before that job?

6   A    I was a CEO of a foundation for about ten years, and then a

7   CEO for another local nonprofit for child abuse prevention.

8   Q    And you said you were the CEO of a foundation previously,

9   what foundation was that?

10  A    It was called Hope Lives Foundation, we would raise money

11  and then turn around and give it out to smaller nonprofits with

12  children's programs.

13  Q    Have you had any other positions outside of the nonprofits

14  and foundations you have described?

15  A    For the past 20 years, no; I was in sales and marketing

16  before.

17  Q    Okay.  Are you married?

18  A    Yes.

19  Q    What does your spouse do for work?

20  A    Works for the U.S. House of Representatives, she is a

21  community outreach coordinator for Congressman Mast.

22  Q    Do you have any adult children?

23  A    Yes, I have one.  He's 26, lives in Indiana and is an IT

24  director for a steel company.

25  Q    Have you ever served on a jury before?

```
 1    A    No, ma'am.

 2    Q    Do you have any relatives or close friends who work in law

 3    enforcement?

 4    A    No.

 5    Q    Have you ever been involved in any court in a criminal case

 6    either as a defendant, a victim or a witness?

 7    A    No.

 8    Q    Have any of your close relatives been involved in such a

 9    criminal case?

10    A    No.

11    Q    Is there anything about your background, sir, or your

12    experiences that would prevent you from being a fair and

13    impartial juror if chosen to serve in this case?

14    A    No, no, ma'am.

15             THE COURT:  Thank you, Mr. Robertson, you may be

16    seated.

17                          EXAMINATION

18    BY THE COURT:

19    Q    Good morning, thank you for your patience.  Please tell me

20    your name and juror number.

21    A    I'm Juror Number 6, my name is Lacy Carlton-Pearce.

22    Q    What do you do for work?

23    A    I have been in education, elementary education for about 18

24    years.

25    Q    Are you currently serving as a teacher?
```

```
 1   A    Yes, I am a part-time teacher and also self-employed.
 2   Q    Prior to working in the education field, did you have any
 3   other professional roles?
 4   A    I did, I also was in sales and marketing in a citrus
 5   company, where I traveled around the United States selling
 6   fresh fruit to chain stores, but mostly education.
 7   Q    Okay.  Are you married?
 8   A    Yes, ma'am.
 9   Q    What does your spouse do for work?
10   A    He is a retired firefighter/paramedic for the Seminole
11   Tribe of Florida and self-employed.
12   Q    And self-employed in what way?
13   A    We come from am agriculture family deeply rooted in
14   Florida, we have a working beef ranch in a couple different
15   counties, so he takes care of that, and I also do that on the
16   side as well.
17   Q    Do you have any adult children?
18   A    Not adult children, no, ma'am.
19   Q    Okay.  I guess I should be more precise, younger than 18?
20   A    Yes, ma'am.
21   Q    Okay.
22   A    Ten and 12.
23   Q    All right, thank you.  Have you ever served on a jury
24   before?
25   A    No, ma'am.
```

1    Q    Do you have any close friends -- I know you mentioned your

2    husband worked as a paramedic and firefighter, do you have any

3    additional relatives or close friends who work in law

4    enforcement?

5    A    No, ma'am.

6    Q    All right.  Is there anything about your husband's

7    employment in that field that would impact your ability to be a

8    fair and impartial juror in this case?

9    A    No, ma'am.

10   Q    Have you ever been involved in any court in a criminal

11   proceeding?

12   A    No, ma'am.

13   Q    Has any member of your family or close friend been involved

14   in a criminal matter either as a defendant, a witness or a

15   victim?

16   A    No, ma'am.

17   Q    Have you ever served in the military?

18   A    No, ma'am.

19   Q    Is there anything else in your background or experiences

20   that would impact your ability to be a fair and impartial juror

21   and weigh the evidence objectively in this case?

22   A    I don't think so.

23   Q    Do you have any doubts about that, ma'am?

24   A    No, ma'am.

25   Q    All right, you may be seated.

```
 1              THE COURT:  One moment, I'm trying to keep track of
 2    my notes here, so thank you, please bear with me.
 3                            EXAMINATION
 4    BY THE COURT:
 5    Q   All right.  We spoke a few minutes ago, you are Juror
 6    Number 7, is that correct?
 7    A   Yes.
 8    Q   Please tell me your name.
 9    A   My name is Sandra Morris-Clarke.
10    Q   What do you do for work, ma'am?
11    A   I work as a tech at a hospital.
12    Q   Did you say hospital tech?
13    A   Yes, rehab hospital.
14    Q   How long have you worked in the rehab facility?
15    A   A little over a year, maybe a year and four months.
16    Q   What did you do before that position?
17    A   Worked in a nursing home.
18              THE COURT:  All right, that's all I have.  Thank you
19    very much, ma'am.
20              PROSPECTIVE JUROR:  Thank you.
21                            EXAMINATION
22    BY THE COURT:
23    Q   Juror Number 8, please tell me your name and juror number.
24    A   Hi, my name is Lindsey Berger, Juror Number 8.
25    Q   Please tell me what you do for work.
```

1    A    I'm a registered nurse.

2    Q    And where do you work?

3    A    I work at Encompass Health in Stuart, I'm the wound care

4    coordinator.

5    Q    Wound care?

6    A    Yes.

7    Q    How long have you been a registered nurse?

8    A    Eleven years.

9    Q    What did you do before that?

10   A    Most of my work history, I did work as a CNA prior to

11   becoming a nurse.

12   Q    Are you married?

13   A    I am.

14   Q    What does your spouse do for work?

15   A    He is a PGA golf professional.

16   Q    Do you have any adult children?

17   A    No, just small children.

18   Q    Okay.  Have you ever served on a jury before?

19   A    No.

20   Q    Do you have any close relatives or friends who work in law

21   enforcement?

22   A    No.

23   Q    Have you ever been involved in a criminal case, either you,

24   a close member of your family or a close friend?

25   A    No.

Monday, May 8th, 2023

```
 1    Q    Have you ever served in the military?

 2    A    No.

 3    Q    And you mentioned your husband works in the golf

 4    profession, has he held any other jobs outside of that?

 5    A    No, ma'am.

 6    Q    Is there anything in your background or experiences that

 7    would prevent you from being a fair and impartial juror if

 8    chosen in this case?

 9    A    Not that I can think of.

10         THE COURT:  All right.  Thank you, ma'am.

11                            EXAMINATION

12    BY THE COURT:

13    Q    We are now at Juror Number 9, please tell me your name and

14    juror number.

15    A    Bob Smith, Juror Number 9.

16    Q    What do you do for work, sir?

17    A    I'm a mortgage loan officer, I manage branches in Florida

18    and in Michigan.

19    Q    How long have you worked in the mortgage loan field?

20    A    About 25 years.

21    Q    And what did you do, if anything, before then?

22    A    Actually I have an engineering degree and I did some IT

23    work prior to that.

24    Q    Have you ever worked in law enforcement?

25    A    No.
```

```
1    Q    Are you married?

2    A    Yes.

3    Q    What does your spouse do for work?

4    A    She is the marketing director of a company.

5    Q    Has she held any other positions outside of marketing?

6    A    She has worked previous jobs in the past, but not in the

7    last 20 years or so, it has been all in marketing.

8    Q    Has she ever served in law enforcement?

9    A    No.

10   Q    Do you have any relatives or close friends who work in law

11   enforcement?

12   A    Not currently, I don't have any.  My son did work -- my

13   oldest son worked for Genesee County in the court system, he

14   was a deputy, which he no longer is though.

15   Q    Where is Genesee County?

16   A    Michigan.

17   Q    Michigan, okay.  Have you ever served on a jury before?

18   A    I have.

19   Q    When was that, if you remember?

20   A    It's been about four years ago in Genesee County.

21   Q    Do you remember if it was a criminal or civil case?

22   A    I do not.

23   Q    Do you remember if you were the foreperson?

24   A    I was not.

25   Q    Okay.  And do you remember if the jury reached a verdict
```

Monday, May 8th, 2023

1  without telling me what it was?

2  A    It did.

3  Q    Now, do you have any adult children?

4  A    Yes, three.

5  Q    And what do they do for work?

6  A    My oldest, he runs a business, he has a lawn care business,

7  he is the owner; then I have two other children that are in the

8  restaurant industry, and they are both managers of the

9  restaurants.

10 Q    All right.  Have you ever been involved in a criminal

11 proceeding?

12 A    No.

13 Q    Have any members of your family or close friends been

14 involved in a criminal proceeding?

15 A    Not that I'm aware of.

16 Q    Is there anything in your background or experiences, sir,

17 that would impact or render you incapable of being a fair and

18 impartial juror if chosen to serve in this case?

19 A    No.

20         THE COURT:  Thank you, Mr. Smith, you may be seated.

21                        EXAMINATION

22 BY THE COURT:

23 Q    Good morning, Juror Number 10, please tell me your name.

24 A    Paul Geyer.

25 Q    Good morning, Mr. Geyer, what do you do for work?

1  A   I'm retired in 2016, but for the previous 31 years, I

2  worked in the financial area.  The last job I was with 26 years

3  at an insurance company as a portfolio manager.

4  Q   Are you married?

5  A   No, but I have a partner.

6  Q   Okay.  What does your partner do for work?

7  A   She is also retired, but prior to 2016, worked in education

8  as a cultural and language teacher most recently.

9  Q   Have either of you ever worked in law enforcement?

10 A   No.

11 Q   Do you have any adult children?

12 A   No.

13 Q   Have you ever served in the military?

14 A   Nope.

15 Q   Have you ever served on a jury before?

16 A   No.

17 Q   Have you ever been involved in a criminal proceeding?

18 A   No.

19 Q   Have any member -- has any member of your family or close

20 friend ever been involved in a criminal proceeding, either as a

21 defendant, victim or witness?

22 A   No.

23 Q   Is there anything in your background or experiences, sir,

24 that would impact your ability to be fair and impartial and

25 weighing the evidence objectively in this case?

```
 1   A    No.

 2             THE COURT:  Thank you, sir, you may be seated.

 3                        EXAMINATION

 4   BY THE COURT:

 5   Q    Let's turn to Juror Number 11.

 6   A    Leonard Decker.

 7   Q    What do you do for work, sir?

 8   A    I'm retired, I worked for a citrus company.

 9   Q    What did you do for the citrus company?

10   A    Heavy equipment, built groves.

11   Q    How long did you do that, how many years?

12   A    Eighteen.

13   Q    And did you hold any jobs prior to your work in the citrus

14   field?

15   A    Horse farm.

16   Q    Have you ever worked in law enforcement, sir?

17   A    No.

18   Q    Are you married?

19   A    Yes.

20   Q    What does your spouse do for work?

21   A    She designs interiors for motor homes.

22   Q    Has she ever held any other jobs outside of the design

23   field?

24   A    No.

25   Q    Sorry, I think you said no, but I think I talked over you;
```

Monday, May 8th, 2023

```
 1    you said no?

 2    A    No.

 3    Q    Do you have any adult children?

 4    A    Two.

 5    Q    What do they do for work?

 6    A    My son is a plumber and my daughter is unemployed.

 7    Q    All right.  Have you ever served on a jury before?

 8    A    No.

 9    Q    Have you ever served in the military?

10    A    Yes.

11    Q    Can you tell me a little about that service in terms of

12    length of time and approximately when.

13    A    Four years, 1979 to -- I think it was '84 or '85.

14    Q    And which division of the military?

15    A    Army.

16    Q    Army, okay.  Have you ever been involved in a criminal

17    proceeding?

18    A    No.

19    Q    Has any member of your family been involved in a criminal

20    proceeding -- sorry, I just ask that you please wait until I'm

21    done with the question, otherwise the record comes out unclear.

22          Has any member of your family or close friend ever

23    been involved in a criminal matter?

24    A    No.

25    Q    Is there anything in your background or experiences, sir,
```

Monday, May 8th, 2023

1   that would prevent you from being a fair and impartial juror if

2   chosen to serve in this case?

3   A   No.

4            THE COURT:   Thank you, you may be seated.

5                        EXAMINATION

6   BY THE COURT:

7   Q   All right.   Good morning.   Please tell me your name, Juror

8   Number 12.

9   A   Good morning, Desiree Motto.

10  Q   What do you do for work?

11  A   I'm an optician.

12  Q   And how long have you been an optician?

13  A   Twenty-five years.

14  Q   What did you do before becoming an optician other than, I

15  guess, study to be an optician?

16  A   I actually did internal medicine as an MA.

17  Q   Are you married?

18  A   No.

19  Q   Do you have any adult children?

20  A   Yes, two.

21  Q   What do they do for work?

22  A   My daughter is in purchasing at the Sheriff's Office.

23  Q   Do you have any other adult children?

24  A   Yes, my son is a manager at a landscaping company.

25  Q   Now, with respect to your daughter, which Sheriff's Office

```
1    is she working for?

2    A    St. Lucie.

3    Q    And you said she is in purchasing, do you know generally

4    what she does for the Sheriff's Office?

5    A    It's when a police officer needs a gun, uniforms --

6    Q    Got you.

7    A    -- et cetera.

8    Q    How long has she been working there?

9    A    Four years, three, four years.

10   Q    Is there anything about your daughter's work for the

11   Sheriff's Office of St. Lucie County that would impact your

12   ability to be fair and impartial if chosen to serve as a juror

13   on this case?

14   A    No, ma'am.

15   Q    Do you have any other adult children?

16   A    No, ma'am.

17   Q    You mentioned your daughter and your son, correct?

18   A    Yes.

19   Q    Have you ever served on a jury before?

20   A    Yes.

21   Q    And when was that, if you recall?

22   A    Eight years ago.

23   Q    Was that here in St. Lucie County?

24   A    Yes, ma'am.

25   Q    Do you remember if it was federal or state court?
```

```
1    A    It was state.

2    Q    State, okay.  Do you remember if it was a criminal case or

3    a civil case?

4    A    Civil.

5    Q    And were you the foreperson?

6    A    Yes.

7    Q    Do you know if the jury reached a verdict in that case,

8    without telling me what it was?

9    A    Yes.

10   Q    Did the jury reach a verdict?

11   A    Yes, ma'am.

12   Q    Okay.  Have you ever been involved in any court in a

13   criminal matter that concerned you, any member of your family

14   or a close friend either as a defendant, a witness or a victim?

15   A    No, ma'am.

16   Q    Is there anything in your background or experiences that

17   would affect your ability to be fair and impartial if chosen to

18   serve as a juror in this case, Ms. Motto?

19   A    No, ma'am.

20            THE COURT:  Thank you, you may be seated.

21            Actually, let me turn back to Ms. Motto for one final

22   follow-up.

23   BY THE COURT:

24   Q    I should ask, other than your daughter's work for the

25   Sheriff's Office, do you have any other close friends or
```

```
 1    relatives who work in law enforcement?

 2    A    Yes, ma'am.

 3    Q    Tell me who those individuals are and where do they work,

 4    please.

 5    A    The Sheriff's Office; St. Lucie Police station here in

 6    St. Lucie County; and another one, which I'd rather not talk

 7    about.

 8    Q    Okay.

 9    A    I don't want to say his profession.

10    Q    So the first person you referenced, who is that to you?

11    A    It's my daughter's son-in-law -- I'm sorry, my daughter's

12    brother-in-law.

13              THE COURT:  All right.  We may have some follow-up

14    with you, ma'am, later during this session, but for now, you

15    may be seated.  Thank you, Ms. Motto.

16                              EXAMINATION

17    BY THE COURT:

18    Q    All right.  Good morning, Juror Number 13.  Please tell me

19    your name.

20    A    Shannon Phillips.

21    Q    And where do you work?

22    A    I work at Treasure Coast Hospice, I'm a registered nurse.

23    Q    How long have you been a registered nurse?

24    A    Ten years almost.

25    Q    What did you do before then?
```

1  A   Before being a registered nurse, I was a restaurant manager

2  and an office manager.

3  Q   Are you married?

4  A   I am.

5  Q   What does your spouse do for work?

6  A   He is a project manager.

7  Q   And where does he work?

8  A   He works in Palm Beach.

9  Q   For what entity?

10  A   Wright Brothers Construction Company.

11  Q   Do you have any adult children?

12  A   Barely, she's 18.

13  Q   What does she do for work, if anything?

14  A   Retail, she is going to college in August.

15  Q   Has your husband -- I know he's working now as a project

16  manager for a construction company, what jobs has he held in

17  the past?

18  A   Plumbing, he is a plumber.

19  Q   Okay.  Have you ever worked in law enforcement?

20  A   No.

21  Q   Has your husband ever worked in law enforcement?

22  A   No.

23  Q   Do you have any close friends or relatives who work in law

24  enforcement?

25  A   No relatives, but I do have many friends in law

Monday, May 8th, 2023

1    enforcement.

2    Q    Perhaps raise the mic just a little bit, if you don't mind.

3    Thank you.

4           Now, is there anything about your close friendships

5    with these individuals -- I guess first off, approximately how

6    many individuals are you friends with who work in law

7    enforcement?

8    A    I was an ER nurse previously, before working at Treasure

9    Coast Hospice, for many years, so I came in contact with

10   multiple police officers and became friends with them, so quite

11   a ton --

12   Q    Got it, got it.

13   A    -- unfortunately.

14   Q    I'm sorry, what was that last word?

15   A    I said unfortunately.

16   Q    Well, there is no fortunate or unfortunate, I'm just trying

17   to understand a bit more about your background.

18          Is there anything about your friendships or

19   acquaintances or relationships with these various law

20   enforcement folks that would impact your ability to be fair and

21   impartial in this case if chosen to be a juror?

22   A    No, ma'am.

23   Q    Have you ever served on a jury before?

24   A    No.

25   Q    Have you ever been involved in a criminal matter, either

```
 1   you, a close friend or a family member?
 2   A   No.
 3   Q   Is there anything else in your background or experiences,
 4   ma'am, that would impact your ability to be fair and impartial?
 5   A   No.
 6            THE COURT:  All right, thank you, you may be seated.
 7                           EXAMINATION
 8   BY THE COURT:
 9   Q   Good morning, we are now at Juror 14.  Please tell me your
10   name and what you do t for work.
11   A   Georgette Brown, I'm retired for about eight years now.
12   Q   And what did you do before you retired?
13   A   I worked for a nonprofit.
14   Q   What type of nonprofit?
15   A   Epilepsy Foundation as a caseworker.
16   Q   And what did you do before you worked for that nonprofit?
17   A   I worked at the State Attorney's Office in Fort Pierce on
18   2nd Street.
19   Q   And what sort of work did you do at the State Attorney's
20   Office?
21   A   It was in victims division under Bruce Colton.
22   Q   Are you an attorney?
23   A   No.
24   Q   Okay.  How long did you work at the State Attorney's
25   Office?
```

```
1   A    Two years.
2   Q    Have you held any other jobs in law enforcement, other than
3   those approximately two years?
4   A    No.
5   Q    Is there anything about your work at the State Attorney's
6   Office, ma'am, that would impact your ability to be fair and
7   impartial if chosen to serve as a juror in this case?
8   A    No.
9   Q    Are you married?
10  A    Yes.
11  Q    What does your spouse do for work?
12  A    He is retired.
13  Q    Tell me what he did, please, before his retirement.
14  A    He worked at Grumman, like a project manager for aircraft
15  parts.
16  Q    Did he hold any jobs other than the project manager for
17  Grumman?
18  A    No.
19  Q    So he worked for that company his entire career?
20  A    Yeah, 45 years.
21  Q    Wow.  Do you have any adult children?
22  A    I do, I have three.  One is self-employed with his own
23  business in marine engines; the other one is in the marine
24  electronics business, and my daughter is in insurance.
25  Q    Do you have any members of your family or close friends who
```

```
 1  are in law enforcement?

 2  A    No.

 3  Q    Have you ever been involved in any court in a criminal

 4  proceeding?

 5  A    Not involved; overseeing when I was with the State

 6  Attorney's Office.

 7  Q    Okay.  Outside of that oversight role, have you or any

 8  member of your family or close friend ever been a defendant, a

 9  witness or a victim in a criminal case?

10  A    No.

11  Q    Have you ever served on a jury before?

12  A    No.

13  Q    Is there anything in your background or experiences,

14  Ms. Brown, that would affect your ability to be fair and

15  impartial if chosen to serve as a juror in this matter?

16  A    No.

17            THE COURT:  Thank you, you may be seated.

18                       EXAMINATION

19  BY THE COURT:

20  Q    All right, good morning.  Please tell me your name and

21  juror number.

22  A    Matthew Roy, 15.

23  Q    What do you do for work, sir?

24  A    I'm an assistant principal with St. Lucie Public Schools.

25  Q    How long have you been in school leadership?
```

```
1    A    School leadership, about eight years, and I was a teacher
2    prior to that.
3    Q    Have you held any other jobs outside of being a teacher or
4    principal?
5    A    I was a bartender and a restaurant server prior to that.
6    Q    Are you married?
7    A    No, but I have a partner.
8    Q    What does your partner do for work?
9    A    He is a registered nurse.
10   Q    Has he held any other jobs, other than being a nurse?
11   A    No, ma'am.
12   Q    Have you ever worked in law enforcement?
13   A    No, I have not.
14   Q    Has your partner ever worked in law enforcement?
15   A    No, he has not.
16   Q    Have any members of your family or close friends ever
17   worked in law enforcement?
18   A    No, ma'am, but I do work with a school resource deputy.
19   Q    Okay.  Is there anything about your working relationship
20   with that deputy that would impact your ability to be fair and
21   impartial if chosen to serve as a juror in this case?
22   A    No, ma'am.
23   Q    Have you ever served on a jury before?
24   A    No, ma'am.
25   Q    Do you have any adult children?
```

```
1    A    No, ma'am.

2    Q    Have you ever served in the military?

3    A    No, ma'am.

4    Q    Have you ever been involved in any court in a criminal

5    matter, either you, a member of your family or a close friend?

6    A    In 2008, I was arrested for possession of cannabis, under

7    20 grams, and was a defendant in a pretrial diversion program.

8    Q    Is there anything about that experience, sir, that would

9    impact your ability to be fair and impartial if chosen to serve

10   as a juror in this proceeding?

11   A    No, ma'am.

12   Q    Is there anything else in your background or experiences

13   that would impact your ability to weigh the evidence

14   objectively based on the law as it is presented to you?

15   A    No, ma'am.

16          All right.  Thank you, Mr. Roy, you may be seated.

17                            EXAMINATION

18   BY THE COURT:

19   Q    All right.  Juror Number 16, good morning.  Please tell me

20   your name, and what you do for work.

21   A    Ann Laliberte, retired OR tech.

22   Q    I"m sorry, I didn't catch that.

23   A    Operating room tech.

24   Q    Okay.  How long were you an operating room technician?

25   A    Ten years.
```

```
 1   Q   What did you do before that role?

 2   A   Dance instructor, 24 years.

 3   Q   Are you married?

 4   A   Yes.

 5   Q   What does your spouse do for work?

 6   A   Retired construction supervisor.

 7   Q   What did he do before that job, if anything?

 8   A   Always in building, carpenter.

 9   Q   Have you ever worked in law enforcement or has your spouse

10   ever worked in law enforcement?

11   A   No.

12   Q   Do you have any other relatives or close friends who work

13   in law enforcement?

14   A   No.

15   Q   Have you ever served on a jury before?

16   A   No.

17   Q   Have you ever served in the military?

18   A   No.

19   Q   Do you have any adult children?

20   A   Yes, three.

21   Q   What do they do for work?

22   A   The oldest one is multiple handicapped, so he doesn't work;

23   the second one is a rehab specialist, but he is Mr. Mom now,

24   and the third one is a nurse anesthetist -- anesthetist.

25   Q   That's a tough word to pronounce.
```

1              Have you ever been involved in any court in a
2   criminal matter, either as a defendant, a victim or a witness?
3   A    No.
4   Q    What about any members of your family or close friends?
5   A    No.
6   Q    Is there anything in your background or experiences that
7   would affect your ability to be fair and impartial, ma'am, if
8   you are chosen to serve as a juror in this case?
9   A    No.
10             THE COURT:  Thank you, you may be seated.
11             All right, I see Juror 17.  It is 10:46 and I do want
12  to take a break since we still have a little bit more to go,
13  but let's go ahead and handle Juror 17, who is already eager
14  raising your paddle, so let's get started.
15                          EXAMINATION
16  BY THE COURT:
17  Q    What is your name?
18  A    My name is Jerrine Lang.
19  Q    What do you do fork work?
20  A    I'm a licensed real estate agent, I'm also the admin for a
21  local brokerage.
22  Q    Have you held any other positions other than real
23  estate/brokerage?
24  A    Yes, I previously worked for a university that I'm also an
25  alum of and my dad is in the printing industry, and I worked

```
 1   for him for several years as well.

 2   Q    And what did you do when you worked for the university?

 3   A    I was in civil service and I delivered mail.

 4   Q    Are you married?

 5   A    I am.

 6   Q    And what does your spouse do for work?

 7   A    He works for a printing company out of Deerfield and he is

 8   a supervisor.

 9   Q    Has he held any other jobs outside of the printing field?

10   A    No.

11   Q    Have either you or your spouse ever worked in law

12   enforcement?

13   A    No, Your Honor.

14   Q    Do you have any close friends or relatives who worked in

15   law enforcement or currently work in law enforcement?

16   A    No, Your Honor.

17   Q    All right.  Do you have any adult children?

18   A    Yes, I do.

19   Q    Please tell me what they do for work.

20   A    I have three, they are all in the food service industry,

21   and the youngest one is part-time, the other two are full-time.

22   Q    Okay.  And let's see, have you ever served on a jury

23   before?

24   A    No, Your Honor.

25   Q    Have you ever been involved in any court in a criminal
```

1    matter, either as a defendant, victim or witness?

2    A    No, Your Honor.

3    Q    Have you ever -- has anybody in your family or a close

4    friend been involved in a criminal proceeding?

5    A    No, Your Honor.

6    Q    All right.  Is there anything in your background or

7    experiences, Ms. Lang, that would impact your ability to be

8    fair and impartial if chosen to serve as a juror in this case?

9    A    No, Your Honor.

10             THE COURT:  Thank you, you may be seated.

11             PROSPECTIVE JUROR:  Thank you.

12             THE COURT:  All right.  We are going to take a 15

13   minute break, but before we do that, one moment.

14      (Pause in the proceedings)

15             THE COURT:  All right.  We are going to ask Juror

16   Number 12 to stay back for a brief sidebar.

17             Everybody else, you may go downstairs to the jury

18   room, jury assembly room, please leave you're paddles, though,

19   where they are right now so we don't lose track of them or

20   where you should be seated and we will see you promptly in 15

21   minutes.

22             All rise for the jury.

23      (The venire panel retired from the courtroom at

24       10:48 a.m.)

25

Monday, May 8th, 2023

```
 1                          EXAMINATION

 2   BY THE COURT:

 3   Q   Ms. Motto, I know you mentioned that you had a relative who

 4   worked in law enforcement, but you wanted to be careful about

 5   discussing his place of employment, so now that we are outside

 6   the presence of your fellow jurors, I would ask, where does

 7   this person work?

 8   A   He works in St. Lucie County.

 9   Q   Okay.  And for what entity?

10   A   He is undercover.

11   Q   Okay.  Is there anything about your relationship with this

12   individual that would impact your ability to be fair and

13   impartial if chosen to serve as a juror in this case?

14   A   No, ma'am.

15           THE COURT:  I'll give each side a moment for a

16   question, if they choose to ask any follow-up.

17           Mr. McMillan, anything further?

18                          EXAMINATION

19   BY MR. McMILLAN:

20   Q   Ma'am, you understand none of the law enforcement officers

21   involved in this case are from St. Lucie County, do you

22   understand that?

23   A   Yes, sir.

24   Q   So there is no way that would have any impact on your

25   ability to be fair and impartial, would it?
```

```
 1   A    Not at all, sir.

 2              MR. McMILLAN:  Thank you.

 3              THE COURT:  Do you have anything, Mr. Roth?

 4              MR. ROTH:  No, I have no questions.  Thank you.

 5              THE COURT:  All right.  Thank you, Ms. Motto.  You

 6   can go have your restroom break and we will see you back in 15

 7   minutes, along with the rest of the group.  Thank you.

 8       (Juror 12 excused.)

 9              THE COURT:  All right.  It's 10:52, we will all take

10   a ten minute break and then resume, unless there is something

11   very pressing.

12              MR. McMILLAN:  No, Your Honor.

13              THE COURT:  Okay, excellent.  Let's let Ms. Motto

14   exit and I'll see you all in ten minutes.

15       (Recess was had at 10:52 a.m.; and the proceedings

16       resumed at 11:04 a.m.)

17              THE COURT:  All right.

18              Ms. Nicado, can you go see if the Government

19   attorneys are outside.

20       (Pause in proceedings.)

21              THE COURT:  All right.  Anything to discuss before we

22   bring in the jurors?

23              MR. McMILLAN:  Nothing for the United States, Your

24   Honor.

25              THE COURT:  Mr. Roth?
```

```
 1              MR. ROTH:  No, Your Honor.

 2              THE COURT:  All right, you may be seated.

 3              Ms. Nicado, are the jurors getting lined up outside?

 4              THE COURTROOM DEPUTY:  Yes.

 5              THE COURT:  Are they ready to come in?

 6              THE COURTROOM DEPUTY:  Yes.

 7              THE COURT:  All right, let's have them come in,

 8      please.

 9              All rise.

10         (Venire panel in at 11:07 a.m.)

11              THE COURT:  Please be seated.

12              All right.  I think we have everybody.

13              Ms. Nicado or Ms. Cassisi, any jurors outstanding?

14              THE COURTROOM DEPUTY:  No, Your Honor.

15              THE COURT:  We will resume where we left off with

16      Juror Number 18.

17                             EXAMINATION

18      BY THE COURT:

19      Q    Good morning, sir.

20      A    Brady Wallace, Number 18, I hang wallpaper.

21      Q    How long have you been engaged in that business?

22      A    Only about a year.

23      Q    What did you do before that point?

24      A    I worked at a bank.

25      Q    Doing what?
```

Monday, May 8th, 2023

```
1    A    Opening accounts, opening loans, that kind of thing.

2    Q    Have you held any other positions other than the wallpaper

3    and the bank work?

4    A    Yes, many.  I previously managed a dorm for a college and

5    before that, I drove a truck.

6    Q    Are you married, sir?

7    A    No, ma'am.

8    Q    Do you have any adult children?

9    A    No, ma'am.

10   Q    Have you ever worked in law enforcement?

11   A    No.

12   Q    Has anybody in your family or close friend ever worked in

13   law enforcement?

14   A    No, ma'am.

15   Q    Have you ever served on a jury before?

16   A    No.

17   Q    Have you ever worked in the military?

18   A    No.

19   Q    Have you ever been involved in any court in a criminal

20   proceeding either as a defendant, a victim or a witness?

21   A    No, ma'am.

22   Q    What about any members of your family or close friends?

23   A    No, ma'am.

24   Q    Is there anything, sir, in your background or experiences

25   that would affect your ability to be fair and impartial if
```

```
 1   chosen to serve as a juror in this case?

 2   A    No, ma'am, I don't believe so.

 3   Q    All right.  Do you have any hesitation at all in that

 4   regard?

 5   A    Oh, no, no, I don't.

 6            THE COURT:  Okay, all right.  Thank you, sir, you may

 7   be seated.

 8            PROSPECTIVE JUROR:  Thank you.

 9                           EXAMINATION

10   BY THE COURT:

11   Q    All right.  Juror Number 19, please tell me your name and

12   what you do for work.

13   A    My name is Brenda Trigg and I stay at home.

14   Q    And during your life, have you held any positions outside

15   of the home?

16   A    I used to work for the county about 15 years or so ago.

17   Q    Which county was that?

18   A    St. Lucie County.

19   Q    And what did you do for the county?

20   A    I was a -- I printed.

21   Q    So you were printing, just explain to me a little bit about

22   what that means.

23   A    Documents, anything for offices that needed to be

24   documented.

25   Q    Understood, thank you.  Okay.
```

1        When you worked for the county, was that in a law

2   enforcement capacity?

3   A   No, ma'am; no, ma'am, I worked for the commissioners.

4   Q   Okay.  Are you married?

5   A   Yes, ma'am.

6   Q   What does your spouse do for work?

7   A   He does custom cabinets.

8   Q   And what other jobs, if any, has he had other than the

9   cabinets?

10  A   Construction, drywall, yes.

11  Q   Have either you or your husband ever worked in law

12  enforcement?

13  A   No, ma'am.

14  Q   Do you have any close friends or relatives who work in law

15  enforcement or previously worked in law enforcement?

16  A   My brother-in-law, he was with the fire department, but he

17  doesn't work there now, he works at a golf club.

18  Q   Okay.  Do you have any adult children?

19  A   Yes, ma'am, I have two.  One lives in Orlando, works at

20  Universal Studios; my daughter stays home with her children.

21  Q   All right.  Have you ever served on a jury before?

22  A   No, ma'am.

23  Q   Have you ever served in the military?

24  A   No, ma'am.

25  Q   Have you ever been involved in any court in a criminal

1    matter that concerned yourself, any member of your family or a

2    close friend, either as a defendant, a witness or a victim?

3    A   My grandpa, and he was a victim, I'm not sure how you

4    describe it.  My grandmother died under the knife, so he took

5    them to court, so I don't know how you would -- why he would be

6    before you.

7    Q   Okay, okay.  Were you called to be a witness at all --

8    A   No, ma'am.

9    Q   -- in that case?

10   A   No, ma'am.

11   Q   Is there anything, ma'am, about that experience with your

12   grandfather's -- explain to me.  Was your grandfather the

13   victim, I think you said?

14   A   I don't know what you would call him under it.  My

15   grandmother is the one who passed away under surgery, so he

16   took them to court.

17   Q   I understand.

18   A   Okay.

19   Q   Okay, I get it now, thank you.

20          Is there anything about that court proceeding that

21   you have been referencing between -- I guess as a result of

22   your grandmother's death that would affect your ability to be

23   fair and impartial in this case?

24   A   No, ma'am, I don't think so.

25   Q   Do you have any doubts about your ability, ma'am, to be

1  fair and impartial?

2  A   No, ma'am.

3  Q   Is there anything else in your background or experiences

4  that would affect your ability to weigh the evidence in this

5  case objectively and applying the law as it is instructed to

6  you?

7  A   No, ma'am.

8          THE COURT:  All right.  Thank you, ma'am, you may be

9  seated.

10                          EXAMINATION

11 BY THE COURT:

12 Q   All right, Juror Number 20, please tell me your name, and

13 what you do for work.

14 A   Breyana Harvard, retail management.

15 Q   I'm going to ask you to speak up a tad.  Did you say retail

16 management?

17 A   Yes.

18 Q   Where is that specifically?

19 A   Sam's, Vero Beach.

20 Q   How long have you worked at Sam's?

21 A   I've been there five years.

22 Q   And where did you work before that job?

23 A   All retail.

24 Q   Have you ever worked in law enforcement?

25 A   No.

```
1   Q   And you said retail jobs, can you tell me a little bit
2   about the different companies you've worked for.
3   A   I worked at Home Depot in Georgia, also Home Depot
4   corporate office in Georgia as well, all management.
5   Q   Got you.  Are you married?
6   A   No.
7   Q   Do you have any adult children?
8   A   No.
9   Q   Have you ever served on a jury before?
10  A   No.
11  Q   Have you ever worked in law enforcement?
12  A   No.
13  Q   Do you have any close friends or family members who work in
14  law enforcement?
15  A   My mother, retired Fort Lauderdale Broward Sheriff's Office
16  deputy.
17  Q   That was your mother?
18  A   Yes.
19  Q   And what did she do, if you can describe that a bit more
20  for me?
21  A   She was a deputy at the courthouse.
22  Q   Do you know if she worked for the court or for a law
23  enforcement agency?
24  A   Law enforcement, she did the intake of the inmates going in
25  and out of corrections.
```

1    Q    Okay.  Is there anything about your mother's prior

2    employment that would impact your ability to be fair and

3    impartial if chosen as a juror in this case?

4    A    No.

5    Q    Have you ever been involved in any court in a criminal

6    matter that concerned yourself, any member of your family or a

7    close friend, either as a defendant, a victim or a witness?

8    A    No.

9    Q    Have you ever served in the military?

10   A    No.

11   Q    Is there anything in your background or experiences,

12   Ms. Harvard, that would impact your ability to be fair and

13   impartial if chosen to serve as a juror in this case?

14   A    No.

15              THE COURT:  Thank you, you may be seated.

16                        EXAMINATION

17   BY THE COURT:

18   Q    Good morning.  We are now at Juror 21, if you could please

19   tell me your name and what you do for work.

20   A    My name is Sally Kennedy, and I'm a retired professional

21   ballet dancer.

22   Q    And have you held any other positions outside of the ballet

23   field?

24   A    I taught music classes and I have been a teacher, performed

25   with Cirque du Soleil and Miami City Ballet.

```
1    Q    Very interesting.  I was curious, are you supposed to say
2    ballet or --
3    A    Ballet.
4    Q    Thank you.  Are you married?
5    A    Yes.
6    Q    And what does your spouse do for work?
7    A    He is a retired firefighter/paramedic with the City of
8    Miami.
9    Q    Is there anything about your husband's role as a paramedic
10   or retired paramedic/firefighter that would impact your ability
11   to be fair and impartial if chosen as a juror in this case?
12   A    No, ma'am.
13   Q    Did your husband hold any other jobs, other than the
14   paramedic role you described?
15   A    No.  He did fire prevention training and stuff like that,
16   but just with the fire department.
17   Q    Okay.  Do you have any friends who work in law enforcement,
18   close friends?
19   A    No.
20   Q    What about any family members who work in law enforcement?
21   A    My father-in-law was a New York police officer, he is
22   deceased now.
23   Q    Anything about your late father-in-law's prior employment
24   that would impact your ability to be fair and impartial?
25   A    No, ma'am.
```

```
1    Q    Have you ever served on a jury before?

2    A    Yes, I have.

3    Q    And when was that?

4    A    Seven or eight years ago.

5    Q    Here in Florida or --

6    A    Yes, in Miami.

7    Q    Do you remember if it was state court?

8    A    Yeah, I believe so.

9    Q    And do you remember if it was a criminal or civil case?

10   A    Criminal, I believe, yeah, it was criminal.

11   Q    And do you know if you were the foreperson?

12   A    No.

13   Q    Do you know if the jury reached a verdict?

14   A    We did not.

15   Q    Have you ever served in the military?

16   A    No.

17   Q    I'm not sure if I asked you this, do you have any adult

18   children?

19   A    Not adult.

20   Q    Okay.  Have you ever been involved in any court in a

21   criminal case?

22   A    No, ma'am.

23   Q    Is there anything in your background or experiences,

24   Ms. Kennedy, that would impact your ability to be fair and

25   impartial, weigh the evidence objectively and apply the law as
```

Monday, May 8th, 2023

```
 1    it is given to you?

 2    A    No, ma'am.

 3              THE COURT:  All right.  You may be seated, thank you.

 4                          EXAMINATION

 5    BY THE COURT:

 6    Q    Good morning, Juror Number 22, please tell me your name and

 7    what you do for work.

 8    A    Good morning, Your Honor.  My name is Rudy Francisco and

 9    I'm a banker for a bank.

10    Q    And how long have you worked in banking?

11    A    Five years, going on six.

12    Q    What did you do, if anything, before you started in

13    banking?

14    A    Well, before I was 20, I was working in the -- it doesn't

15    look like it, but I it was working in like supplements,

16    protein, you know, all that fun stuff because I got out of high

17    school and by 20, that's when I started working in the banking

18    industry.

19    Q    Okay.  And in your current role, sir, what is your title?

20    A    Relationship banker.

21    Q    Are you married?

22    A    No.

23    Q    Do you have adult children?

24    A    No.

25    Q    Have you ever served on a jury before?
```

1   A    No -- well, I got a summons once, but I was excused.

2   Q    All right.  Do you have any close friends or family members

3   who work in law enforcement?

4   A    Not at all, no.

5   Q    Have you ever been involved in any court in a criminal

6   case?

7   A    Well, I was a defendant.  When it -- to put a little

8   context, so I drive a Camero and to the deputies that gave me

9   those traffic tickets, they thought I was going over a certain

10  limit, but that was taken care of because I hired a lawyer and

11  they took care of that.  Other than that, just like traffic

12  stop violations, I guess, in the eyes of the law, but like I

13  said, I was never, I guess, charged.

14  Q    Thank you, thank you.

15          Anything about those speeding or traffic related

16  cases that would affect your ability to weigh the evidence in

17  this case based solely on what is presented in the courtroom

18  and the law as it is given to you?

19  A    Not at all, no.

20  Q    All right.  Is there anything in your background or

21  experiences, Mr. Francisco, that would affect your ability to

22  be fair and impartial if chosen to serve?

23  A    No.

24          THE COURT:  Thank you, you may be seated.

25

```
  1                           EXAMINATION

  2   BY THE COURT:

  3   Q    Next is Juror 23, good morning.  Please tell me your name.

  4   A    Good morning, Revatie Achahbar.

  5   Q    What do you do for work?

  6   A    I'm a tax accountant.

  7   Q    How long have you been a tax accountant?

  8   A    For 15 years, and prior to that I was an accountant.

  9   Q    Any other jobs outside of the accounting field?

 10   A    No.

 11   Q    Are you married?

 12   A    Yes, I am.

 13   Q    What does your spouse do for work?

 14   A    My husband has an auto repair shop.

 15   Q    Does he own that shop?

 16   A    Yes.

 17   Q    Has he held any other -- has he held any other positions

 18   outside of the auto repair field?

 19   A    No.

 20   Q    Do you have any adult children?

 21   A    One, she is 22.  She was an intern for the last two years

 22   for the Seventh District Court in the criminal field, she just

 23   finished last year.

 24   Q    Is she an attorney?

 25   A    No, she is doing her masters now.
```

```
 1   Q   I think you said she was an intern in the Southern --
 2   A   Seventh.
 3   Q   Seventh?
 4   A   Seventh District Court.
 5   Q   Here in Florida?
 6   A   Yes.
 7   Q   Is there anything about your daughter's internship that
 8   would impact your ability to be fair and impartial if chosen to
 9   serve as a juror in this case?
10   A   No.
11   Q   Do you have any other adult children?
12   A   No.
13   Q   Have you ever served on a jury before?
14   A   No.
15   Q   Have you ever served in the military?
16   A   No.
17   Q   Have you ever been involved in a criminal case either as a
18   defendant, a victim or a witness?
19   A   No, ma'am.
20   Q   What about any members of your family or close friends?
21   A   No.
22   Q   Do you have any close friends or relatives who work in law
23   enforcement?
24   A   No, I don't.
25   Q   Is there anything in your background or experiences that
```

Monday, May 8th, 2023

1    would impact your ability to be a fair and impartial juror,

2    weighing the evidence objectively in this case based on the law

3    as it is presented to you?

4    A    No.

5            THE COURT:  Thank you, that is all, you may be

6    seated.

7                            EXAMINATION

8    BY THE COURT:

9    Q    All right.  We are now at Juror Number 24, please tell me

10   your name and what you do for work.

11   A    Good morning, my name is Kristin Brege, and I'm a

12   registered nurse.

13   Q    How long have you been worked in nursing?

14   A    Four years.

15   Q    And what did you do for work prior to that?

16   A    I worked with children in the extended day program of

17   Indian River County.

18   Q    Are you married?

19   A    I am not.

20   Q    Have you ever worked in law enforcement?

21   A    No, ma'am.

22   Q    Do you have any close friends or relatives who work in law

23   enforcement?

24   A    No, ma'am.

25   Q    Have you ever been served on a jury before?

```
 1    A    I was summoned, but I wasn't called.

 2    Q    Have you ever served in the military?

 3    A    No, ma'am.

 4    Q    Have you ever been involved in any court in a criminal

 5    case, either as a defendant, a victim or a witness?

 6    A    No, ma'am.

 7    Q    What about any individuals in your family or close friends?

 8    A    My sister is going through a civil case currently, but not

 9    criminal.

10    Q    Okay.

11    A    A divorce.

12    Q    Is there anything in your background or experiences, ma'am,

13    that would impact your ability to be a fair and impartial juror

14    if chosen?

15    A    No, ma'am.

16            THE COURT:   Thank you, Juror 24, you may be seated.

17                          EXAMINATION

18    BY THE COURT:

19    Q    We are now at Juror 25.   Good morning, please tell me your

20    name and what you do for work.

21    A    Hi, good morning.   My name is Michelle Andrews, I'm an

22    office manager for an internal medicine physician, a small

23    practice.   I mainly do office insurance and patient billing.

24    Q    How long have you been working there?

25    A    Twenty-six years.
```

1    Q    Any other job?

2    A    One retail job, that's about all.

3    Q    Are you married?

4    A    Yes.

5    Q    What does your spouse do fork work?

6    A    Firefighter/EMT battalion chief in our county.

7    Q    Which county is that?

8    A    Highlands.

9    Q    Is there anything about your spouse's employment for

10   Highlands County as a firefighter and battalion chief, I think

11   you said, that would impact your ability to serve as an

12   impartial juror in this case?

13   A    None at all.

14   Q    Do you have any other friends or relatives that work in law

15   enforcement?

16   A    My stepfather is a retired law enforcement officer.  My

17   mother is currently a criminal analyst in Hendry County and

18   she's had multiple clerical positions for the Sheriff's Office.

19   Q    Is there anything about your relationships with those

20   individuals, again, that would impact your ability to be fair

21   and impartial in this case if chosen to serve?

22   A    No, ma'am.

23   Q    Have you ever been on a jury before?

24   A    I have not.

25   Q    Have you ever served in the military?

1    A    No, ma'am.

2    Q    Have you ever been involved in any court in a criminal

3    case, either you, a close member -- a member of your family or

4    a close friend?

5    A    I know my stepfather was called to court for an arrest

6    related issue, his job, and I don't know any details, he never

7    disclosed anything.

8    Q    All right.  Any other criminal cases?

9    A    No, ma'am.

10   Q    Is there anything in your background or experiences, ma'am,

11   that would affect your ability to be fair and impartial and

12   weighing the evidence in this case objectively and fairly?

13   A    No, ma'am.

14            THE COURT:  All right.  Thank you, Ms. Fraser, you

15   may be seated.

16            PROSPECTIVE JUROR:  Andrews.

17            THE COURT:  Andrews, I misspoke, thank you for the

18   clarification.  Just to be clear, you're Juror 25, our Juror

19   25?

20            PROSPECTIVE JUROR:  Yes.

21                         EXAMINATION

22   BY THE COURT:

23   Q    Now Ms. Fraser.

24   A    Liana Fraser.

25   Q    I think you spoke with us before, ma'am.  You are -- you

```
 1  are a nurse, is that right?

 2  A   Yes, registered nurse at St. Lucie Hospital.

 3  Q   Okay.  How long have you been a nurse?

 4  A   Six years.

 5  Q   Are you married?

 6  A   No.

 7  Q   Any adult children?

 8  A   No.

 9  Q   Have you ever served on a jury before?

10  A   I was served, but the case was dismissed, so we never went

11  to trial.

12          THE COURT:  All right.  That's all I have for you,

13  ma'am, thank you very much.

14                       EXAMINATION

15  BY THE COURT:

16  Q   Juror 27, good morning.

17  A   Hi.  My name is Pam Beaumont, I'm a speech language

18  pathologist for 29 years, I work in private schools, charter

19  schools, public schools.  I'm licensed in seven states.

20  Q   Excellent.  Have you worked in any other jobs outside of

21  speech pathologist?

22  A   Just odd jobs during college and high school.

23  Q   All right.  So do you have a degree in speech pathology?

24  A   A masters in speech pathology and audiology.

25  Q   All right.  Are you married?
```

```
 1   A    I am.

 2   Q    What does your spouse do for work?

 3   A    He is a painter.

 4   Q    Has he always worked in painting?

 5   A    Yeah, since I have known him.

 6   Q    All right.  Do you have any adult children?

 7   A    No.

 8   Q    Have you ever served in the military?

 9   A    No.

10   Q    Do you have any friends -- close friends or relatives who

11   work in law enforcement?

12   A    No.

13   Q    Have you ever worked in law enforcement?

14   A    No.

15   Q    Have you ever been involved in any court in a criminal

16   case, either as a defendant, a victim or a witness?

17   A    No.

18   Q    Is there anything in your background or experiences, ma'am,

19   that would affect your ability to be fair and impartial if

20   chosen to serve as a juror in this case?

21   A    No.

22            THE COURT:  All right.  Thank you, Ms. Beaumont, you

23   may be seated.

24            PROSPECTIVE JUROR:  You're welcome.

25
```

<pre>
 1                          EXAMINATION
 2   BY THE COURT:
 3   Q    Juror 28, good morning.  Please tell me your name and what
 4   you do for work.
 5   A    Good morning, Daniel Gallo, I worked for a general
 6   contractor.
 7   Q    And what do you do for the general contractor?
 8   A    We are kind of a small company, so I kind of do all kinds
 9   of things from building, designing to managing.  It is not
10   really a one title thing.
11   Q    Gotcha.  So what did you study in terms of vocation related
12   to the work that you do?
13   A    Just experience, just -- yeah.
14   Q    Okay, all right.  Have you held any other jobs outside of
15   the contractor field?
16   A    No.  Before that, I mean, it was basically another
17   contractor who worked out of the St. Lucie Power Plant, it was
18   a security hardware company.
19   Q    All right.  Are you married?
20   A    Yes.
21   Q    What does your spouse do for work?
22   A    She does not work, but she did raise our children, is still
23   raising them.
24   Q    That's certainly a lot of work, I can attest to that.
25   A    Definitely.
</pre>

```
 1   Q   All right.  Do you have any close friends who work in law
 2   enforcement?
 3   A   No, I do not.
 4   Q   Any family members?
 5   A   No.
 6   Q   All right.  Have you ever served in the military?
 7   A   No, I have not.
 8   Q   Have you ever served on a jury before?
 9   A   No, I have been summonsed, but never --
10   Q   So you were summoned, did you actually go to court and then
11   just --
12   A   No.  I think one time I might have got to this point, but
13   then that was it.
14   Q   Okay, all right.  Have you ever been involved in any court
15   in a criminal proceeding?
16   A   No.
17   Q   Have any members of your family or close friends been
18   involved in any criminal cases?
19   A   No.
20   Q   Is there anything in your background or experiences, sir,
21   that would impact your ability to be fair and impartial if
22   chosen to serve as a juror in this case?
23   A   No.
24           THE COURT:  All right.  Thank you, you may be seated,
25   sir.
```

<u>EXAMINATION</u>

BY THE COURT:

Q    Juror 29, good morning again.  Please repeat you're name for me.

A    Maria Demott.

Q    And what do you do for work.

A    I'm a housewife.

Q    Have you held any jobs in the past outside of the home?

A    Yes, I have.  I used to be an admissions counselor for Kaiser, when it was still Kaiser College; and before that I was an office administrator for Kohler in the generator division; and before that, it was an administrative assistant at Walt Disney World.

Q    Very diverse roles, all right.  And are you married?

A    Yes, ma'am.

Q    What does your spouse do for work?

A    He is currently a supervisor with nutrition services at Cleveland Clinic and he used to be a chef at Walt Disney World.

THE COURT:  Okay, all right.  That is all I have at the moment, Ms. Demott, you may be seated.

Let's turn to Juror 30.

<u>EXAMINATION</u>

BY THE COURT:

Q    Good morning, please tell me what you do for work and what your name is.

Monday, May 8th, 2023

1   A   My name is Jason Wright and I'm the supervisor of the night

2   crew at Lowe's.

3   Q   Does that mean you work nights, sir?

4   A   Yes, ma'am.

5   Q   So were you able to get any rest last night?

6   A   A little.

7           THE COURT:  Let's get a new microphone, I think one

8   is charged up here.

9   BY THE COURT:

10  Q   Thank you, sir.  What hours do you work?

11  A   I work from 7:00 at night until 6:00 in the morning.

12  Q   Is there any flexibility in that schedule?

13  A   None.

14  Q   Now, is there anything about that schedule that would make

15  it difficult for you to give this case your undivided attention

16  if chosen to serve?

17  A   It would be difficult, but I should be all right.

18  Q   But am I correct that you would basically not be sleeping

19  according to your schedule?

20  A   Yes, I wouldn't be sleeping, though.

21  Q   All right, sir.  Thank you for that.

22          Are you married?

23  A   No.

24  Q   Okay.  Do you have any adult children?

25  A   My son.

```
 1    Q    And what does he do for work?

 2    A    He does construction.

 3    Q    Have you ever served on a jury before?

 4    A    No.

 5    Q    Have you ever been involved in a criminal case?

 6    A    Yes.

 7    Q    Do you wish to speak about that in private?

 8    A    Probably be best.

 9              THE COURT:  All right, thank you.  We will get back

10    to you later, Mr. Wright.

11              Let's turn to Juror 31.

12                          EXAMINATION

13    BY THE COURT:

14    Q    Good morning.

15    A    Good morning.

16    Q    Please tell me your name and what you do for work.

17    A    I'm Elton Dean Collins, I'm happily retired.

18    Q    From what job?

19    A    I worked 36 years with an electric utility, Georgia Power

20    Company, I was an account manager.

21    Q    And so what did you study going back?

22    A    Business.

23    Q    Okay.  Did you hold any other jobs beyond working for that

24    utility company?

25    A    I did out of college, I was a restaurant assistant manager.
```

```
 1    Q    Okay.  Are you married?

 2    A    I am.

 3    Q    What does your spouse do for work?

 4    A    She is -- she owns her own travel agency.

 5    Q    Have either of you ever worked in law enforcement?

 6    A    No.

 7    Q    Do you have any close friends or relatives who work in law

 8    enforcement?

 9    A    I do not.

10    Q    Have you ever served on a jury before?

11    A    No.

12    Q    Have you ever been involved in a criminal matter, either as

13    a defendant, victim or witness?

14    A    I was.  When I was working in the restaurants, we were held

15    up at gunpoint and we were robbed, and I served as a witness in

16    that trial.

17    Q    All right.  Is there anything about that experience,

18    testifying in that case, that would impact your ability to be

19    fair and impartial if chosen to serve as a juror in this case?

20    A    There is not.

21    Q    I'm not sure if I asked you this, but have you ever served

22    on a jury before?

23    A    I have not.

24    Q    Okay, all right.  Do you have any adult children?

25    A    I do, I have two boys; one 36, he works at Vero -- in Vero
```

Monday, May 8th, 2023

```
 1   at MLB as an HVAC technician; and the younger one is 32, he is

 2   a physician's assistant in Los Angeles.

 3   Q   All right.  Anything in your background or experiences,

 4   Mr. Collins, that would affect your ability to be fair and

 5   impartial if chosen to serve as a juror?

 6   A   There is not.

 7           THE COURT:  All right, thank you.  You may be seated.

 8                         EXAMINATION

 9   BY THE COURT:

10   Q   All right, Juror Number 32, thank you for your patience.

11   Please tell me your name and what you do for work.

12   A   My name is Kenneth Sprigle, I work as a heavy equipment

13   mechanic.

14   Q   Do you work for a company, sir?

15   A   Kelly Tractor.

16   Q   How long have you worked there?

17   A   Twenty-five years.

18   Q   Any other jobs?

19   A   U.S. Military.

20   Q   When was that roughly?

21   A   That was from 1978 out of high school to 1998, for 20

22   years; retired.

23   Q   And what part of the military did you work for?

24   A   U.S. Army, 82nd Airborne mostly.

25   Q   Thank you, sir.  Are you married?
```

1   A    Yes.

2   Q    What does your spouse do for work?

3   A    She is retired now, she worked in a prison up in Michigan

4   in the medical portion of it, and an ambulance driver, both in

5   Michigan.

6   Q    Is your wife a nurse or what does she do in the medical

7   field?

8   A    She basically drove the ambulance, that's basically what

9   she did.

10  Q    Do you know if she was employed by a prison facility?

11  A    No.  She is my new wife, my first wife, she passed away,

12  heart attack, but I have since married her and never really

13  questioned what she did in her past life.  She wasn't real

14  happy with it, so I kind of left that alone.

15  Q    All right.  Is there anything about this prior employment

16  with, you know, ambulances and prison facilities or prison

17  medical facilities that would impact your ability to weigh the

18  evidence in this case objectively and fairly?

19  A    No.

20  Q    Do you have any close friends or relatives in law

21  enforcement?

22  A    No.

23  Q    Have you ever served on a jury?

24  A    Yes.

25  Q    If you could tell me when that was, approximately, whether

1    it was state or federal court, and criminal or civil?

2    A    About eight or nine years ago, it was a state court for a

3    murder trial, and I was an alternate on the jury.  And then I

4    have had a civil court back when I first got out of the

5    military, that's probably about 23, 24 years ago, it was a

6    civil trial, and I was a juror through that whole process.

7    Q    Were you the foreperson in that civil case?

8    A    No.

9    Q    Do you know if the juries in these two proceedings that you

10   mentioned reached verdicts?

11   A    On the murder trial, it was definitely guilty, and then the

12   civil trial was for the Defendant.

13   Q    Okay.

14   A    Wait a minute.

15   Q    That's okay, I'm just curious whether a verdict was

16   reached.

17   A    Yes, a verdict was reached on both.

18   Q    Okay.  Now, have you ever been involved in any court in a

19   criminal matter?

20   A    Myself, personally, no.  My son-in-law, yes, he was

21   arrested and tried for robbery and I was called as a witness,

22   as a character witness.

23   Q    Is there anything about your interaction with that case as

24   a witness or otherwise that would impact your ability to serve

25   as a fair and impartial juror in this case, sir?

```
 1   A    No, ma'am.

 2   Q    Do you have any friends or relatives who work in law

 3   enforcement?

 4   A    No.

 5   Q    Okay.  Anything else in your background or experiences that

 6   would impact your ability to be fair and impartial if chosen to

 7   serve as a juror in this case?

 8   A    No, ma'am.

 9             THE COURT:  All right.  Thank you, sir, you may be

10   seated.

11             THE WITNESS:  Thank you.

12                          EXAMINATION

13   BY THE COURT:

14   Q    We are now with Juror 33, please tell me your name.

15   A    Hi, I'm Linda Gordon.

16   Q    It's still morning, so good morning.

17   A    Good morning.

18   Q    What do you do for work, ma'am, if anything?

19   A    I am also joyfully retired since 2016 and prior to that, I

20   worked in public health as an epidemiologist.

21   Q    How long did you work as an epidemiologist?

22   A    For about 25 years.

23   Q    Prior to that, any other job?

24   A    I raised children.

25   Q    Are you married?
```

```
 1   A    I am.

 2   Q    And what does your spouse do for work?

 3   A    My husband is also joyfully retired, and he worked in

 4   New York as a corporate bond trader.

 5   Q    Did he ever hold any jobs in law enforcement?

 6   A    No, he did not.

 7   Q    Do you have any close friends or relatives who work in law

 8   enforcement?

 9   A    No, I do not.

10   Q    Have you ever served on a jury before?

11   A    Yes, about 30 years ago.

12   Q    Was that in New York or Florida or --

13   A    It was here in Florida, and it was a state case.  It was

14   brought to trial.

15   Q    Were you the foreperson?

16   A    No, I was not.

17   Q    Do you know if the jury reached a verdict without telling

18   me what it was?

19   A    It reached a verdict.

20   Q    Have you ever been involved in a criminal case?

21   A    No.

22   Q    What about any members of your family or close friends,

23   have they ever been involved in a criminal case?

24   A    Yes.

25   Q    Who would that be, and what was the nature of their
```

1   involvement?

2   A   My adult son was involved in a criminal case that

3   involved -- you know, I'm not quite sure, excuse me.  I think

4   it was a theft case.

5   Q   Were you called to testify at all In that case?

6   A   No.

7   Q   And I think you're referencing your son, is that right?

8   A   Yes.

9   Q   Is there anything about your son's experience or criminal

10  case that would impact your ability to be fair and impartial?

11  A   No.

12  Q   Do you have any other close friends or relatives who have

13  been involved in criminal matters, ma'am?

14  A   No.

15  Q   Is there anything else in your experience or background

16  that would impact your ability to be fair and impartial,

17  weighing the evidence objectively based on the law?

18  A   No, there is not.

19          THE COURT:  Okay.  Thank you very much, Ms. Gordon,

20  you may be seated.

21                          EXAMINATION

22  BY THE COURT:

23  Q   All right, good morning, Juror 34.  Please tell me your

24  name and what you do for work.

25  A   My name is Susanne Myerjack, currently I work at Publix

```
 1   Supermarket deli.

 2   Q    How long have you worked there?

 3   A    For the last five years.

 4   Q    And what did you do before that position?

 5   A    A restaurant chef, and then two personal bouts of chef.

 6   Q    Okay.  Have you worked in any other jobs outside of

 7   supermarkets/restaurant roles?

 8   A    I did a bookkeeping job for a union construction company

 9   early on, years ago.

10   Q    Okay.  Are you married?

11   A    No.

12   Q    Do you have any adult children?

13   A    No.

14   Q    Have you ever served on a jury before?

15   A    No.

16   Q    Do you have any friends -- close friends or family members

17   who work in law enforcement?

18   A    Yes.  My father was a New York City firefighter, then head

19   trainer for the fire department, New York City; my aunt was

20   secretary to several police commissioners of New York; my uncle

21   is the -- was the sergeant of the 109th precinct.

22   Q    Is that in New York, also?

23   A    Yes.

24   Q    Is there anything about your relationship with these

25   individuals who worked or currently work in law enforcement
```

Monday, May 8th, 2023

```
 1   that would affect your ability to be fair and impartial if
 2   chosen to serve as a juror?
 3   A   No, ma'am.
 4   Q   Have you ever served on a jury before?
 5   A   No.
 6   Q   Have you ever been involved in any court in a criminal
 7   case?
 8   A   No, I have not.
 9   Q   Is there anything in your background or experiences that
10   would impact your ability to serve as a fair and impartial
11   juror if chosen to serve, ma'am?
12   A   Not at all.
13           THE COURT:  Thank you, you may be seated.
14                        EXAMINATION
15   BY THE COURT:
16   Q   Please tell me your juror number and name and what you do
17   for work, ma'am.
18   A   I'm 35, my name is Lori Brower, I'm a registered dietitian,
19   I work for a nutrition program for woman and children.
20   Q   How long have you worked there?
21   A   I have worked there for 15 years.
22   Q   What did you do, if anything, before that position?
23   A   Well, I have been a dietitian for 20 years, and then before
24   that, just restaurants, serving, catering.
25   Q   Are you married?
```

Monday, May 8th, 2023

```
 1   A    Yes.

 2   Q    What does your spouse do for work?

 3   A    He is an electrical contractor.

 4   Q    Has he held any other positions?

 5   A    No, that's all he has done.

 6   Q    Have either of you worked in law enforcement ever?

 7   A    No.

 8   Q    Do you have any close friends or family members who

 9   previously or currently work in law enforcement?

10   A    No.

11   Q    Do you have any adult children?

12   A    Two, one works for an IT company and the other works for a

13   HR company.

14   Q    Have you ever served on a jury before?

15   A    No.

16   Q    Have you ever been involved in a criminal matter of any

17   kind, either as a defendant, witness or victim?

18   A    No.

19   Q    What about any members of your family or close friends?

20   A    No.

21   Q    Anything in your background or experiences, ma'am, that

22   would preclude you from being a fair and impartial juror if

23   chosen?

24   A    No.

25              THE COURT:  Thank you, you may be seated.
```

Monday, May 8th, 2023

1                          <u>EXAMINATION</u>

2     BY THE COURT:

3     Q    Good morning, Juror Number 36.  Please tell me your name

4     and what you do for work.

5     A    Good morning.  My name is Patrice Jasperson, and I'm very

6     happily retired.

7     Q    What did you do prior to retiring?

8     A    Prior to retiring, I was a mortgage loan processor,

9     primarily assisting veterans, for about 25 years.

10    Q    Did you hold any other job?

11    A    Yes, I was a human resource manager for about ten years

12    prior to that.

13    Q    Are you married?

14    A    Yes, I am.

15    Q    And what does your spouse do for work?

16    A    He is the regulatory and compliance manager for a major

17    door manufacturer.

18    Q    Has he held any other positions?

19    A    He has been at that position for about 35 years; prior to

20    that, he was a designer for Power Wheels, who is owned by

21    Mattel.

22    Q    Have either of you ever worked in law enforcement?

23    A    No.

24    Q    Do you have any close friends or relatives who work in law

25    enforcement?

```
 1   A    No, we do not.

 2   Q    Have you ever served on a jury before?

 3   A    No.

 4   Q    Have you ever been involved in a criminal case as a

 5   witness, defendant or victim?

 6   A    Yes, I was a witness for the prosecution for a case several

 7   years ago.

 8   Q    I see here on your questionnaire this, I guess, relates to

 9   a burglary of a neighbor's home, is that right?

10   A    Correct.

11   Q    Is there anything about your participation in that criminal

12   case back in, I think, 1982 as your questionnaire indicates,

13   that would impact your ability to be fair and impartial if

14   chosen to serve as a juror in this case?

15   A    No.

16   Q    All right.  Anything else in your background or

17   experiences, ma'am, that would preclude you from being a fair,

18   objective and impartial juror if chosen?

19   A    No, Your Honor.

20            THE COURT:  Thank you, you may be seated.

21                        EXAMINATION

22   BY THE COURT:

23   Q    Hello again, sir.

24   A    Hello, Number 37, Cameron Sandel.

25   Q    Excellent.  I think we spoke earlier, you mentioned you are
```

```
 1   a vocational minister, do you have any other professional job
 2   that you hold?
 3   A   I managed a restaurant out of high school.
 4   Q   Are you doing that right now?
 5   A   No, ma'am, I'm full-time vocational ministry and a student.
 6   Q   I didn't catch that last part.
 7   A   And a student.
 8   Q   Do you work at a church, sir?
 9   A   I do.
10   Q   Okay.  Are you married?
11   A   I am.
12   Q   What does your spouse do for work?
13   A   She is the communications director and chief storyteller
14   for Metro Atlanta Youth for Christ.
15   Q   Do you have any audit children?
16   A   No, ma'am.
17   Q   Have you ever served on a jury before?
18   A   I have not.
19   Q   Have you ever been involved in a criminal case?
20   A   No, ma'am.
21   Q   Do you have any friends or relatives who work in law
22   enforcement?
23   A   My brother is a retired chief in the Coast Guard, but other
24   than that, no, ma'am.
25   Q   How long ago did your brother retire?
```

1   A    A year-and-a-half ago, but he was chief aviation mechanic,

2   I don't know if he was ever on any court cases or anything like

3   that, but he fixed the planes.

4   Q    Is there anything about your brother's work for the Coast

5   Guard that would impact your ability to be fair and impartial,

6   and if you could raise your mic?

7   A    No, ma'am.

8   Q    Okay, thank you.

9        All right.  Anything in your background or

10  experiences, sir -- and we talked a bit before about your role

11  in the ministry -- that would impact your ability to be fair

12  and impartial, if chosen to serve as a juror in this case?

13  A    No, ma'am.  I have had a lot of time to think about it, and

14  I can actively separate the active entering into our country

15  illegally and loving immigrants, so those things don't need to

16  overlap.

17       THE COURT:  Thank you, Mr. Sandel, you may be seated.

18                    EXAMINATION

19  BY THE COURT:

20  Q    We are now at Juror 38.

21  A    Good morning.

22  Q    Good morning, sir.

23  A    My name is Tom Radko, I also joined the ranks of the

24  happily retired, January 2017; prior to that, I was a longtime

25  magazine publisher and teacher.

Monday, May 8th, 2023

```
1    Q    And what did you teach?

2    A    Everybody's favorite; writing.

3    Q    It is a great subject.

4    A    I think so.

5    Q    All right.  And when you say you worked as a publisher,

6    what companies did you work for?

7    A    I worked for many.  The last two or three, I was director

8    of Wesleyan University Press in Middletown, Connecticut and

9    prior to that, University of Nevada Press in Reno.

10   Q    Have you ever worked in law enforcement, sir?

11   A    I have not, no.

12   Q    Are you married?

13   A    No.

14   Q    Do you have any audit children?

15   A    No, I do not.

16   Q    Can you raise the microphone just a tad.

17   A    Definitely.

18   Q    Do you have any close friends or relatives who work in law

19   enforcement?

20   A    No, I do not.

21   Q    Have you ever been involved in a criminal matter of any

22   kind, either as a victim, defendant or witness?

23   A    No.

24   Q    Have any members of your family or close friends been

25   involved in a criminal proceeding?
```

```
 1   A    No.

 2   Q    Have you ever served on a jury before?

 3   A    I have not.

 4   Q    Is there anything about your background or experiences,

 5   sir, that would impact your ability to be fair and impartial if

 6   chosen to serve as a juror?

 7   A    No.

 8           THE COURT:  All right.  Thank you, you may be seated.

 9                         EXAMINATION

10   BY THE COURT:

11   Q    Juror 39, please tell me your name and what you do for

12   work.

13   A    Lauren Straigis, I'm a registered nurse in labor and

14   delivery.

15   Q    How long have you been a nurse?

16   A    Fourteen years.

17   Q    Any jobs before that one?

18   A    I did retail management and sales.

19   Q    Are you married?

20   A    Yes.

21   Q    And what does your spouse do for work?

22   A    He is a network engineer.

23   Q    Has he held any other position?

24   A    He worked with his uncle as a plumber, and he was a bouncer

25   in college at a nightclub.
```

```
 1   Q    Do you have any adult children?

 2   A    No.

 3   Q    Have either you or your husband ever worked in law

 4   enforcement?

 5   A    No.

 6   Q    Do you have any close friends or relatives who previously

 7   or currently work in law enforcement?

 8   A    No.

 9   Q    Have you ever served on a jury before?

10   A    No.

11   Q    Have you ever been involved in any criminal matter?

12   A    No.

13   Q    How about any members of your family or close friends?

14   A    No.

15   Q    Is there anything, ma'am, in your background or experiences

16   that would impact or affect your ability to be a fair and

17   impartial juror?

18   A    No.

19            THE COURT:  All right.  Thank you, you may be seated.

20                         EXAMINATION

21   BY THE COURT:

22   Q    Juror 40, good afternoon now.

23   A    Hi.

24   Q    Please tell me your name and what you do for work.

25   A    Regina Meno, I'm a retired dietitian.
```

Monday, May 8th, 2023

```
 1   Q   And tell me a little bit about the different roles or jobs
 2   you have had in your life.
 3   A   I worked at a hospital for probably ten years, and then
 4   stayed home to raise kids, and then I went back and worked for
 5   like Cornell Cooperative Extension with the schools, planting
 6   gardens, and it was a fun job, and I also worked with food
 7   banks, too, for another nonprofit.
 8   Q   Have you ever worked in law enforcement?
 9   A   No, I have not.
10   Q   Are you married?
11   A   Yes, I am.
12   Q   What does your spouse do for work?
13   A   He is retired, self-employed auto dealer.
14   Q   Has he ever worked in law enforcement?
15   A   No.
16   Q   And has he held any other jobs outside of the auto
17   industry?
18   A   No.
19   Q   I'm sorry?
20   A   No, he has always been dealing with cars.
21   Q   Okay.  Do you have any adult children?
22   A   I do, I have four.  You sure you want to hear about --
23   okay.
24            My oldest is -- she works at NYU in the graduate
25   program, admissions; my second daughter actually works for
```

```
 1    Homeland Security, she is a CBP officer on the Canadian border,

 2    so I would like to think I could be open.  I know the case is

 3    involving illegal immigrants, which she is risking her life

 4    every day to protect our country, so I don't know how -- like I

 5    said, I would like to think I can be open and honest,

 6    nonjudgmental, but that's kind of dicey right there.

 7            And my third daughter is a social worker, she works

 8    dealing with kids; and my son works on Wall Street, he is an

 9    analyst.

10    Q   How long has your daughter been working for CBP?

11    A   Five years.

12    Q   Okay.

13            THE COURT:  That's all I have for now, ma'am.  There

14    may be some follow-up as we go along.

15                            EXAMINATION

16    BY THE COURT:

17    Q   Good afternoon, sir, please tell me your juror number, your

18    name and what you do for work.

19    A   I'm Juror 41, Paul Budensiek, I work for United Parcel

20    Service.

21    Q   You said United States Parcel Service?

22    A   Yes, UPS.

23    Q   UPS, okay.  How long have you worked for UPS?

24    A   Thirty-three years.

25    Q   Have you held any other job?
```

Monday, May 8th, 2023

```
1    A    Self-employed.

2    Q    Doing what?

3    A    Landscape.

4    Q    Have you ever worked in law enforcement?

5    A    No, ma'am.

6    Q    Are you married?

7    A    Yes.

8    Q    What does your spouse do for work?

9    A    Teacher.

10   Q    What does she teach?

11   A    Math and science.

12   Q    All right.  Do you have any close friends or relatives who

13   work in law enforcement previously or currently?

14   A    I do, my brother works for Martin County Jail.

15   Q    Can you use the microphone, please.

16   A    My cousin works for Martin County Sheriff's Office, and my

17   brother-in-law retired from a police department in Georgia.

18   Q    Is there anything about your relatives' work in law

19   enforcement, sir, as you have described it that would impact

20   your ability to weigh the evidence objectively in this case,

21   based on the law as it is instructed to you?

22   A    I don't think so.

23   Q    And so when you say I don't think so, and again, we are

24   only seeking the truth here, do you have any hesitation at all

25   with respect to your ability to be fair and impartial?
```

Monday, May 8th, 2023

```
 1   A    No, ma'am.

 2   Q    Okay.  Have you ever served on a jury before?

 3   A    No, ma'am.

 4   Q    Have you ever been involved in a criminal case?

 5   A    No, ma'am.

 6   Q    What about any members of your family or close friends?

 7   A    No, ma'am.

 8   Q    Is there anything in your background or experience, sir,

 9   that would affect your ability to be fair and impartial if

10   chosen to serve?

11   A    No, ma'am.

12          THE COURT:  All right.  Thank you, you may be seated.

13   And one more time, how do you pronounce your last name?

14          PROSPECTIVE JUROR:  Budensiek.

15          THE COURT:  Thank you.  We are now at Juror

16   Number 42, Ms. Bryan, I think it is.

17                        EXAMINATION

18   BY THE COURT:

19   Q    Hello again.  What do you do for work?

20   A    I'm a front desk purchaser at a major marina industry in

21   Palm Harbor.

22   Q    I didn't quite catch that, tell me again what your position

23   is.

24   A    Front desk agent.

25   Q    That's where again?
```

Monday, May 8th, 2023

```
 1   A   Palm Harbor front desk in West Palm Beach.

 2   Q   Okay.  How long have you worked at the marina?

 3   A   Almost ten years.

 4   Q   Okay.  Have you ever worked in law enforcement?

 5   A   No.  I worked for a couple of months with Fort Pierce,

 6   St. Lucie County filing clerk.

 7   Q   For the court system?

 8   A   Correct, yeah.

 9   Q   Okay.  Are you married?

10   A   Yes.

11   Q   What does your spouse do for work?

12   A   He is a truck driver.

13   Q   Have either of you ever worked in law enforcement?

14   A   No.

15   Q   Do you have any friends or relatives who work in law

16   enforcement?

17   A   No.

18   Q   Have you ever served on a jury before?

19   A   No.  I was summoned, but it was dismissed.

20   Q   And have you ever been involved in a criminal case?

21   A   No.

22            THE COURT:  All right.  Thank you, you may be seated.

23            Thank you again, everybody, for your patience.  We

24   are nearing the end hopefully.

25
```

Monday, May 8th, 2023

1                           EXAMINATION

2     BY THE COURT:

3     Q    Please tell me your name and juror number.

4     A    Julie Applegate, Juror Number 43.

5     Q    What do you do for work?

6     A    I'm retired.

7     Q    From what industry?

8     A    I was an evidence technician for the police department in

9     Washington State.

10    Q    What police department did you work for?

11    A    The City of Monroe, Washington.

12    Q    Got it.  How long did you work in that capacity?

13    A    Twenty-five years.

14    Q    As an evidence technician, what are sorts of evidence were

15    you handling?

16    A    I responded to crime scenes, collected and preserved the

17    evidence and transporting it, I was the chain of custody.

18    Q    Did you hold any other jobs outside of the evidence

19    technician one?

20    A    Prior to that, 911 dispatcher.

21    Q    Was that also for the City of Monroe?

22    A    No, that was for the City of Bothell Police Department in

23    Washington.

24    Q    Is there anything about your work in law enforcement in

25    these roles of evidence technician and 911 dispatcher that

1    would impact your ability to be fair and impartial if chosen to

2    serve as a juror in this case?

3    A    No, ma'am.

4    Q    Are you married?

5    A    Yes.

6    Q    What does your spouse do you for work?

7    A    He is retired from the U.S. Navy.

8    Q    And what was his role in the Navy?

9    A    He was the manager of the North Island Fleet Readiness,

10   aircraft mechanic.

11   Q    Do you have any adult children?

12   A    Yes, I have two.

13   Q    And what do they do for work?

14   A    My oldest is an editor for the film industry, and my

15   youngest is in IT for Redfin.

16   Q    Okay.  Do you have any close friends or family members who

17   work in law enforcement?

18   A    My late husband was a police officer.

19   Q    Okay.  And what department did he work for?

20   A    He worked for the Bothell Police Department in Washington.

21   Q    Is there anything about your late husband's work in law

22   enforcement that would impact your ability to be fair and

23   impartial if chosen to serve as a juror?

24   A    No, ma'am.

25   Q    Have you ever served on a jury before?

```
 1   A    Yes, I have.
 2   Q    When was that, if you remember, and again, same question?
 3   A    It was in the '90s, it was a civil case, it was on the
 4   state level.
 5   Q    Were you the foreperson?
 6   A    No, I wasn't.
 7   Q    Do you know if the jury reached a verdict?
 8   A    Yes, we did.
 9   Q    Is there anything about -- excuse me, have you ever been
10   involved in a criminal case?
11   A    I have testified numerous times as a witness and as a
12   subject matter expert in crime scene management.
13   Q    All right.  Anything about your role testifying in your
14   role as an evidence technician that would impact your ability
15   to be fair and impartial, ma'am?
16   A    No, ma'am.
17   Q    Anything else in your background or experiences that would
18   impact your ability to serve as a juror in this case?
19   A    No.
20            THE COURT:  All right.  You may be seated,
21   Ms. Applegate, thank you.
22                        EXAMINATION
23   BY THE COURT:
24   Q    Good morning, sir.  Please tell me your name, juror number,
25   and what you do for work.
```

Monday, May 8th, 2023

```
 1   A   Yes, good afternoon.  My name is Tom Allesandrello, I'm
 2   Juror Number 44.
 3   Q   What do you do for work?
 4   A   Beg your pardon?
 5   Q   What do you do for work?
 6   A   I'm retired after 35 years working for a large aerospace
 7   company, I did engineering work.
 8   Q   Have you ever worked in law enforcement?
 9   A   No.
10   Q   Are you married?
11   A   Yes.
12   Q   What does your spouse do for work?
13   A   She is retired as well, and she was a school administrator.
14   Q   Did she ever work in law enforcement?
15   A   No.
16   Q   Do you have any close friends or relatives who work in law
17   enforcement, either previously or currently?
18   A   No.
19   Q   Do you have any adult children?
20   A   Yes, an only daughter, and she is a speech therapist.
21   Q   Have you ever served on a jury before?
22   A   No.
23   Q   Have you ever been involved in a criminal case?
24           I'm sorry, I didn't get your answer.
25   A   I beg your pardon?
```

```
 1    Q    I didn't hear your answer.

 2    A    No, the answer is no.

 3    Q    Have any members of your family or close friends ever been

 4    involved in a criminal case?

 5    A    No.

 6    Q    All right.  Have you ever served in the military?

 7    A    I did, four years in the U.S. Air Force.

 8    Q    Anything in your background or experiences, sir, that would

 9    impact your ability to be fair and impartial if chosen?

10    A    No.

11         THE COURT:  All right.  Thank you, Mr. Allesandrello,

12    you may be seated.

13                       EXAMINATION

14    BY THE COURT:

15    Q    Hello, Juror 45, please tell me your name and what you do

16    for work.

17    A    Noah Richmond, I'm a custom yacht carpenter.

18    Q    How long have you worked in yacht carpentry?

19    A    Five years.

20    Q    What did you do before that job?

21    A    I was a maintenance supervisor.

22    Q    Was that in the boat field, also?

23    A    No, that was on manufactured homes.

24    Q    Have you ever worked in law enforcement, sir?

25    A    No.
```

Monday, May 8th, 2023

```
1    Q    Are you married?

2    A    Yes.

3    Q    And what does your spouse do for work?

4    A    She does retail management, she works at Walgreens, she is

5    a manager.

6    Q    Okay.  Has she ever worked in law enforcement?

7    A    No.

8    Q    Do you have any close friends or relatives that work in law

9    enforcement, either in the past or right now?

10   A    No.

11   Q    All right.  Have you ever served on a jury before?

12   A    No.

13   Q    Have you ever been involved in a criminal case?

14   A    No.

15   Q    Has any member of your family or close friend been involved

16   in a criminal case?

17   A    Most of my friends have been defendants at one point.

18   Q    Is there anything, sir, about your friends' I guess

19   involvement or interaction with the criminal justice system

20   that would affect your ability to be fair and impartial?

21   A    No.

22   Q    Anything in your background or experiences, sir, that would

23   impact your ability to be objective and impartial if chosen to

24   serve as a juror?

25   A    No.
```

```
 1              THE COURT:  Thank you, Mr. Richmond, you may be
 2    seated.
 3                            EXAMINATION
 4    BY THE COURT:
 5    Q    And finally, Juror 46, Mr. Ward, please tell me your full
 6    name and what you do for work.
 7    A    Leonard Ward, retired.
 8    Q    And what did you do before you retired?
 9    A    Law enforcement for 35 and a half years.
10    Q    If you can just tell me a little bit about your law
11    enforcement career.
12    A    Up in Pinellas County, City of Largo, 20 years as a K-9
13    handler, 15 years as a traffic homicide investigator.
14    Q    And when did you retire, sir?
15    A    Seven years ago.
16    Q    So was this all in Pinellas County?
17    A    Yes.
18    Q    Are you married?
19    A    Yes.
20    Q    What does your spouse do for work?
21    A    She is retired, she was a regional manager for, back then,
22    Avon Products, and she worked there for 22 years.
23    Q    You obviously worked in law enforcement, is there anything
24    about your extensive work in law enforcement that would impact
25    your ability to weigh this case based only on the evidence
```

1    presented and the law?

2    A    No, it shouldn't be a problem.

3    Q    And again, do you have any hesitation, sir, with respect to

4    your ability to weigh the evidence presented objectively and

5    fairly?

6    A    None whatsoever.

7    Q    Do you have any other members of your family who worked in

8    law enforcement or previously did?

9    A    I have two children, my youngest son, when I retired, he

10   took my place on the same police department.

11   Q    Okay.

12   A    My older son is a high school principal -- I'm sorry,

13   middle school principal in Highlands County.

14   Q    Okay.  Any close friends who work in law enforcement?

15   A    Yes, I still have friends in law enforcement.

16   Q    Is there anything about those friendships and, of course,

17   your son's employment that would impact your ability to be fair

18   and impartial if chosen to serve?

19   A    Wherever the evidence leads, that's where I'll go.

20   Q    Thank you, sir.  Have you ever served on a jury before?

21   A    In the military, but not -- but not civilian.

22   Q    Which leads me to my next question, have you ever served in

23   the military; if so, when and in what part of the military?

24   A    Yes, 82nd Airborne, Army, I was four years active, two

25   years reserve active.

```
 1   Q    Have you ever been involved in a criminal case, sir?
 2   A    As a witness, yes.
 3   Q    And that was in your role as a law enforcement officer for
 4   Pinellas County?
 5   A    Yes, but also I was a witness in two domestics with -- each
 6   brother got into a domestic and I was in witness in that.
 7   Q    Anything about your participation as a witness in those
 8   proceedings, either through your work or in those domestic
 9   situations, that would impact your ability to be fair and
10   impartial in this case?
11   A    None whatsoever.
12   Q    Anything else in your background or experiences that would
13   impede your ability to be a fair and impartial juror, sir?
14   A    None that I can think of.
15            THE COURT:  Thank you, Mr. Ward, you may be seated.
16            All right.  I'm now going to turn it over to the
17   attorneys.  They are each going to be given the same amount of
18   time to ask you some brief questions, and then we will proceed
19   from there.
20            So let me turn first to Mr. McMillan.
21                    VOIR DIRE BY THE GOVERNMENT
22            MR. McMILLAN:  Thank you, Your Honor.
23            Ladies and gentlemen of the jury, the Judge already
24   asked you this question, but phrased a little bit differently,
25   and I wanted to know, other than the people -- and I think I
```

Monday, May 8th, 2023

1    have, Juror 1, Juror 7, Juror 26, and Juror 42, is there anyone

2    who has any deeply held religious or philosophical beliefs that

3    would prevent you from sitting in judgment of another?

4           Is there anyone else, other than those who answered

5    previously that that would be an issue for?

6           Okay, I see no hands.

7           Then the other question is, do any of you have any

8    deeply held beliefs that U.S. immigration laws should not be

9    enforced at all?

10          Okay.  So I see no hands for that.

11          And may we have follow-up questions?

12          THE COURT:  Yes, you may.

13          MR. McMILLAN:  Okay.

14                          EXAMINATION

15   BY MR. McMILLAN:

16   Q    Juror Number 1, Mr. White, do I understand correctly that

17   you don't believe that you should be in a position to judge

18   other people?

19   A    That's correct.

20   Q    Okay.

21                          EXAMINATION

22   BY MR. McMILLAN:

23   Q    And Juror Number 7, Ms. Morris-Clarke, ma'am, you said that

24   you felt like you would be putting someone innocent in jail.

25   A    Yeah, it's a -- I feel like I wouldn't be fair because it

```
 1    would not sit well because of being afraid, nervous, not having

 2    the ability to just maybe do the right thing, I'm not sure

 3    because nervousness may take over and I don't feel comfortable

 4    sending people to jail, I -- you know.

 5    Q    Well, the reason I ask is because I don't think anybody in

 6    this courtroom at all wants to send anybody to jail, but it

 7    is --

 8    A    I don't want to be responsible, I don't want to be

 9    responsible for knowing that I might have sent someone that was

10    innocent.  And I don't also believe -- I'm from the island and

11    I also have immigration issues where I know a lot of people

12    came here from different country, including my country, and for

13    me, knowing that someone might, you know, be going to jail or

14    something for that, which I know people are coming here for

15    help and, you know, I don't know how that would sit well with

16    me.

17    Q    Okay.  Even if the evidence showed you that they were doing

18    it to make money for profit, could you be fair and impartial or

19    would that cause you concern?

20    A    It would cause me concern.

21    Q    To the extent that you don't think you could be fair in

22    listening to all of the evidence?

23    A    It's a number -- number of things.

24          MR. McMILLAN:  Okay.  Thank you for your honesty,

25    ma'am.
```

```
 1                         EXAMINATION

 2   BY MR. McMILLAN:

 3   Q    Ms. Motto, Juror Number 12.

 4   A    Yes.

 5   Q    You said that your daughter's brother-in-law had to go to

 6   court.

 7   A    No, he works at the police station.

 8   Q    Oh, at the police station, okay.  Thank you for that

 9   clarification.

10                         EXAMINATION

11   BY MR. McMILLAN:

12   Q    And Juror Number 22, Mr. Francisco, you indicated that you

13   had a traffic ticket issue that occurred to you that the cops

14   accused you of speeding.

15   A    They accused.

16   Q    Do you take the position that they were wrong?

17   A    Well, I hired lawyers to, you know, go for me.  I never

18   really stepped into the courtroom, they went for me, and I was

19   instructed by them and they took care of what they needed to

20   do.

21   Q    I guess what I'm really getting at, do you think you were

22   fairly treated by the police in that case?

23   A    So that was maybe like two years ago, a year ago, when I

24   first got the car.  What I would say to that would be, being

25   treated fairly, I mean, there was different opinions into that
```

1   as far as like, you know, what was said and what -- you know,

2   my speedometer and what I have seen, so I really don't know how

3   to answer that question.  But in my case, I would think that

4   going to -- or hiring lawyers on probably three to four

5   different occasions, I guess you could say, yeah, I do feel

6   like I was a little bit not treated fairly because I had to go

7   through all of that, paying the fees, all of that, hiring a

8   lawyer, and being accused of certain things as far as like, you

9   know, three of them were speeding and one of them was a traffic

10  violation.

11  Q   First of all, the only thing that really matters here and

12  now is what your feeling was about how you were treated because

13  you said there were different opinions.

14          There are two sides probably to every story, we all

15  understand that, but the question is, do you think that you

16  were treated fairly, and you said there was a total of four

17  incidents around this?

18  A   Yeah.  I mean, you know, I'm not a habitual of anything,

19  but what I would say is that like within the -- one was Palm

20  Beach County, the others were Martin, but I would say the

21  feeling of that now would be like, no, I wasn't treated fairly.

22  Obviously, the lawyer took care of what he needed to take care

23  of with the police officers, but I didn't feel like I was

24  treated fairly.

25  Q   I take it you were written tickets at the time.

```
 1   A    Yeah, but the speeds that were expressed, were, you know --

 2   I guess were in like the misdemeanor or one even like a felony,

 3   that was, you know, sent to -- you know, I don't know how it

 4   works with the laser pointer that they have or whatever, but

 5   that was their insight or their perception that I did that and

 6   on the roads that he was going, they were like, you know, 60

 7   plus mile roads, so --

 8   Q   Okay.  Well --

 9              THE COURT:  Two minutes, just so you know,

10   Mr. McMillan.

11              MR. McMILLAN:  Thank you, Your Honor.

12   BY MR. McMILLAN:

13   Q   So at the end of the day, you tend to think you weren't

14   fairly treated, am I understanding you correctly?

15   A   I didn't feel like those tickets were supposed to be issued

16   to me, no.  I mean, like I said, I don't know how those radars

17   work, I know they have to do certain things every day or every

18   other week, but the court system, I felt like I was treated

19   fairly, but when the cops accused me of going over certain

20   speeds or certain limits, I didn't feel like that was fair.

21              MR. McMILLAN:  Thank you.

22                           EXAMINATION

23   BY MR. McMILLAN:

24   Q   Juror Number 40, Ms. Meno.

25   A   Yes.
```

```
 1   Q   With respect to your daughter who works for CBP, you said

 2   it was kind of dicey as to whether you could be fair and

 3   impartial because she works for CBP.

 4   A   Well, I mean, she is risking her life every day to save our

 5   borders and this case is about illegal aliens coming through

 6   the border.  Like I said, I would hope I can be objectionable

 7   (sic), but I'm not 100 percent positive that I could be.

 8   Q   Well, can you follow Judge Cannon's instructions to listen

 9   until all of the evidence is in and only then make up your mind

10   as to whether we have established beyond and to the exclusion

11   of any reasonable doubt that Mr. Saunders is guilty of the

12   crimes that we charged him with?

13   A   I can do that.

14   Q   You can, are you absolutely sure about that?

15   A   Yeah, I think so.  I mean -- yes.

16   Q   Okay.  Well, because we don't want someone who --

17   A   I'm trying to --

18   Q   -- is uncomfortable doing this.

19   A   I understand, I'm trying to be as honest as possible.

20   Q   But can you tell Judge Cannon that you can be fair and

21   impartial and wait until all of the evidence is in before

22   making up your mind?

23   A   Yeah.

24   Q   And can you hold the Government to the same standard as any

25   civilian witness that we may call?
```

Monday, May 8th, 2023

```
1    A    Yes.

2    Q    You can, okay, thank you, ma'am.

3              MR. McMILLAN:  I'm done, Your Honor.  Thank you.

4              THE COURT:  Thank you.

5              All right.  Mr. Roth.

6                    VOIR DIRE BY THE DEFENSE

7              MR. ROTH:  Thank you.

8              THE COURT:  Let's equip you with a microphone, if you

9    would like one.

10             MR. ROTH:  I should probably use the microphone, I

11   don't have a loud voice.

12             THE COURT:  Yes, that's a good idea.

13                         EXAMINATION

14   BY MR. ROTH:

15   Q    Ms. Meno, you are getting all of the attention.

16   A    Okay.

17   Q    This case involves Border Patrol officers, officers that

18   work for the same agency, so I guess -- I mean, here is my

19   point:  Sometimes people develop, you know, an opinion about

20   something or a bias in favor of something or against something.

21             When I was a young boy, my mother always wanted me to

22   eat beets, she thought they were very good for you.

23   A    They are.

24   Q    I hate beets and still to this day, I don't eat beets.  If

25   I was on a jury and it was a beet trial, I wouldn't go for it,
```

Monday, May 8th, 2023

```
1    so I just want an honest answer.

2           If you think that as you are here today, you look at

3    my client, that you can sit there and really accept and go into

4    this case with a presumption that he is innocent, because

5    that's what the law says, even though you know there is going

6    to maybe be Coast Guard or a Border Patrol person, but can you

7    accept the fact of a presumption of innocence for Mr. Saunders?

8    A   I want to say yes, but --

9    Q   If you are not sure, that's a fair answer.

10   A   Yeah, I'm not sure.

11          MR. ROTH:  Thank you.

12          Let me get --
```

EXAMINATION

```
14   BY MR. ROTH:

15   Q   Mr. Wright, I respect you a lot for wanting to serve on the

16   jury and wanting to fulfill your obligation as a United States

17   citizen, but I've got to say, I'm looking at you and you look

18   tired.

19   A   I am.

20   Q   Do you really think this is something you can do and give

21   it your best effort, because I want whoever sits on this jury

22   to really listen very carefully.  Sometimes the outcome of the

23   case rests on some very small nuance, and I think this case

24   will go pretty quick.  I'm not the kind of lawyer to try to

25   beat an issue to death, I'm sort of relying on the jurors, the
```

```
 1    first time I make a point, if I make the point successfully, to

 2    hear it and remember it, so, you know, that's why it is very

 3    important to me that everybody who is going to be on the jury

 4    is alert, is focused.

 5              You are going to come off a full night's shift with

 6    no sleep, I know you don't want to leave it to anybody else to

 7    take on the obligation of citizenship, but do you think working

 8    in the job you work, the shift you work, that you are really in

 9    a position to be a good juror in this case?

10    A    I don't think I could be a good juror.

11              MR. ROTH:   Thank you, sir.

12                              EXAMINATION

13    BY MR. ROTH:

14    Q    Mr. White, you don't want to be in a position where you

15    have to judge another person, correct?

16    A    Correct.

17    Q    If you were accused of a crime, would you want a juror that

18    that -- would you want a juror to sort of rise above those kind

19    of personal feelings and put in the time and the effort and be

20    a fair and impartial juror?

21    A    I have never been to a jury trial, but I have been in

22    trouble several times in my life, and some of them times, I

23    wasn't in trouble, it was put on me for them to judge me, and

24    I'm not going to judge back.  So I don't -- you know, God, to

25    me, is the only one who judges.
```

1   Q    You never got convicted of anything, right?

2   A    Oh, yeah.

3   Q    Oh, you did get convicted?

4   A    Oh, yeah.  But when you come from a small town in north

5   Florida, they kind of -- they get you.

6   Q    So look around, look at all of the fellow citizens you have

7   here, these are the folks that are available to make a judgment

8   about my client, Mr. Saunders.

9   A    I think they can do a lot better job than I can.

10   Q    That was going to be my question, but I'll accept your

11   answer, thank you.

12                        EXAMINATION

13   BY MR. ROTH:

14   Q    Ms. Morris-Clarke, you are sort of in the same position,

15   right?  You are afraid that if you go into that jury room, you

16   and 11 other citizens, and you're called upon to render a

17   verdict, to come to a unanimous conclusion in this case, you

18   are an afraid that you might come to the wrong conclusion, is

19   that a fair summation of your problem?

20   A    Yes, yes.

21   Q    So do you understand that before Mr. Saunders could ever be

22   judged by this jury guilty of any offense, that all of you

23   would have to come to the unanimous conclusion that as to at

24   least one of the charges, the Government proved its case to the

25   exclusion of every reasonable doubt, because the law protects a

```
 1    defendant in that way.
 2            Knowing that and being familiar with that aspect of
 3    the law, does that give you any comfort that you could perform
 4    this civic obligation?
 5    A   I guess not.
 6    Q   So under no circumstances do you feel you could be a --
 7    A   I can't.
 8            MR. ROTH:  Okay, thank you.
 9            THE COURT:  Four minutes.
10            MR. ROTH:  Thank you, Judge.
11                            EXAMINATION
12    BY MR. ROTH:
13    Q   And Ms. Fraser, I think you said you're concerned that as
14    an individual, you are just too compassionate to do this.
15    Really?
16    A   I'm a nurse, so I have to be compassionate to everybody, I
17    just don't see that I can -- just I think with my heart and I
18    think that it's going to get in the way of looking at the
19    evidence and putting my feelings aside from the evidence, and I
20    don't want to be, you know --
21    Q   You don't want to make a mistake?
22    A   Yeah.
23    Q   And you think that being compassionate towards people would
24    tend to make you think that the evidence does not exclude a
25    reasonable doubt.
```

```
 1   A    Yes.

 2   Q    Okay.  The burden of proof on the Government is a very

 3   great burden in a criminal case, to the exclusion of every

 4   reasonable doubt.  Do you think your compassion would get in

 5   the way of that?

 6   A    Yes, I do.

 7   Q    You think you would make the burden even greater on the

 8   Government?

 9   A    Uh-huh.

10        MR. ROTH:  Okay.  That's going to be it for me, thank

11   you very much.

12        THE COURT:  Thank you, Mr. Roth.

13        May I see the attorneys very briefly at sidebar.

14     (Following proceedings were had in bench conference)

15        THE COURT:  Before we break so that we can make our

16   selections, I wanted to inquire whether either of you thought

17   that any private discussion was warranted for any additional

18   jurors.

19        MR. McMILLAN:  The Government does not, Your Honor.

20        MR. ROTH:  Neither does the Defense, Judge.

21        THE COURT:  Okay.  Thank you, that is all for now.

22        MR. McMILLAN:  Thank you, Your Honor.

23     (Proceedings in open court)

24        THE COURT:  All right.  That concludes the attorney

25   portion of this phase.  What is going to happen now, ladies and
```

Monday, May 8th, 2023

```
 1  gentlemen, is we are going to break for about 20 minutes so

 2  that I and the lawyers can make appropriate selections for the

 3  jury in this case.

 4          So for this 20 minute period, again, please leave

 5  you're paddles here, and you may return to the jury assembly

 6  room.  Do not leave the courthouse and return promptly to this

 7  floor in 20 minutes.  Thank you.

 8          All ruse for the jury.

 9      (The venire panal retired from the courtroom at

10      12:36 p.m.)

11          THE COURT:  We are going to take a five minute

12  restroom break and please return to the courtroom.

13      (Recess was had at 12:36 p.m.; and the proceedings

14      resumed at 12:43 a.m.)

15          THE COURT:  All right.  We will now begin the jury

16  selection process.

17          We will start first with any for cause challenges,

18  and then proceed one by one after that, so first any for cause

19  challenges?

20          Excuse me, I just want to make sure that nobody is in

21  the courtroom that shouldn't be here.

22          Are you a witness, ma'am?

23          MR. McMILLAN:  She's good.

24          THE COURT:  All right.  We do have limited time, sir,

25  so I do want to get started.  Are you prepared, Mr. McMillan?
```

Monday, May 8th, 2023

```
 1              MR. McMILLAN:  I am, Your Honor.

 2              THE COURT:  Mr. Roth?

 3              MR. ROTH:  Yes, Your Honor.

 4              THE COURT:  All right.  As I said, no back strikes,

 5    and we are going to start with any for cause challenges, so

 6    Mr. McMillan, any for cause challenges?

 7              MR. McMILLAN:  Do you want them all at once or go

 8    through them individually?

 9              THE COURT:  Individually.  What is your first for

10    cause challenge?

11              MR. McMILLAN:  Number 1.

12              MR. ROTH:  Agreed.

13              THE COURT:  Okay.  I just want to be sure we don't

14    talk over one another, so let's go slowly.

15              The Government has moved to dismiss for cause Juror

16    Number 1, any objection, Mr. Roth?

17              MR. ROTH:  No, Your Honor, I agree.

18              THE COURT:  Okay.

19              Juror Number 1 is stricken for cause.

20              Mr. Roth, do you have any for cause challenges?

21              MR. ROTH:  Yes, Your Honor, one at a time, right?

22              THE COURT:  Yes.

23              MR. ROTH:  I would like a whole jury of Juror

24    Number 7, but I don't think she is able to fulfill her

25    responsibilities.
```

```
 1              THE COURT:  Mr. McMillan, any objection to a for
 2   cause strike as to Juror Number 7?
 3              MR. McMILLAN:  None, Your Honor, no.
 4              THE COURT:  Juror 7 is stricken for cause.
 5              Mr. McMillan, any for cause challenges?
 6              MR. McMILLAN:  Yes, Your Honor, Juror Number 29 --
 7   I'm sorry, Juror Number 26.
 8              THE COURT:  Ms. Fraser?
 9              MR. McMILLAN:  Yes, Your Honor.
10              THE COURT:  Mr. Roth, any objection to a for cause
11   challenge as to Juror 26?
12              MR. ROTH:  No, Your Honor.
13              THE COURT:  Juror 26 is stricken for cause.
14              Mr. Roth, any additional for cause?
15              MR. ROTH:  Yes, Your Honor.  Juror 29, who was
16   concerned about illegals jumping the line and didn't think she
17   could judge fairly in this case.
18              THE COURT:  Use the microphone.
19              MR. ROTH:  Sorry.  Should I repeat that?
20              THE COURT:  No, that's okay.
21              Mr. McMillan, any objection to a for cause as to
22   Juror 29?
23              MR. McMILLAN:  No, Your Honor.  I don't think she was
24   sufficiently rehabilitated to make it past that, so we have no
25   objection.
```

1          THE COURT:  So Juror 29 is stricken for cause.

2          Mr. McMillan, any other for cause challenges?

3          MR. McMILLAN:  I think that both of us would agree

4    that Juror Number 30, for obvious reasons, is probably

5    physically incapable of doing his best on this, so due to his

6    working the night shift and having limited to no sleep, so --

7          THE COURT:  Okay.  Any objection, Mr. Roth?

8          MR. ROTH:  No, Your Honor.

9          THE COURT:  Okay.  Juror 30 is stricken for cause due

10   to his work schedule and inability to be alert during trial.

11         All right.  Mr. Roth, let's continue on, any

12   additional for cause?

13         MR. ROTH:  I have one additional, Ms. Meno, Juror

14   Number 40.  Her daughter is in the Border Patrol, and she

15   wasn't certain that she could be fair, she said it was dicey.

16         THE COURT:  Okay.  Mr. McMillan, what is your

17   position?

18         MR. McMILLAN:  Your Honor, I believe that when I had

19   the opportunity to question her personally, when she had an

20   opportunity to think about it and go back through that, she

21   answered the question that she could follow the Court's

22   instructions and could be fair and impartial, and that she was

23   sure she could do it, so I think at the end of the day,

24   although it is obviously up to Your Honor's discretion, I don't

25   believe she, at the end of the day, indicated that she couldn't

1    be fair and impartial, and in fact, indicated that she could be

2    fair and impartial and put the fact that her daughter was

3    employed by CBP aside and just listen to the evidence.

4            THE COURT:  I get your position, thank you.  I'm

5    going to overrule you're position, I think the record is

6    sufficiently clearly that she has some serious doubts about her

7    ability to be fair and she ultimately said she was not sure

8    after extensive questioning, so Juror 40 will be dismissed for

9    cause.

10           Mr. McMillan, any other for cause challenges from the

11   Government?

12           MR. McMILLAN:  Juror 37, Your Honor, Cameron Sandel.

13   He is the individual who stated he was a vocational minister

14   and thought our system was so flawed, he couldn't put aside his

15   feelings and follow the law.

16           THE COURT:  All right.  Mr. Roth, what is your

17   position?

18           MR. ROTH:  I believe he ultimately indicated that he

19   would be fair and he would follow the law, over and above any

20   personal feelings that he has, so I would object.

21           THE COURT:  All right.  I ultimately agree with the

22   Defense on this one as well.  Although there was initially some

23   concern, he ultimately answered satisfactorily, although, of

24   course, Mr. McMillan you have peremptories to use if you choose

25   to, so Mr. Sandel, Number 37, will stay at this point.

```
 1              Any other for cause challenges from either side, let
 2    me turn to Mr. McMillan first?
 3              MR. McMILLAN:  Juror Number 42, Your Honor, Leodina
 4    Ann Marie, it is spelled B-R-A-U-N on the juror list, but I
 5    believe she spelled it B-R-Y-A-N when the Court inquired of
 6    her.
 7              THE COURT:  That's correct.
 8              MR. McMILLAN:  She indicated she could not put aside
 9    her feelings and follow the instructions.
10              THE COURT:  All right.  Mr. Roth, what is your
11    position?
12              MR. ROTH:  She did use the statement -- she did say
13    that she can't be fair, so I guess I agree with the Government.
14              THE COURT:  All right.  Juror 42 will be stricken for
15    cause, and I concur given the prospective juror's statements.
16              All right.  Last call for for cause challenges.
17              MR. McMILLAN:  We have no further challenges, Your
18    Honor.
19              MR. ROTH:  That's all I have for cause, Your Honor.
20              THE COURT:  Okay.  All right.  So as I said, again,
21    no back strikes, we are going to start with the Government and
22    go one by one.
23              You can't reserve unused peremptories for alternates,
24    we are going to be using 12 jurors and two alternates.
25              Any questions, Mr. McMillan?
```

Monday, May 8th, 2023

```
 1              MR. McMILLAN:  We are fine with Juror Number 2, Your

 2    Honor.

 3              THE COURT:  I haven't gotten that far yet.  I'm just

 4    saying, any general questions about jury selection before we

 5    begin?

 6              MR. McMILLAN:  No, Your Honor.

 7              THE COURT:  Mr. Roth?

 8              MR. ROTH:  No, Your Honor.

 9              THE COURT:  Mr. McMillan, accept or reject Juror

10    Number 2?

11              MR. McMILLAN:  We accept her, Your Honor.

12              THE COURT:  Mr. Roth, accept or reject Juror 2.

13              MR. ROTH:  Accept.

14              THE COURT:  Juror 2 will be accepted, and be our

15    first juror.

16              Mr. Roth, accept or reject Juror Number 3?

17              MR. ROTH:  Accept.

18              THE COURT:  Mr. McMillan, accept or reject Juror

19    Number 3?

20              MR. McMILLAN:  We will take Juror Number 3, Your

21    Honor.

22              THE COURT:  Juror Number 3 is accepted and will be

23    our second juror.

24              Mr. McMillan, accept or reject Juror Number 4?

25              MR. McMILLAN:  Accept, Your Honor.
```

```
 1                THE COURT:  Mr. Roth, accept or reject
 2   Juror Number 4?
 3                MR. ROTH:  Accept, Judge.
 4                THE COURT:  Juror Number 4 will be accepted and serve
 5   as Juror Number 3.
 6                Mr. Roth, accept or reject Juror Number 5?
 7                MR. ROTH:  Defendant accepts.
 8                THE COURT:  Mr. McMillan, accept or reject Juror
 9   Number 5?
10                MR. McMILLAN:  We will exercise our first peremptory
11   challenge on Number 5, Your Honor.
12                THE COURT:  All right.  The Government has exercised
13   its first peremptory as to Juror Number 5.
14                Mr. McMillan, accept or reject Juror Number 6?
15                MR. McMILLAN:  Accept, Your Honor.
16                THE COURT:  Mr. Roth, accept or reject Juror
17   Number 6?
18                MR. ROTH:  We reject.
19                THE COURT:  Juror Number 6 is rejected and Defense
20   has used a peremptory, its first peremptory.
21                Skipping over Juror 7, who was dismissed for cause,
22   Mr. McMillan, accept or reject Juror Number 8?
23                MR. McMILLAN:  We will excuse Number 8, Your Honor.
24                THE COURT:  Government has exercised its second
25   peremptory.
```

```
 1              Mr. Roth, accept or reject Juror Number 9?

 2              MR. ROTH:  Reject, Your Honor.

 3              Mr. McMillan, accept or reject Juror 10?

 4              MR. McMILLAN:  Accept 10, Your Honor.

 5              THE COURT:  Mr. Roth, accept or reject Juror 10?

 6              MR. ROTH:  Reject.

 7              THE COURT:  Mr. Roth, accept or reject Juror 11?

 8              MR. ROTH:  Accept.

 9              THE COURT:  Mr. McMillan, accept or reject Juror 11?

10              MR. McMILLAN:  Accept, Your Honor.

11              THE COURT:  Mr. Decker, Juror 11, is accepted and

12      will be Juror Number 4.

13              Mr. McMillan, accept or reject Juror Number 12?

14              MR. McMILLAN:  Accept, Your Honor.

15              THE COURT:  Mr. Roth, accept or reject Juror 12?

16              MR. ROTH:  Reject.

17              THE COURT:  Defense has used its fourth peremptory.

18              Mr. Roth, accept or reject Juror 13?

19              MR. ROTH:  Reject.

20              THE COURT:  Defense has used its fifth peremptory.

21              Mr. McMillan, accept or reject Juror 14?

22              MR. McMILLAN:  Accept, Your Honor.

23              THE COURT:  Mr. Roth, accept or reject Juror 14?

24              MR. ROTH:  Accept.

25              THE COURT:  Juror 14 is accepted and will be Juror
```

Monday, May 8th, 2023

```
 1   Number 5.

 2            Mr. Roth, accept or reject Juror 15?

 3            MR. ROTH:  Accept.

 4            THE COURT:  Mr. McMillan, accept or reject Juror 15?

 5            MR. McMILLAN:  We will excuse Number 15, Your Honor.

 6            THE COURT:  Number 15, the Government has used its

 7   third peremptory.

 8            Mr. McMillan, accept or reject Juror 16?

 9            MR. McMILLAN:  Accept, Your Honor.

10            THE COURT:  Mr. Roth, accept or reject Juror 16?

11            MR. ROTH:  Accept.

12            THE COURT:  Juror 16 will be accepted and will be

13   Juror Number 6.

14            Mr. Roth, accept or reject Juror 17?

15            MR. ROTH:  Accept.

16            THE COURT:  Mr. McMillan, accept or reject 17?

17            MR. McMILLAN:  Accept, Your Honor.

18            THE COURT:  Juror 17 is accepted and will be Juror

19   Number 7.

20            Mr. McMillan, accept or reject Juror 18?

21            MR. McMILLAN:  We accept, Your Honor.

22            THE COURT:  Mr. Roth, accept or reject Juror 18?

23            MR. ROTH:  Accept.

24            THE COURT:  Juror 18 is accepted and will be Juror

25   Number 8.
```

1           Mr. Roth, accept or reject Juror 19?

2           MR. ROTH:  Accept.

3           THE COURT:  Mr. McMillan, accept or reject Juror 19?

4           MR. McMILLAN:  Accept, Your Honor.

5           THE COURT:  Juror 19 is accepted and will be Juror

6  Number 9.

7           Mr. McMillan, accept or reject Juror 20?

8           MR. McMILLAN:  Accept, Your Honor.

9           THE COURT:  Mr. Roth, accept or reject Juror 20?

10          MR. ROTH:  Accept.

11          THE COURT:  Juror 20 will be accepted and will be

12 Juror Number 10.

13          Mr. Roth, accept or reject Juror 21?

14          MR. ROTH:  Accept.

15          THE COURT:  Mr. McMillan, accept or reject Juror 21?

16          MR. McMILLAN:  Accept, Your Honor.

17          THE COURT:  Juror 21 will be accepted, and will be

18 Juror Number 11.

19          Mr. McMillan, accept or reject Juror 22?

20          MR. McMILLAN:  We will excuse Mr. Francisco, Juror

21 22, Your Honor.

22          THE COURT:  Government has used its fourth

23 peremptory.

24          Mr. Roth, accept or reject Juror 23?

25          MR. ROTH:  Accept.

```
 1                THE COURT:  Mr. McMillan, accept or reject Juror 23?

 2                MR. McMILLAN:  Accept, Your Honor.

 3                THE COURT:  Juror 23 is accepted and will be Juror

 4    Number 12.

 5                Each side will now be given one peremptory for

 6    alternates.

 7                Mr. McMillan, accept or reject Juror 24?

 8                MR. McMILLAN:  We will exercise a peremptory on 24,

 9    Your Honor.

10                THE COURT:  All right.  The Government has used all

11    of its peremptories.

12                Mr. Roth, accept or reject Juror 25?

13                MR. ROTH:  Reject.

14                THE COURT:  Defense has used a peremptory and is also

15    out of peremptories, which means that Jurors 27 and 28 will be

16    our alternates.

17                Is that consistent with the parties' understanding,

18    Mr. McMillan?

19                MR. McMILLAN:  It is, Your Honor.

20                THE COURT:  Mr. Roth?

21                MR. ROTH:  That was 27 and 28 as alternates?

22                THE COURT:  Yes.

23                MR. ROTH:  Yes, that's consistent.

24                THE COURT:  Okay.  I'm going to read out loud the

25    names of the jurors as follows:
```

```
1            Juror Number 2, Ms. Lydia Miranda; Juror Number 3,

2    Ms Sherri Carr; Juror Number 4, Mr. Arjuna Weragoda; Juror

3    Number 11, Mr. Leonard Decker, Sr.; Juror Number 14,

4    Ms. Georgette Brown; Juror Number 16, Ms. Ann Lauberte; Juror

5    Number 17, Mr. Jerrine Lang -- I'm sorry, Ms. Jerrine Lang;

6    Juror Number 18, Brady Wallace; Juror 19, Brenda Trigg; Juror

7    20, Breyanna Harvard; Juror Number 21, Sally Kennedy; Juror 23,

8    Revatie Achahbar; and alternates are Juror 27, Pamela Beaumont

9    and Juror 28, Daniel Scott Gallo, Jr.

10           Is that consistent with your list, Mr. McMillan?

11           THE COURT:  It is, Your Honor.

12           Mr. Roth?

13           MR. ROTH:  Yes, it is.

14           THE COURT:  Okay.  Well, then let's call the jurors

15   in to announce the jury.

16           Ms. Cassisi, do we have everybody?

17           THE COURTROOM DEPUTY:  Yes, Your Honor.

18           THE COURT:  All right.

19      (Venire panel entered courtroom at 1:03 p.m.)

20           THE COURT:  Okay, ladies and gentlemen, thank you

21   again for your continued patience.

22           I'm going to read out loud the names of the

23   individuals who have been chosen to serve on this jury.  I ask

24   that everybody remain seated while I do this, and not leave the

25   courtroom.
```

1    Please listen carefully to the following names of the

2    individuals who will be serving on this jury.

3    Lydia Elizabeth Miranda; Sherri Lynn Carr, Arjuna

4    Weragoda; Leonard Vincent Decker, Sr.; Georgette Brown; Ann

5    Lauberte; Jerrine Lang; Brady Royce Wallace; Brenda Trigg;

6    Breyanna Harvard; Sally Ann Kennedy; Revatie Achahbar; Pamela

7    Lynn Beaumont and Daniel Scott, Jr.

8    If I called your name, you will stay in this

9    courtroom to be sworn in as a juror in this case.  If I have

10   not called your name, then you have not been selected to sit on

11   this jury.

12   I want to thank you all, as I did at the outset, for

13   taking time of your personal and professional lives to be with

14   us here today and to again impress upon you the importance of

15   jury service in our country and its integral part of our

16   criminal justice system.

17   With that, my sincere gratitude to all of you.

18   Please do leave your paddles where your chairs are or on the

19   jury box counter and you may return to the jury assembly room

20   to receive any further instructions.  But again, the folks

21   whose names I called out loud, please do stay in the courtroom.

22   With that, all rise for the jury.

23   (The venire panel retired from the courtroom at

24   1:05 p.m.)

25   THE COURT:  You may be seated.  I know you are

Monday, May 8th, 2023

1    probably antsy for lunch, and we are almost there.

2          What is going to happen now, ladies and gentlemen, is

3    Ms. Cassisi will swear you in as the jury in this case, but

4    before we do that, we need to get you all situated in the jury

5    box.  So if you could all, from the gallery, rise and make your

6    way over to the jury box and then please let's get everybody

7    seated in the right spots.

8       (Pause in proceedings.)

9          THE COURT:  All right, thank you.  Please stand to be

10   sworn in.

11         THE COURTROOM DEPUTY:  Please all raise your right

12   hands.

13      (Jury duly sworn)

14         THE COURT:  All right.  Ladies and gentlemen, before

15   we break for lunch, which will be one and a half hours in

16   length, so we will resume at 2:40, I do want to advise you of

17   some very important reminders and cautionary notes to keep in

18   mind.

19         You are prohibited from talking about this case with

20   anyone until you commence your deliberations.  So while you can

21   inform your employer or family members that you are here in

22   trial, you are simply forbidden from talking about this case.

23   That includes speaking, of course, with any of the attorneys or

24   parties in this case.  If you should see them, don't take

25   offense, they are simply prohibited from speaking with you.

1           This also includes a flat prohibition on accessing

2      the internet to research this case or to use any means of

3      social media or internet related activity to do research about

4      this case, or to comment about this case.

5           I will have more detailed instructions about all of

6      these important reminders, but now that we are breaking for

7      lunch, I do want to make sure you are all aware of those

8      important principles.

9           So with that, I wish you a pleasant lunch.  As I

10     said, we will be back at 2:40 to hear additional instructions

11     from me, and then to hear from the parties with opening

12     statements, and then the presentation of witnesses.

13          Mr. McMillan.

14          MR. McMILLAN:  Your Honor, may I see you at sidebar

15     for just one second, please, with Counsel?

16          THE COURT:  Sure.

17     (Following proceedings were had in bench conference)

18          MR. McMILLAN:  Does the Court mind instructing and

19     explaining to them that we can't talk to them so they don't

20     hold it against us if we are not smiling at them in the

21     hallway.

22          THE COURT:  I just said that.

23          MR. McMILLAN:  I'm sorry, I didn't hear that.

24          THE COURT:  Please try to pay attention.  Anything

25     else?

1          MR. ROTH:  No, Your Honor.

2     (Proceedings in open court)

3          THE COURT:  All right.  That's all for now, so see

4   you at 2:40.  All rise for the jurors.

5     (The jury retired from the courtroom at 1:11 p.m.)

6          THE COURT:  All right.  I'll see the attorneys at

7   2:20 to discuss any legal evidentiary issues, but before we

8   break, any pressing matters, Mr. McMillan?

9          MR. McMILLAN:  No, Your Honor.

10         THE COURT:  Mr. Roth?

11         MR. ROTH:  No, Judge.

12         THE COURT:  Okay.  Have a nice lunch.

13    (A lunch recess was had at 1:12 p.m.; proceedings resumed

14     at 2:28 p.m.)

15         THE COURT:  Thank you.  You may be seated.

16         All right.  The jury should be getting situated to

17   start again at 2:40.  I did, though, want to cover any

18   outstanding issues on the evidentiary or legal side before we

19   begin.

20         I'll turn first to Mr. McMillan.

21         MR. McMILLAN:  Nothing, Your Honor.

22         THE COURT:  Okay.  Anything from Mr. Roth?

23         MR. ROTH:  Judge, before opening statement, I would

24   like the Court to make a ruling on the admissibility of the

25   text messages and ask the Court to do a 403, 404 analysis.

Monday, May 8th, 2023

1           THE COURT:  Can you get closer to the microphone.

2           MR. ROTH:  Yes, Your Honor.

3           Judge, they are highly prejudicial.  They don't prove

4    anything that adds to the material facts of the case.  My

5    intention had been to stay away from them, and I would ask the

6    Court to not let them in.

7           I also don't see any reason for the Government to

8    introduce Mr. Saunders' proffer letter, I don't think that's

9    probative of any of the facts alleged in the case.

10          THE COURT:  Okay.  So let's turn first to the issue

11   of the text messages.  I don't believe these texts were

12   initially listed in the Government's exhibit list, probably

13   because they hadn't been identified by you as potential

14   exhibits, is that correct, Mr. Roth?

15          MR. ROTH:  I think so.  I think that I initially

16   raised the issue of the relevance of the text messages and then

17   when I recognized that they were, in all likelihood,

18   inauthentic, I determined that I would not use them.

19          THE COURT:  Okay.  So what is your exact argument for

20   exclusion?

21          MR. ROTH:  In no way are they probative of whether or

22   not Mr. Saunders brought 76 aliens to the United States for

23   financial gain.

24          THE COURT:  All right.  Mr. McMillan, what is your

25   intent with respect to these two exhibits?

Monday, May 8th, 2023

```
 1          MR. McMILLAN:  As an initial matter, Your Honor,
 2   would the Court like to see the exhibits in question?
 3          THE COURT:  Yes.
 4          MR. McMILLAN:  May I approach?
 5          THE COURT:  You may.  Also, that got me thinking, do
 6   you have a binder of all of your exhibits for the Court or any
 7   other mechanism by which I could follow along?
 8          Normally I'm given a binder with the exhibits in
 9   advance, and I understand I didn't make that explicitly clear,
10   so if you don't have it, next time I'll make that's more
11   evident.
12          MR. McMILLAN:  Your Honor, we may, in that we
13   commonly make a copy of everything because we have to file the
14   exhibits at the end of trial.  I may have -- I think it may be
15   in that small --
16          THE COURT:  All right.  I don't want to take away
17   your originals or disturb your system.  So for now, I'll just
18   follow along as you present the exhibits, but I will see the
19   two that you are discussing.
20          MR. McMILLAN:  Yes, Your Honor.  For the record,
21   these have been marked for identification as Government's
22   Exhibits 117 and 118.
23          THE COURT:  All right, I have seen these two
24   exhibits.  What is your argument, Mr. McMillan?
25          MR. McMILLAN:  Your Honor, first of all, as to the
```

1    issue of authenticity, these are statements -- these are

2    admissions by a party opponent; that is the Defendant.  They

3    were found in his cell phone, which he identified as his

4    cell phone.  Indeed, he identified these messages to Special

5    Agent Woodbury when he was originally interviewed.

6            The reason why these are relevant is because the

7    Defendant is charged with illegal alien smuggling for profit.

8    As the Court is aware from the withdrawal of his guilty plea,

9    his defense in this case appears to be, I got paid, but I

10   didn't do it for profit, come to the United States.

11           Now, his position in his statements with Special

12   Agent Woodbury was that he only intended on going from -- I

13   believe it was Bimini to Nassau to Freeport and any trip beyond

14   that was not his intention originally, but he fully agreed that

15   he got paid $5,000 to go and do this.

16           Now, the issue here is that he attempted to go and

17   manufacture himself a duress defense in advance, and that is by

18   sending himself the threatening text messages that Your Honor

19   has in front of Your Honor, and he did that the evening before

20   they departed at 7:00 o'clock in the morning for the Bahamas

21   en route to the United States.  Those text messages were sent

22   early on the 22nd, after midnight, and we were reading those

23   after Defense Counsel brought the issue to our attention, and

24   quite frankly, they seemed rather uncharacteristic of a

25   legitimate threat.

1            I mean, ordinarily someone doesn't go and write the

2     person, threatening them back, detailing exactly what kind of

3     awful things were done to them.  That usually makes the

4     threatener even more upset than they were originally.

5            Special Agent Woodbury went and examined the

6     Defendant's cell phone and found an application called Text Now

7     inside the Defendant's cell phone, which again, the Defendant

8     not only consented to a search of, in addition to the Customs

9     search aspect of things, but identified this as supposedly a

10    threatening message being made to him.

11           Well, it turns out that he sent himself that text

12    message, and we can establish that merely by looking at the

13    Defendant's phone or Special Agent Woodbury can.  This is

14    relevant because the Defendant manufacturing a coercion defense

15    in advance, I would submit, is clearly evidence of, first of

16    all, consciousness of guilt in advance, preparation for this

17    and it's part of the res gestae of the actual smuggling event

18    itself.

19           This wasn't done days or weeks in advance, it was

20    done at the commencement of this trip, so it was done clearly

21    in preparation for this very trip as a defense, which he

22    attempted to use, just unsuccessfully, so that manifests

23    consciousness of guilt.  And what kind of person would go and

24    prepare a defense if he really thought, as he claims, that he

25    only intended on bringing these people from one island to the

1  other in the Bahamas, which according to the statements to

2  Special Agent Woodbury, he believed to be perfectly legal

3  because they couldn't be in the Bahamas without having received

4  visas from the Bahamas.  He would have had no motivation to go

5  and create this faked evidence of threats having been made to

6  him.

7         And so I think it's entirely relevant and for a

8  number of reasons, but primarily to establish that this episode

9  or this venture was done for purposes of profit, he knew he was

10  coming to the United States.

11         THE COURT:  Is there anything in them that discusses

12  the profit specifically?

13         MR. McMILLAN:  In the text messages, no.

14         THE COURT:  Okay.  So I guess to what extent are they

15  relevant to the financial gain component of the offense as

16  charged?

17         MR. McMILLAN:  The Defendant has never denied the

18  financial gain aspect of him doing this, Your Honor.  He was

19  quite open and honest about the fact he got paid $5,000 to do

20  it.  The question is whether he intended on coming to the

21  United States with these aliens, as opposed to an intra-Bahama

22  transfer of them from one island to the other, and he took the

23  position that that's what he signed up to do, and that

24  essentially he was kidnapped by these pirates and brought to

25  the United States, and that he wasn't responsible for any of

```
 1   that.

 2           And this goes to show that he prepared in advance a

 3   fake defense and I would submit, and I think it can be argued

 4   to the jury, knowing full well that he was the whole time

 5   bringing these people to the United States because there is no

 6   other motivation, there is no other justification or reason for

 7   him to have made a fake text message threatening himself except

 8   for that purpose.

 9           I would also note that it is consistent with the fact

10   that he anticipated that he might be arrested by bringing a

11   roll of tape with him, a statement he made to the Codefendant

12   Rodriguez.  He said to Rodriguez, All I need is my cell phone

13   and a roll of tape and I'm good.

14           THE COURT:  Okay, okay.  So now that the Defendant is

15   no longer, I understand, pursuing a duress or coercion defense,

16   knowing that, why do you still believe the texts are relevant?

17           MR. McMILLAN:  I believe they are relevant for one

18   thing, Your Honor, because in the recording that we still have,

19   in the transcripts, the Defendant alludes to the fact that he

20   was threatened.  Now, on one hand, it can be just left alone,

21   but it might cause the jurors to speculate as to, well, what

22   about the fact that he said he was threatened.

23           THE COURT:  Okay.

24           MR. McMILLAN:  And I think that we should have the

25   opportunity for Special Agent Woodbury to quite truthfully say,
```

```
 1   I checked that out and there wasn't anything to it, and here's
 2   why; it turned out to be the Defendant threatening himself.
 3           THE COURT:  And so these texts would be, if admitted,
 4   coming in through Agent Woodbury, is that correct?
 5           MR. McMILLAN:  That is correct, Your Honor, he is the
 6   one who found them in the Defendant's cellular phone.
 7           THE COURT:  When is Mr. Woodbury planning on
 8   testifying in terms of sequence?
 9           MR. McMILLAN:  I anticipate at this juncture, it is
10   probably going to be tomorrow.
11           THE COURT:  Were you planning on talking about these
12   text messages in your opening?
13           MR. McMILLAN:  Yes.
14           THE COURT:  And Mr. Roth, are you going to make any
15   reference in your opening to a duress defense in any way?
16           MR. ROTH:  No, Your Honor, not unless the Court
17   approves the Government making that argument, and then I will
18   probably feel it necessary to respond.
19           THE COURT:  All right.  So what I'm going to do is
20   for now, not make a decision on these two text messages.
21           Mr. McMillan, you are not to refer to them in your
22   opening, and I will take the matter under advisement and issue
23   a ruling prior to the agent's testimony.
24           I think I understand the issues with respect to the
25   proffer letter, what's the basis of admitting the actual
```

```
 1   proffer letter, Mr. McMillan?

 2           MR. McMILLAN:  Your Honor, I never sought to admit

 3   the actual proffer letter.

 4           THE COURT:  I thought that's what Mr. Roth might have

 5   alluded to, unless I misunderstood.

 6           Mr. Roth.

 7           MR. ROTH:  I'm referring to Exhibit 113, the proffer

 8   letter Defendant Saunders signed 3/16/23.

 9           MR. McMILLAN:  May I have the opportunity to finish,

10   Your Honor --

11           THE COURT:  Certainly.

12           MR. McMILLAN:  -- my statement.

13           I never intended on introducing that in my case in

14   chief, there is no reason to do so.

15           My primary concern was, number one, to advise Defense

16   Counsel and then the Court of the existence of the proffer

17   letter, because there is a wide range of things which can open

18   the door to admission of that information, and it's not just

19   the Defendant taking the stand at trial, and so I didn't want

20   to catch Your Honor or Mr. Roth off guard by not bringing this

21   to everybody's attention in advance.

22           Number two, if the Defendant elects to take the stand

23   and testify, it may become relevant and necessary to introduce

24   it there.

25           THE COURT:  Okay.
```

Monday, May 8th, 2023

1          MR. McMILLAN:  Subject to Your Honor's ruling.

2          THE COURT:  No, I understand the proffer letter does

3     refer to arguments, not just testimony.  So okay, for now,

4     absent any opening the door to such content, I don't think it

5     is appropriate to admit the proffer letter, but that issue will

6     sort of remain in the background as the trial unfolds.

7          Getting back to the exhibit list, are there any --

8     looking basically at Government Exhibits 1 through 100,

9     Mr. Roth, do you have any objection to admission of Government

10    Exhibits 1 through 100?

11         MR. ROTH:  No, Your Honor.

12         THE COURT:  I'm going to go ahead then and admit

13    those 100 exhibits without objection to streamline things.

14       (Evidence admitted as Government Exhibits 1 through 100.)

15         MR. McMILLAN:  Your Honor, is it Your Honor's

16    practice to read the stipulation or Counsel?

17         THE COURT:  Counsel may do so.  I will advise the

18    jury, you know, about what a stipulation is so they are

19    understanding.

20         Mr. Roth, do you have an objection to Mr. McMillan

21    reading that out loud?

22         MR. ROTH:  No, Your Honor.

23         THE COURT:  And that's marked as a separate exhibit,

24    correct?

25         MR. McMILLAN:  It is marked as Government's Exhibit

```
 1   16, Your Honor, and it is on the exhibit list, yes.

 2            THE COURT:  Okay.  All right.  Well, then I think we

 3   have handled that.  I did have a couple other things.

 4            The hearing I had scheduled for tomorrow morning is

 5   no longer happening, which means we will have our jury

 6   conference at that time, at 8:30 tomorrow morning, rather than

 7   tomorrow evening, so please prepare for that.

 8            Mr. Roth, are there any other issues that I tabled,

 9   other than the texts, the fake evidence texts that need a

10   ruling now?

11            MR. ROTH:  No, Your Honor.

12            THE COURT:  Okay.  Well, then we will call in the

13   jury.  Again, 35 minutes per side.

14            Mr. McMillan, I will call on you to begin and I'll

15   give you a five minute warning.

16            MR. McMILLAN:  Thank you, Your Honor.

17            THE COURT:  Okay.  Bring them in, please.

18       (Jury in at 2:47 p.m.)

19            THE COURT:  Please be seated.

20            Good afternoon, ladies and gentlemen.  I hope you had

21   a pleasant lunch.

22            As promised, now that you have been sworn in, I'm

23   going to read to you some preliminary instructions and then we

24   will flow directly into opening statements.

25
```

<u>PRELIMINARY INSTRUCTIONS TO THE JURY</u>

1

2        THE COURT:  Now that you have been sworn, I need to

3  explain some basic principles about a criminal trial and your

4  duty as jurors.  These are preliminary instructions; at the end

5  of the trial, I will give you more detailed instructions.

6        Duty of the jury:  It will be your duty to decide

7  what happened so you can determine whether the Defendant is

8  guilty or not guilty of the crimes charged in the indictment.

9  At the end of the trial, I will explain the law that you must

10  follow to reach your verdict.  You must follow the law as I

11  explain it to you, even if you do not agree with the law.

12        What is evidence:  You must decide the case solely on

13  the evidence presented here in the courtroom.  Evidence can

14  come in many forms; it can be testimony about what someone saw

15  or heard or smelled; it can be an exhibit admitted into

16  evidence; it can be someone's opinion.

17        Some evidence proves a fact indirectly, such as a

18  witness who saw wet grass outside and people walking into the

19  courthouse carrying wet umbrellas.  Indirect evidence,

20  sometimes called circumstantial evidence, is simply a chain of

21  circumstances that proves a fact.  As far as the law is

22  concerned, it makes no difference whether evidence is direct or

23  indirect.  You may choose to believe or disbelieve either kind,

24  and you should give every piece of evidence whatever weight you

25  think it deserves.

 1          What is not evidence:  Certain things are not

 2    evidence and must not be considered as evidence, I will list

 3    them for you now.  For example, statements and arguments of the

 4    lawyers; in their opening statements and closing arguments, the

 5    lawyers will discuss the case, but their remarks are not

 6    evidence.

 7          Now, questions and objections of the lawyers.  The

 8    lawyers questions are not evidence either, only the witnesses'

 9    answers to the questions are evidence.  You had should not

10    think that something is true just because a lawyer's question

11    suggests that it is.  For instance, if a lawyer asks a witness,

12    You saw the defendant hit his sister, didn't you, that question

13    is not evidence of what the witness saw or what the defendant

14    did, unless the witness agrees with it.

15          Now, there are rules of evidence that control what

16    can be received into evidence.  When a lawyer asks a question

17    or offers an exhibit and the lawyer on the other side thinks

18    that it is not permitted by the rules of evidence, that lawyer

19    can object.  If I overrule the objection, then the question may

20    be answered and the exhibit may be received.

21          If I sustain the objection, then the question cannot

22    be answered and the exhibit cannot be received.  Whenever I

23    sustain an objection to a question, you must ignore the

24    question and try not to guess at what the answer would have

25    been.

 1          Sometimes I might order that evidence be stricken and

 2    that you disregard or ignore the evidence.  That means that

 3    when you are deciding the case, you must not consider the

 4    evidence.

 5          Some evidence is admitted only for a limited purpose.

 6    When I instruct you that an item of evidence has been admitted

 7    for a limited purpose, then you must consider it only for that

 8    limited purpose and not any other purpose.

 9          As we discussed earlier today, in reaching your

10    verdict, you may have to decide what testimony to believe and

11    what testimony not to believe.  You may believe everything that

12    a witness says, part of it, or none of it.

13          In considering the testimony of any witness, you may

14    take into account various factors; the opportunity and ability

15    of the witness to see or hear the things the witness is

16    testifying to; the witness's memory; the witness's manner while

17    testifying; the witness's interest in the outcome of the case

18    and any bias or prejudice; whether other evidence contradicts

19    the witness's testimony; the reasonableness of the witness's

20    testimony in light of all of the evidence, and any other

21    factors that bear on believability.  I will give you further

22    instructions for determining credibility of witnesses at the

23    end of the case.

24          Now, as I said, this is a criminal case and there are

25    some basic rules about a criminal case that you must keep in

mind.  First, as I said, the Defendant is presumed innocent until proven guilty.  The indictment brought by the Government against the Defendant is only an accusation, nothing more.  It is not proof of guilt or anything else.  The Defendant, therefore, starts out with a clean slate.

Second, the burden is on the Government until the very end of the case.  The Defendant has no burden to prove his innocence or to present any evidence or to testify.

Since the Defendant has the right to remain silent and may choose whether to testify, you cannot legally put any weight on a defendant's choice not to testify, it is not evidence.

Third, the Government must prove the Defendant's guilt beyond a reasonable doubt.  I will give you further instructions on that point later, but please bear in mind that the level of proof required is high.

Now, conduct of the jury, and we went over this a little bit before we broke for lunch.  Our law requires jurors to follow certain instructions regarding their personal conduct in order to help assure a just and fair trial.  I will now give you those instructions.

Do not talk, either among yourselves or with anyone else, about anything related to the case.  You may tell the people with whom you live and your employer that you are a juror and give them information about when you will be required

1    to be in court, but you may not discuss with them or with

2    anyone else anything related to the case.

3         Do not at any time during the trial request, accept,

4    agree to accept or discuss with any person any type of payment

5    or benefit in return for supplying any information about the

6    trial.  You must promptly tell me about any incidents you know

7    of involving an attempt by any person to improperly influence

8    you or any member of the jury.

9         Do not visit or view the premises or places where the

10    crimes charged allegedly were committed, do not visit any other

11    premises or places involved in the case, and you must not use

12    internet maps or Google Earth or any other program or device to

13    search for a view of any location discussed in the testimony.

14         Do not read, watch or listen to any accounts or

15    discussions related to the case which may be reported by

16    newspapers, television, radio, the internet, or any other news

17    media, and do not attempt to research any fact issue or law

18    related to this case, whether by discussions with others, by

19    library or internet research or by any other means or source.

20         Again, this is an age of vast instant electronic

21    communications and research, I want to emphasize that in

22    addition to not talking face to face with anyone about the

23    case, as I said, you must not communicate with anyone about the

24    case by any other means; that includes telephone, text

25    messages, e-mail, internet, any chat rooms, blogs, social

1    networking websites, and apps like Facebook, Instagram,

2    Snapchat, YouTube or Twitter, and you may not use any similar

3    technology of social media, even if I haven't specifically

4    identified it here.

5         And along these same lines, you must not provide any

6    information about the case to anyone by any means whatsoever.

7    That includes, of course, posting information about the case on

8    any internet site, blog, chat room or similar platform.

9         And again, no Google or searching of any information

10   about the case or the law that applies to the case or the

11   people involved in the case.  Our law does not permit jurors to

12   talk with anyone else about the case or to permit anyone to

13   talk to them about the case because only jurors are authorized

14   to render a verdict, only you have been found to be fair and

15   only you have promised to be fair.  No one else is so

16   qualified.

17        Also, our laws do not permit jurors to talk among

18   themselves about the case until the Court tells them to

19   commence deliberations, again, because premature discussion can

20   lead to a premature decision.

21        All of these rules that I've gone over, ladies and

22   gentlemen, they are designed to help guarantee a fair trial and

23   our law accordingly sets forth serious consequences if these

24   rules are not followed.  I trust that you understand and

25   appreciate the importance of these rules and in accord with

1    your oath and promise, I know you will do so.

2          Now on the subject of taking notes, if you wish, you

3    may take notes to help you remember what witnesses said, but if

4    you do take notes, please keep them to yourself until you and

5    your fellow jurors go to the jury room to begin deliberations

6    at the end of the case.  Also, do not let the act of note

7    taking distract you from hearing what the witnesses have to

8    say, and when you leave the courtroom, your notes should be

9    left in the jury room.

10         Finally, whether or not you take notes, you should

11   rely on your own memory of what was said.  Notes are there to

12   assist your memory only, and they are not entitled to any

13   greater weight than your memory or your impression about the

14   testimony.

15         The trial will now begin.  First, the Government will

16   make an opening statement, which is simply an outline to help

17   you understand the evidence as it comes in.  Next, the

18   Defendant's attorney may, but does not have to, make an opening

19   statement, and as I noted earlier, opening statements are not

20   evidence.

21         The Government will then present its witnesses and

22   Counsel for the Defendant may cross-examine those witness.

23   Following the Government's case, the Defendant may, if he

24   wishes, present witnesses whom the Government may

25   cross-examine, and then after all of the evidence is in, the

1    attorneys will present their closing arguments to you to

2    summarize and interpret the evidence, and then I will instruct

3    you on the law.  After that, you will go to the jury room to

4    begin your deliberations.

5            That concludes my preliminary instructions, and we

6    will now hear an opening statement from Mr. McMillan.

7            Mr. McMillan.

8            MR. McMILLAN:  Thank you, Your Honor.  May it please

9    the Court.

10           OPENING STATEMENT ON BEHALF OF THE GOVERNMENT

11           MR. McMILLAN:  Ladies and gentlemen of the jury,

12    myself and Special Agent Josh Woodbury are representing the

13    United States of America in this matter.  And we are also

14    assisted today by Special Agent Ayesha Rahmon, (phonetic) in

15    case Special Agent Woodbury has to testify, she can run the

16    computers.

17           But we are representing the United States of America

18    in this matter in the prosecution of this case.  At the end of

19    it, we submit to you that we will establish that that man,

20    Raymond Saunders, smuggled 76 individuals into the United

21    States of America from the Bahamas and he did so for purposes

22    of profit and that when he did that, he had already been

23    deported; that is, removed from the United States upon a

24    previous occasion and came back here knowingly, and that he did

25    so for purposes of profit.

Monday, May 8th, 2023

1              One of the ways you are going to hear this, ladies

2     and gentlemen, perhaps the most damning evidence in this case,

3     will come from Raymond Saunders very own mouth itself.  You

4     will listen to the recordings that were made by Special Agent

5     Woodbury when he interviewed him on two separate occasions.

6              You are going to have an opportunity to go and

7     individually see the Miranda warnings that he was given, that

8     he signed off on.  You will be able to listen with your own

9     ears and see with your own eyes those interviews as the

10    Defendant explained to Special Agent Woodbury that he was paid

11    $5,000 by the boss of the operation to go and bring these

12    Haitian people on board the boat.

13             One issue we are not going to have to spend a lot of

14    time on is whether the people who were on the boat were illegal

15    aliens; that is, people who are not natural born U.S. citizens

16    or had any legal right, for example, permanent resident aliens

17    in the United States, because there has been an agreement, what

18    we call a stipulation of the parties that says that each of the

19    individuals which are identified in counts 1 through 67 of the

20    indictment were, at all times material to this case, aliens;

21    that is, they were not natural born or naturalized citizens or

22    nationals of the United States, and that each of the persons

23    individually identified in counts 1 through 67 of the

24    indictment were, at all times material to this case, citizens

25    and nationals of the country of Haiti, with the exception of

1    LP, with a year birth of 1993 referenced in count 12 of the

2    indictment, who is a citizen and national of the Bahamas, and

3    that none of the foregoing individuals referenced in counts 1

4    through 67 in the indictment received prior official

5    authorization to come to, enter or reside in the United States,

6    so that aspect of this case is not in controversy.

7        What is in controversy is whether Raymond Saunders

8    did this for profit, and whether he intended to come to the

9    United States.

10       We also believe that the evidence will show you that

11   as to count 77 of the indictment, which charges Raymond

12   Saunders with having been previously deported from the United

13   States and intentionally trying to come back here and enter

14   into the United States, that he is guilty of that charge.

15       And finally, that he assisted another individual, and

16   I'll explain who that person is in another minute in more

17   detail, his name is Carlos Rodriguez-Rodriguez, and we will

18   just be calling him Carlos Rodriguez.  His full family name is

19   Rodriguez-Rodriguez, but he is going to appear before you and

20   testify himself, and that's how we know a lot of the things I'm

21   about to tell you here in a second.

22       But he will tell you that he was a former drug

23   trafficker, he was arrested and convicted of trafficking over

24   5 kilograms of cocaine in the Southern District of Florida

25   years ago, around 2009.  He went and he was sentenced by the

1    court, he eventually got his sentence reduced by cooperating

2    with the Government back then, and the court, when it reduced

3    his sentence for cooperating with the Government, then booted

4    him out of the country; not the court, but Immigration and

5    Customs enforcement went and removed Mr. Rodriguez and said,

6    Don't come back here again, you are convicted of an aggravated

7    felony and you are not allowed back in the United States."

8           And Mr. Rodriguez will tell you that in order to try

9    to go and earn money himself, he decided to go and become

10   involved in this venture with Defendant Saunders and he was

11   paid money, knowing full well that he was bringing these people

12   to the United States.

13          Now, a trial, and particularly the opening statement

14   in a trial, is a lot like a jigsaw puzzle, for those of us old

15   enough to remember jigsaw puzzles, in that you can get a

16   picture on the box that shows you what the thing is supposed to

17   look like, maybe a windmill in the Netherlands or something

18   like that, and that's what it is supposed to look like.  When

19   you take it out of the box it has its pieces all over the place

20   and you spend your time trying to put those pieces together.

21          Well, this is a little bit like that.  My opening

22   statement to you is to explain to you what you can anticipate

23   to see.  Sometimes those pieces are not all stuck together when

24   they come out of the box.  For example, you may find that the

25   exhibits, you may have Exhibit 1, 2, and, you know, 122,

```
 1   because evidence doesn't always come in completely in a linier

 2   fashion and sometimes the witnesses are taken out of order.

 3            What we believe the evidence is going to show you,

 4   ladies and gentlemen, in this case is that on February 22nd of

 5   2023, Raymond Saunders was driving a boat, along with Carlos

 6   Rodriguez, from the Bahamas to the United States, and that they

 7   came to the area of the St. Lucie Inlet, which you will hear

 8   evidence is located in Martin County in the Southern District

 9   of Florida, and that when they did that, the boat driver almost

10   crashed into a bulkhead that was by the pilot lights at the

11   entry to the inlet.

12            Now, you will hear from two agents from Customs and

13   Border Protection by the name of Clayton Kimball and Jason

14   Dimart, who happened to be on duty that very night.  This is

15   about 9:00 p.m. in the evening, so it was dark out when they

16   saw this boat.

17            As you can all imagine, since there were 76 people on

18   board, the illegal aliens compartment of the boat, which is

19   more than all of the people we had in here for the jury

20   selection, on board one boat.  They went and they saw this

21   large boat coming towards them, what we would call a

22   Hatteras-type yacht, and as it came to the beginning of the

23   inlet, the officers or the agents, I should say, went and

24   noticed it starting veering off course of the greenlight, which

25   was signaling stay in the middle of this channel, and started
```

1    heading towards this jetty and almost smashed into it, which

2    probably would have sunk the boat, so they were concerned about

3    this and they will explain that to you when they testify here.

4              They immediately went over to the boat and they

5    turned on their emergency equipment to try to get it to stop so

6    they could go and talk to it, not knowing whether the driver

7    was drunk, what was going on.  Instead, someone sticks their

8    head out, mumbles something incoherently, goes back in and

9    ignores the police activity behind them, so the agents will

10   tell you they immediately decided they needed to take action

11   before a terrible accident happened and immediately boarded the

12   boat, which they will also explain to you why they can legally

13   do that, by the way.

14             When they got on board the boat, all of a sudden,

15   they noticed two individuals in the top console area, which

16   controls the boat, as well as Agent Dimart will tell you he

17   started seeing, through the windows of the downstairs

18   compartment, all of these faces peering at him in the darkness

19   from the reflective light and all of a sudden realized

20   something highly unusual was going on here.  He wasn't exactly

21   sure what, but he was pretty sure that he had just interdicted

22   an alien smuggling load of people because there were far more

23   faces looking at him than could reasonably be expected from an

24   ordinary party yacht or fishing expedition.

25             So they called for backup, and you will hear from a

Monday, May 8th, 2023

1    Martin County Sheriff's Office deputy named James Holloran.  He

2    will come in and testify that he immediately went down there

3    and provided backup to those officers and he will tell you what

4    he saw as well.

5         Now, when the two CBP officers went upstairs and

6    said, Shut this boat down, we need to go and inspect it, they

7    will tell you that they encountered defendant -- or Codefendant

8    Rodriguez-Rodriguez, and another individual whose name is Lubin

9    Phillip, L-U-B-I-N, P-H-I-L-L-I-P, upstairs, and they took them

10   into custody, because at this point, once Deputy Holloran had

11   arrived, it was pretty plain this was an alien smuggling

12   venture that needed further investigation.

13        They will tell you that they went and took

14   Rodriguez-Rodriguez downstairs, and he explained to them, No,

15   the boat captain is up there, he is up there.

16        Now, after all of these people were taken into

17   custody, the agents heard this tremendous banging from

18   somewhere in the ship, and so they went and they said, You know

19   what, I think someone is in the console, and guess what they

20   found?  They found the Defendant, Raymond Saunders, inside a

21   little tiny compartment in the control console of the boat.

22        So they said, Come on out of there, whoever you are,

23   and you will be able to watch on videotape as Raymond Saunders

24   crawls on his own power out of that compartment and

25   Mr. Saunders has got packing tape, the type that people

```
 1   commonly use for presents to loved ones when they are mailing
 2   them, the clear plastic tape.  You will see it, we will have it
 3   as an exhibit in court, it is not duct tape, but rather the
 4   clear plastic tape.  He had some of this wrapped not on his
 5   wrists, as you might imagine, but around his head and on his
 6   legs.  But the agents noticed, strangely enough, none of this
 7   was on his hands.
 8            And of course, he said, Oh, I was kidnapped by the
 9   black man and the Dominican and they put me in here, and thank
10   heavens you rescued me, that was his initial story.
11            Now, as he was taken off the boat and the following
12   day, Defendant Rodriguez-Rodriguez is going to tell you that he
13   was interviewed and he found this very interesting that the
14   Defendant said that, because when they were planning this trip
15   to come to the United States, Defendant Rodriguez will tell
16   you, he asked Mr. Saunders, Do I need to bring my passport or
17   any documents with me in case we get stopped, and Saunders
18   response was, All I need is my cell phone and a roll of tape
19   and I'm good.
20            And we will show you and the evidence will suggest
21   that's exactly what the Defendant had in mind when he
22   disappeared into a compartment, according to Defendant
23   Rodriguez, with a roll of tape and his cell phone.
24            Now, with respect to the aliens on board, we will
25   also present the testimony of HSI Special Agent Josh Woodbury,
```

1  who I have introduced earlier, as well as ICE Officer Ronald

2  Anderson, and they will explain they processed the people on

3  board the boat, ensured that their identities were what they

4  were to the extent it was possible, and that they were all

5  Haitian nationals, and that's going to be very brief testimony

6  because of the stipulation, but we want you to go and see who

7  the people were that we are talking about.

8          With respect to Carlos Rodriguez, he will tell you

9  that there is no doubt that these people were fully intended to

10  be brought to the United States from the very beginning, from

11  his understanding.  He was supposed to be paid in excess of

12  $10,000 to go and make that trip.

13          He will tell you that when they first -- when I say

14  they, meaning him and Defendant Saunders, when Defendant

15  Saunders first noticed the Customs and Border Protection boat

16  starting to approach them, that he yelled -- Saunders yelled to

17  Rodriguez, the man, the man, you know, don't call me captain

18  anymore, and then he disappeared into the compartment with the

19  roll of tape and his cell phone.

20          You will also hear from Rodriguez-Rodriguez that the

21  program, which was used to go and steer the ship; that is,

22  their navigational program, was a program called Navionics,

23  which is an application which can be put on a person's Android

24  or iPhone and can be used and go and piolet -- get the

25  instructions for traveling from the Bahamas to the United

1    States.

2              Now, curiously, you will also find that that program

3    does not exist on Defendant's Saunders' phone, but Defendant

4    Saunders will tell you, after advice of his Miranda warnings,

5    and coming from his own mouth that that program was on his

6    phone and was used to navigate the trip.

7              Where did it go?  You will hear when he disappeared

8    into that compartment, he took his cell phone and a roll of

9    tape with him.

10             Beyond that, ladies and gentlemen, what we need to go

11   and just look at is what are the elements of the offense, and

12   as the Judge has already explained, the Defendant is charged

13   with alien smuggling for profit in counts 1 through 76, so you

14   just have to determine whether the Government's proved beyond a

15   reasonable doubt that the Defendant brought these illegal

16   aliens here and did so for purposes of profit.

17             With respect to the reentry after deportation, you

18   have to find out whether he had been deported previously and he

19   intentionally came back into the United States.

20             Now, another thing I should point out to you is that

21   the evidence will establish that when a person is within three

22   nautical miles of the coastline, they are actually in the

23   United States of America.  They don't actually have to set foot

24   on the ground to go and be here.

25             So that is one of the things that you can take into

1    consideration as to whether there was is intent to go and bring

2    these people, and in particular Mr. Rodriguez, who was the

3    aggravated felon, into the United States.  Because we believe

4    the evidence will show you that Rodriguez could not go and do

5    this smuggling venture with Defendant Saunders unless they

6    entered within 3 miles of the United States to drop off the

7    illegal aliens.  So to the extent that Saunders was driving the

8    boat, he was helping Rodriguez to enter the United States as

9    well for the purpose of dropping off these illegal aliens, and

10   that is the theory that the Government is pursuing.  So on your

11   part, please look to see whether we have established that at

12   the end of this case.

13            Finally, ladies and gentlemen, none of us were there

14   when you received that letter in your mailbox with the strange

15   return address inviting you to come here today, and as Judge

16   Cannon already alluded to earlier, I realize that no one was

17   handing out robes when you entered the courthouse here this

18   morning, but while Judge Cannon is the absolute judge of the

19   law in this case, each and every one of you is going to be a

20   judge of the facts and we appreciate you devoting your time to

21   come here and give both sides a fair listening to the evidence.

22   And I'm convinced after you have the opportunity to go and

23   listen to that evidence that you will return a true verdict of

24   guilty as to Defendant Saunders on all of the counts alleged in

25   the indictment, specifically counts 1 through 76, 77 and 79 in

```
 1   the indictment.

 2           Thank you for your time.

 3           THE COURT:  Thank you, Mr. McMillan.

 4           Just one moment, Mr. Roth.

 5           MR. ROTH:  One moment?

 6           THE COURT:  Yes, just one moment.  You may use the

 7   lectern, if you wish.

 8           You may begin when you are ready.

 9           MR. ROTH:  Thank you, Judge.  May it please the

10   Court, ladies and gentlemen of the jury.

11                 OPENING STATEMENT ON BEHALF OF DEFENSE

12           MR. ROTH:  Again, thank you for being here, and I

13   know I say that for everybody in the courtroom.  There are not

14   that many sacrifices that we are called upon to make as

15   American citizens.  In wartime, you may be called upon to serve

16   the country and even serve in combat, but this is one of the

17   things that is really a badge of citizenship, to be called to a

18   jury and participate in a jury.  This is one of the things that

19   really makes us a free country, so we thank you from the bottom

20   of our hearts.  The jury system has served us well since the

21   beginning of our country, and we thank you again.

22           Why the lawyers give an opening statement in a case,

23   from what I've understood and from the scholars, it has been

24   said that the opening statement is to give the jury a bird's

25   eye view of the case, because the way that the evidence is
```

Monday, May 8th, 2023

1   presented in a jury trial is it is presented one witness and

2   one exhibit at a time.  And the thought is that if you

3   understand what each lawyer thinks this case will prove,

4   overall, you will receive the evidence with some context and it

5   will help you gain a better understanding, so that's why we

6   give opening statements.

7           And like the Court instructed you, the statements of

8   the lawyers, it is just a statement of what they expect to

9   prove.  It is not evidence in the case, it is what we think the

10  evidence is going to be.  And as you can imagine, since this

11  case has gone from indictments all the way to a trial by jury,

12  there is a healthy difference of opinion among the lawyers as

13  to what the evidence shows.

14          In my view, the Government's case is really built on

15  a house of cards.  You heard the Prosecutor refer often and

16  repeatedly to the evidence they will produce through their

17  witness, Carlos Rodriguez-Rodriguez, and that's the problem

18  with the case; Mr. Rodriguez.  Not only is a convicted felon,

19  but I think when you hear from him, when you learn more about

20  him, you will find that Mr. Rodriguez is a witness not worthy

21  of belief.

22          What was Mr. Rodriguez's role in this case?  I think

23  you will find that he greatly minimizes his role in this case,

24  and you will find out, in fact, that he is a licensed boat

25  captain, he is the captain of this boat.

1            We are going to ask you to try and listen carefully

2     and try to determine who put the Navionics software on

3     Mr. Saunders' phone, and who used it to navigate.

4            We are going to ask you to listen carefully to the

5     evidence and determine was Mr. Saunders hired to help transport

6     this ship from Nassau, Bahamas to Freeport, Bahamas.  He is a

7     Bahamian, it is a difficult passage with shoals and so forth,

8     and he had expertise with the waters of the Bahamas.

9            Mr. Rodriguez is going to testify that he was going

10    to be paid up to $25,000 for transporting these aliens to the

11    United States.

12           Mr. Saunders is found to have $5,000 in Bahamian

13    money.  He doesn't even have sufficient currency, if he were to

14    come to the United States with that ship, to buy gas to go

15    back.

16           I'm going to ask you to carefully examine the

17    evidence and try and determine whether the Government has

18    proven its case beyond a reasonable doubt and if it has proven

19    who actually captained the boat, who actually had the intent to

20    take these aliens from the Bahamas, Freeport is in the Bahamas,

21    to the United States.  And I think the evidence will show that

22    it was the person who is going to be paid as much as $25,000

23    for doing this, and not the young Bahamian man who has $5,000

24    in Bahamian money to move the boat from Freeport to -- I'm

25    sorry, from Nassau to Freeport, excuse me.

1          The tape, the Government is going to make a big

2    issue, and the Government is going to take the position that

3    Mr. Saunders wasn't taped because he was somehow not wanting to

4    come to the United States, only intending to go to Freeport.

5          I'm going to ask you to pay careful attention.  If

6    Saunders taped himself, then only his fingerprints or his DNA

7    would be on the tape.  You should look carefully at the

8    evidence and see, was this tape examined, was it examined to

9    determine who else had fingerprints or DNA on this tape, and I

10   suggest to you the Government is going to ask you to simply

11   rely upon the testimony of Mr. Rodriguez, the convicted felon,

12   who, when he was previously convicted, got his sentence reduced

13   in half by snitching on the people in the conspiracy.

14         It's okay to snitch, that's the way it works.  He is

15   a flip defendant in this case, also, but the question is, is he

16   credible, is he truthful?  And shouldn't we have some

17   verification, when it could be scientifically shown through

18   fingerprints or DNA who actually put the tape on Mr. Saunders?

19         I think the first officer who reported seeing

20   Mr. Saunders, he said his hands were taped.  Later, after

21   conferring with other officers, he wrote a supplemental report

22   and changed his findings.

23         It is a house of cards, it is just built on

24   Rodriguez.  So at the end of the case, I'm going to ask you to

25   reject Mr. Rodriguez's testimony, because you can't prove

1    beyond and to the exclusion of every reasonable doubt based

2    upon the word and the testimony of a guy like Mr. Rodriguez, or

3    whatever his name is.

4            Mr. Rodriguez has spent a lot of time in the United

5    States, from California to New York, and I counted, he has over

6    30 aliases that he has used during the time he benefited from

7    living here in the United States among us.

8            That's what I think the case is about.  I think the

9    case is about Mr. Rodriguez and Phillip.  The prosecutor

10   mentioned he was identified as one of the crewmen on the boat,

11   one of the principles on the boat.  For some reason, we don't

12   have his testimony, for some reason, the Government sent him

13   back to the Bahamas.  He is a citizen of the Bahamas, he

14   claimed he couldn't speak English, he has a name that sounds

15   sort of like a Creole name, a French name Phillip, Lubin

16   Phillip.  So what did they do, they just sent him back to the

17   Bahamas.

18           That's what the case is going to be about.  It is

19   going to be based on Mr. Rodriguez, who at various times told

20   law enforcement that he is Dominican, that he is Mexican, that

21   he is an American citizen, that he is Peruvian.  I'll leave it

22   in your hands, but I believe at the end of the case, a fair

23   verdict on all of these counts is not guilty because the case

24   will not be proven to the exclusion of any reasonable doubt.

25           Thank you.

```
 1              THE COURT:  All right.  Thank you, Mr. Roth.

 2              Mr. McMillan, call your first witness.

 3              MR. McMILLAN:  Your Honor, the United States calls

 4   Special Agent Anthony Ojeda.

 5              THE COURT:  Good afternoon, sir.  Please remain

 6   standing for just a moment and be sworn in.

 7              ANTHONY OJEDA, GOVERNMENT WITNESS, SWORN

 8              THE COURTROOM DEPUTY:  Please state your name,

 9   spelling your last name for the record.

10              THE WITNESS:  Anthony Ojeda, O-J-E-D-A.

11              MR. McMILLAN:  Your Honor, does the Court need to

12   switch something on to let the Elmo go on?

13              Whenever you need that to be operative, let

14   Ms. Cassisi know.

15                       DIRECT EXAMINATION

16   BY MR. McMILLAN:

17   Q   Please state your name for the record.

18   A   Anthony Ojeda, last name is spelled O-J-E-D-A.

19   Q   How are you employed?

20   A   I'm a special agent with HSI, Orlando, Florida.

21   Q   How long have you been employed by that agency?

22   A   Over 20 years.

23   Q   Now, for those people who may be on the jury who haven't

24   heard of what HSI is, what is HSI?

25   A   Homeland Security Investigations.
```

```
 1   Q    Okay.  Now, it's an entity or a subpart of the Department
 2   of Homeland Security?
 3   A    It is.
 4   Q    And people have heard of ICE, or Immigration and Customs
 5   Enforcement, are you in ICE Agent?
 6   A    It is part of ICE, ICE is divided into two subagencies.
 7   You have ERO and HSI, ERO handles the administrative
 8   immigration removal portion; HSI is the criminal investigative
 9   side.
10   Q    Okay.  So are the people who are what we call special
11   agents investigators?
12   A    We are trained criminal investigators, yes, sir.
13   Q    And those people, they work for which agency?
14   A    Criminal investigators work solely for HSI.
15   Q    And meanwhile, the ICE agents that we hear about frequently
16   in the press, are they uniformed officers typically?
17   A    Typically, as they are talking about ERO officers, but in
18   general, they talk about all of us.
19   Q    What does ERO stand for?
20   A    Enforcement and Removal Operations.
21   Q    So they are the people who arrest people and deport them?
22   A    Correct.
23   Q    And incidentally, we use the term deport because we all
24   know what that means, but legally, in your job, is there an
25   official legal term which is used?
```

```
 1    A    We typically call them removals.
 2    Q    So when you say removal, is that equivalent to being
 3    deported from the United States?
 4    A    Correct.
 5    Q    Now, if I can direct your attention, Special Agent, to this
 6    case, and specifically around February 22nd, 23rd of 2023, were
 7    you on duty during that time period?
 8    A    I was temporarily assigned to the West Palm Beach office,
 9    yes.
10    Q    Okay.  Because you are actually assigned to a different
11    part of the State of Florida ordinarily, would that be
12    accurate?
13    A    Yes, sir.
14    Q    Where is that place?
15    A    Orlando, Florida.
16    Q    So you were helping out in West Palm Beach during that time
17    period.
18    A    I was.
19    Q    And did you assist another agent who is present in this
20    courtroom during that time period?
21    A    I did.
22    Q    Who is that agent that you helped?
23    A    The agent sitting behind you, Mr. Josh.
24    Q    Okay.  Special Agent Woodbury?
25    A    Correct.
```

```
1    Q    And were you asked to do something to assist him?

2    A    During that specific time period, we had intercepted a boat

3    of individuals coming into the U.S., and once they separated

4    several individuals that were deemed were going to be arrested,

5    Mr. Woodbury asked me to verify some property that belonged to

6    the person who is sitting as a defendant today.

7    Q    Were you aware that this was an unusually large number of

8    aliens for a maritime smuggling venture?

9    A    It was, it was a large amount.

10   Q    Okay.  And were you personally aware as to whether a

11   mechanism was used by the U.S. Coast Guard -- well, was the

12   Coast Guard helping you?

13   A    No, I was not working with the Coast Guard.  When we got

14   there, the people had already been detained.

15   Q    Okay.  But when they were detained originally in this case

16   by CBP, were they taken someplace else for processing?

17   A    After they were detained by the Coast Guard and CBP, the

18   people that were deemed arrestable were transported back to

19   land.

20   Q    Okay.  So they were in Coast Guard -- on a Coast Guard

21   cutter for a time period?

22   A    Yes, 10 or 12 hours, I believe.

23   Q    And while they were there, was some sort of processing done

24   to them --

25   A    Correct.
```

```
 1   Q    -- to your knowledge?

 2          Pardon me?

 3   A    Correct, sir.

 4   Q    Okay.  Now, when the people are arrested under such

 5   circumstances, do you know what happens to the clothes that

 6   they have on, when they are arrested on board the smuggling

 7   boat?

 8   A    I understand that the Coast Guard separates each

 9   individual, has every individual place their property in a

10   plastic or paper bag, and they put -- they write their

11   information on each bag or each plastic receptacle where it is

12   placed.

13   Q    Are they given an identification bracelet to go along with

14   that?

15   A    Correct, correct.

16   Q    In this case, did Defendant Saunders place his property in

17   a bag?

18   A    When we received it, it had a number that corresponded to

19   the number he had on his bracelet and on his clothing, yes.

20   Q    Did you go inside of that bag?

21   A    I did.

22   Q    Were you asked to look for a specific pair of items inside

23   of that bag?

24   A    I was asked to go through the property to see if there was

25   anything out of the ordinary.
```

Monday, May 8th, 2023

```
 1   Q   And did you find anything unusual in Defendant Saunders'
 2   property?
 3   A   I located a pair of tennis shoes and upon closer inspection
 4   of the tennis shoes, I found that each tennis shoe had a wad of
 5   bills inside of it, Bahamian money to be exact.
 6   Q   Before you became a special agent with U.S. Customs, what
 7   did you do for a living?
 8   A   I was a correctional officer, I was also a regular police
 9   officer.
10   Q   In what state or place?
11   A   In Puerto Rico.
12   Q   Okay.  And did you have occasion to go and inspect people's
13   shoes in your former line of employment for contraband?
14   A   It is commonplace to always search people -- individuals
15   that you detain.
16   Q   Okay.  And in this case, did you find anything unusual
17   inside of the sneakers?
18   A   I found that each sneaker contained a wad of Bahamian
19   dollars.  At the time, I didn't know the amount, but it was a
20   pretty thick stack of money in each sneaker.
21   Q   Did you subsequently find out how much was in both
22   sneakers?
23   A   I was told that it was 5,000 Bahamians dollars.
24           MR. McMILLAN:  May I approach the witness, Your
25   Honor?
```

Monday, May 8th, 2023

1            THE COURT:  You may.

2   BY MR. McMILLAN:

3   Q   I'm showing you what's been admitted as Government Exhibit

4   105, do you recognize this item?

5   A   Yes, I do.

6            THE COURT:  One moment.

7            May I see the attorneys at sidebar.

8       (Following proceedings were had in bench conference)

9            THE COURT:  Okay.  We previously admitted 1 through

10  100, we hadn't gotten to 105 yet, so I want to make sure you go

11  through the motions for those.

12           MR. McMILLAN:  Certainly, Your Honor.

13           THE COURT:  Okay.

14      (Proceedings in open court)

15  BY MR. McMILLAN:

16  Q   Okay.  If I could ask a couple of follow-up questions.

17           MR. McMILLAN:  May I do them from here, Your Honor?

18           THE COURT:  You may.

19           MR. McMILLAN:  Thank you.

20  BY MR. McMILLAN:

21  Q   Special Agent Ojeda, I'm showing you what's marked for

22  identification as Exhibit 105, do you recognize this

23  photograph?

24  A   I do.

25  Q   Did you personally see the items depicted in this

1    photograph?

2    A    I did, because I took the photograph.

3    Q    Okay.  And does it fairly and accurately depict what you

4    saw on that date in this photograph?

5    A    It does.

6    Q    Are those your initials or someone else's that appear on

7    here?

8    A    Those are not my initials.

9    Q    Okay.  But you did see this specific item and take a

10   photograph of it.

11   A    Correct.

12        MR. McMILLAN:  Your Honor, at this time, I would move

13   for admission of Government's Exhibit 105.

14        MR. ROTH:  No objection.

15        THE COURT:  Thank you, Mr. Roth.

16        Government's Exhibit 105 is admitted without

17   objection.

18     (Evidence admitted as Government Exhibit No. 105.)

19        MR. McMILLAN:  May I publish, Your Honor?

20        THE COURT:  You may.

21        MR. McMILLAN:  I will need the -- thank you.

22        THE COURT:  Ladies and gentlemen, if you don't see

23   the image appear on your screen, please let me know.

24        All right.  We have a juror in the back whose monitor

25   is not turning on.

```
 1              Is yours still not working, ma'am?

 2              THE COURTROOM DEPUTY:  I turned them off real quick.

 3              THE JUROR:  No, ma'am, it is not on.

 4              THE COURT:  Is everyone's working except for the lady

 5  in the back?

 6              Okay.  Can you see on that monitor, ma'am?

 7              THE JUROR:  Yes.

 8              THE COURT:  We will have our IT person take a look at

 9  that after trial today and hopefully fix it.  For now, if it is

10  okay, I will ask that you use that monitor for reference.

11              Let's continue.

12              MR. McMILLAN:  And with that, I tender the witness,

13  Your Honor.

14              THE COURT:  Jurors, did you get a chance to see the

15  picture?

16              Yes, okay.

17              All right, we are all done then.  Thank you.

18              Mr. Roth.

19                        CROSS-EXAMINATION

20  BY MR. ROTH:

21  Q    Agent Ojeda, where were you when you took that photograph?

22  A    I was in a Border Patrol station where the Defendant was

23  detained.

24  Q    Is that in West Palm Beach?

25  A    I believe so, yes.
```

Monday, May 8th, 2023

```
1   Q   Were you the first agent to see the shoes with money in it?

2   A   I was.

3   Q   What about when he took the shoes off?

4   A   When I inspected the shoes, the shoes were already in a

5   bag.

6   Q   So you don't know if someone else had seen that money

7   before you, do you?

8   A   I do not.

9   Q   Okay.  And where was he when he took the shoes off?

10  A   While I was inspecting the property, I believe the

11  Defendant was being interviewed by Agent Woodbury and some

12  other personnel.

13  Q   What I meant to say is, where was he when his shoes were

14  first removed?

15  A   I have no idea.

16  Q   Was he on the ship?

17  A   I can't answer that question because when we arrived, he

18  was already being -- had been processed by Coast Guard.

19  Q   Okay.  So if they had done their job properly, and I assume

20  they did, they already knew that that money was in those shoes.

21  A   I cannot answer that question.

22  Q   Because the money was in the shoes, they preserved the

23  evidence just the way they found it, correct?

24  A   They preserved the shoes, I'm not aware if they knew there

25  was money inside of the shoes.
```

Monday, May 8th, 2023

```
1    Q    Did you ask them?

2    A    I never spoke with Coast Guard personnel.

3    Q    Okay.  This boat that Saunders was on, what port did it

4    leave out of from the Bahamas?

5    A    I'm sorry, I can't answer that question, I wasn't part of

6    that portion of the investigation.

7    Q    Okay.  So you just know about the shoes and the money.

8    A    Yes, sir.

9    Q    Okay.  In total, how much money was there?

10   A    Again, I was told it was 5,000 Bahamian dollars.

11   Q    Twenty-five in each shoe?

12   A    I have no idea of the exact count; I know that when it was

13   counted, that was the total amount.

14   Q    You didn't count it?

15   A    I did not count it.

16   Q    You just photographed it.

17   A    Correct.

18         MR. ROTH:  Thank you.  No further questions.

19         THE COURT:  Any redirect?

20         MR. McMILLAN:  No thank you, Your Honor.  May the

21   witness be excused?

22         THE COURT:  He may.  Thank you, Mr. Ojeda, you may be

23   excused.

24      (Witness excused)

25         MR. McMILLAN:  And Your Honor, our next witness would
```

Monday, May 8th, 2023

```
 1   be Mr. Rodriguez, who is in custody.

 2               THE COURT:  Okay.

 3               Ladies and gentlemen, we are going to take our

 4   afternoon break right now.  It is 3:40, this will be 15

 5   minutes, so all rise for the jury.

 6       (The jury retired from the courtroom)

 7               THE COURT:  Please be seated.

 8               Mr. McMillan, if you could get back to your station

 9   so to speak, I just want to ask, are there any evidentiary

10   issues related to Mr. Rodriguez's testimony that should be

11   addressed prior to him coming in?

12               MR. McMILLAN:  None that come to my mind, Your Honor.

13               THE COURT:  Any from Mr. Roth?

14               MR. ROTH:  No, Judge.

15               THE COURT:  Okay.  Are there any exhibits that

16   haven't yet been admitted, 1 through 100 have been admitted and

17   105 has been admitted, that pertain to Mr. Rodriguez's

18   testimony.

19               MR. McMILLAN:  No, Your Honor.

20               THE COURT:  Okay.

21               MR. McMILLAN:  I take that back.  Rodriguez will have

22   Government's Exhibit 120, I don't think 121 needs to be

23   admitted, but it's been marked and I'm not seeking to introduce

24   it, and Government's Exhibit 122, which was the add-on exhibit,

25   Your Honor.
```

```
1              THE COURT:  Again, what is the description of 122?

2              MR. McMILLAN:  Government's Exhibit 122 is the

3    console of the smuggling vessel where the controls are.

4              THE COURT:  All right.  Is Mr. Rodriguez en route to

5    the courtroom?

6              COURTROOM SECURITY OFFICER:  He is, Your Honor.

7              THE COURT:  Okay.  Mr. Rodriguez, please come over to

8    the witness stand.  We are going to take about an eight minute

9    break for court personnel to use the facilities and then we

10   will get started with the jury again.  That is all for now.

11       (Recess was had at 3:42 p.m.; and the proceedings

12       resumed at 3:52 p.m.)

13             THE COURT:  Mr. McMillan, what is the exhibit number

14   for the stipulation?

15             MR. McMILLAN:  It is Government Exhibit 16, Your

16   Honor.

17             THE COURT:  Okay.  I think it would make sense,

18   Mr. McMillan, for you to formally introduce the stipulation to

19   the jury, outside of the opening statement and then I will give

20   them the standard definition of what a stipulation is, so there

21   is no confusion there with respect to Government's 16.

22             MR. McMILLAN:  Yes, Your Honor.

23             THE COURT:  If you could do that before we begin the

24   testimony of Mr. Rodriguez.

25             Anything else before we get started, Mr. Roth?
```

Monday, May 8th, 2023

```
 1              MR. ROTH:  No, Your Honor.

 2              THE COURT:  Okay, let's call in the jury.

 3              MR. McMILLAN:  Oh, Your Honor, I was actually going

 4    to ask the Court to do that and may we have the Elmo

 5    operational again?

 6              THE COURT:  Yes.

 7              MR. McMILLAN:  Thank you.

 8        (Jury in at 3:54 p.m.)

 9              THE COURT:  Thank you, please be seated.

10              Good afternoon, Mr. Rodriguez.  My courtroom deputy

11    will now swear you in.

12              THE DEFENDANT:  Good afternoon.

13              THE COURTROOM DEPUTY:  Please stand and raise your

14    right hand.

15     CARLOS RAFAEL RODRIGUEZ-RODRIGUEZ., GOVERNMENT WITNESS, SWORN

16              THE COURTROOM DEPUTY:  Will you please state your

17    first name and spell your last name.

18              THE WITNESS:  Carlos Rafael Rodriguez-Rodriguez.

19              THE COURT:  Thank you, Mr. Rodriguez-Rodriguez.  If

20    you could just make sure that you are speaking closely into the

21    microphone, and you can move it towards you, if you wish.

22              THE WITNESS:  Thank you.

23              THE COURT:  Let's get started.

24              MR. McMILLAN:  Your Honor, if it please the Court,

25    before I commence the questioning of Mr. Rodriguez-Rodriguez,
```

1   we would like to go and formally introduce Government's Exhibit

2   Number 16, which is the stipulation of the parties.

3          THE COURT:  Yes, you may, and put that on the Elmo,

4   please, so the jury can see it.

5          MR. McMILLAN:  May I?

6          THE COURT:  Ladies and gentlemen, sometimes the

7   parties have agreed that certain facts are true.  This

8   agreement is called a stipulation and you must treat these

9   facts as proved for this case.

10         So this is one such stipulation, and it is

11  Government's Exhibit 16, which has been admitted without

12  objection.

13         MR. McMILLAN:  May I publish, Your Honor?

14         THE COURT:  You may.

15         MR. McMILLAN:  Thank you.

16         THE COURT:  Please read slowly.

17         MR. McMILLAN:  Yes, Your Honor.

18         Government's Exhibit 16 is the stipulation of the

19  parties which provides that the Government and the Defendant

20  and Defense Counsel hereby stipulate and agree to the following

21  facts as true and undisputed:

22         One, that each of the persons individually identified

23  in counts 1 through 67 of the indictment were, at all times

24  material to this case, aliens; that is, they were not natural

25  born or naturalized citizens or nationals of the United States.

1          Second, each of the persons individually identified

2     in counts 1 through 67 of the indictment were, at all times

3     material to this case, citizens and nationals of Haiti with the

4     exception of LP with the year of birth of 1993, referenced in

5     count 12 of the indictment, who was a citizen and national of

6     the Bahamas.

7          And third, none of the foregoing individuals

8     referenced in counts 1 through 67 of the indictment had

9     received prior official authorization to come to, enter or

10    reside in the United States.

11         And then there follows the signatures of John C.

12    McMillan on behalf of the United States, Assistant U.S.

13    Attorney; Martin L. Roth, Esquire, Counsel for Defendant

14    Saunders, and Raymond Saunders on behalf of himself, the

15    Defendant.

16         THE COURT:  Thank you.

17                   DIRECT EXAMINATION

18    BY MR. McMILLAN:

19    Q   Mr. Rodriguez-Rodriguez, would you please spell your full

20    name for the record.

21    A   My name is Carlos Rafael Rodriguez-Rodriguez.

22    Q   Okay.  But in ordinary usage, you just go by the name of

23    Carlos Rodriguez?

24    A   Usually Carlos.

25    Q   Okay.  But where are you from originally?

1   A   I was born in Dominican Republic, and I was basically

2   raised in the Bahamas.

3   Q   If you sign your name on something, do you put Carlos

4   Rodriguez-Rodriguez or Carlos Rodriguez?

5   A   I put CR, Carlos Rodriguez.

6   Q   Can I refer to you as Mr. Rodriguez?

7   A   Yes, sir.

8   Q   Okay.  Now, in this case, were you arrested with someone

9   else in this courtroom?

10  A   Yes, sir.

11  Q   Can you describe who that person was, point at him and

12  describe what he is wearing?

13  A   He is on my right-hand side over there, with the white

14  shirt and tie --

15          MR. ROTH:  The Defense will stipulate that he

16  identified Mr. Saunders.

17          THE WITNESS:  -- Mr. Saunders.

18          THE COURT:  All right.

19          THE WITNESS:  I really know him as the captain, not

20  Mr. Saunders.  I know his name when I get locked up with him.

21          THE COURT:  All right.  Let the record reflect the

22  witness has identified the Defendant, Mr. Saunders.

23          Please continue.

24  BY MR. McMILLAN:

25  Q   Well, to clarify what you just said, do you recall having

1   been on a boat on February 22nd, 2023?

2   A    Yes, sir.

3   Q    And did you know the man you identified a moment ago as the

4   captain, did you know what his actual true name was at that

5   time?

6   A    No, sir.

7   Q    Okay.  What name, if any, did you know him by at that time?

8   A    Just the captain.

9   Q    Now, if I can take you back to this case, did you decide to

10   go and talk to federal agents after your arrest and confess

11   what happened in this case?

12   A    Yes, sir, I do that at the U.S. Court.

13   Q    Okay.  And after that, were you arrested and appointed a

14   federal public defender to represent you as your attorney in

15   this case?

16   A    Yes, sir.

17   Q    And do you know what the name of the attorney is who was

18   appointed to represent you?

19   A    My attorney is Ms. Caroline McCrae.

20   Q    Okay.  And after that, did you decide to cooperate with the

21   Government and agree to testify about what happened in this

22   case?

23   A    Yes, sir.

24   Q    Okay.  And did you plead guilty to something in this case?

25   A    Yes, sir.

```
 1    Q    And what offense was that?

 2    A    I pled guilty of the import aliens into the country without

 3    permission.

 4    Q    Okay.  And also, were you deported from the United States

 5    previously?

 6    A    It was in 2009.

 7    Q    Okay.  And what offense was it that you were deported for?

 8    A    I was actually in conspiracy.

 9    Q    Okay.  Conspiracy to do what?

10    A    To distribute 5 kilos or more of cocaine.

11    Q    And do you know what a proffer letter is?

12    A    A proffer letter, to my understanding, is something in

13    reference to my immunity or something like that.

14    Q    Okay.  Well, once you got the attorney -- that was

15    Ms. McCrae, correct?

16    A    Yes, sir.

17    Q    Did she request that we give her something to protect you

18    so you could testify?

19    A    The proffer letter, yes, sir.

20    Q    Okay.  And did that give you -- what is your understanding

21    of what protection the proffer letter gave you?

22    A    I would like to -- repeat the question, please.

23    Q    Well, under the terms of the proffer letter, could we use

24    what you said to us against you?

25    A    Yes, sir.
```

```
 1   Q    Okay.  But only if you lied?
 2   A    That's correct.
 3   Q    If you told the truth, could we use it against you?
 4   A    No, sir.
 5   Q    Okay.  And did you sign that letter?
 6   A    Yes, sir.
 7   Q    Okay.  And did your attorney run over the terms of that
 8   letter with you?
 9   A    Yes, sir.
10   Q    Now, you already said that you pleaded guilty, is that
11   correct?
12   A    Yes, sir, I pled guilty on the 18 of April.
13   Q    Okay.  Do you know what a substantial assistance motion is?
14   A    Substantial assistance motion?
15   Q    Yes.
16   A    To my understanding, it is when you tell the truth and you
17   assist a person with information in reference to whatever
18   question is being asked.
19   Q    And are you hoping that someone will give you a reduction
20   in your sentence in return for testifying truthfully in this
21   case?
22   A    I will truthfully answer this question to you, the fact
23   that I know what I have done, it was wrong; and if it happened,
24   it would be great, but if it don't, I come here to tell the
25   truth of what I know about this trip.
```

```
 1   Q    Okay.  Well, do you know -- in order to go and get a

 2   substantial assistance motion, do you understand that someone

 3   has to file a motion on your behalf?

 4   A    That is my understanding.

 5   Q    What person would that be?

 6   A    That would be the U.S. Government.

 7   Q    Okay.  And who at the U.S. Government would be responsible

 8   for doing that?

 9   A    The prosecutor.

10   Q    And who is that?

11   A    Mr. Mac -- Mac --

12   Q    Me?

13   A    McMillan.

14   Q    Okay.  But after that motion is filed, who makes the

15   decision as to what reduction in your sentence you get, if any?

16   A    My judge.

17   Q    And which judge would that be?

18   A    Judge Cannon.

19   Q    Do you know who Judge Cannon is?

20   A    She is right here.

21   Q    Okay.  Now, if I can go and take you to your earlier case

22   for a moment, let's talk about that.

23              Do you speak English?

24   A    Yes, sir.

25   Q    Because you are doing it right now, and you don't need an
```

```
 1   interpreter, do you understand what I'm saying fine?
 2   A    One hundred percent.
 3   Q    How did you learn English?
 4   A    Well, I learned English in the school, I do six months
 5   course; and then -- in Dominican Republic, and then I was young
 6   age, I come to the Bahamas, travel to the Bahamas and been
 7   working around the Bahamians.  We did, obviously, English
 8   language speaking, so I just develop my English as I live.
 9   Q    Okay.
10   A    As I work.
11   Q    Did there come a time when you ended up living in the
12   United States yourself?
13   A    No, I never live in the United States, I used to come and
14   go, back and forth.
15   Q    Okay.
16   A    I live in Bahamas, and that's where I reside, sir.
17   Q    Okay.  But if I can take you back to around 2006, where
18   were you living then?
19   A    In the Bahamas.
20   Q    Okay.  And did you become involved in some sort of
21   activities with the name -- with a man by the name of -- well,
22   I should ask you, do you know a man by the name of Eliazer
23   Garcia?
24   A    Yes, sir.
25   Q    Did you become involved in a smuggling operation with him?
```

Monday, May 8th, 2023

```
 1   A    Yes, sir.

 2   Q    And in late 2006, did you and Mr. Garcia get in trouble for

 3   something in the United States?

 4   A    Yes, sir.

 5   Q    Did you get prosecuted for that?

 6   A    Yes, sir.

 7   Q    And where were you prosecuted?

 8   A    I was prosecuted in Broward.

 9   Q    Fort Lauderdale?

10   A    Broward County Jail, yes, sir.

11   Q    But it was by federal authorities?

12   A    Yes, sir.

13   Q    And directing your attention to March 15th of 2007, did you

14   plead guilty to that offense then?

15   A    Yes, sir, for conspiracy.

16   Q    Okay.  Now -- and that was over 5 kilograms of cocaine?

17   A    That is correct.

18   Q    And you pled guilty to it?

19   A    Yes, sir.

20   Q    Did you get sentenced by a judge down there?

21   A    Yes, sir.

22   Q    Do you know what the name of that judge was?

23   A    If I remember the papers, Judge Zloch.

24   Q    Is that spelled Z-L-O-C-H?

25   A    Say it again, sir.
```

```
 1   Q    Z-L-O-C-H?

 2   A    Yes, sir.

 3   Q    Do you remember what you were sentenced to by Judge Zloch?

 4   A    I think it was 78 months.

 5   Q    Did you receive a copy of your judgment of conviction in

 6   that case; that is, the order that the judge sentenced you to

 7   prison?

 8   A    Yes, sir.

 9             MR. McMILLAN:  May I approach the witness, Your

10   Honor?

11             THE COURT:  You may.

12   BY MR. McMILLAN:

13   Q    I'm showing you what's been marked for identification as

14   Government's Exhibit 120, do you recognize this document?

15   A    Yes, sir.

16   Q    How do you recognize it?

17   A    By my name is right here, Carlos Rodriguez-Rodriguez.

18             MR. McMILLAN:  Your Honor, at this point, I move for

19   the admission of Government's Exhibit 120.

20             THE COURT:  Any objection, Mr. Roth?

21             MR. ROTH:  No, Your Honor.

22             THE COURT:  Government's 120 is admitted without

23   objection.

24        (Evidence admitted as Government Exhibit No. 120)

25             MR. McMILLAN:  May I publish, Your Honor?
```

1          THE COURT:  You may.

2     BY MR. McMILLAN:

3     Q    Okay, Mr. Rodriguez-Rodriguez or Mr. Rodriguez, I would

4     like to go and show you the document that's been admitted as

5     Government's Exhibit 120, and you see -- you mentioned

6     reference to your number on there.

7     A    Yes, sir.

8     Q    Now, when an individual is brought into the federal justice

9     system, the United States Marshal's Service goes and gives them

10    something called a USM, or U.S. Marshal's service number, is

11    that your understanding?

12    A    Yes, sir.

13    Q    And in this case, that item or that number is found in

14    the -- below the case number where it says USM number, is that

15    correct?

16    A    Yes, sir.  That's my identification number in the federal

17    system.

18    Q    When you were in prison, did you actually have to memorize

19    that number?

20    A    Yes.

21    Q    It's like your date of birth, something you remember for

22    the rest of your life?

23    A    Yes, sir.

24    Q    Is that your number for having been -- your prior

25    prosecution?

```
 1   A    Yes, sir.
 2   Q    And directing your attention to page two of Government's
 3   Exhibit 120, where it says imprisonment, how long did it say
 4   you were sent to prison?
 5   A    I'm sorry.  You asked me a question, sir?
 6   Q    Yes.  Under the imprisonment section, how long does it
 7   indicate that you were sent to prison for originally?
 8   A    Seventy-eight months.
 9   Q    Okay.  Now, you indicated that your sentence was, at one
10   point, reduced; is that correct?
11   A    Yes, sir.
12   Q    But that was not for several years, was it, after you
13   received the sentence?
14   A    I can't really remember exactly how long it took.
15   Q    Okay.  Is there anything I can give you which would help
16   refresh your recollection?
17   A    Please, sir.
18   Q    Did you receive an order from Judge Zloch reducing your
19   sentence?
20   A    Yes, sir.
21   Q    Would that help refresh your recollection?
22   A    If you could show me.
23           MR. McMILLAN:  May I approach the witness, Your
24   Honor?
25           THE COURT:  You may.
```

Monday, May 8th, 2023

```
 1   BY MR. McMILLAN:

 2   Q   Mr. Rodriguez, I'm showing you what has been marked for

 3   identification purposes only as Government Exhibit 121.  Do you

 4   recognize that document, sir?

 5   A   Yes, sir.

 6   Q   Okay.  And is that the order that Judge Zloch did reducing

 7   your sentence?

 8   A   Yes, sir.

 9   Q   Is there a date which appears on that document?

10   A   07/15/2009.

11   Q   Okay.  So is that the date that the Court signed that?

12   A   I can't recall if that's the date.

13   Q   Okay.  Well, does this help refresh your recollection about

14   when you received the sentencing reduction or not?

15   A   Yes, sir.

16   Q   Okay, so if you would set that down.

17           When did you get the reduction in your sentence?

18   A   When, you know, I was moving around so much, so I cannot

19   recall actually time to time; but I know I was in a --

20   different places, and then all of a sudden, they say, Get back

21   up, and I went to Miami; and then from Miami FDC up to Broward

22   County Jail.

23   Q   If I can interrupt you for a second, so that everybody can

24   understand what you mean by that.

25           When you say you were at Miami FDC, do you know what
```

```
 1   the Federal Detention Center is called for short?

 2   A    FDC Miami, Federal Detention Center.

 3   Q    And that's where, at one point, you were brought during

 4   your incarceration.

 5   A    Yes, sir.

 6   Q    And you said you were moved around a bunch of places, do

 7   you mean while you were in custody?

 8   A    Yes, sir.

 9   Q    And when you got the sentencing reduction, does that

10   document I provided you help you refresh your recollection

11   about when that was?

12   A    Yes, sir.

13   Q    Do you remember what year it was that the sentencing

14   reduction took place?

15   A    It was around 2009.

16   Q    You were originally convicted on May 29th of 2007, is that

17   correct?

18   A    Yes, sir.

19   Q    So this is about two years later.

20   A    Yes, sir.

21   Q    Now, just so we are clear on this, you never testified

22   about your coconspirators in the drug case, did you?

23   A    No, sir.

24   Q    You never agreed to go and testify about any of the cocaine

25   smuggling activities that you did with them, did you?
```

```
 1   A    No, sir.

 2   Q    But approximately a year later, did you come into contact

 3   with completely different individuals that told you about a

 4   very serious crime?

 5   A    Yes, sir, that was Miami Detention Center.

 6   Q    Okay.  And what had those people allegedly done?

 7   A    They commit a serious crime, according to my understanding

 8   of what I hear them talking about it.

 9   Q    What did they do?

10   A    May I?

11   Q    Yes.

12   A    At the time, I was in with an inmate with a full sergeant

13   of the U.S. Army and I used to stay in my room all of the time

14   reading, think about my family a lot because at the time, I

15   have a son --

16   Q    Well, Mr. Rodriguez, if I can interrupt you for a second.

17   What was the general subject matter of what they told you they

18   did?

19   A    They did a serious crime, they killed a whole family.

20   Q    That was on the side of the turnpike in Palm Beach County,

21   Florida?

22   A    Yes, sir.

23   Q    Did you end up testifying at trial in their case?

24   A    Yes, sir.

25   Q    And were these people convicted and sentenced to life
```

1    imprisonment?

2    A    Yes, sir.

3    Q    As a result of that, did the Federal Government; that is, a

4    prosecutor like me, make a motion through Judge Zloch for

5    something for you?

6    A    Yes, sir.

7    Q    Two years later?

8    A    Yes, sir.

9    Q    And did Judge Zloch take what happened in consideration and

10   reduce your sentence?

11   A    Yes, sir.

12   Q    And how much did he reduce it by?

13   A    I think it was 38 months.

14   Q    Okay.  At that point in time, had you almost served the

15   entire time of the 38 months when you got this order from Judge

16   Zloch?

17   A    Most likely.

18   Q    Okay.  And as a result of that, were you released back into

19   the community into the United States or did something else

20   happen to you?

21   A    No.  When I was sentenced again, I went back to the FDC,

22   the detention center, and then from there, I went to Krome and

23   was deported.

24   Q    Okay.  And for those people who are not familiar with it,

25   Krome is spelled K-R-O-M-E; is that right?

1    A    Yes, that's the immigration detention center.

2    Q    That immigration detention center is down in the Miami

3    area?

4    A    That's correct, sir.

5    Q    Kind of well outside of downtown Miami in almost the

6    Everglades, but it's down there; is that correct?

7    A    To my understanding, I'm not really too familiar with the

8    place.

9    Q    Did you receive something called an order of removal once

10   you were taken down there?

11   A    Yes, sir.

12          MR. McMILLAN:  May I approach the witness, Your

13   Honor?

14          THE COURT:  You may.

15   BY MR. McMILLAN:

16   Q    I would like to show you, Mr. Rodriguez, what has been

17   already admitted as Government's Exhibit 14, do you recognize

18   this item, sir?

19   A    Yes, sir.

20          THE COURT:  Just one moment, Mr. McMillan.

21          Ladies and gentlemen, certain exhibits were already

22   admitted to move things along in this trial, so as you will

23   see, Mr. McMillan will describe and admit an exhibit that was

24   previously admitted, and both parties agree that such exhibits

25   can be admitted.  I just wanted to clear that up for you.

1          MR. McMILLAN:  Thank you, Your Honor.

2          May I publish?

3          THE COURT:  You may.

4    BY MR. McMILLAN:

5    Q   Mr. Rodriguez, I'm showing you what has been admitted as

6    Government's Exhibit 14.  Is this the order providing for your

7    final administrative removal from the United States?

8    A   Yes, sir.

9    Q   Okay.  And in particular, if you look at the portion that

10   I've highlighted on this document, does it say that they have

11   found that you have a final conviction for an aggravated felony

12   as defined in section 101, subparagraph (a)(43) of the

13   Immigration and Nationality Act as amended VIII U.S.C.

14   1101(a)(43), and it looks like (u)(b), and are ineligible for

15   any relief for removal that the Secretary of Homeland Security

16   may grant in an exercise of discretion.

17          Does it say you have been convicted of an aggravated

18   felony there?

19   A   Yes, sir.

20   Q   Was it your understanding that you had been convicted of an

21   aggravated felony?

22   A   That's correct.

23   Q   Okay.  And this document was actually given to you on

24   October 27th of 2009, is that correct?

25   A   Yes, sir.

```
 1    Q    And after that, were you subsequently taken from the United
 2    States and put on a plane and flown someplace?
 3    A    Yes, I was put on a federal plane.
 4    Q    Okay.  Where did it fly you to?
 5    A    Straight to Santa Domingo.
 6    Q    In the Dominican Republic?
 7    A    Yes, sir.
 8    Q    So you were actually physically removed from the United
 9    States at that point in time.
10    A    Yes, sir.
11    Q    And did they warn you that you could not come back?
12    A    Well, they gave me a probation for five years.
13    Q    Okay.  Well, what were you told would happen if you ever
14    came back into the United States?
15    A    I was going to be detained.
16    Q    And prosecuted?
17    A    Yes, sir, without permission, yes.
18    Q    Well, you could never come back to the United States after
19    a conviction for an aggravated felony, could you?
20    A    That's my understanding.
21    Q    Without getting the permission of the Secretary of Homeland
22    Security?
23    A    No, I need to get permission from Homeland Security.
24    Q    Did you do that, by the way, in this case?
25    A    No, sir.
```

```
1   Q   Okay.  So you never applied for that permission at any

2   time?

3   A   No, sir.

4   Q   Okay.  Now, you indicated earlier that you were a citizen

5   of the Dominican Republic, is that right?

6   A   Yes, sir.

7   Q   Are you a United States citizen or a permanent resident

8   alien?

9   A   No, sir.

10   Q   After your removal from the United States, where did you go

11   to live?

12   A   I went to, as I said, Santo Domingo.  I spent over there

13   six-and-a-half month, and then I traveled back to the Bahamas.

14   Q   By the way, Mr. Rodriguez, what do you ordinarily do for a

15   living?

16   A   Well, I been working on boats all my life, so the year of

17   2000 -- sorry, 1996, I graduate naval navigation, so I become a

18   captain.

19   Q   And that's probably the reason why, when you were convicted

20   of the cocaine smuggling thing, you were smuggling cocaine back

21   then, weren't you?

22   A   Basically, yes, sir.

23   Q   Okay.  Well, that's what they caught you doing, didn't

24   they?

25   A   Along with Mr. Eliazer Garcia, yes.
```

Monday, May 8th, 2023

1    Q    Along with Eliazer Garcia.

2    A    Yes, Eliazer.

3    Q    Okay.  To help the court reporter, Mr. Garcia's first name

4    is spelled E-L-I-A-Z-E-R, is that correct?

5    A    Yes, sir. Eliazer in Spanish.

6    Q    Okay.  But were you a professional boat captain?

7    A    Yes, in the Bahamas, yes, sir.

8    Q    And sir, would it be fair to say that you knew how to

9    navigate the boat?

10   A    Yes, I do.

11   Q    Including a large boat or vessel?

12   A    Yes, sir.

13   Q    After you were kicked out of the United States following

14   your drug conviction, did you go back to drug smuggling?

15   A    No, sir.

16   Q    Why not?

17   A    Because it is not my profession.

18   Q    Okay.  And did you instead do another type of captaining?

19   A    Yeah.  I certified as a tow captain, that was actually my

20   profession, running barges and boats in Bahamas.

21   Q    So you were a tow boat captain?

22   A    Yes, but I also run different boats, you know.

23   Q    But you were familiar with navigating within the Bahamas,

24   no problem, weren't you?

25   A    Yes, sir.

1   Q    Did there come a time when -- if I could take you to the

2   period of COVID and the period of 2023 that followed it, did

3   you fall upon hard times in some manner?

4   A    Yes.  Right before the COVID, it hard; and with COVID,

5   very, very hard for me and my family.

6   Q    Why was that?

7   A    Lack of work.  There was really no work, most company

8   close.  There was nobody traveling and in the islands, we live

9   basically off the tourism and foreigners and people doing new

10  investments.  So all of the construction company, the marine

11  company that I worked for, they actually been closed for X

12  amount of time.  And so whenever we have like permission to go

13  for X amount of time, then we go and do some work, but then

14  they shutdown and it was like back and forward, you know, so I

15  never have like long terms of work.

16  Q    And towards the tail end of 2022, did family members of

17  yours also have health issues?

18  A    Yes, sir.

19  Q    What happened there?

20  A    My mother.

21  Q    Okay.  And where did she live?

22  A    In Santa Domingo, Dominican Republic.

23  Q    Now, around the time that all of this was happening, did

24  someone approach you with a job opportunity of some sort?

25  A    Yes, sir.

```
 1    Q    Can you explain what happened there, please.

 2    A    When I was introduced to the -- what should I call him --

 3    the organizer.

 4    Q    Do you know what this person's name was?

 5    A    Yes, sir.

 6    Q    What was the name?

 7    A    To my understanding, the person name was Cuse Gully.

 8    Q    Okay.  And you are definitely going to have to do your best

 9    to spell that for the court reporter because she needs to be

10    able to go and write it down.

11    A    As I write it on my phone, C-U-S-E.

12    Q    C-U-S-E.

13    A    G-U-L-L-Y, Gully.

14    Q    Okay.  So C-U-S-E, G-U-L-L-Y?

15    A    Yes, sir.

16    Q    And that was the name that you understood to be the boss

17    man who recruited you for a job?

18    A    Yes, sir.

19    Q    How did that happen, can you tell the jury, please?

20    A    Well, I was introduced to him and he was asking me if I was

21    interested to help somebody to come to America for a job, to

22    transport some people over here.

23    Q    Did you know that was illegal maybe?

24    A    Yes, sir.

25    Q    Okay.  But you decided to do it anyway?
```

```
 1   A    Yes, sir.

 2   Q    Did he offer to pay you?

 3   A    Yes, sir.

 4   Q    Was it more money that you would make going to and doing

 5   work?

 6   A    At one time, yes, sir.

 7   Q    So what happened next?

 8   A    Well, I say yes, because I had another captain that was

 9   supposed to make the trip, but that trip was canceled.

10   Q    What do you mean by that?

11   A    The person, the captain who I know is a friend of mine who

12   introduced me to Mr. Gully.

13   Q    Okay.  What was his name?

14   A    Dirkey.

15   Q    Turkey?

16   A    No.  I know him as Captain Dirkey, Dirkey.

17   Q    Oh, Dirkey?

18   A    Yeah, Dirkey.

19   Q    Like D-I-R-K-E-Y?

20   A    Yes, sir.

21   Q    And so after those introductions were made, what happened

22   next?

23   A    The trip was canceled, so he keep my number and he said,

24   Once I get another captain, I will call you, and I said okay.

25   Q    How much were you supposed to be paid for making this trip?
```

Monday, May 8th, 2023

1    A    Cash.

2    Q    Well, how much money, though, in cash?

3    A    Well, he offered me $10,000 cash.

4    Q    Was that $10,000 in United States currency or $10,000 in

5    Bahamian currency?

6    A    In Bahamian currency.

7    Q    Do you know what the equivalency is; that is, the exchange

8    rate between the U.S. dollar and the Bahamian dollar?

9    A    In the Bahamas, it is one to one; one U.S. dollar, one

10   Bahamian dollar, it is the same in the Bahamas.

11   Q    Okay.  So if we are talking about Bahamian dollars that you

12   are being paid, they are worth the same as a U.S. dollar?

13   A    Yes, sir.

14   Q    So the ladies and gentlemen of the jury don't have to do a

15   calculation in their mind, it is like one Bahamian dollar, you

16   know, isn't worth -- or you have to have 100 Bahamian dollars

17   to be worth one U.S. dollar.

18   A    One to one.

19   Q    Okay.  So you were supposed to be paid $10,000.

20   A    Yes, sir.

21   Q    All right.  And what happened next?

22   A    And after the trip, when we get back, he supposed to give

23   me 15,000 more because he said that was going to be able to

24   help for my financial situation.

25   Q    Okay.  And were you actually behind in your mortgage

```
 1   payments, too, at that point in time?

 2   A   Yes, sir.

 3   Q   Now, with respect to the money that you were to be paid,

 4   did you receive part of it up front?

 5   A   Yes, $10,000 he give me.

 6   Q   Okay.  And were you introduced, at some point, to another

 7   person who was supposed to make the trip with you?

 8   A   Yes, sir.

 9   Q   Who was that person?

10   A   The captain, Mr. Raymond Saunders.

11   Q   That's the person you identified earlier in court?

12   A   Yes, sir.

13   Q   Where did you first meet Raymond Saunders for the very

14   first time?

15   A   First time I ever met him, first time I ever see him in my

16   life, that was that Tuesday before we left.

17   Q   Okay.  And what day did you actually leave on, what day of

18   the week, Monday, Tuesday, Wednesday?

19   A   I met him on Tuesday afternoon, around 3:45 in the

20   afternoon; and we left Wednesday.  At 6:50, we left the dock,

21   so right after --

22   Q   I'm sorry.  You left at what time?

23   A   We left the dock, the marina at 6 -- around 6:50 a.m., and

24   we went through the harbor, out the outlet of Nassau entrance

25   right after 7:00 in the morning.
```

1  Q   And you said 6:50, so 6-5-0 a.m. in the morning?

2  A   Yes, sir.

3  Q   Okay.  And where were you headed when you left that

4  location?

5  A   In the meeting, as I refers back to you, that I have with

6  Mr. Gully and Mr. Saunders, I been told that we were leaving

7  Nassau to come in straight to the inlet of Port St. Lucie, I

8  think it is.

9  Q   When -- if I can take a step back a bit.

10          How many people were you told you would be smuggling

11 into the United States?

12 A   First he told me it was going to be around ten people or

13 less.

14 Q   Did you know what boat you would be using to do the

15 smuggling venture with?

16 A   I went with the boat, yes, sir, because I help Mr. Saunders

17 move the boat that Tuesday.

18          MR. McMILLAN:  May I approach the witness, Your

19 Honor?

20          THE COURT:  You may.

21 BY MR. McMILLAN:

22 Q   I'm showing you what's been previously admitted as

23 Government Exhibits 1 and 2, do you recognize these two

24 photographs?

25 A   Yes.  That's the boat, yes, sir.

Monday, May 8th, 2023

1    Q    Did you initial these photographs?

2    A    Yes, sir.

3    Q    Where did you initial them?

4    A    Right in the corner.

5              MR. McMILLAN:  May I publish, Your Honor?

6              THE COURT:  You may.

7    BY MR. McMILLAN:

8    Q    Mr. Rodriguez, first of all, there are some initials in the

9    lower left-hand corner of Government's Exhibit 1, do you know

10   who those belong to?

11   A    That's my signature.

12   Q    And does Government Exhibit 1 fairly and accurately depict

13   the vessel that you assisted in captaining on February 22nd,

14   2023?

15   A    That's the vessel there.

16   Q    Okay.  And do you recall how many feet long this vessel

17   was?

18   A    My understanding, it was a 54-foot.

19   Q    Fifty-four feet?

20   A    Fifty-four feet.

21   Q    And do you know how many people ordinarily would be on a

22   vessel this size?

23   A    Well, to my experience, when I go and take a boat like that

24   to the island for recreation, we don't put more than eight to

25   ten people on that boat.

1   Q   And is that why you expected there to be approximately ten?

2   A   Yes, sir.

3   Q   But were you able to go and see the people when you got on

4   the boat and pilot it to the United States initially?

5   A   No, sir.

6   Q   But you knew there were people below decks?

7   A   Yes, sir.

8   Q   And showing you what's been previously admitted as

9   Government Exhibit 2, and are those your initials,

10  Mr. Rodriguez, in the lower left-hand corner of this

11  photograph?

12  A   That's my signature, yes, sir.

13  Q   And does this fairly and accurately show the smuggling boat

14  that you were on on February 22nd of 2023?

15  A   That's the boat, sir, yes, sir.

16  Q   And that would be the rear part of the boat?

17  A   What you call the steering, yes, sir.

18  Q   On this vessel, you see there's -- what would you call this

19  upper structure up here?

20  A   The pilot house.

21  Q   Okay.  And is that where you were captaining the boat from?

22  A   That's where we steer the boat from, yes, sir.

23  Q   When you say we, was someone else steering the boat during

24  your journey, too?

25  A   Mr. Saunders and I.

```
 1   Q    That's the same person you identified earlier as the

 2   captain?

 3   A    That's correct.

 4   Q    Who decided he should be called the captain?

 5   A    Mr. Gully.

 6   Q    Mr. Gully?

 7   A    He was the one who said to call him the captain because he

 8   was assigned as the captain.

 9   Q    Let's talk about that for just a second.  Why Mr. Saunders,

10   you're a professional boat captain, why would he go and call

11   Saunders the captain?

12   A    Well, he introduced Mr. Saunders as the captain because

13   Mr. Saunders had the experience, according to my understanding;

14   and what I know from the date that he says that he had been

15   taking two boats in 2022 to this same -- what I say -- place or

16   dock where we were supposed to be going, and he was very

17   experienced with it, in and out, you know.  So I said okay, it

18   sound like he know what he is doing.

19   Q    Well, specifically, did you know where you were supposed to

20   bring this load of illegal aliens?

21   A    Me personally, no; but Mr. Saunders show us on his phone on

22   the same apps that we used as navigation, called Navionic, he

23   zoom in and he show Mr. Gully exactly where we supposed to be

24   going.

25   Q    Okay.  So that the record is clear about what you are
```

```
 1    talking about, you mentioned something about Navionics; is that
 2    correct?
 3    A    Yes, sir.  That's the app that he had on the phone and used
 4    as a navigation because he doesn't want no equipment on the
 5    boat, no navigation equipments on.
 6    Q    And Navionics is spelled N-A-V-I-O-N-I-C-S, is that your
 7    understanding?
 8    A    Yes, sir.
 9    Q    And is that an app for a phone?
10    A    It's actually an app, navigation app option that you
11    download on your phone, and you put the regions of the area
12    where you wanting to navigate, and it pop on your phone and you
13    just pick it up and use it.
14    Q    Did you have Navionics on your phone when you left the
15    Bahamas?
16    A    No, sir.
17    Q    Did someone else?
18    A    Yes, sir.
19    Q    Who is that person?
20    A    That was Mr. Saunders' phone.
21    Q    Okay.  And when you left the Bahamas en route to the United
22    States, were you concerned that you might be stopped and
23    whether you should carry any documents with you?
24    A    That's correct.
25    Q    Did you have a conversation with someone about that issue?
```

```
 1   A    Yes, I had the meeting.

 2   Q    With who?

 3   A    Mr. Saunders.

 4   Q    Okay.  When did that take place?

 5   A    On the afternoon when Mr. Gully, Mr. Saunders, myself, and

 6   the other -- two other person was in the meeting.

 7   Q    And would that have been on the 22nd or the 23rd or the

 8   21st?

 9   A    No, that was the 21st, sir.

10   Q    The 21st of February?

11   A    A Tuesday, yes, sir; yes, a Tuesday afternoon.

12   Q    The afternoon before you departed?

13   A    It didn't take more than maybe 15, 20 minutes the most.

14   Q    Okay.  And was Cuse Gully a participant in that, too?

15   A    Yes, sir.

16   Q    And did you ask about whether you should take your passport

17   or driver's license or anything?

18   A    Yes.  I asked Mr. Mr. Saunders what should I take with me,

19   I was meaning between clothes and identification and so forth.

20   His replies to me was, I don't know about you, but I only take

21   what I have on, which is his clothes that he have on, his phone

22   and a roll of tape.

23   Q    His phone and a roll of tape?

24   A    Yes, sir.  That's what he told me.

25   Q    Do you remember what kind of clothes he had on at that
```

1    time?

2    A    Yes, sir.

3    Q    Can you describe them for the ladies and gentlemen of the

4    jury.

5    A    Well, he has a long jeans pants, like a brown color boots

6    or tennis, he has a jacket, also, and like a sweatshirt

7    underneath.

8             MR. McMILLAN:   May I approach the witness again, Your

9    Honor?

10            THE COURT:   You may.

11   BY MR. McMILLAN:

12   Q    Mr. Rodriguez, I'm showing you what has already been

13   admitted as Government's Exhibit 105, do you recognize this

14   document?

15   A    Yes, that's the shoes Mr. Saunders was having on.

16   Q    Did you initial this photograph previously in the lower

17   left-hand corner indicating that you had seen it?

18   A    Yes, sir.

19   Q    And what does Government's Exhibit 105 show, what does the

20   exhibit show?

21   A    This is same type of shoes he was wearing that afternoon.

22   Q    When you saw this, though, you didn't see the money in

23   them, did you?

24   A    No, I never knew he had that type of money.

25   Q    Okay.   But the design of the shoes, where did you see those

1    before, if any place?

2    A    No, that's the ones he was wearing.

3    Q    So what was your understanding of where you were supposed

4    to take the illegal aliens that were going to be on board the

5    vessel?

6    A    To my understanding, we supposed to go to marina, where

7    Mr. Saunders very familiar with, the fact that he know people

8    there because he was saying when we get over there, he would be

9    calling somebody and arrange the fuel.

10   Q    And was your understanding that this marina was located at

11   the beginning of the Intracoastal or upper river, or where was

12   this thing located, did you know?

13   A    I did ask him, How far you think the marina will be from

14   the entrance?

15          He say, It is going to take between 15 and 20 minutes

16   to get there.  Now, that's most likely maybe 3 miles, 4 miles

17   up, I cannot tell because I don't know.

18   Q    So the ladies and gentlemen can understand, when you say 3

19   or 4 miles up, what do you mean?

20   A    From the difference of the entrance to the inlet to the

21   marina dock.

22   Q    Because as a professional boat captain, would you have had

23   any problems just taking a standard GPS and driving the vessel

24   that's depicted in Government's Exhibit 2 to the United States?

25   A    No.

```
 1   Q   But would you have known how to navigate the St. Lucie
 2   River?
 3   A   Never been there in my life.
 4   Q   Or go up the Intracoastal area at the St. Lucie inlet?
 5   A   No, sir.
 6   Q   Was there someone who had specialized knowledge that was
 7   supposed to assist you in that regard?
 8   A   I have no knowledge of it.
 9   Q   Okay.  Well, did someone else have knowledge of it?
10   A   Yes, sir.
11   Q   Who?
12   A   To my understanding, Mr. Saunders.
13   Q   Did Mr. Saunders tell you that this was the first time he
14   had ever done this?
15   A   No, sir.
16   Q   What did he tell you?
17   A   He tell us in the meeting this; he is very familiar with
18   the area and that he has taken two different vessel last year.
19   Q   Two different vessels last year?
20   A   Yes, sir.
21   Q   And he drove them where?
22   A   To the inlet.
23   Q   Okay.  And did he tell you what was on board those vessels?
24   A   No, sir.
25   Q   Had you ever seen the Navionics program before this
```

```
 1   occasion?

 2   A    If I have seen it?

 3   Q    Had you seen it before?

 4   A    Yes, sir.

 5   Q    Okay.  But how come you didn't have it yourself?

 6   A    I don't have it because I don't really need it.  I

 7   normally, when I have a boat, when I bring it out, I have

 8   one -- two GPSs on the boat.  For me to put Navionic, there

 9   is -- you have to have an account and you have to pay, it's no

10   coming free.  You don't get it free.

11   Q    Okay.  And you didn't need that if you were just traveling

12   in the Bahamas.

13   A    No, sir.

14   Q    However, if you wanted to go and travel to the United

15   States with a load of aliens, would it be helpful?

16   A    Definitely because you have to have navigation route.

17   Q    And at some point, did Defendant Saunders download

18   something on your phone?

19   A    He never touch my phone.

20   Q    So you never had Navionics yourself.

21   A    I don't have Navionic on my phone as in activated.

22        I refresh it again, I have Navionic app on my phone,

23   but it's never been activated, do you understand what I'm

24   saying?

25   Q    Well, if it hasn't been activated, could you operationally
```

1   use it?

2   A   No, sir.  If it is not activated, you cannot use it.

3   Q   Now, you stated that you got on the vessel and you

4   started -- when did you depart the Bahamas?

5   A   That was on Wednesday at 6:50 a.m., we left the marina.

6   Q   At that point in time, did you know there were illegal

7   aliens on board the boat?

8   A   That's my understanding.  I wasn't on the boat when the

9   boat was loaded, but my understanding, the boat was ready to

10  leave.

11  Q   Okay.  Well, who was on the boat first, you or

12  Mr. Saunders?

13  A   No, Mr. Gully pick him up first, because when he call me

14  after 5:00 a.m., he said he was going to pick up the captain

15  and then come for me, and Mr. Gully come pick me up with

16  Mr. Saunders.

17  Q   Okay.  And so what happens next?

18  A   We went to the marina, we both got off and went inside the

19  shop.  That's when he bought a 20-pack of cigarette; 20

20  cigarette you call it?  I don't smoke, a pack of cigarette,

21  which is 20 cigarettes in the pack, and we left, got on board.

22  He went up on the flybridge, I loose the rope, and we left.

23  The engine was already running.

24  Q   Pardon me?

25  A   The engine was already running.

```
1    Q    When you got to the boat?

2    A    Yes, sir.

3    Q    You had visited that boat before, though, hadn't you?

4    A    Yes, sir.

5    Q    When was that?

6    A    That was the day before.

7    Q    Why did you do that?

8    A    To go and to help Mr. Saunders move the boat from the

9    marina, the actual marina where the boat was tied up to the

10   marina where the boat supposed to get loaded.  And he dock the

11   boat like how you see it here, alongside the dock, not by the

12   wooden dock, by the concrete dock, which is close to the land.

13   Q    Okay.

14   A    And the boat stay overnight -- actually, I leave the boat

15   there and I went home; and then the next morning when I came,

16   the boat was already moved to the front of the marina by the

17   wood dock, so my understanding is Mr. Saunders would have moved

18   the boat from the concrete dock to the front of the dock.

19   Q    Now, you were expecting, based on what you said earlier, to

20   have approximately ten people on board that you would be

21   smuggling.

22   A    Yes, sir.

23   Q    Did you check the boat to see if there were any life

24   jackets on board?

25   A    Well, I did see a couple life jackets on the flybridge and
```

Monday, May 8th, 2023

```
 1   the life raft, but I never count the life jackets.
 2   Q   Okay.  Would it surprise you that there was a total of one
 3   life jacket on the boat?
 4   A   That would surprise me because I thought it was more.
 5   Q   Pardon me?
 6   A   I thought it was more because the guy say, We okay with
 7   life jacket, that's what he told me.
 8   Q   The guy, who was that?
 9   A   Mr. Gully.
10   Q   Well, if I can draw your attention to Government's
11   Exhibit 1, do you see a round cylindrical object on the front
12   of the boat?
13   A   Yes.  That was a life raft I tied up.
14   Q   Do you know how many people that would fit?
15   A   I can't recall honesty how much, but it should be more than
16   eight people.
17   Q   Pardon me?
18   A   It should be more than eight people.
19   Q   Did you put that life raft on there or did it come with the
20   boat?
21   A   No, that came with the boat.  It was in the back of the
22   stern.  You understand what I say, the back of the stern, the
23   aft, and we move it.  When we was at the marina, we move the
24   boat -- I mean we moved the life raft to the front.
25   Q   Okay.  Mr. Rodriguez, do we even know whether that life
```

```
 1   raft works?

 2   A   I don't have no idea, sir.

 3   Q   Because optimally, they should automatically inflate when

 4   you push them out of the canister, shouldn't they?

 5   A   When you throw it overboard, you pull the rope and they

 6   supposed to inflate.

 7   Q   But we don't know whether that one worked.

 8   A   I cannot tell you, I really don't know.

 9   Q   If it did work and, for example, the ship was sinking, you

10   could have saved as many as 12 or 14 people?

11   A   Most likely.

12   Q   But did there come a time when you had to go to the

13   bathroom while you were cruising across the Atlantic Ocean

14   towards the United States?

15   A   Yes, sir, I couldn't wait no more.

16   Q   Where did you go to go to the bathroom?

17   A   I went downstairs to use the bathroom.

18   Q   And I think, as you so eloquently put it when we spoke

19   earlier in this case, to do number two?

20   A   Yes, sir.

21   Q   Okay.  So where did you go to do that?

22   A   I went downstairs inside of the cabin.

23   Q   Did you see anything surprising when you got there?

24   A   The surprise of my life, all of these people; and I just

25   started to cry honestly, but I continued to go use the
```

Monday, May 8th, 2023

```
 1  bathroom.

 2  Q   Well, you said you started to cry, why was that?

 3  A   Because I never expected to see so many people at one time.

 4  Q   Well, for one thing, if you know that there are that many

 5  people, would you have increased the price that you were

 6  charging for doing this?

 7  A   Quite honestly, if I was the captain, I would be getting

 8  $25,000.

 9          MR. McMILLAN:  May I approach the witness, Your

10  Honor?

11          THE COURT:  You may.

12  BY MR. McMILLAN:

13  Q   Mr. Rodriguez, I would like to show you what's been already

14  admitted as Government Exhibits 5 and 6 and ask if you

15  recognize those two items by your initials.

16  A   Yes.  That's the stern of the boat facing into the salon,

17  and this inside the salon, Number 6.  Number 5, from the stern

18  to salon; and number 6 is the actual -- between the salon and

19  the hallway going to the cabins.

20  Q   Between the salon and the cabin?

21  A   Go into the cabin, the corridor.

22          MR. McMILLAN:  Your Honor, may I publish Government's

23  Exhibits 5 and 6, please?

24          THE COURT:  You may.

25
```

Monday, May 8th, 2023

```
1   BY MR. McMILLAN:

2   Q   Mr. Rodriguez, I'm showing you Government's Exhibit 5.

3   Does that accurately describe what you saw when you went

4   downstairs to use the bathroom?

5   A   Yes, sir.

6   Q   And that is the people packed in there, in the salon areas

7   of the cabin; is that correct?

8   A   It wasn't actually like that.  It was -- I see tons of eyes

9   when I went downstairs to use the bathroom.  It was dark, it

10  was actually dark inside honestly.

11  Q   Oh, there wasn't any light?

12  A   It was no light, it was really dark.

13  Q   How were you able to get to the restroom?  Did you have to

14  step over their bodies or what happened?

15  A   Yeah, I have to step over everybody legs, and I just went

16  to the restroom.

17  Q   But it was all dark?

18  A   Dark, yes, sir.

19  Q   How were you able to see?

20  A   Well, it was a little light they have in the front by the

21  cabin, so that illuminate a little bit.

22  Q   By the way, are these your initials in the upper right-hand

23  corner?

24  A   Yes, sir.

25  Q   Thank you.
```

1          Showing you Government's Exhibit 6, are these your

2    initials in the lower left-hand corner, sir?

3    A    Yes, sir.

4    Q    Okay.  And what does this image depict?

5    A    This is the salon area, right before you get to the

6    kitchen.

7    Q    Mr. Rodriguez, did you know there were children on board?

8    A    No, sir, no idea.

9    Q    Now, before you left the Bahamas, did you check the

10   identification of any of those people on board the boat?

11   A    No, sir.

12   Q    Why not?

13   A    Because to my understanding, you bringing people illegal

14   into America.

15   Q    Did you think it was going to be useful to check their ID

16   because -- I mean, you knew they were being smuggled into the

17   United States, right?

18   A    Yes, sir.

19   Q    What about Mr. Saunders, did Mr. Saunders ask you for your

20   identification?

21   A    No.

22   Q    Did Mr. Saunders know where you were from?

23   A    I don't know if he knew.

24   Q    Pardon me?

25   A    I don't think so.

1    Q    Okay.  Well, did you -- do you know whether he knew you

2    were Dominican?

3    A    No idea.

4    Q    Okay.  So if he was telling Special Agent Woodbury that the

5    Dominican tied him up, that wasn't because you told him you

6    were a Dominican?

7    A    I never have too much talking with him.  The only question

8    I asked what I say to you awhile ago, and that was it.

9    Q    And speaking of which, at any time, did you ever go and use

10   tape or any other form of restraint on Mr. Saunders on this

11   trip?

12   A    No, sir.

13   Q    Okay.  Now, was there another individual on the trip by the

14   name of Lubin Phillip?

15   A    Yes, sir.  That was the tall slim guy who was in and out

16   from the cabin bringing us waters and little snacks.

17   Q    And for the court reporter, that's L-U-B-I-N,

18   P-H-I-L-L-I-P, is that your understanding?

19   A    Lubin?

20   Q    Yes.

21   A    Yeah, but I really don't know him by his last name, all I

22   know, his name was Lubin.

23   Q    What country was he from, do you know?

24   A    He told me he was a Bahamian/Haitian, sometimes a

25   Haitian/Bahamian, Bahamian/Haitian meaning he's got both

1    parents or either he was born in the Bahamas.

2    Q    And if I can show you Government's Exhibit 2 again, what

3    part of the vessel were you in during the journey from the

4    Bahamas to the United States before you were stopped by the

5    police?

6    A    I was in the -- in the first seat behind the wheel.

7              MR. McMILLAN:  Your Honor, does the witness stand

8    have the capability to make lines?

9              THE COURT:  It does.

10             MR. McMILLAN:  May we have that effectuated?

11   BY MR. McMILLAN:

12   Q    If you touch the screen, sir, you should be able to go and

13   show the jury where you are talking about.

14   A    Okay.  On the trip, I was between the middle seat and this

15   seat here.  And sometime, I sit on the front by the -- it's a

16   little sofa in the front of the console, but most of the time,

17   I sit on the middle seat while Mr. Saunders there or

18   Mr. Saunders, when he lay down in the front, I come to the

19   steering wheel -- by the -- in front of steering wheel by this

20   seat right here.

21   Q    Okay.  For the record, you are describing for the jury a

22   seat that is on the left-hand side of the control console, next

23   to the farthest left rod holder, is that correct?

24   A    Yeah, that's right, crossing right in front of the steering

25   wheel.

1   Q   Okay.  And what was Mr. Saunders doing while he was there?

2   A   Laying down.

3   Q   Okay.  Did you drive the entire way or who did?

4   A   No.  He let -- when we left the marina, he was in control

5   because he drove the boat out of the harbor; and about 10:30,

6   10:45, after he smoke -- can I say that?  Can I --

7   Q   Well, you can describe what happened.

8   A   Well, he been pulling a vial, a plastic vial, he smoke it

9   because I don't know if you remember when I say he bought a

10   pack of cigarette, and so the vial that he put in his pocket,

11   it contain marijuana.  I don't smoke, so I could tell by the

12   smell, you know.

13   Q   Okay.  And then did the Defendant continue driving the

14   boat?

15   A   Yes.  As he smoke, he driving the boat; but around 10:30,

16   10:45 a.m., he was kind of sleepy, so he told me to hold the

17   wheel.

18           I say okay, and I steer the wheel straight through

19   around 3:30, 4:30 that afternoon.

20   Q   Okay.  At any time, did you go and work with Mr. Lubin to

21   go and kidnap the Defendant and stuff him in an equipment

22   closet on the boat?

23   A   Never, no, sir.

24   Q   Okay.  Now, did you have any reason to do that?

25   A   No, sir.

1  Q   And if you had done that -- I mean, did you know where you

2  were supposed to even take this boat once you got to the

3  St. Lucie Inlet?

4  A   Never been there, I didn't have no idea.

5  Q   Okay.  Now, did there come a time when you finally arrived

6  at the shoreline to the United States?

7  A   That was when we was stopped by the Border Patrol.

8  Q   Yes.  Do you remember what time that was approximately?

9  A   It was like after 9:00, around 9:00-ish, after 9:00.

10  Q   Had you deliberately intended arriving at nighttime?

11  A   No.  As a matter of fact, I asked him, Why we arriving at

12  night?

13          And he says to me -- actually, he say to me and

14  Mr. Lubin he rather be there in the night because at that time,

15  there would be nobody at the marina, no workers, and it would

16  be easier to get the people off the boat.

17  Q   Okay.

18  A   And he says, When we get there and the people that -- who

19  supposed to be there waiting for the arrival, meaning us, and

20  if they are not there, he was going to go up in the bush and

21  hide.

22  Q   Okay.  At the camp that you were supposed to go and drop

23  the aliens off at?

24  A   I can't say it was a camp, I know he say it was a marina.

25  Q   A marina.

```
 1   A    Yeah, but he say he was going to go in the bush.
 2   Q    Did you have any understanding where you were going to get
 3   fuel to come back?
 4   A    Yes.  All of the plans, all of that was between him and
 5   Mr. Gully.
 6   Q    Your personal plan was not to stay in the United States,
 7   was it?
 8   A    No, sir, because my mission was to come with him and go
 9   back.  I told you, I have a very serious situation with my
10   family, which I have to go back to Santa Domingo to take care
11   of my mom.
12   Q    But you knew that you were going to be within 3 miles and
13   even further inland in order to go and do the smuggling
14   venture, is that accurate?
15   A    That's what was said to me.
16   Q    So you knew that was going to happen?
17   A    Yes, sir.
18   Q    So you approached the U.S. coastline, was it dark out?
19   A    Yes, all you see is little lights.
20   Q    Okay.  And as you approached the inlet, who is driving?
21   A    Mr. Saunders.
22   Q    Did anything unusual happen as you approached the inlet?
23   A    That's correct.
24   Q    What happened?
25   A    I asked him, first of all, why we get so much people.  He
```

1   was pulling into the land so much speed, he told me no worry,

2   he got it.

3           So as we approaching the land, you know, it is very

4   dark.  You know, as you can see, I wear glasses, so you can't

5   really see too much further in the night, I can't identify like

6   too much.  So I asked him if he see the buoy, he say he got it.

7           So as we approaching the inlet, I noticed that he was

8   kind of nervous and he say, Hold wheel.  He told me, Hold the

9   wheel, and he went to the front and he look, look.  And all of

10  a sudden, he reached over, he pushed the throttle down, all the

11  way down, you understand when I say all of the way down, full

12  speed.  He push it full speed, he took the phone off the

13  dashboard and pick up his jacket and grab the duct tape and

14  disappeared from me after he say to me, It's the man, the man,

15  the police.

16          I said, What, what did you say?

17          He said, It's the man, the man, the police, but I

18  continue going because the boat, you know, full speed.  When I

19  look forward, I see the greenlight coming, so you know, just to

20  get a quick thinking, I said, I'm not going to hit the light,

21  I'm going to turn left, and I did, so I avoid hitting the

22  greenlight, and I put the boat in neutral, and that's when the

23  Border Patrol come aboard.

24  Q   Mr. Rodriguez, you said he took a roll of tape with him.

25  A   Yes, sir.

1    Q   Now, I believe you just referred to it as duct tape, didn't

2    you, sir?

3    A   Well, it was a roll of tape on the top of the counter,

4    which I actually used, me and Mr. Lubin, to put up, as I say,

5    the American flag.  There was no American flag on the boat, so

6    we had a roll of brand new rope, and I used some of that tape

7    to cut the rope so I can hang the American flag, and then I put

8    the tape back on top of the counter, and that's the tape.

9    Q   You said you put it on top of the counter?

10   A   Yes, sir.

11   Q   Okay.

12          MR. McMILLAN:  May I approach the witness, Your

13   Honor?

14          THE COURT:  You may.

15   BY MR. McMILLAN:

16   Q   I'm showing you what's been previously admitted as Exhibit

17   8, do you recognize this item?

18   A   Yes, sir.  That's the tape I used to cut the rope.

19   Q   Okay.  Did you ever apply any of this tape to the body of

20   Defendant Saunders in any way?

21   A   No, sir, never.

22   Q   Now, after the Defendant said, The man, the man, did he

23   give you any instructions as to what to call him?

24   A   No, sir.  I see him kneeling down in front of the console,

25   open door and stuff.  I mean, I have -- we have one door to the

```
 1   left, we have a little refrigerator, and then we have another

 2   door with another compartment to get to the air conditions and

 3   the wires, and that's where I see he went to.

 4            MR. McMILLAN:  Your Honor, is Government's

 5   Exhibit 122 already in evidence?  I don't believe it is.

 6            THE COURT:  No, it's not.

 7            MR. McMILLAN:  May I approach the witness, Your

 8   Honor?

 9            THE COURT:  You may.

10            MR. McMILLAN:  Mr. Roth.

11            MR. ROTH:  Okay.

12   BY MR. McMILLAN:

13   Q   Mr. Rodriguez, I'm showing you what's been marked for

14   identification as Government Exhibit 122, do recognize this

15   item?

16   A   Yes, it is the wheelhouse.

17   Q   Does it fairly and accurately depict the wheelhouse as you

18   observed it on February 22nd, 2023?

19   A   Yes, sir.

20   Q   Does it bear your initials on here, indicating that you

21   have reviewed it before?

22   A   On the left-hand side, yes, sir.

23   Q   On the bottom left-hand side?

24   A   Yes, sir.

25            MR. McMILLAN:  Okay.  At this time, I move for the
```

```
 1   admission of Government Exhibit's 122, Your Honor.

 2              THE COURT:  Any objection to admission, Mr. Roth, of

 3   Government's Exhibit 122?

 4              MR. ROTH:  If I can take a second, Your Honor.

 5              No, Your Honor.

 6              THE COURT:  All right.  Government's Exhibit 122 will

 7   be admitted without objection.

 8         (Evidence admitted as Government Exhibit No. 122)

 9              MR. McMILLAN:  May I publish, Your Honor?

10              THE COURT:  You may.

11   BY MR. McMILLAN:

12   Q    Okay.  Mr. Rodriguez, you were stating that this shows the

13   control panel of the vessel, is that accurate?

14   A    Yes, sir.

15   Q    Okay.  Can you show us where you saw Mr. Saunders disappear

16   to on here?

17   A    Well, you can't see from the back here, but in the front of

18   this console, on the front is the control panel.  There is a

19   space where it is just a sofa in the front, and after that is

20   the compartments.

21   Q    Well, what did you think when you saw him disappear in

22   there?

23   A    Well, I thought he was laying down, after he took the phone

24   and tape and his sweater and he kneeling down, I never thought

25   he was going to really do that, but he just disappear.
```

```
 1    Q    Who was driving the boat when that happened?

 2    A    I was left on the wheel with full throttle, so I have to

 3    steer the boat.

 4    Q    Okay.  What would have happened if you weren't steering the

 5    boat at that point?

 6    A    A catastrophe.

 7    Q    Why do you say that?

 8    A    Because the boat was heading towards the buoy, the

 9    landmark -- the navigation marker.

10    Q    Okay.  And if it had struck that, what would have happened?

11    A    It would have probably definitely crashed the boat because

12    of the fiberglass and the boat would sink.

13    Q    And moving to the law enforcement response, at what point

14    did you realize that the police were onto the smuggling

15    venture?

16    A    As soon as I avoid the buoy, I put the boat in neutral -- I

17    pulled the throttle back and put the boat in neutral.

18    Q    Then what happened?

19    A    That's when the police come on board, patrol.

20    Q    Did they have their blue lights on?

21    A    Yeah, they had the signal lights on, the flashing lights.

22    Q    Okay.  And did they jump on board your boat?

23    A    Right away.

24    Q    Okay.  Did they have guns?

25    A    Oh, yeah, they had long -- black long big guns.
```

1    Q    What happened next?

2    A    Thank God they don't shoot because I was the first one at

3    the scene.  I mean, they see me and pulled me down.  That's

4    when I told the officer, The captain is hiding in front of the

5    console upstairs.

6    Q    And why did you tell that to the law enforcement officers?

7    A    Because I don't see him, so I figure he is hiding.

8    Q    Okay.  Did you ever deny that you were driving the boat --

9    A    No.

10   Q    -- at times?

11   A    No, I never deny that.

12   Q    Even before you had an attorney?

13   A    No.  My statement was that both of us drive the boat.  I

14   help him drive the boat, that was my job, to help him drive the

15   boat because the hours.

16   Q    And you pleaded guilty to that.

17   A    That's correct.

18   Q    Now, I think I asked you this before, but did Mr. Saunders

19   make any efforts to identify whether you had a visa to enter

20   the United States?

21   A    No.  He never asked me no question, no such a question.  He

22   never asked me for any identification.

23   Q    Did you see Defendant Saunders when he was finally

24   apprehended by the police or were you already gone by that

25   point?

```
 1   A    No, I was downstairs at the stern.  When they brought him

 2   downstairs, I was already downstairs with the strap on my hand.

 3   Q    On your hand?

 4   A    Yeah.

 5   Q    Okay.  When you came -- when Mr. Saunders was brought

 6   downstairs, did you see him?

 7   A    Yes, sir, and that's when he told me, What the -- shoot, I

 8   don't know if I should say that world, What the F, because I

 9   told the police that he was hiding.

10   Q    He said that to you?

11   A    Yes, sir.  And I said, What you want me to tell them?

12   Q    Well, you could have hidden the fact that he was hiding

13   there.

14   A    Of course, because he was with me the whole time.  He was

15   the captain, so why did he got to be away.  Why -- why he hide,

16   why he don't face authorities?

17   Q    Did you see any tape on him at that point in time?

18   A    No.  As a matter of fact, I know that -- if I remember

19   correctly, I don't know if they had a strap on him or not, but

20   I remember his hands free, he had his hands free.

21           MR. McMILLAN:  May I have just a moment, Your Honor?

22           THE COURT:  You may.

23      (Brief pause in the proceedings)

24           MR. McMILLAN:  May I approach the witness, Your

25   Honor?
```

```
 1              THE COURT:  You may.
 2   BY MR. McMILLAN:
 3   Q    Mr. Rodriguez, does this -- I'm showing you what's been
 4   marked for identification as Government Exhibit 109, do you
 5   recognize this map, sir?
 6   A    This is a Bahamas map, yes, sir.
 7   Q    Were you familiar with the islands depicted in this map?
 8   A    That's correct.
 9   Q    Does it fairly and accurately depict that area of the
10   Caribbean where the Bahamas are located?
11   A    Yeah.
12              MR. McMILLAN:  Your Honor, at this time, I move for
13   the admission of Government's Exhibit 109.
14              THE COURT:  Any objection, Mr. Roth?
15              MR. ROTH:  No objection, no objection.
16              THE COURT:  Government's Exhibit 109 will be admitted
17   without objection.
18       (Evidence admitted as Government Exhibit No. 109)
19   BY MR. McMILLAN:
20   Q    And for those among us that are unfamiliar with the
21   Bahamas, you indicated that the boat originally left from one
22   location in the Bahamas, is that correct?
23   A    Yes, sir.
24   Q    Where did the boat originally leave from when you were
25   driving it with Mr. Saunders?
```

1    A    Can I point?

2    Q    Yes, please.

3    A    Right here *[indicating]*.

4    Q    And that's where the red square is located on this map?

5    A    That's Nassau, New Providence, yes, sir.

6    Q    And then where did you all go next?

7    A    We came just like this, you know, come a point, come all

8    the way over here to the northeast of the barrier islands,

9    coming up this way, that's how I got the truck.

10   Q    Did you actually stop in Freeport or not?

11   A    No.  As a matter of fact, when we was around Freeport, he

12   say, Do not get too close to Freeport because there is a lot of

13   Coast Guard around; in other words, the Coast Guard has been

14   watching the area for speedboat, stuff like that, so he didn't

15   want to get too close to Freeport.

16   Q    Let's clarify something, though.  When you say he said

17   that, who are you referring to?

18   A    Mr. Saunders.

19   Q    Okay.  And he said don't do what?

20   A    Don't stay too close, stay more to the starboard, more to

21   the left.

22   Q    Well, didn't Defendant Saunders want to go to Freeport?

23   A    That was never my understanding.  My understanding was from

24   Nassau, as I point to you, straight to the inlet, St. Lucie --

25   Port St. Lucie Inlet, that's what they call it?

Monday, May 8th, 2023

```
 1   Q   Trust your own recollection as to where you were supposed
 2   to be going, but the --
 3   A   All I understood was the inlet.
 4   Q   Okay.  And had you ever been to that inlet before?
 5   A   Never in my life.
 6   Q   And who was supposed to navigate to that inlet?
 7   A   Mr. Saunders.
 8   Q   Okay.  What about this fellow Lubin who was on the boat,
 9   was he supposed to be doing any of the navigating?
10   A   No.
11   Q   Why was he there?
12   A   Because he was just a helper.  My understanding was for him
13   to be overlooking at the engine.  At one point, I don't know if
14   he was going to come back with us or if he was going to stay in
15   America, I don't know because, you know, I don't like to ask
16   that much question.  I like to hear what people have to say.  I
17   ask the question when it need to be asked, especially in those
18   terms of situation, and Mr. Gully told me to not ask too much;
19   just do what you have to do, that's what he told me.
20           MR. McMILLAN:  Your Honor, we tender the witness, but
21   there is one brief issue I need to go to speak to Defense
22   Counsel about.
23           THE COURT:  All right.
24           Well, since it is 5:18, Mr. Roth, do you think you
25   would finish your cross-examination in ten minutes or less?
```

Monday, May 8th, 2023

```
 1              MR. ROTH:  No, Your Honor, I won't.

 2              THE COURT:  All right.  Well, then Mr. Rodriguez will

 3     come back to continue his testimony tomorrow.

 4              We are at this point -- so you can confirm with

 5     Mr. Roth afterwards, or does it have to happen at this very

 6     moment?

 7              MR. McMILLAN:  I think it would be useful to do it

 8     before he commences his cross-examination.

 9              THE COURT:  Well, that's not going to start until

10     tomorrow is what I'm trying to say.

11              MR. McMILLAN:  That's fine, Your Honor.

12              THE COURT:  Ladies and gentlemen, it is 5:19 to be

13     exact and because we normally stop at 5:30, I think it makes

14     sense now to end for the day.

15              We will, however, commence tomorrow promptly at

16     9:00 a.m., so please be here.  And I will, as I did earlier,

17     admonish you of certain things to ensure again that the

18     procedure and the process remains fair.

19              So ladies and gentlemen, you are reminded that you

20     are not to discuss this case with anyone, or to permit anyone

21     to discuss it with you.  Until you retire to the jury room at

22     the end of the case to deliberate on your verdict, you simply

23     aren't to talk about this case.

24              Please remember not to read or listen to anything

25     touching on this case in any way.  If anyone should try to talk
```

1    to you about it, please bring it to my attention promptly.

2              Keep in mind, as I reiterated earlier, you must not

3    do any research or make any investigation on the case on your

4    own.  The only evidence in the case is the testimony of the

5    witnesses that you hear in court and the evidence that is

6    introduced during the official proceedings in the courtroom.

7              Also, remember that you must not have any contact

8    with the attorneys, parties or witnesses in the case.  If you

9    should see them, please keep in mind they are not being rude to

10   you, they are simply required to avoid any contact and not talk

11   to you, so please adhere to that.

12             Finally, remember that you must not form any opinion

13   about this case.  Until all of the evidence has been presented,

14   you are required to keep an open mind until you start your

15   deliberations at the end of the case.

16             So with that, I wish you a pleasant evening, and we

17   will see you tomorrow at 9:00 a.m.

18             All rise for the jury.

19      (The jury retired from the courtroom 5:21 p.m.)

20             THE COURT:  All right.  Thank you, Mr. Rodriguez; you

21   may be excused.

22             Thank you, Marshal.  Please ensure that he is back

23   here at the courthouse tomorrow morning to resume his

24   testimony.

25             U.S. MARSHAL:  Yes, Your Honor.

Monday, May 8th, 2023

1          THE WITNESS:  Thank you.

2      (Witness excused)

3          THE COURT:  Mr. McMillan.

4          MR. McMILLAN:  Yes, Your Honor.

5          THE COURT:  All right.  To recap, in terms of

6    evidence exhibits that were admitted today, we had 1 through

7    100 admitted without objection; we had Government Exhibits 105,

8    109, 120 and 122 without objection.

9          UNIDENTIFIED SPEAKER:  Your Honor, 121 as well.

10         THE COURT:  121 it was not admitted, referenced, but

11   not admitted.

12         MR. McMILLAN:  Yes, Your Honor, it was for

13   recollection purposes.

14         THE COURT:  That's correct, okay.

15         Is that consistent, Mr. Roth, with your list?

16         MR. ROTH:  It is, Your Honor.

17         THE COURT:  We will resume the testimony of

18   Mr. Rodriguez tomorrow morning.  Please be here at 8:30 for the

19   charge conference.

20         With respect to the text messages 118 and 117, I did

21   want to give Mr. Roth one final opportunity to articulate

22   exactly why you think these documents are unfairly prejudicial.

23         MR. ROTH:  Judge, because the Defense has not relied

24   upon them at all and so for the Government to introduce them

25   strictly for the purpose of impeaching something that hasn't

```
 1    been offered, there is no probative value, it's only

 2    prejudicial.

 3              THE COURT:  Okay.  Now, you don't disagree, though,

 4    that these are statements made by Mr. Saunders.

 5              MR. ROTH:  I don't stipulate to that, no, Judge.

 6              THE COURT:  Okay, all right.  So I'm inclined to

 7    admit these, provided the Government does lay a proper

 8    foundation, so I'm not going to admit them now, but

 9    Mr. McMillan, you may be permitted to attempt to establish a

10    foundation for these text messages, which at this point, I find

11    to be a relevant part of the evidence in this case as relates

12    to the Defendant's criminal motivation to engage in the alleged

13    offenses, and so while Mr. Roth has officially withdrawn the

14    duress instruction, that, in the Court's view, doesn't render

15    these unfairly prejudicial under the 403 standard, nor does the

16    403 standard change simply because the Defense itself has not

17    chosen to rely upon these exhibits.

18              So for those reasons, I am inclined to admit these

19    exhibits, but again, Mr. McMillan, you should first establish a

20    foundation for them, and we can take up any additional argument

21    at that time.

22              MR. McMILLAN:  Yes, Your Honor.

23              THE COURT:  Any other arguments to discuss at this

24    time before we recess for the night?

25              MR. McMILLAN:  Your Honor, the only other thing I
```

Monday, May 8th, 2023

 1    wanted to bring to Defense Counsel's attention is that in order

 2    for us to get a certified alien file from the Citizenship and

 3    Immigration Services, they will not certify just an individual

 4    document.  You have to get the entirety of the file certified,

 5    which we provided to Defense Counsel in discovery.

 6            The problem is, is they enclouded about 100 pages of

 7    criminal history for someone who isn't this man in his A file,

 8    and I just wanted to go and bring that to Defense Counsel's

 9    attention, that if they look carefully at this, they will see

10    date of birth and a whole bunch of other stuff are not for this

11    individual.  They are contained in the certified copy of the

12    alien file because I can't break it up and give them a

13    certified copy, but you need to read these closely, so I wanted

14    to let Defense Counsel know, if you plan on asking him if he

15    has been convicted for all of these things in California or

16    whether he is from Bogota, Columbia, the answer is going to be

17    no.

18            THE COURT:  Mr. Roth, anything to discuss about this

19    at this time?

20            MR. ROTH:  Yes, Your Honor.  This was turned over in

21    discovery, it is a certified copy of the official alien file

22    for this Defendant and I've relied upon it, I have referenced

23    it in my opening statement, and I think if the Government is

24    going to allege that it is in his A file, but it doesn't

25    pertain to him, they need a witness to testify to that because

```
 1   my position is, it's in his certified alien file and it does

 2   pertain to him; otherwise, it wouldn't be in there.

 3              THE COURT:  All right.  Mr. McMillan, I think you

 4   should think about this issue further, and --

 5              MR. McMILLAN:  Certainly, Your Honor.

 6              THE COURT:  -- perhaps find a solution because

 7   Mr. Roth does have a point.

 8              So that's all I have for now, I'll see you all at

 9   8:30 in the morning.

10              MR. McMILLAN:  Thank you, Your Honor.

11              THE COURTROOM DEPUTY:  All rise.

12          (PROCEEDINGS ADJOURNED AT 5:26 P.M.)

13

14                     C-E-R-T-I-F-I-C-A-T-E

15              I hereby certify that the foregoing is

16          an accurate transcription and proceedings in the

17          above-entitled matter.

18
     10/3/2023                    /s/DIANE MILLER
19   DATE                     DIANE MILLER, RMR, CRR, CRC
                              Official Court Reporter
20                            United States District Court
                              101 South U.S. Highway 1
21                            Fort Pierce, FL  34950
                              772-467-2337
22

23

24

25
```

Monday, May 8th, 2023

**AGENT WOODBURY: [2]**
3/11 3/18
**BY MR. McMILLAN: [29]**
77/19 135/15
135/22 137/2
137/11 139/12
139/23 197/16
203/2 203/15
203/20 212/18
213/24 220/12
221/2 223/1
227/15 228/4
237/21 238/7
243/11 251/12
251/25 255/11
260/15 261/12
262/11 266/2
266/19
**BY MR. ROTH: [6]** 141/14 142/14
143/13 144/13
145/12 205/20
**BY THE COURT: [49]** 43/20 44/10
46/5 47/17 49/23
51/18 54/4 54/22
56/12 58/22 60/4
62/6 64/23 65/17
68/8 70/19 72/18
74/16 77/2 79/18
81/10 84/11 86/17
89/5 91/2 93/8
94/18 96/22 97/15
99/2 101/2 101/23
102/9 103/13
105/9 108/13
110/22 112/15
114/2 115/22
117/19 119/10
120/21 122/16
124/18 126/2
128/23 130/14
132/4
**COURTROOM SECURITY OFFICER: [2]**
41/22 209/6
**MR. McMILLAN: [170]** 3/7 4/6 4/18

4/20 7/2 7/16 8/10
8/14 9/3 9/11 9/21
10/17 12/5 12/15
12/25 13/5 13/7
13/12 13/18 13/22
13/24 14/4 14/9
14/22 15/4 15/7
15/16 15/22 16/1
16/23 17/1 17/12
17/18 17/21 17/24
18/24 19/10 19/21
25/22 26/25 78/2
78/12 78/23
134/22 135/13
136/24 139/11
139/21 141/3
146/19 146/22
147/23 148/1
148/7 148/11
149/3 149/6 149/9
149/23 150/3
150/18 151/12
152/3 152/8
152/17 153/1
153/6 153/11
153/20 153/25
154/10 154/15
154/23 155/4
155/10 155/14
155/22 156/5
156/9 156/17
156/21 157/4
157/8 157/16
157/20 158/2
158/8 158/19
162/14 162/18
162/23 163/9
163/21 165/1
165/4 165/12
165/20 165/25
168/13 168/17
169/17 169/24
170/5 170/9
170/13 171/2
171/9 171/12
172/1 172/15
172/25 173/16
181/8 181/11
197/3 197/11
202/24 203/12
203/17 203/19
204/12 204/19
204/21 205/12

207/20 207/25
208/12 208/19
208/21 209/2
209/15 209/22
210/3 210/7
210/24 211/5
211/13 211/15
211/17 220/9
220/18 220/25
222/23 227/12
228/1 237/18
238/5 243/8 251/9
251/22 255/7
255/10 260/12
261/4 261/7
261/10 261/25
262/9 265/21
265/24 266/12
268/20 269/7
269/11 271/4
271/12 272/22
272/25 274/5
274/10
**MR. ROTH: [100]**
3/20 4/16 5/2 5/23
6/11 6/21 8/5 8/19
8/22 9/6 10/4 11/8
11/13 12/22 14/17
15/3 15/12 15/19
16/12 18/1 18/14
19/1 19/8 19/23
26/7 78/4 79/1
141/7 141/10
142/11 143/11
145/8 145/10
146/10 146/20
148/3 148/12
148/17 148/21
148/23 149/12
149/15 149/19
150/8 150/13
151/18 152/12
152/19 153/8
153/13 153/17
154/3 154/7
154/18 155/2
155/6 155/8
155/16 155/19
155/24 156/3
156/11 156/15
156/23 157/2
157/10 157/14
157/25 158/13

158/21 158/23
159/13 163/1
163/11 163/23
164/2 164/15
164/21 170/16
171/7 172/11
172/22 173/11
192/5 192/9
192/12 204/14
207/18 208/14
210/1 213/15
220/21 261/11
262/4 266/15
269/1 271/16
271/23 272/5
273/20
**PROSPECTIVE JUROR: [37]**
35/20 35/25 36/7
36/10 36/13 36/18
36/21 37/3 37/8
37/10 37/20 38/3
38/5 38/7 38/18
38/21 39/6 39/10
39/21 39/24 40/1
40/9 40/12 41/24
42/1 42/14 42/17
42/24 43/5 49/21
54/20 76/11 81/8
96/16 96/20 98/24
124/14
**THE COURT: [370]**
**THE COURTROOM DEPUTY: [14]**
3/4 6/14 15/23
20/1 79/4 79/6
79/14 159/17
161/11 197/8
205/2 210/13
210/16 274/11
**THE DEFENDANT: [3]**
3/25 6/7 210/12
**THE JUROR: [2]**
205/3 205/7
**THE WITNESS: [8]** 15/20 108/11
197/10 210/18
210/22 213/17
213/19 271/1
**UNIDENTIFIED SPEAKER: [1]**

271/9
**$**
**$10,000 [6]**
189/12 235/3
235/4 235/4
235/19 236/5
**$25,000 [3]**
194/10 194/22
251/8
**$5,000 [5]** 166/15
168/19 182/11
194/12 194/23
**'**
**'84 [1]** 61/13
**'85 [1]** 61/13
**'90s [1]** 128/3
**/**
**/s/DIANE [1]**
274/18
**0**
**07/15/2009 [1]**
223/10
**1**
**10 [6]** 58/23 155/3
155/4 155/5
157/12 200/22
**10/3/2023 [1]**
274/18
**100 [9]** 172/8
172/10 172/13
172/14 203/10
208/16 235/16
271/7 273/6
**100 percent [1]**
140/7
**101 [2]** 228/12
274/20
**105 [10]** 203/4
203/10 203/22
204/13 204/16
204/18 208/17
243/13 243/19
271/7
**109 [5]** 266/4
266/13 266/16
266/18 271/8
**109th [1]** 111/21
**10:30 [2]** 256/5
256/15

**1**

**10:45 [2]** 256/6 256/16
**10:46 [1]** 74/11
**10:48 a.m [1]** 76/24
**10:52 [2]** 78/9 78/15
**11 [7]** 60/5 144/16 155/7 155/9 155/11 157/18 159/3
**1101 [1]** 228/14
**113 [1]** 171/7
**117 [5]** 18/6 18/11 18/13 165/22 271/20
**118 [5]** 18/6 18/11 18/13 165/22 271/20
**11:04 [1]** 78/16
**11:07 [1]** 79/10
**12 [14]** 44/20 52/22 62/8 76/16 78/8 137/3 152/24 155/13 155/15 158/4 183/1 200/22 212/5 250/10
**120 [8]** 208/22 220/14 220/19 220/22 220/24 221/5 222/3 271/8
**121 [6]** 17/14 18/13 208/22 223/3 271/9 271/10
**122 [14]** 2/10 4/22 17/14 184/25 208/24 209/1 209/2 261/5 261/14 262/1 262/3 262/6 262/8 271/8
**12:36 [2]** 147/10 147/13
**12:43 [1]** 147/14
**13 [2]** 65/18 155/18
**134 [1]** 2/6
**14 [8]** 68/9 155/21 155/23 155/25

159/3 227/17 228/6 250/10
**14013 [1]** 3/5
**141 [1]** 2/7
**15 [15]** 70/22 76/12 76/20 78/6 81/16 91/8 112/21 132/13 156/2 156/4 156/5 156/6 208/4 242/13 244/15
**15,000 [1]** 235/23
**15th [1]** 219/13
**16 [12]** 15/7 72/19 156/8 156/10 156/12 159/4 173/1 209/15 209/21 211/2 211/11 211/18
**161 [1]** 2/8
**17 [6]** 74/11 74/13 156/14 156/16 156/18 159/5
**1700 [1]** 1/19
**174 [1]** 2/9
**18 [10]** 51/23 52/19 66/12 79/16 79/20 156/20 156/22 156/24 159/6 216/12
**181 [1]** 2/12
**19 [5]** 81/11 157/1 157/3 157/5 159/6
**192 [1]** 2/13
**197 [1]** 2/18
**1978 [1]** 105/21
**1979 [1]** 61/13
**1982 [1]** 115/12
**1993 [2]** 183/1 212/4
**1996 [1]** 230/17
**1998 [1]** 105/21
**1:03 [1]** 159/19
**1:05 p.m [1]** 160/24
**1:11 [1]** 163/5
**1:12 [1]** 163/13

**2**

**20 [21]** 42/15 50/15 57/7 84/12 89/14 89/17 105/21 112/23

132/12 147/1 147/4 147/7 157/7 157/9 157/11 159/7 197/22 242/13 244/15 247/19 247/21
**20 grams [1]** 72/7
**20-pack [1]** 247/19
**2000 [2]** 48/13 230/17
**2006 [2]** 218/17 219/2
**2007 [2]** 219/13 224/16
**2008 [1]** 72/6
**2009 [5]** 183/25 215/6 223/10 224/15 228/24
**2016 [3]** 59/1 59/7 108/19
**2017 [1]** 117/24
**2022 [2]** 232/16 240/15
**2023 [9]** 1/6 185/5 199/6 214/1 232/2 238/14 239/14 261/18 274/18
**205 [1]** 2/19
**21 [5]** 86/18 157/13 157/15 157/17 159/7
**212 [1]** 2/21
**21st [3]** 242/8 242/9 242/10
**22 [8]** 2/3 2/5 89/6 91/21 132/22 137/12 157/19 157/21
**22nd [8]** 166/22 185/4 199/6 214/1 238/13 239/14 242/7 261/18
**23 [7]** 91/3 107/5 157/24 158/1 158/3 159/7 171/8
**23-CR-14013-AMC [1]** 1/2
**23-criminal-14013 [1]** 3/5
**2337 [2]** 1/25 274/21
**23rd [2]** 199/6

242/7
**24 [6]** 73/2 93/9 94/16 107/5 158/7 158/8
**25 [8]** 14/9 56/20 94/19 96/18 96/19 108/22 114/9 158/12
**26 [7]** 37/22 50/23 59/2 135/1 149/7 149/11 149/13
**27 [4]** 97/16 158/15 158/21 159/8
**27th [1]** 228/24
**28 [4]** 99/3 158/15 158/21 159/9
**28th [1]** 17/2
**29 [8]** 39/2 39/11 97/18 101/3 149/6 149/15 149/22 150/1
**29th [1]** 224/16
**2:20 [1]** 163/7
**2:28 [1]** 163/14
**2:40 [4]** 161/16 162/10 163/4 163/17
**2:47 [1]** 173/18
**2nd [1]** 68/18

**3**

**3 miles [3]** 191/6 244/16 258/12
**3/16/23 [1]** 171/8
**30 [6]** 9/7 101/21 109/11 150/4 150/9 196/6
**307 [1]** 1/19
**31 [2]** 59/1 103/11
**310 [1]** 1/7
**32 [2]** 105/1 105/10
**32-year [1]** 43/23
**33 [1]** 108/14
**33301 [1]** 1/19
**33401 [1]** 1/16
**34 [4]** 16/17 16/22 17/20 110/23
**34950 [2]** 1/25 274/21
**35 [7]** 8/8 9/8 112/18 114/19

129/6 132/9 173/13
**36 [3]** 103/19 104/25 114/3
**37 [4]** 41/24 115/24 151/12 151/25
**38 [3]** 117/20 226/13 226/15
**39 [1]** 119/11
**3:30 [1]** 256/19
**3:40 [1]** 208/4
**3:42 [1]** 209/11
**3:45 [1]** 236/19
**3:52 [1]** 209/12
**3:54 [1]** 210/8

**4**

**4 miles [2]** 244/16 244/19
**40 [5]** 9/3 120/22 139/24 150/14 151/8
**400 [1]** 1/15
**403 [3]** 163/25 272/15 272/16
**404 [1]** 163/25
**41 [1]** 122/19
**42 [5]** 39/21 124/16 135/1 152/3 152/14
**43 [3]** 126/4 228/12 228/14
**44 [1]** 129/2
**45 [2]** 69/20 130/15
**46 [1]** 132/5
**467-2337 [1]** 1/25
**4:30 [1]** 256/19

**5**

**5 kilograms [2]** 183/24 219/16
**5 kilos [1]** 215/10
**5,000 [2]** 202/23 207/10
**500 [1]** 1/15
**54-foot [1]** 238/18
**5:00 [1]** 247/14
**5:00 o'clock [1]** 9/17
**5:18 [1]** 268/24
**5:19 [1]** 269/12

**5**

**5:21 [1]** 270/19
**5:26 [1]** 274/12
**5:30 [3]** 9/13 28/8
269/13

**6**

**6-5-0 [1]** 237/1
**60 [1]** 139/6
**67 [6]** 182/15
182/23 183/4
211/23 212/2
212/8
**6:00 [1]** 102/11
**6:50 [4]** 236/20
236/23 237/1
247/5

**7**

**76 [7]** 24/25 25/2
164/22 181/20
185/17 190/13
191/25
**77 [2]** 183/11
191/25
**772 [1]** 1/25
**772-467-2337 [1]**
274/21
**78 [1]** 220/4
**79 [1]** 191/25
**7:00 [2]** 102/11
236/25
**7:00 o'clock [1]**
166/20

**8**

**82nd [2]** 105/24
133/24
**8:30 [4]** 9/14
173/6 271/18
274/9
**8:52 [1]** 6/12
**8:57 [1]** 6/13
**8TH [1]** 1/6

**9**

**911 [2]** 126/20
126/25
**9:00 [6]** 28/7
185/15 257/9
257/9 269/16
270/17
**9:00-ish [1]** 257/9

**9:10 [1]** 15/21
**9:15 [1]** 18/19
**9:16 [1]** 19/3
**9:25 [2]** 18/20
19/2
**9:27 [1]** 19/4
**9:28 [1]** 20/2
**9:30 [1]** 9/15

**A**

**a.m [17]** 6/12 6/13
19/3 19/4 20/2
76/24 78/15 78/16
79/10 147/14
236/23 237/1
247/5 247/14
256/16 269/16
270/17
**abbreviate [1]**
7/18
**ability [72]** 11/21
12/12 33/9 45/24
47/8 53/7 53/20
59/24 63/12 64/17
67/20 68/4 69/6
70/14 71/20 72/9
72/13 74/7 76/7
77/12 77/25 80/25
83/22 83/25 84/4
86/2 86/12 87/10
87/24 88/24 90/16
90/21 92/8 93/1
94/13 95/11 95/20
96/11 98/19
100/21 104/18
105/4 106/17
107/24 108/6
110/10 110/16
112/1 112/10
115/13 117/5
117/11 119/5
120/16 123/20
123/25 124/9
127/1 127/22
128/14 128/18
130/9 131/20
131/23 132/25
133/4 133/17
134/9 134/13
136/2 151/7
176/14
**aboard [1]** 259/23
**above [3]** 143/18

151/19 274/17
**above-entitled [1]**
274/17
**absent [1]** 172/4
**absolute [1]**
191/18
**absolutely [1]**
140/14
**abuse [1]** 50/7
**accept [73]** 41/10
142/3 142/7
144/10 153/9
153/11 153/12
153/13 153/16
153/17 153/18
153/24 153/25
154/1 154/3 154/6
154/8 154/14
154/15 154/16
154/22 155/1
155/3 155/4 155/5
155/7 155/8 155/9
155/10 155/13
155/14 155/15
155/18 155/21
155/22 155/23
155/24 156/2
156/3 156/4 156/8
156/9 156/10
156/11 156/14
156/15 156/16
156/17 156/20
156/21 156/22
156/23 157/1
157/2 157/3 157/4
157/7 157/8 157/9
157/10 157/13
157/14 157/15
157/16 157/19
157/24 157/25
158/1 158/2 158/7
158/12 178/3
178/4
**acceptable [1]**
41/5
**accepted [12]**
153/14 153/22
154/4 155/11
155/25 156/12
156/18 156/24
157/5 157/11
157/17 158/3
**accepting [5]**

30/7 31/3 31/11
31/23 40/25
**accepts [1]** 154/7
**accessing [1]**
162/1
**accident [1]**
186/11
**accommodate [1]**
24/3
**accompanying [1]**
7/15
**accomplish [1]**
9/18
**accord [1]** 179/25
**according [5]**
102/19 168/1
188/22 225/7
240/13
**accordingly [2]**
9/15 179/23
**account [3]**
103/20 176/14
246/9
**accountant [3]**
91/6 91/7 91/8
**accounting [2]**
46/13 91/9
**accounts [2]** 80/1
178/14
**accuracy [1]** 33/2
**accurately [6]**
204/3 238/12
239/13 252/3
261/17 266/9
**accusation [3]**
24/18 34/20 177/3
**accusations [1]**
29/3
**accusatory [1]**
29/23
**accused [7]**
24/15 28/25
137/14 137/15
138/8 139/19
143/17
**accuser [1]** 30/11
**Achahbar [3]**
91/4 159/8 160/6
**acquaintances [1]**
67/19
**across [1]** 250/13
**act [3]** 30/25
180/6 228/13

**action [1]** 186/10
**activated [4]**
246/21 246/23
246/25 247/2
**actively [1]**
117/14
**activities [2]**
218/21 224/25
**activity [2]** 162/3
186/9
**add [2]** 11/4
208/24
**add-on [1]** 208/24
**added [1]** 17/3
**addition [5]** 4/21
14/1 17/15 167/8
178/22
**address [2]** 35/3
191/15
**adds [1]** 164/4
**adhere [1]** 270/11
**ADJOURNED [1]**
274/12
**admin [1]** 74/20
**administrative [3]**
101/12 198/7
228/7
**administrator [2]**
101/11 129/13
**admissibility [1]**
163/24
**admission [9]**
16/11 18/12
171/18 172/9
204/13 220/19
262/1 262/2
266/13
**admissions [3]**
101/9 121/25
166/2
**admit [7]** 171/2
172/5 172/12
227/23 272/7
272/8 272/18
**admits [1]** 18/9
**admitted [36]**
17/9 170/3 172/14
174/15 176/5
176/6 203/3 203/9
204/16 204/18
208/16 208/16
208/17 208/23
211/11 220/22

**A**

**admitted... [20]**
220/24 221/4
227/17 227/22
227/24 227/25
228/5 237/22
239/8 243/13
251/14 260/16
262/7 262/8
266/16 266/18
271/6 271/7
271/10 271/11
**admitting [2]**
18/17 170/25
**admonish [1]**
269/17
**adult [37]** 45/8
46/17 48/19 50/22
52/17 52/18 55/16
58/3 59/11 61/3
62/19 62/23 63/15
66/11 69/21 71/25
73/19 75/17 80/8
82/18 85/7 88/17
88/19 89/23 91/20
92/11 97/7 98/6
102/24 104/24
110/2 111/12
113/11 120/1
121/21 127/11
129/19
**advance [9]** 13/13
23/20 165/9
166/17 167/15
167/16 167/19
169/2 171/21
**advice [1]** 190/4
**advisement [1]**
170/22
**aerospace [1]**
129/6
**affairs [2]** 23/22
31/1
**afield [1]** 11/25
**afraid [3]** 136/1
144/15 144/18
**aft [1]** 249/23
**afternoon [15]**
120/22 122/17
129/1 173/20
197/5 208/4
210/10 210/12

236/19 236/20
242/5 242/11
242/12 243/21
256/19
**afterwards [1]**
269/5
**age [2]** 178/20
218/6
**agency [7]** 45/15
49/2 85/23 104/4
141/18 197/21
198/13
**agent [41]** 3/9
3/12 7/4 13/13
13/18 26/1 26/1
27/1 27/7 27/11
27/16 74/20
124/24 166/5
166/12 167/5
167/13 168/2
169/25 170/4
181/12 181/14
181/15 182/4
182/10 186/16
188/25 197/4
197/20 198/5
199/5 199/19
199/22 199/23
199/24 202/6
203/21 205/21
206/1 206/11
254/4
**Agent Woodbury
[1]** 3/12
**agent's [1]**
170/23
**agents [9]** 33/22
185/12 185/23
186/9 187/17
188/6 198/11
198/15 214/10
**aggravated [8]**
25/9 34/16 184/6
191/3 228/11
228/17 228/21
229/19
**agreement [2]**
182/17 211/8
**agriculture [1]**
52/13
**aiding [1]** 25/7
**AILEEN [2]** 1/11
20/13

**air [4]** 27/8 27/12
130/7 261/2
**Airborne [2]**
105/24 133/24
**aircraft [2]** 69/14
127/10
**airline [1]** 28/12
**alert [4]** 13/12
13/14 143/4
150/10
**aliases [1]** 196/6
**alien [14]** 24/25
25/8 25/8 34/14
38/17 166/7
186/22 187/11
190/13 230/8
273/2 273/12
273/21 274/1
**aliens [23]** 25/2
25/3 140/5 164/22
168/21 182/15
182/16 182/20
185/18 188/24
190/16 191/7
191/9 194/10
194/20 200/8
211/24 215/2
240/20 244/4
246/15 247/7
257/23
**allegations [1]**
24/24
**allege [1]** 273/24
**alleged [4]** 34/19
164/9 191/24
272/12
**allegedly [2]**
178/10 225/6
**alleges [4]** 24/24
25/5 29/10 34/13
**Allesandrello [2]**
129/1 130/11
**allotment [1]** 12/2
**allotted [1]** 19/13
**allow [1]** 35/8
**allowed [1]** 184/7
**alluded [4]** 22/20
29/13 171/5
191/16
**alludes [1]**
169/19
**almost [7]** 65/24
125/3 161/1 185/9

186/1 226/14
227/5
**alone [2]** 106/14
169/20
**alongside [1]**
248/11
**alternate [1]**
107/3
**alternates [8]**
19/15 19/17
152/23 152/24
158/6 158/16
158/21 159/8
**although [5]** 9/21
21/4 150/24
151/22 151/23
**alum [1]** 74/25
**ambulance [2]**
106/4 106/8
**ambulances [1]**
106/16
**AMC [1]** 1/2
**amended [1]**
228/13
**AMERICA [8]** 1/3
181/13 181/17
181/21 190/23
233/21 253/14
268/15
**American [5]**
192/15 196/21
260/5 260/5 260/7
**AMO [1]** 27/9
**amount [6]**
134/17 200/9
202/19 207/13
232/12 232/13
**analysis [1]**
163/25
**analyst [2]** 95/17
122/9
**Anderson [2]**
27/3 189/2
**Andrews [3]**
94/21 96/16 96/17
**Android [1]**
189/23
**anesthetist [1]**
73/24 73/24
**Angeles [1]** 105/2
**Ann [5]** 72/21
152/4 159/4 160/4
160/6

**announce [1]**
159/15
**answer [17]** 24/4
36/23 40/11 43/13
129/24 130/1
130/2 138/3 142/1
142/9 144/11
175/24 206/17
206/21 207/5
216/22 273/16
**answers [2]**
43/14 175/9
**ANTHONY [7]**
2/17 13/19 27/15
197/4 197/7
197/10 197/18
**anticipate [6]**
8/17 8/20 9/22
12/20 170/9
184/22
**anticipated [3]**
11/7 28/10 169/10
**antsy [1]** 161/1
**anymore [1]**
189/18
**apologize [1]**
4/22
**app [5]** 241/3
241/9 241/10
241/10 246/22
**appearances [2]**
1/14 3/6
**Applegate [2]**
126/4 128/21
**application [2]**
167/6 189/23
**applied [1]** 230/1
**applies [1]**
179/10
**apply [3]** 33/24
88/25 260/19
**applying [1]** 84/5
**appointed [2]**
214/13 214/18
**appreciate [4]**
6/21 36/24 179/25
191/20
**apprehended [1]**
264/24
**apprehensive [1]**
21/10
**approach [14]**
4/18 165/4 189/24

# A

**approach... [11]**
202/24 220/9
222/23 227/12
232/24 237/18
243/8 251/9
260/12 261/7
265/24
**approached [3]**
258/18 258/20
258/22
**approaching [2]**
259/3 259/7
**appropriately [1]**
6/9
**approves [1]**
170/17
**apps [2]** 179/1
240/22
**area [11]** 23/24
59/2 185/7 186/15
227/3 241/11
245/4 245/18
253/5 266/9
267/14
**areas [1]** 252/6
**aren't [1]** 269/23
**argued [1]** 169/3
**argument [4]**
164/19 165/24
170/17 272/20
**arguments [5]**
172/3 175/3 175/4
181/1 272/23
**Arjuna [3]** 47/20
159/2 160/3
**arm [1]** 7/6
**Army [5]** 61/15
61/16 105/24
133/24 225/13
**arrange [3]** 20/4
43/11 244/9
**arrangements [1]**
5/21
**arrest [3]** 96/5
198/21 214/10
**arrestable [1]**
200/18
**arrested [10]**
38/13 72/6 107/21
169/10 183/23
200/4 201/4 201/6

**arrival [1]** 257/19
**arrived [4]** 7/17
187/11 206/17
257/5
**arriving [2]**
257/10 257/11
**articulate [1]**
271/21
**aspect [4]** 145/2
167/9 168/18
183/6
**assembly [3]**
76/18 147/5
160/19
**assigned [3]**
199/8 199/10
240/8
**assist [8]** 21/17
21/19 22/12
180/12 199/19
200/1 216/17
245/7
**assistance [3]**
216/13 216/14
217/2
**assistant [6]**
25/24 70/24
101/12 103/25
105/2 212/12
**assisted [3]**
181/14 183/15
238/13
**assisting [2]** 25/8
114/9
**assume [2]** 21/8
206/19
**assuming [3]** 6/4
7/18 10/12
**assure [1]** 177/20
**Atlanta [1]** 116/14
**Atlantic [1]**
250/13
**attack [1]** 106/12
**attempt [3]** 178/7
178/17 272/9
**attempted [2]**
166/16 167/22
**attempting [1]**
25/2
**attest [1]** 99/24
**attire [1]** 7/11
**attorney [17]** 9/9

10/10 10/10 12/16
25/13 25/24 68/22
91/24 146/24
180/18 212/13
214/14 214/17
214/19 215/14
216/7 264/12
**Attorney's [6]**
1/15 68/17 68/19
68/24 69/5 70/6
**attorneys [12]**
12/2 13/3 22/23
24/1 78/19 134/17
146/13 161/23
163/6 181/1 203/7
270/8
**audiology [1]**
97/24
**audit [2]** 116/15
118/14
**aunt [1]** 111/19
**AUSA [2]** 1/14
11/2
**Australian [1]**
1/15
**authenticity [1]**
166/1
**authorities [2]**
219/11 265/16
**authorization [3]**
25/4 183/5 212/9
**authorized [1]**
179/13
**auto [4]** 91/14
91/18 121/13
121/16
**automatically [1]**
250/3
**Ave [1]** 1/15
**aviation [1]** 117/1
**avoid [3]** 259/21
263/16 270/10
**Avon [1]** 132/22
**awful [1]** 167/3
**Ayesha [1]**
181/14

# B

**B-R-A-U-N [1]**
152/4
**background [42]**
45/23 47/11 48/11
49/15 51/11 53/19

56/6 58/16 59/23
61/25 64/16 67/17
68/3 70/13 72/12
74/6 76/6 80/24
84/3 86/11 88/23
90/20 92/25 94/12
96/10 98/18
100/20 105/3
108/5 110/15
112/9 113/21
115/16 117/9
119/4 120/15
124/8 128/17
130/8 131/22
134/12 172/6
**backup [2]**
186/25 187/3
**badge [1]** 192/17
**bag [6]** 201/10
201/11 201/17
201/20 201/23
206/5
**Bahama [1]**
168/21
**Bahamas [41]**
27/20 166/20
168/1 168/3 168/4
181/21 183/2
185/6 189/25
194/6 194/6 194/8
194/20 194/20
196/13 196/13
196/17 207/4
212/6 213/2 218/6
218/6 218/16
218/19 230/13
231/7 231/20
231/23 235/9
235/10 241/15
241/21 246/12
247/4 253/9 255/1
255/4 266/6
266/10 266/21
266/22
**Bahamian [17]**
194/7 194/12
194/23 194/24
202/5 202/18
207/10 235/5
235/6 235/8
235/10 235/11
235/15 235/16
254/24 254/25

254/25
**Bahamian/Haitian
[2]** 254/24 254/25
**Bahamians [2]**
202/23 218/7
**ballet [5]** 86/21
86/22 86/25 87/2
87/3
**banging [1]**
187/17
**bank [3]** 79/24
80/3 89/9
**banker [2]** 89/9
89/20
**banking [3]** 89/10
89/13 89/17
**banks [1]** 121/7
**Barely [1]** 66/12
**barges [1]** 231/20
**barrier [1]** 267/8
**bartender [1]**
71/5
**base [1]** 39/15
**basic [2]** 174/3
176/25
**basis [1]** 170/25
**bathroom [6]**
250/13 250/16
250/17 251/1
252/4 252/9
**battalion [2]** 95/6
95/10
**Beach [10]** 1/16
47/21 66/8 84/19
125/1 138/20
199/8 199/16
205/24 225/20
**bear [5]** 23/15
54/2 176/21
177/15 261/20
**bears [1]** 31/20
**beat [1]** 142/25
**Beaumont [4]**
97/17 98/22 159/8
160/7
**becoming [2]**
55/11 62/14
**beef [1]** 52/14
**beet [1]** 141/25
**beets [3]** 141/22
141/24 141/24
**beg [2]** 129/4
129/25

**B**

behind [4]  186/9
199/23 235/25
255/6
belief [2]  35/22
193/21
beliefs [7]  11/1
12/8 34/25 39/14
42/22 135/2 135/8
believability [2]
33/15 176/21
belong [1]  238/10
belonged [1]
200/5
below [2]  221/14
239/6
bench [4]  6/10
146/14 162/17
203/8
benefit [3]  3/15
22/1 178/5
Berger [1]  54/24
beyond [17]  7/24
24/20 29/7 29/12
30/12 30/18 30/24
31/21 32/5 103/23
140/10 166/13
177/14 190/10
190/14 194/18
196/1
bias [2]  141/24
176/18
billing [1]  94/23
bills [1]  202/5
Bimini [1]  166/13
binder [2]  165/6
165/8
bird's [1]  192/24
birth [4]  183/1
212/4 221/21
273/10
black [2]  188/9
263/25
blessed [1]  42/2
blog [1]  179/8
blogs [1]  178/25
blue [1]  263/20
Blvd [1]  1/19
board [17]  182/12
185/18 185/20
186/14 188/24
189/3 201/6 244/4

245/23 247/7
247/21 248/20
248/24 253/7
253/10 263/19
263/22
boarded [1]
186/11
boat [101]  130/22
182/12 182/14
185/5 185/9
185/16 185/18
185/20 185/21
186/2 186/4
186/12 186/14
186/16 187/6
187/15 187/21
188/11 189/3
189/15 191/8
193/24 193/25
194/19 194/24
196/10 196/11
200/2 201/7 207/3
214/1 231/6 231/9
231/11 231/21
237/14 237/16
237/17 237/25
238/23 238/25
239/4 239/13
239/15 239/16
239/21 239/22
239/23 240/10
241/5 244/22
246/7 246/8 247/7
247/8 247/9 247/9
247/11 248/1
248/3 248/8 248/9
248/10 248/11
248/14 248/14
248/16 248/18
248/23 249/3
249/12 249/20
249/21 249/24
251/16 253/10
256/5 256/14
256/15 256/22
257/2 257/16
259/18 259/22
260/5 263/1 263/3
263/5 263/8
263/11 263/12
263/16 263/17
263/22 264/8
264/13 264/14

264/15 266/21
266/24 268/8
boats [4]  230/16
231/20 231/22
240/15
Bob [1]  56/15
bodies [1]  252/14
body [2]  45/5
260/19
Bogota [1]
273/16
bond [1]  109/4
bookkeeping [1]
111/8
booted [1]  184/3
boots [1]  243/5
border [12]  27/8
27/11 122/1 140/6
141/17 142/6
150/14 185/13
189/15 205/22
257/7 259/23
borders [1]  140/5
born [5]  182/15
182/21 211/25
213/1 255/1
boss [2]  182/11
233/16
Bothell [2]  126/22
127/20
bottom [3]  8/12
192/19 261/23
bouncer [1]
119/24
bouts [1]  111/5
box [6]  160/19
161/5 161/6
184/16 184/19
184/24
boy [1]  141/21
boys [1]  104/25
bracelet [2]
201/13 201/19
Brady [3]  79/20
159/6 160/5
branches [1]
56/17
brand [2]  10/12
260/6
Brege [1]  93/11
Brenda [3]  81/13
159/6 160/5
Breyana [1]  84/14

Breyanna [2]
159/7 160/6
brief [7]  22/23
24/23 76/16
134/18 189/5
265/23 268/21
brokerage [2]
74/21 74/23
brother [9]  49/3
65/12 82/16
116/23 116/25
123/14 123/17
134/6 137/5
brother's [1]
117/4
Brothers [1]
66/10
Broward [6]  45/1
45/2 85/15 219/8
219/10 223/21
Brower [1]
112/18
brown [5]  68/11
70/14 159/4 160/4
243/5
Bruce [1]  68/21
Bryan [4]  39/21
39/24 40/13
124/16
Budensiek [2]
122/19 124/14
building [3]  44/6
73/8 99/9
built [3]  60/10
193/14 195/23
bulkhead [1]
185/10
bunch [2]  224/6
273/10
buoy [3]  259/6
263/8 263/16
burden [12]  24/20
29/17 30/10 30/12
30/17 31/7 31/20
146/2 146/3 146/7
177/6 177/7
burglary [1]  115/9
bush [2]  257/20
258/1
business [6]  58/6
58/6 69/23 69/24
79/21 103/22

**C**

C-E-R-T-I-F-I-C-A-
T-E [1]  274/14
C-L-A-Y-T-O-N [1]
27/7
C-U-S-E [3]
233/11 233/12
233/14
cabin [6]  250/22
251/20 251/21
252/7 252/21
254/16
cabinets [2]  82/7
82/9
cabins [1]  251/19
calculation [1]
235/15
California [2]
196/5 273/15
cam [1]  45/5
Camero [1]  90/8
Cameron [2]
115/24 151/12
camp [2]  257/22
257/24
Canadian [1]
122/1
canceled [2]
234/9 234/23
candid [3]  24/4
36/23 43/14
candor [1]  36/24
canister [1]  250/4
cannabis [1]  72/6
CANNON [7]  1/11
20/13 140/20
191/16 191/18
217/18 217/19
Cannon's [1]
140/8
capability [1]
255/8
capable [1]  39/5
capacity [3]  48/9
82/2 126/12
capital [2]  47/22
48/1
captain [28]
187/15 189/17
193/25 193/25
213/19 214/4
214/8 230/18

# C

**captain... [20]**
231/6 231/19
231/21 234/8
234/11 234/16
234/24 236/10
240/2 240/4 240/7
240/8 240/10
240/11 240/12
244/22 247/14
251/7 264/4
265/15
**captained [1]**
194/19
**captaining [3]**
231/18 238/13
239/21
**captures [1]** 23/3
**car [1]** 137/24
**cards [2]** 193/15
195/23
**career [2]** 69/19
132/11
**careful [2]** 77/4
195/5
**carefully [9]**
26/22 30/22
142/22 160/1
194/1 194/4
194/16 195/7
273/9
**Caribbean [1]**
266/10
**CARLOS [16]**
2/20 27/18 183/17
183/18 185/5
189/8 193/17
210/15 210/18
212/21 212/23
212/24 213/3
213/4 213/5
220/17
**Carlton [1]** 51/21
**Carlton-Pearce
[1]** 51/21
**Caroline [1]**
214/19
**carpenter [2]**
73/8 130/17
**carpentry [1]**
130/18
**Carr [3]** 46/8

**carry [2]** 29/5
241/23
**carrying [1]**
174/19
**cars [1]** 121/20
**caseworker [1]**
68/15
**cash [3]** 235/1
235/2 235/3
**Cassisi [8]** 20/4
21/16 22/12 22/20
79/13 159/16
161/3 197/14
**catastrophe [1]**
263/6
**catch [5]** 3/10
72/22 116/6
124/22 171/20
**catering [1]**
112/24
**caught [1]** 230/23
**caution [1]** 12/2
**cautionary [1]**
161/17
**CBP [9]** 27/8
122/1 122/10
140/1 140/3 151/3
187/5 200/16
200/17
**cell [10]** 5/4 166/3
166/4 167/6 167/7
169/12 188/18
188/23 189/19
190/8
**cell phone [1]**
166/4
**cellular [1]** 170/6
**center [7]** 44/17
224/1 224/2 225/5
226/22 227/1
227/2
**CEO [3]** 50/6 50/7
50/8
**certified [7]**
231/19 273/2
273/4 273/11
273/13 273/21
274/1
**certify [2]** 273/3
274/15
**cetera [1]** 63/7
**chain [3]** 52/6

**chairs [3]** 20/4
20/10 160/18
**challenge [3]**
148/10 149/11
154/11
**challenges [11]**
147/17 147/19
148/5 148/6
148/20 149/5
150/2 151/10
152/1 152/16
152/17
**chambers [1]**
17/4
**chance [1]**
205/14
**channel [1]**
185/25
**character [1]**
107/22
**charge [6]** 9/16
9/25 22/10 29/23
183/14 271/19
**charged [9]** 30/2
90/13 102/8
140/12 166/7
168/16 174/8
178/10 190/12
**charges [9]** 11/6
11/25 29/23 30/12
34/13 34/21 38/16
144/24 183/11
**charter [1]** 97/18
**chat [2]** 178/25
179/8
**chef [3]** 101/18
111/5 111/5
**cherished [1]**
20/22
**chief [11]** 5/12
7/23 9/23 14/24
15/9 95/6 95/10
116/13 116/23
117/1 171/14
**child [1]** 50/7
**children [46]** 45/8
46/17 48/19 50/22
52/17 52/18 55/16
55/17 58/3 58/7
59/11 61/3 62/19
62/23 63/15 66/11
69/21 71/25 73/19

126/17 174/20
75/17 80/8 82/18
82/20 85/7 88/18
89/23 91/20 92/11
93/16 97/7 98/6
99/22 102/24
104/24 108/24
111/12 112/19
113/11 116/15
118/14 120/1
121/21 127/11
129/19 133/9
253/7
**children's [1]**
50/12
**choice [1]** 177/11
**choose [4]** 77/16
151/24 174/23
177/10
**choosing [1]**
19/15
**chosen [48]**
35/23 37/2 45/25
47/9 49/17 51/13
56/8 58/18 62/2
63/12 64/17 67/21
69/7 70/15 71/21
72/9 74/8 76/8
86/13 87/11 90/22
92/8 94/14 95/21
98/20 100/22
102/16 104/19
105/5 108/6 112/2
112/11 113/23
115/14 115/18
117/12 119/6
124/10 127/1
127/23 130/9
131/23 133/18
159/23 272/17
**Chris [1]** 50/1
**Christ [1]** 116/14
**church [2]** 46/8
116/8
**cigarette [4]**
247/19 247/20
247/20 256/10
**cigarettes [1]**
247/21
**circumstances [4]**
19/18 145/6
174/21 201/5
**circumstantial [1]**
174/20

**Cirque [1]** 86/25
**citizen [9]** 20/25
40/3 142/17 183/2
196/13 196/21
212/5 230/4 230/7
**citizens [8]** 144/6
144/16 182/15
182/21 182/24
192/15 211/25
212/3
**citizenship [3]**
143/7 192/17
273/2
**citrus [4]** 52/4
60/8 60/9 60/13
**city [12]** 46/21
47/21 48/1 48/2
86/25 87/7 111/18
111/19 126/11
126/21 126/22
132/12
**civic [1]** 145/4
**civil [13]** 24/13
57/21 64/3 64/4
75/3 88/9 94/8
107/1 107/4 107/6
107/7 107/12
128/3
**civilian [6]** 5/22
5/24 6/17 6/18
133/21 140/25
**claimed [1]**
196/14
**claims [1]** 167/24
**clarification [2]**
96/18 137/9
**clarify [2]** 213/25
267/16
**Clarke [4]** 36/10
54/9 135/23
144/14
**classes [1]** 86/24
**Clayton [2]** 27/6
185/13
**clean [1]** 177/5
**clear [9]** 24/13
43/16 96/18 165/9
188/2 188/4
224/21 227/25
240/25
**clerical [1]** 95/18
**clerk [1]** 125/6
**clerk's [1]** 21/19

# C

Cleveland [1] 101/18
client [2] 142/3 144/8
Clinic [1] 101/18
clinical [1] 44/13
close [75] 6/24 45/14 45/21 47/3 49/1 49/8 49/13 51/2 51/8 53/1 53/3 53/13 55/20 55/24 55/24 57/10 58/13 59/19 61/22 64/14 64/25 66/23 67/4 68/1 69/25 70/8 71/16 72/5 73/12 74/4 75/14 76/3 80/12 80/22 82/14 83/2 85/13 86/7 87/18 90/2 92/20 92/22 93/22 94/7 96/3 96/4 98/10 100/1 100/17 104/7 106/20 109/7 109/22 110/12 111/16 113/8 113/19 114/24 118/18 118/24 120/6 120/13 123/12 124/6 127/16 129/16 130/3 131/8 131/15 133/14 232/8 248/12 267/12 267/15 267/20
closed [1] 232/11
closely [2] 210/20 273/13
closer [3] 18/16 164/1 202/3
closet [1] 256/22
closing [2] 175/4 181/1
clothes [9] 5/20 5/25 6/17 6/18 7/3 201/5 242/19 242/21 242/25
clothing [3] 5/22 5/24 201/19

cloud [1] 35/8
club [1] 82/17
CNA [1] 55/10
Coast [16] 65/22 67/9 116/23 117/4 142/6 200/11 200/12 200/13 200/17 200/20 200/20 201/8 206/18 207/2 267/13 267/13
coastline [2] 190/22 258/18
cocaine [6] 183/24 215/10 219/16 224/24 230/20 230/20
coconspirators [1] 224/22
Codefendant [2] 169/11 187/7
coercion [4] 5/9 5/16 167/14 169/15
colleagues [1] 11/3
collected [1] 126/16
college [7] 48/23 66/14 80/4 97/22 101/10 103/25 119/25
Collins [2] 103/17 105/4
color [1] 243/5
Colton [1] 68/21
Columbia [1] 273/16
combat [1] 192/16
comfort [1] 145/3
comfortable [2] 20/12 136/3
commence [5] 25/10 161/20 179/19 210/25 269/15
commencement [1] 167/20
commences [1] 269/8
comment [1] 162/4

commercial [1] 25/1
commissioners [2] 82/3 111/20
commit [1] 225/7
committed [4] 24/25 34/14 38/17 178/10
common [4] 30/22 32/20 32/25 33/22
commonly [4] 27/5 27/9 165/13 188/1
commonplace [1] 202/14
communicate [3] 32/21 32/22 178/23
communicating [1] 5/8
communications [2] 116/13 178/21
community [3] 21/2 50/21 226/19
companies [3] 46/13 85/2 118/6
company [24] 46/21 50/24 52/5 57/4 59/3 60/8 60/9 62/24 66/10 66/16 69/19 75/7 99/8 99/18 103/20 103/24 105/14 111/8 113/12 113/13 129/7 232/7 232/10 232/11
compartment [8] 185/18 186/18 187/21 187/24 188/22 189/18 190/8 261/2
compartments [1] 262/20
compassion [1] 146/4
compassionate [5] 37/11 37/18 145/14 145/16 145/23
complete [3] 24/5 36/23 43/14

compliance [1] 114/16
component [1] 168/15
computers [1] 181/16
conceivable [1] 7/22
concept [1] 32/17
concepts [3] 24/22 29/14 35/3
concern [4] 136/19 136/20 151/23 171/15
concerns [1] 38/16
concludes [2] 146/24 181/5
conclusion [6] 5/6 24/6 30/15 144/17 144/18 144/23
concrete [2] 248/12 248/18
concur [1] 152/15
conditions [1] 261/2
conduct [2] 177/17 177/19
conducted [2] 10/10 12/17
conference [7] 9/16 9/25 146/14 162/17 173/6 203/8 271/19
conferred [1] 5/5
conferring [1] 195/21
confess [1] 214/10
confirm [1] 269/4
confirmed [1] 16/5
confused [1] 16/25
confusion [1] 209/21
Congressman [1] 50/21
Connecticut [1] 118/8
connection [1] 28/2

consciousness [2] 167/16 167/23
consequences [2] 40/22 179/23
consideration [2] 191/1 226/9
consistent [6] 8/4 158/17 158/23 159/10 169/9 271/15
console [10] 4/23 186/15 187/19 187/21 209/3 255/16 255/22 260/24 262/18 264/5
conspiracy [4] 195/13 215/8 215/9 219/15
constitution [2] 20/24 30/4
constitutional [1] 20/23
construction [7] 66/10 66/16 73/6 82/10 103/2 111/8 232/10
contain [1] 256/11
contained [3] 29/4 202/18 273/11
contemporaneous [1] 13/11
content [1] 172/4
context [2] 90/8 193/4
continuance [1] 14/7
continued [2] 159/21 250/25
continuing [1] 32/1
contraband [1] 202/13
contractor [5] 99/6 99/7 99/15 99/17 113/3
contradicts [2] 33/12 176/18
control [6] 175/15 187/21 255/22 256/4 262/13

# C

control... [1]
262/18
controls [2]
186/16 209/3
controversy [2]
183/6 183/7
convicted [14]
25/9 144/1 144/3
183/23 184/6
193/18 195/11
195/12 224/16
225/25 228/17
228/20 230/19
273/15
conviction [6]
42/2 42/5 220/5
228/11 229/19
231/14
convinced [1]
191/22
convincing [1]
30/24
cooperate [1]
214/20
cooperating [3]
27/18 184/1 184/3
Cooperative [1]
121/5
coordinating [1]
21/17
coordinator [2]
50/21 55/4
cops [2]  137/13
139/19
Cornell [1]  121/5
corner [6]  238/4
238/9 239/10
243/17 252/23
253/2
corporate [2]
85/4 109/4
correctional [1]
202/8
corrections [1]
85/25
corresponded [1]
201/18
corridor [1]
251/21
Counsel's [3]
15/5 273/1 273/8

counselor [1]
101/9
count [8]  25/7
183/1 183/11
207/12 207/14
207/15 212/5
249/1
counted [2]  196/5
207/13
counter [4]
160/19 260/3
260/8 260/9
counties [1]
52/15
country [17]  25/6
30/2 34/17 42/2
42/8 117/14 122/4
136/12 136/12
160/15 182/25
192/19 192/21
215/2 254/23
counts [12]  24/25
25/5 182/19
182/23 183/3
190/13 191/24
191/25 196/23
211/23 212/2
212/8
county [36]  27/14
45/1 45/2 46/20
48/8 57/13 57/15
57/20 63/11 63/23
65/6 77/8 77/21
81/16 81/17 81/18
81/19 82/1 93/17
95/6 95/7 95/10
95/17 123/14
123/16 125/6
132/12 132/16
133/13 134/4
138/20 185/8
187/1 219/10
223/22 225/20
court [110]  1/1
1/24 1/24 2/5 3/10
3/16 4/8 5/13
10/18 10/24 11/4
12/6 12/20 13/10
13/12 13/14 14/11
14/25 17/22 18/8
21/3 21/11 21/15
21/18 21/21 22/3

22/8 22/11 22/18
24/1 25/22 26/7
39/3 40/8 41/9
43/2 45/19 47/1
49/11 51/5 53/10
57/13 63/25 64/12
70/3 72/4 74/1
75/25 80/19 82/25
83/5 83/16 83/20
85/22 86/5 88/7
88/20 90/5 91/22
92/4 94/4 96/2
96/5 98/15 100/10
100/14 107/1
107/2 107/4
107/18 112/6
117/2 125/7 137/6
139/18 146/23
152/5 162/18
163/2 163/24
163/25 164/6
165/2 165/6 166/8
170/16 171/16
178/1 179/18
181/9 184/1 184/2
184/4 188/3
192/10 193/7
197/11 203/14
209/9 210/4
210/24 214/12
223/11 231/3
233/9 236/11
254/17 270/5
274/19 274/20
Court's [8]  4/13
10/21 19/19 22/9
28/7 28/15 150/21
272/14
courthouse [6]
20/16 85/21 147/6
174/19 191/17
270/23
courtroom [32]
20/2 21/16 21/23
23/6 23/17 29/19
37/15 37/17 40/7
76/23 90/17 136/6
137/18 147/9
147/12 147/21
159/19 159/25
160/9 160/21
160/23 163/5
174/13 180/8

192/13 199/20
208/6 209/5
210/10 213/9
270/6 270/19
courts [3]  45/1
45/3 45/4
cousin [1]  123/16
cover [2]  11/19
163/17
COVID [3]  232/2
232/4 232/4
CR [2]  1/2 213/5
crashed [2]
185/10 263/11
crawls [1]  187/24
CRC [2]  1/23
274/19
create [1]  168/5
credibility [7]
32/19 33/2 33/17
33/20 33/24 34/1
176/22
credible [2]  34/9
195/16
Creole [1]  196/15
crew [1]  102/2
crewmen [1]
196/10
crime [7]  30/2
126/16 128/12
143/17 225/4
225/7 225/19
crimes [6]  24/15
29/1 34/14 140/12
174/8 178/10
criminal [85]  3/5
9/14 24/12 29/15
29/22 45/19 47/1
47/7 49/12 51/5
51/9 53/10 53/14
55/23 57/21 58/10
58/14 59/17 59/20
61/16 61/19 61/23
64/2 64/13 67/25
70/3 70/9 72/4
74/2 75/25 76/4
80/19 82/25 86/5
88/9 88/10 88/10
88/21 90/5 91/22
92/17 94/4 94/9
95/17 96/2 96/8
98/15 100/15
100/18 103/5

104/12 107/1
107/19 109/20
109/23 110/2
110/9 110/13
112/6 113/16
115/4 115/11
116/19 118/21
118/25 120/11
124/4 125/20
128/10 129/23
130/4 131/13
131/16 131/19
134/1 146/3
160/16 174/3
176/24 176/25
198/8 198/12
198/14 272/12
273/7
cross [6]  2/19
180/22 180/25
205/19 268/25
269/8
cross-examinatio
n [4]  2/19 205/19
268/25 269/8
cross-examine [2]
180/22 180/25
crossing [1]
255/24
CRR [2]  1/23
274/19
cruising [1]
250/13
cry [2]  250/25
251/2
cultural [1]  59/8
curious [2]  87/1
107/15
curiously [1]
190/2
currency [4]
194/13 235/4
235/5 235/6
Cuse [2]  233/7
242/14
custody [6]  14/2
126/17 187/10
187/17 208/1
224/7
custom [2]  82/7
130/17
Customs [9]  27/5
27/8 27/11 167/8

**C**

**Customs... [5]**
184/5 185/12
189/15 198/4
202/6
**cut [2]** 260/7
260/18
**cutter [1]** 200/21
**cylindrical [1]**
249/11

**D**

**D-I-M-A-R-T [1]**
27/11
**D-I-R-K-E-Y [1]**
234/19
**dad [1]** 74/25
**daily [1]** 21/5
**damning [1]**
182/2
**Dance [1]** 73/2
**dancer [1]** 86/21
**Daniel [3]** 99/5
159/9 160/7
**dark [8]** 185/15
252/9 252/10
252/12 252/17
252/18 258/18
259/4
**darkness [1]**
186/18
**dashboard [1]**
259/13
**data [2]** 44/13
44/18
**daughter [14]**
46/20 61/6 62/22
62/25 63/17 69/24
82/20 121/25
122/7 122/10
129/20 140/1
150/14 151/2
**daughter's [6]**
63/10 64/24 65/11
65/11 92/7 137/5
**dealer [1]** 121/13
**Dean [1]** 103/17
**death [2]** 83/22
142/25
**decade [1]** 42/14
**deceased [1]**
87/22
**decide [8]** 21/2

23/15 33/5 174/6
174/12 176/10
214/9 214/20
**decided [4]** 184/9
186/10 233/25
240/4
**decision [5]**
23/10 35/8 170/20
179/20 217/15
**decisions [1]**
37/13
**Decker [4]** 60/6
155/11 159/3
160/4
**decks [1]** 239/6
**deemed [2]** 200/4
200/18
**deeply [7]** 10/25
11/16 12/7 34/24
52/13 135/2 135/8
**deeply held [1]**
135/2
**Deerfield [1]** 75/7
**defendant [105]**
1/7 1/18 6/18
19/14 24/15 24/18
24/20 24/25 25/6
25/11 28/25 29/3
29/7 29/25 29/25
31/8 31/17 31/18
31/22 32/1 32/8
45/21 47/3 47/4
49/13 51/6 53/14
59/21 64/14 70/8
72/7 74/2 76/1
80/20 83/2 86/7
90/7 92/18 94/5
98/16 104/13
107/12 113/17
115/5 118/22
145/1 154/7 166/2
166/7 167/7
167/14 168/17
169/14 169/19
170/2 171/8
171/19 171/22
174/7 175/12
175/13 177/1
177/3 177/4 177/7
177/9 180/22
180/23 182/10
184/10 187/7

187/10 188/12
188/14 188/15
188/21 188/22
189/14 189/14
190/3 190/12
190/15 191/5
191/24 195/15
200/6 201/16
202/1 205/22
206/11 211/19
212/13 212/15
213/22 246/17
256/13 256/21
260/20 260/22
264/23 267/22
273/22
**defendant's [21]**
5/4 5/20 7/11 18/8
29/18 29/20 30/10
30/18 30/20 31/14
31/21 32/12 167/6
167/7 167/13
170/6 177/11
177/13 180/18
190/3 272/12
**defendants [1]**
131/17
**defender [1]**
214/14
**defense [46]** 2/7
2/13 3/22 4/9 5/10
7/17 8/18 8/20
14/11 14/12 15/2
15/5 16/10 17/4
17/13 17/24 26/10
31/8 49/4 141/6
146/20 151/22
154/19 155/17
155/20 158/14
166/9 166/17
166/23 167/14
167/21 167/24
169/3 169/15
170/15 171/15
192/11 211/20
213/15 268/21
271/23 272/16
273/1 273/5 273/8
273/14
**defined [1]**
228/12
**definition [2]**
30/16 209/20

**deli [1]** 111/1
**deliberate [1]**
269/22
**deliberately [1]**
257/10
**deliberation [1]**
30/5
**deliberations [8]**
7/25 31/19 35/7
161/20 179/19
180/5 181/4
270/15
**delivered [1]** 75/3
**delivery [1]**
119/14
**democracy [1]**
20/23
**Demott [3]** 38/3
101/5 101/20
**denied [1]** 168/17
**deny [2]** 264/8
264/11
**depart [1]** 247/4
**departed [2]**
166/20 242/12
**department [14]**
26/2 48/3 49/3
82/16 87/16
111/19 123/17
126/8 126/10
126/22 127/19
127/20 133/10
198/1
**depending [1]**
9/25
**depict [5]** 204/3
238/12 253/4
261/17 266/9
**depicted [3]**
203/25 244/24
266/7
**deport [2]** 198/21
198/23
**deportation [1]**
190/17
**deported [7]**
181/23 183/12
190/18 199/3
215/4 215/7
226/23
**Depot [2]** 85/3
85/3
**deputies [1]** 90/8

**deputy [10]** 21/16
27/14 57/14 71/18
71/20 85/16 85/21
187/1 187/10
210/10
**description [2]**
24/23 209/1
**deserves [1]**
174/25
**design [2]** 60/22
243/25
**designer [1]**
114/20
**designs [1]** 60/21
**desire [1]** 10/16
**Desiree [1]** 62/9
**desk [3]** 124/20
124/24 125/1
**detail [2]** 24/16
183/17
**detailed [2]** 162/5
174/5
**details [1]** 96/6
**detain [1]** 202/15
**detained [5]**
200/14 200/15
200/17 205/23
229/15
**detention [6]**
224/1 224/2 225/5
226/22 227/1
227/2
**determination [2]**
32/20 32/23
**determined [2]**
29/24 164/18
**develop [2]**
141/19 218/8
**development [1]**
50/2
**developments [2]**
4/4 4/7
**device [2]** 7/7
178/12
**devoting [1]**
191/20
**DIANE [4]** 1/23
21/22 274/18
274/19
**dicey [3]** 122/6
140/2 150/15
**died [1]** 83/4
**dietitian [3]**

## D

**dietitian... [3]**
112/18 112/23
120/25
**difference [3]**
174/22 193/12
244/20
**difficult [7]** 28/11
34/22 35/5 38/11
102/15 102/17
194/7
**difficulty [7]**
28/17 30/7 31/3
31/10 31/23 40/25
41/12
**Dimart [3]** 27/10
185/14 186/16
**dire [11]** 2/4 10/8
10/11 10/16 10/20
12/17 22/18 22/25
23/1 134/21 141/6
**direct [6]** 2/18
2/21 174/22
197/15 199/5
212/17
**directed [1]** 12/23
**director [5]** 50/1
50/24 57/4 116/13
118/7
**Dirkey [5]** 234/14
234/16 234/16
234/17 234/18
**disabilities [1]**
28/20
**disagree [3]** 41/2
41/12 272/3
**disbelieve [1]**
174/23
**Discenza [1]** 8/14
**disclosed [1]**
96/7
**discovery [2]**
273/5 273/21
**discretion [2]**
150/24 228/16
**discussion [2]**
146/17 179/19
**discussions [2]**
178/15 178/18
**disingenuion [1]**
42/10
**dismiss [1]**

148/15
**dismissed [4]**
97/10 125/19
151/8 154/21
**Disney [2]** 101/13
101/18
**dispatcher [2]**
126/20 126/25
**disprove [1]** 31/9
**disregard [3]**
25/3 40/21 176/2
**distract [1]** 180/7
**distribute [1]**
215/10
**distributed [2]**
15/25 17/11
**DISTRICT [13]**
1/1 1/1 1/12 1/24
20/14 20/14 20/20
25/25 91/22 92/4
183/24 185/8
274/20
**disturb [1]** 165/17
**diverse [1]**
101/14
**diversion [1]** 72/7
**divided [1]** 198/6
**division [4]** 1/2
61/14 68/21
101/11
**divorce [1]** 94/11
**DNA [3]** 195/6
195/9 195/18
**dock [11]** 236/20
236/23 240/16
244/21 248/10
248/11 248/12
248/12 248/17
248/18 248/18
**docket [9]** 8/8
16/17 16/17 16/21
16/21 16/23 17/1
17/5 17/20
**docketed [1]**
16/24
**document [10]**
17/9 220/14 221/4
223/4 223/9
224/10 228/10
228/23 243/14
273/4
**documented [1]**
81/24

**documents [4]**
81/23 188/17
241/23 271/22
**dollar [7]** 235/8
235/8 235/9
235/10 235/12
235/15 235/17
**dollars [5]** 202/19
202/23 207/10
235/11 235/16
**domestic [2]**
134/6 134/8
**domestics [1]**
134/5
**Domingo [4]**
229/5 230/12
232/22 258/10
**Dominican [11]**
27/19 188/9
196/20 213/1
218/5 229/6 230/5
232/22 254/2
254/5 254/6
**dorm [1]** 80/4
**doubt [24]** 24/20
29/7 29/12 30/13
30/16 30/18 30/19
30/21 30/21 30/24
31/21 32/6 41/8
43/1 140/11
144/25 145/25
146/4 177/14
189/9 190/15
194/18 196/1
196/24
**doubts [4]** 39/8
53/23 83/25 151/6
**download [2]**
241/11 246/17
**downstairs [12]**
6/2 76/17 186/17
187/14 250/17
250/22 252/4
252/9 265/1 265/2
265/2 265/6
**downtown [1]**
227/5
**draw [1]** 249/10
**driver [4]** 106/4
125/12 185/9
186/6
**driver's [1]**
242/17

**drop [2]** 191/6
257/22
**dropping [1]**
191/9
**drove [4]** 80/5
106/8 245/21
256/5
**drug [4]** 183/22
224/22 231/14
231/14
**drunk [1]** 186/7
**drywall [1]** 82/10
**du [1]** 86/25
**duct [3]** 188/3
259/13 260/1
**duly [2]** 22/17
161/13
**duress [6]** 5/9
5/16 166/17
169/15 170/15
272/14
**duties [2]** 20/25
21/15
**duty [7]** 21/9
28/22 174/4 174/6
174/6 185/14
199/7

## E

**E-L-I-A-Z-E-R [1]**
231/4
**e-mail [1]** 178/25
**eager [1]** 74/13
**ear [1]** 11/18
**early [4]** 9/17 14/2
111/9 166/22
**earn [1]** 184/9
**ears [1]** 182/9
**Earth [1]** 178/12
**easier [2]** 22/2
257/16
**East [1]** 1/19
**eat [2]** 141/22
141/24
**edited [1]** 4/12
**editor [1]** 127/14
**education [6]**
38/10 51/23 51/23
52/2 52/6 59/7
**educational [1]**
48/11
**effectuated [1]**
255/10

**effort [2]** 142/21
143/19
**efforts [1]** 264/19
**eight [10]** 63/22
68/11 71/1 88/4
107/2 209/8 222/8
238/24 249/16
249/18
**Eighteen [1]**
60/12
**electric [1]**
103/19
**electrical [1]**
113/3
**electronic [1]**
178/20
**electronically [1]**
17/25
**electronics [1]**
69/24
**elects [2]** 31/18
171/22
**elementary [1]**
51/23
**elements [1]**
190/11
**Eleven [1]** 55/8
**Eliazar [5]** 218/22
230/25 231/1
231/2 231/5
**Elizabeth [2]**
44/11 160/3
**Elmo [3]** 197/12
210/4 211/3
**eloquently [1]**
250/18
**else's [1]** 204/6
**Elton [1]** 103/17
**emergency [1]**
186/5
**emotional [1]**
36/15
**emotions [4]** 35/8
36/25 37/24 39/14
**emphasize [1]**
178/21
**employer [2]**
161/21 177/24
**employment [9]**
34/10 53/7 77/5
86/2 87/23 95/9
106/15 133/17
202/13

**E**

**EMT [1]** 95/6
**en [3]** 166/21
209/4 241/21
**en route [1]**
166/21
**enclouded [1]**
273/6
**Encompass [1]**
55/3
**encountered [1]**
187/7
**enforced [2]**
10/20 135/9
**enforcement**
**[108]** 11/14 27/5
33/22 34/3 34/5
34/9 45/15 49/2
49/4 49/9 51/3
53/4 55/21 56/24
57/8 57/11 59/9
60/16 65/1 66/19
66/21 66/24 67/1
67/7 67/20 69/2
70/1 71/12 71/14
71/17 73/9 73/10
73/13 75/12 75/15
75/15 77/4 77/20
80/10 80/13 82/2
82/12 82/15 82/15
84/24 85/11 85/14
85/23 85/24 87/17
87/20 90/3 92/23
93/20 93/23 95/15
95/16 98/11 98/13
100/2 104/5 104/8
106/21 108/3
109/5 109/8
111/17 111/25
113/6 113/9
114/22 114/25
116/22 118/10
118/19 120/4
120/7 121/8
121/14 123/4
123/13 123/19
125/4 125/13
125/16 126/24
127/17 127/22
129/8 129/14
129/17 130/24
131/6 131/9 132/9

132/11 132/23
132/24 133/8
133/14 133/15
134/3 184/5
196/20 198/5
198/20 263/13
264/6
**enforcing [1]**
22/9
**engage [2]** 32/19
272/12
**engaged [1]**
79/21
**engine [3]** 247/23
247/25 268/13
**engineer [3]**
48/10 48/12
119/22
**engineering [4]**
48/13 48/14 56/22
129/7
**engines [1]** 69/23
**English [7]** 28/18
196/14 217/23
218/3 218/4 218/7
218/8
**ensure [2]** 269/17
270/22
**ensured [1]** 189/3
**enter [8]** 25/4
25/8 42/8 183/5
183/13 191/8
212/9 264/19
**entirely [1]** 168/7
**entirety [1]** 273/4
**entitled [2]**
180/12 274/17
**entity [3]** 66/9
77/9 198/1
**entrance [3]**
236/24 244/14
244/20
**entry [7]** 8/8
16/17 16/17 16/22
44/13 44/18
185/11
**epidemiologist**
**[2]** 108/20 108/21
**Epilepsy [1]**
68/15
**episode [1]** 168/8
**equip [1]** 141/8
**equipment [5]**

60/10 105/12
186/5 241/4
256/21
**equipments [1]**
241/5
**equivalency [1]**
235/7
**equivalent [1]**
199/2
**ER [1]** 67/8
**ERO [4]** 198/7
198/7 198/17
198/19
**especially [1]**
268/17
**ESQ [1]** 1/18
**Esquire [1]**
212/13
**essentially [2]**
23/2 168/24
**establish [6]**
167/12 168/8
181/19 190/21
272/9 272/19
**established [2]**
140/10 191/11
**estate [2]** 74/20
74/23
**estate/brokerage**
**[1]** 74/23
**estimate [3]** 7/13
7/14 8/3
**estimated [1]**
8/24
**et [1]** 63/7
**ethically [1]** 5/15
**evaluate [4]** 23/5
33/17 39/15 40/6
**evaluating [1]**
42/23
**evening [5]** 28/8
166/19 173/7
185/15 270/16
**event [1]** 167/17
**Everglades [1]**
227/6
**everybody [14]**
20/11 40/3 41/11
76/17 79/12
125/23 143/3
145/16 159/16
159/24 161/6
192/13 223/23

252/15
**everybody's [2]**
118/2 171/21
**everyone [2]** 20/8
37/11
**everyone's [1]**
205/4
**evidence [117]**
5/14 5/15 23/6
24/17 29/2 29/24
30/23 31/17 33/12
33/14 33/18 34/19
37/15 37/16 39/4
39/15 40/7 40/18
41/2 41/19 45/7
53/21 59/25 72/13
84/4 88/25 90/16
93/2 96/12 106/18
110/17 123/20
126/8 126/14
126/14 126/17
126/18 126/25
128/14 132/25
133/4 133/19
136/17 136/22
140/9 140/21
145/19 145/19
145/24 151/3
167/15 168/5
172/14 173/9
174/12 174/13
174/13 174/16
174/17 174/19
174/20 174/22
174/24 175/1
175/2 175/2 175/6
175/8 175/9
175/13 175/15
175/16 175/18
176/1 176/2 176/4
176/5 176/6
176/18 176/20
177/8 177/12
180/17 180/20
180/25 181/2
182/2 183/10
185/1 185/3 185/8
188/20 190/21
191/4 191/21
191/23 192/25
193/4 193/9
193/10 193/13
193/16 194/5

194/17 194/21
195/8 204/18
206/23 220/24
261/5 262/8
266/18 270/4
270/5 270/13
271/6 272/11
**evident [1]**
165/11
**evidentiary [3]**
163/7 163/18
208/9
**ex [2]** 47/4 47/7
**ex-husband [1]**
47/4
**ex-husband's [1]**
47/7
**examination [68]**
2/18 2/19 2/21
23/1 23/3 43/19
44/9 46/4 47/16
49/22 51/17 54/3
54/21 56/11 58/21
60/3 62/5 65/16
68/7 70/18 72/17
74/15 77/1 77/18
79/17 81/9 84/10
86/16 89/4 91/1
93/7 94/17 96/21
97/14 99/1 101/1
101/22 103/12
105/8 108/12
110/21 112/14
114/1 115/21
117/18 119/9
120/20 122/15
124/17 126/1
128/22 130/13
132/3 135/14
135/21 137/1
137/10 139/22
141/13 142/13
143/12 144/12
145/11 197/15
205/19 212/17
268/25 269/8
**examine [3]**
180/22 180/25
194/16
**examined [3]**
167/5 195/8 195/8
**excellent [5]** 10/6
14/15 78/13 97/20

**E**

**excellent...** [1] 115/25
**exception** [2] 182/25 212/4
**excess** [1] 189/11
**exchange** [1] 235/7
**exclude** [2] 30/19 145/24
**exclusion** [7] 32/5 140/10 144/25 146/3 164/20 196/1 196/24
**excuse** [9] 10/18 24/9 110/3 128/9 147/20 154/23 156/5 157/20 194/25
**excused** [7] 78/8 90/1 207/21 207/23 207/24 270/21 271/2
**executed** [1] 15/14
**exercise** [3] 154/10 158/8 228/16
**exercised** [2] 154/12 154/24
**Exhibit 1** [1] 184/25
**Exhibit 113** [1] 171/7
**Exhibit 122** [1] 208/24
**Exhibit 2** [1] 255/2
**Exhibit's** [1] 262/1
**exist** [1] 190/3
**existence** [1] 171/16
**exists** [1] 29/9
**exit** [1] 78/14
**expedition** [1] 186/24
**experience** [11] 23/11 49/15 72/8 83/19 99/13 104/17 110/9

110/15 124/8 238/23 240/13
**experienced** [1] 240/17
**experiences** [36] 45/24 47/11 51/12 53/19 56/6 58/16 59/23 61/25 64/16 68/3 70/13 72/12 74/6 76/7 80/24 84/3 86/11 88/23 90/21 92/25 94/12 96/10 98/18 100/20 105/3 108/5 112/9 113/21 115/17 117/10 119/4 120/15 128/17 130/8 131/22 134/12
**expert** [1] 128/12
**expertise** [1] 194/8
**explicitly** [1] 165/9
**expressed** [1] 139/1
**extend** [1] 20/18
**extended** [1] 93/16
**Extension** [1] 121/5
**extensive** [2] 132/24 151/8
**extent** [5] 11/22 136/21 168/14 189/4 191/7
**extra** [1] 17/21
**eye** [1] 192/25
**eyes** [3] 90/12 182/9 252/8

**F**

**face** [3] 178/22 178/22 265/16
**Facebook** [1] 179/1
**faces** [2] 186/18 186/23
**facilities** [3] 106/16 106/17 209/9
**facility** [2] 54/14

106/310
**facing** [2] 22/6 251/16
**fact** [22] 7/6 25/3 29/9 30/4 42/5 142/7 151/1 151/2 168/19 169/9 169/19 169/22 174/17 174/21 178/17 193/24 216/22 244/7 257/11 265/12 265/18 267/11
**factor** [1] 35/7
**factors** [5] 23/8 33/8 33/14 176/14 176/21
**facts** [12] 23/14 23/18 25/17 35/8 37/15 41/7 164/4 164/9 191/20 211/7 211/9 211/21
**fails** [1] 31/21
**fake** [3] 169/3 169/7 173/9
**faked** [1] 168/5
**fall** [1] 232/3
**familiarize** [1] 21/12
**family** [50] 45/14 45/20 47/2 49/1 49/12 52/13 53/13 55/24 58/13 59/19 61/19 61/22 64/13 68/1 69/25 70/8 71/16 72/5 74/4 76/3 80/12 80/22 83/1 85/13 86/6 87/20 90/2 92/20 94/7 96/3 100/4 100/17 109/22 111/16 113/8 113/19 118/24 120/13 124/6 127/16 130/3 131/15 133/7 161/21 183/18 225/14 225/19 232/5 232/16 258/10
**farm** [1] 60/15
**farthest** [1]

255/23
**fashion** [1] 185/2
**father** [3] 87/21 87/23 111/18
**favor** [1] 141/20
**favorite** [1] 118/2
**FDC** [4] 223/21 223/25 224/2 226/21
**February 22nd** [6] 185/4 199/6 214/4 238/13 239/14 261/18
**federal** [13] 19/13 20/16 63/25 107/1 214/10 214/14 219/11 221/8 221/16 224/1 224/2 226/3 229/3
**feelings** [10] 34/5 35/10 35/18 37/1 37/12 143/19 145/19 151/15 151/20 152/9
**fees** [1] 138/7
**fellow** [8] 24/2 32/7 39/1 43/12 77/6 144/6 180/5 268/8
**felon** [4] 34/16 191/3 193/18 195/11
**felony** [8] 25/9 38/17 139/2 184/7 228/11 228/18 228/21 229/19
**fiberglass** [1] 263/12
**field** [13] 52/2 53/7 56/19 60/14 60/23 75/9 86/23 91/9 91/18 91/22 99/15 106/7 130/22
**fifth** [1] 155/20
**Fifty** [2] 238/19 238/20
**Fifty-four feet** [2] 238/19 238/20
**figure** [1] 264/7
**file** [9] 165/13 217/3 273/2 273/4 273/7 273/12

273/21 273/24 274/1
**filings** [1] 16/21
**film** [1] 127/14
**final** [7] 18/16 25/7 41/14 64/21 228/7 228/11 271/21
**finalized** [1] 15/15
**finally** [8] 27/17 132/5 180/10 183/15 191/13 257/5 264/23 270/12
**finance** [2] 46/8 46/13
**financial** [6] 25/1 59/2 164/23 168/15 168/18 235/24
**findings** [1] 195/22
**fingerprints** [3] 195/6 195/9 195/18
**finish** [4] 7/22 9/23 171/9 268/25
**finished** [2] 48/22 91/23
**firefighter** [7] 52/10 53/2 87/7 87/10 95/6 95/10 111/18
**Firefighter/EMT** [1] 95/6
**firefighter/paramedic** [2] 52/10 87/7
**fishing** [1] 186/24
**fit** [1] 249/14
**fix** [1] 205/9
**fixed** [1] 117/3
**FL** [2] 1/25 274/21
**flag** [3] 260/5 260/5 260/7
**flashing** [1] 263/21
**flat** [1] 162/1
**flawed** [3] 42/7 42/22 151/14
**Fleet** [1] 127/9
**flexibility** [1]

**F**

flexibility... [1]
102/12
flip [1]  195/15
floor [1]  147/7
FLORIDA [21]  1/1
1/5 1/16 1/19
20/15 20/20 25/25
52/11 52/14 56/17
88/5 92/5 109/12
109/13 144/5
183/24 185/9
197/20 199/11
199/15 225/21
flow [1]  173/24
flown [1]  229/2
fly [1]  229/4
flybridge [2]
247/22 248/25
focused [1]  143/4
folks [3]  67/20
144/7 160/20
follow-up [12]
10/13 11/9 11/11
11/15 42/12 43/3
64/22 65/13 77/16
122/14 135/11
203/16
food [2]  75/20
121/6
foot [2]  190/23
238/18
forbidden [1]
161/22
force [2]  6/5
130/7
foregoing [3]
183/3 212/7
274/15
foreigners [1]
232/9
foreperson [6]
57/23 64/5 88/11
107/7 109/15
128/5
fork [2]  74/19
95/5
form [2]  254/10
270/12
formally [2]
209/18 211/1
former [2]  183/22

202/13
forms [1]  174/14
FORT [10]  1/2 1/5
1/19 1/25 20/16
68/17 85/15 125/5
219/9 274/21
fortunate [1]
67/16
foundation [8]
50/6 50/8 50/9
50/10 68/15 272/8
272/10 272/20
foundations [1]
50/14
Fourteen [1]
119/16
fourth [2]  155/17
157/22
framework [1]
21/1
Francisco [4]
89/8 90/21 137/12
157/20
frankly [1]  166/24
Fraser [6]  37/8
96/14 96/23 96/24
145/13 149/8
free [5]  192/19
246/10 246/10
265/20 265/20
Freeport [11]
166/13 194/6
194/20 194/24
194/25 195/4
267/10 267/11
267/12 267/15
267/22
French [1]  196/15
frequently [1]
198/15
fresh [1]  52/6
freshman [1]
48/22
friend [20]  45/14
45/21 47/3 49/1
49/13 53/13 55/24
59/20 61/22 64/14
68/1 70/8 72/5
76/4 80/12 83/2
86/7 96/4 131/15
234/11
friends [59]  49/8
49/8 51/2 53/1

53/3 55/20 57/10
58/13 64/25 66/23
66/25 67/6 67/10
69/25 71/16 73/12
74/4 75/14 80/22
82/14 85/13 87/17
87/18 90/2 92/20
92/22 93/22 94/7
95/14 98/10 98/10
100/1 100/17
104/7 106/20
108/2 109/7
109/22 110/12
111/16 111/16
113/8 113/19
114/24 116/21
118/18 118/24
120/6 120/13
123/12 124/6
125/15 127/16
129/16 130/3
131/8 131/17
133/14 133/15
friends' [1]
131/18
front [24]  20/11
21/21 36/4 124/20
124/24 125/1
166/19 236/4
248/16 248/18
249/11 249/24
252/20 255/15
255/16 255/18
255/19 255/24
259/9 260/24
262/17 262/18
262/19 264/4
fruit [1]  52/6
fuel [2]  244/9
258/3
fulfill [2]  142/16
148/24
fulfilling [1]  35/9
full-time [2]  75/21
116/5
fun [2]  89/16
121/6
furniture [1]  44/5

**G**

G-U-L-L-Y [2]

233/13 233/14
gain [6]  25/1 25/1
164/23 168/15
168/18 193/5
gallery [2]  20/11
161/5
Gallo [2]  99/5
159/9
Garcia [4]  218/23
219/2 230/25
231/1
Garcia's [1]  231/3
gardens [1]  121/6
gas [1]  194/14
general [8]  10/9
34/18 37/18 99/5
99/7 153/4 198/18
225/17
generator [1]
101/11
Genesee [3]
57/13 57/15 57/20
gentleman [2]
35/14 41/23
gentlemen [26]
20/8 20/13 25/23
26/8 134/23 147/1
159/20 161/2
161/14 173/20
179/22 181/11
182/2 185/4
190/10 191/13
192/10 204/22
208/3 211/6
227/21 235/14
243/3 244/18
269/12 269/19
Georgette [3]
68/11 159/4 160/4
Georgia [4]  85/3
85/4 103/19
123/17
gestae [1]  167/17
gets [1]  37/12
Geyer [2]  58/24
58/25
gives [1]  221/9
glasses [1]  259/4
goal [1]  23/9
God [2]  143/24
264/2
golf [3]  55/15
56/3 82/17

Google [2]
178/12 179/9
Gordon [2]
108/15 110/19
Gotcha [1]  99/11
gotten [2]  153/3
203/10
GOVERNMENT
[93]  1/14 2/6 3/6
3/8 5/5 5/11 5/15
8/6 9/22 11/13
12/21 12/23 16/9
16/19 17/11 17/14
18/9 18/10 18/12
19/9 19/14 25/21
26/17 29/6 29/11
30/12 31/6 31/20
32/5 32/7 33/21
34/13 78/18
134/21 140/24
144/24 146/2
146/8 146/19
148/15 151/11
152/13 152/21
154/12 154/24
156/6 157/22
158/10 164/7
170/17 172/8
172/9 172/14
177/2 177/6
177/13 180/15
180/21 180/24
181/10 184/2
184/3 191/10
194/17 195/1
195/2 195/10
196/12 197/7
203/2 204/18
209/15 210/15
211/19 214/21
217/6 217/7
220/24 223/3
226/3 237/23
238/12 239/9
251/14 261/14
262/1 262/8 266/4
266/18 271/7
271/24 272/7
273/23
Government's
[44]  8/8 14/23
15/7 15/9 24/19
29/17 30/17 30/19

**G**

**Government's...**
**[36]** 164/12
165/21 172/25
180/23 190/14
193/14 204/13
204/16 208/22
208/24 209/2
209/21 211/1
211/11 211/18
220/14 220/19
220/22 221/5
222/2 227/17
228/6 238/9
243/13 243/19
244/24 249/10
251/22 252/2
253/1 255/2 261/4
262/3 262/6
266/13 266/16
**Governmnet [1]**
2/12
**GPS [1]** 244/23
**GPSs [1]** 246/8
**grab [1]** 259/13
**graduate [2]**
121/24 230/17
**grams [1]** 72/7
**grand [1]** 10/22
**grandfather [1]**
83/12
**grandfather's [1]**
83/12
**grandmother [2]**
83/4 83/15
**grandmother's [1]**
83/22
**grandpa [1]** 83/3
**grant [1]** 228/16
**grass [1]** 174/18
**gratitude [2]**
20/19 160/17
**great [4]** 29/5
118/3 146/3
216/24
**greater [2]** 146/7
180/13
**greatly [1]** 193/23
**greenlight [3]**
185/24 259/19
259/22
**gritty [1]** 5/1

**ground [1]**
190/24
**group [1]** 78/7
**groves [1]** 60/10
**Grumman [2]**
69/14 69/17
**guarantee [1]**
179/22
**guarantied [1]**
30/3
**guard [15]** 116/23
117/5 142/6
171/20 200/11
200/12 200/13
200/17 200/20
200/20 201/8
206/18 207/2
267/13 267/13
**guidelines [4]**
32/21 32/25 33/1
33/23
**guilt [8]** 30/10
30/18 30/20 31/21
167/16 167/23
177/4 177/14
**guilty [26]** 24/19
24/21 29/5 29/7
29/8 30/1 30/6
31/22 32/8 107/11
140/11 144/22
166/8 174/8 174/8
177/2 183/14
191/24 196/23
214/24 215/2
216/10 216/12
219/14 219/18
264/16
**Gully [14]** 233/7
233/13 234/12
237/6 240/5 240/6
240/23 242/5
242/14 247/13
247/15 249/9
258/5 268/18
**gun [1]** 63/5
**gunpoint [1]**
104/15
**guns [2]** 263/24
263/25

**H**

**Habitat [1]** 50/2
**habitual [1]**

138/18

**Haiti [2]** 182/25
212/3
**Haitian [5]** 182/12
189/5 254/24
254/25 254/25
**Haitian/Bahamian
[1]** 254/25
**hallway [2]**
162/21 251/19
**handicapped [1]**
73/22
**handle [2]** 5/19
74/13
**handled [1]** 173/3
**handler [1]**
132/13
**handles [1]** 198/7
**handling [2]**
14/21 126/15
**handoff [1]** 42/11
**hang [2]** 79/20
260/7
**happily [3]**
103/17 114/6
117/24
**happy [1]** 106/14
**harbor [4]** 124/21
125/1 236/24
256/5
**hardware [1]**
99/18
**Harvard [4]** 84/14
86/12 159/7 160/6
**hate [1]** 141/24
**Hatteras [1]**
185/22
**Hatteras-type [1]**
185/22
**health [3]** 55/3
108/20 232/17
**healthy [1]**
193/12
**hearing [8]** 9/14
11/20 12/19 28/21
33/17 33/21 173/4
180/7
**heart [3]** 29/15
106/12 145/17
**hearts [1]** 192/20
**heavens [1]**
188/10
**heavy [3]** 30/17

60/10 105/12
**Hello [4]** 115/23
115/24 124/19
130/15
**helm [1]** 17/16
**helper [1]** 268/12
**helpful [1]** 246/15
**Hendry [1]** 95/17
**here's [1]** 170/1
**hereby [2]** 211/20
274/15
**hesitate [1]** 24/2
**hesitation [5]**
30/25 31/10 81/3
123/24 133/3
**Hi [5]** 54/24 94/1
97/17 108/15
120/23
**hidden [1]** 265/12
**hide [2]** 257/21
265/15
**hiding [4]** 264/4
264/7 265/9
265/12
**Highlands [3]**
95/8 95/10 133/13
**highlighted [1]**
228/10
**highly [2]** 164/3
186/20
**Highway [1]**
274/20
**hired [3]** 90/10
137/17 194/5
**hiring [2]** 138/4
138/7
**history [2]** 55/10
273/7
**hit [2]** 175/12
259/20
**hitting [1]** 259/21
**hold [18]** 23/11
32/2 32/10 35/22
44/21 60/13 69/16
87/13 103/23
109/5 114/10
116/2 126/18
140/24 162/20
256/16 259/8
259/8
**holder [1]** 255/23
**Holloran [3]**
27/13 187/1

187/10
**home [10]** 54/17
81/13 81/15 82/20
85/3 85/3 101/8
115/9 121/4
248/15
**Homeland [10]**
3/12 26/2 27/2
27/17 122/1
197/25 198/2
228/15 229/21
229/23
**homes [2]** 60/21
130/23
**homicide [1]**
132/13
**honest [5]** 38/24
122/5 140/19
142/1 168/19
**honestly [3]**
250/25 251/7
252/10
**honesty [3]** 38/25
136/24 249/15
**Honor [191]** 3/7
3/11 3/20 4/7 4/18
4/20 4/24 5/2 5/23
7/2 7/16 8/10 8/11
8/19 9/4 9/11 9/21
10/17 11/3 12/5
12/15 12/25 13/5
13/22 14/4 14/9
14/11 14/23 15/8
15/16 15/22 15/23
16/24 17/1 17/12
17/15 17/18 17/22
17/22 18/4 18/24
19/1 19/10 19/21
19/23 20/1 26/25
27/21 47/20 75/13
75/16 75/24 76/2
76/5 76/9 78/12
78/24 79/1 79/14
89/8 115/19
134/22 139/11
141/3 146/19
146/22 148/1
148/3 148/17
148/21 149/3
149/6 149/9
149/12 149/15
149/23 150/8
150/18 151/12

# H

**Honor... [112]**
152/3 152/18
152/19 153/2
153/6 153/8
153/11 153/21
153/25 154/11
154/15 154/23
155/2 155/4
155/10 155/14
155/22 156/5
156/9 156/17
156/21 157/4
157/8 157/16
157/21 158/2
158/9 158/19
159/11 159/17
162/14 163/1
163/9 163/21
164/2 165/1
165/12 165/20
165/25 166/18
166/19 168/18
169/18 170/5
170/16 171/2
171/10 171/10
172/11 172/15
172/22 173/1
173/11 173/16
181/8 197/3
197/11 202/25
203/12 203/17
204/12 204/19
205/13 207/20
207/25 208/12
208/19 208/25
209/6 209/16
209/22 210/1
210/3 210/24
211/13 211/17
220/10 220/18
220/21 220/25
222/24 227/13
228/1 237/19
238/5 243/9
251/10 251/22
255/7 260/13
261/4 261/8 262/1
262/4 262/5 262/9
265/21 265/25
266/12 268/20
269/1 269/11

270/25 271/4
271/9 271/12
271/16 272/22
272/25 273/20
274/5 274/10
**Honor's [3]**
150/24 172/1
172/15
**HONORABLE [1]**
1/11
**hope [3]** 50/10
140/6 173/20
**hopefully [2]**
125/24 205/9
**hoping [1]** 216/19
**Horse [1]** 60/15
**Hospice [2]** 65/22
67/9
**hospital [5]** 54/11
54/12 54/13 97/2
121/3
**hostility [1]** 11/16
**hours [4]** 102/10
161/15 200/22
264/15
**house [4]** 50/20
193/15 195/23
239/20
**housewife [1]**
101/7
**HR [1]** 113/13
**HSI [9]** 27/2 27/17
188/25 197/20
197/24 197/24
198/7 198/8
198/14
**huh [1]** 146/9
**human [1]** 114/11
**Humanity [1]** 50/2
**hundred [1]**
218/2
**hundred percent
[1]** 218/2
**husband's [4]**
47/7 53/6 87/9
127/21
**HVAC [1]** 105/1

# I

**I-N-D-E-X [1]** 2/1
**ICE [7]** 27/5 189/1
198/4 198/5 198/6
198/6 198/15

**ID [8]** 253/15
**identification [12]**
165/21 201/13
203/22 220/13
221/16 223/3
242/19 253/10
253/20 261/14
264/22 266/4
**identities [1]**
189/3
**ignore [2]** 175/23
176/2
**ignores [1]** 186/9
**III [1]** 1/10
**illegal [14]** 34/16
122/3 140/5 166/7
182/14 185/18
190/15 191/7
191/9 233/23
240/20 244/4
247/6 253/13
**illegally [4]** 25/6
38/8 38/12 117/15
**illegals [1]** 149/16
**illuminate [1]**
252/21
**image [2]** 204/23
253/4
**imagine [4]** 21/4
185/17 188/5
193/10
**immediately [4]**
186/4 186/10
186/11 187/2
**immigrants [2]**
117/15 122/3
**immigration [14]**
10/19 11/5 11/15
11/17 27/4 135/8
136/11 184/4
198/4 198/8 227/1
227/2 228/13
273/3
**immunity [1]**
215/13
**impact [49]** 45/24
47/8 53/7 53/20
58/17 59/24 63/11
67/20 68/4 69/6
71/20 72/9 72/13
76/7 77/12 77/24
86/2 86/12 87/10
87/24 88/24 92/8

93/1 94/13 95/11
95/20 100/21
104/18 106/17
107/24 108/6
110/10 110/16
112/10 115/13
117/5 117/11
119/5 120/16
123/19 127/1
127/22 128/14
128/18 130/9
131/23 132/24
133/17 134/9
**impairments [1]**
28/21
**impartial [79]**
11/21 12/12 23/4
23/22 35/1 41/19
45/25 47/9 47/12
49/16 51/13 53/8
53/20 56/7 58/18
59/24 62/1 63/12
64/17 67/21 68/4
69/7 70/15 71/21
72/9 74/7 76/8
77/13 77/25 80/25
83/23 84/1 86/3
86/13 87/11 87/24
88/25 90/22 92/8
93/1 94/13 95/12
95/21 96/11 98/19
100/21 104/19
105/5 107/25
108/6 110/10
110/16 112/1
112/10 113/22
115/13 115/18
117/5 117/12
119/5 120/17
123/25 124/9
127/1 127/23
128/15 130/9
131/20 131/23
133/18 134/10
134/13 136/18
140/3 140/21
143/20 150/22
151/1 151/2
**impartially [1]**
30/23
**impeaching [1]**
271/25
**impede [1]**

134/13
**import [1]** 215/2
**importance [2]**
160/14 179/25
**imposition [1]**
40/23
**impossible [2]**
8/1 34/22
**impress [1]**
160/14
**impression [1]**
180/13
**imprisonment [3]**
222/3 222/6 226/1
**improperly [1]**
178/7
**inability [1]**
150/10
**inadequate [1]**
21/11
**inauthentic [2]**
5/7 164/18
**incapable [3]**
28/22 58/17 150/5
**incarceration [1]**
224/4
**incidentally [2]**
15/1 198/23
**incidents [2]**
138/17 178/6
**inclined [2]** 272/6
272/18
**inclusive [1]** 7/25
**incoherently [1]**
186/8
**increased [1]**
251/5
**incredibly [1]**
42/7
**indeed [2]** 29/25
166/4
**INDEX [1]** 2/15
**Indian [2]** 48/8
93/17
**Indiana [1]** 50/23
**indictment [26]**
7/15 24/14 24/17
24/18 24/24 25/5
28/25 29/2 29/2
29/4 29/9 29/22
34/19 174/8 177/2
182/20 182/24
183/2 183/4

# I

**indictment... [7]**
183/11 191/25
192/1 211/23
212/2 212/5 212/8
**indictments [1]**
193/11
**indirect [2]**
174/19 174/23
**indirectly [1]**
174/17
**indispensable [1]**
21/3
**individual [14]**
17/6 24/25 41/15
77/12 145/14
151/13 183/15
187/8 201/9 201/9
221/8 254/13
273/3 273/11
**individually [6]**
148/8 148/9 182/7
182/23 211/22
212/1
**individuals [20]**
8/7 26/13 28/2
65/3 67/5 67/6
94/7 95/20 111/25
159/23 160/2
181/20 182/19
183/3 186/15
200/3 200/4
202/14 212/7
225/3
**industry [9]** 44/2
58/8 74/25 75/20
89/18 121/17
124/20 126/7
127/14
**ineligible [1]**
228/14
**inflate [2]** 250/3
250/6
**influence [1]**
178/7
**influenced [2]**
23/7 23/10
**information [9]**
22/10 171/18
177/25 178/5
179/6 179/7 179/9
201/11 216/17

**initial [5]** 165/1
188/10 238/1
238/3 243/16
**initially [5]** 5/8
151/22 164/12
164/15 239/4
**initials [8]** 204/6
204/8 238/8 239/9
251/15 252/22
253/2 261/20
**inland [1]** 258/13
**inlet [16]** 185/7
185/11 185/23
237/7 244/20
245/4 245/22
257/3 258/20
258/22 259/7
267/24 267/25
268/3 268/4 268/6
**inmate [1]** 225/12
**inmates [1]** 85/24
**innocence [5]**
29/16 29/20 31/17
142/7 177/8
**innocent [7]** 30/1
30/3 36/14 135/24
136/10 142/4
177/1
**inquire [2]** 11/19
146/16
**inquired [1]** 152/5
**insight [1]** 139/5
**inspect [2]** 187/6
202/12
**inspected [1]**
206/4
**inspecting [1]**
206/10
**inspection [1]**
202/3
**Instagram [1]**
179/1
**instance [1]**
175/11
**instant [1]** 178/20
**instead [2]** 186/7
231/18
**instruct [4]** 21/12
41/20 176/6 181/2
**instructed [9]**
17/5 23/7 37/16
39/3 40/21 84/5
123/21 137/19

193/10

**instructing [1]**
162/18
**instruction [9]**
4/8 5/9 5/16 13/9
13/11 30/14 31/2
31/3 272/14
**instructions [18]**
2/9 140/8 150/22
152/9 160/20
162/5 162/10
173/23 174/1
174/4 174/5
176/22 177/15
177/19 177/21
181/5 189/25
260/23
**instructor [1]**
73/2
**instructs [1]** 41/9
**insurance [3]**
59/3 69/24 94/23
**intake [1]** 85/24
**integral [1]**
160/15
**integrity [1]** 24/8
**intend [1]** 9/16
**intended [9]**
23/21 23/22
166/12 167/25
168/20 171/13
183/8 189/9
257/10
**intending [2]** 8/9
195/4
**intends [2]** 5/11
26/18
**intent [3]** 164/25
191/1 194/19
**intention [2]**
164/5 166/14
**intentionally [2]**
183/13 190/19
**interaction [2]**
107/23 131/19
**intercepted [1]**
200/2
**interdicted [1]**
186/21
**interest [2]** 33/11
176/17
**interested [1]**
233/21

**interiors [1]**
60/21
**intern [2]** 91/21
92/1
**internal [2]** 62/16
94/22
**internet [7]** 162/2
162/3 178/12
178/16 178/19
178/25 179/8
**internship [1]**
92/7
**interpreter [1]**
218/1
**interrupt [2]**
223/23 225/16
**interviewed [4]**
166/5 182/5
188/13 206/11
**interviews [1]**
182/9
**intra [1]** 168/21
**intra-Bahama [1]**
168/21
**Intracoastal [2]**
244/11 245/4
**introduce [13]**
5/12 5/13 14/24
15/8 21/14 25/14
25/21 164/8
171/23 208/23
209/18 211/1
271/24
**introduced [8]**
26/14 189/1 233/2
233/20 234/12
236/6 240/12
270/6
**introduces [1]**
5/15
**introducing [1]**
171/13
**introductions [1]**
234/21
**investigation [3]**
187/12 207/6
270/3
**Investigations [5]**
3/12 26/2 27/2
27/17 197/25
**investigative [1]**
198/8
**investigator [1]**

132/13

**investigators [3]**
198/11 198/12
198/14
**investments [1]**
232/10
**inviting [1]**
191/15
**involvement [2]**
110/1 131/19
**iPhone [1]** 189/24
**ish [1]** 257/9
**island [5]** 127/9
136/10 167/25
168/22 238/24
**islands [3]** 232/8
266/7 267/8
**issue [24]** 5/2
5/18 5/19 6/20 7/3
12/4 16/7 96/6
135/5 137/13
142/25 164/10
164/16 166/1
166/16 166/23
170/22 172/5
178/17 182/13
195/2 241/25
268/21 274/4
**issued [1]** 139/15
**issues [12]** 7/12
11/14 16/5 18/17
23/5 136/11 163/7
163/18 170/24
173/8 208/10
232/17
**item [7]** 176/6
203/4 204/9
221/13 227/18
260/17 261/15
**items [3]** 201/22
203/25 251/15

---

# J

**J-A-S-O-N [1]**
27/10
**jacket [6]** 7/6 7/9
243/6 249/3 249/7
259/13
**jackets [3]** 248/24
248/25 249/1
**jail [7]** 123/14
135/24 136/4
136/6 136/13

**J**

**jail... [2]** 219/10
223/22
**Jamaica [1]** 40/2
**James [2]** 27/13
187/1
**January 2017 [1]**
117/24
**Jason [3]** 27/10
102/1 185/13
**Jasperson [1]**
114/5
**jeans [1]** 243/5
**Jerrine [4]** 74/18
159/5 159/5 160/5
**jetty [1]** 186/1
**jigsaw [2]** 184/14
184/15
**job [25]** 22/2
37/11 50/5 59/2
73/7 84/22 95/1
95/2 96/6 103/18
108/23 111/8
114/10 116/1
121/6 122/25
130/20 143/8
144/9 198/24
206/19 232/24
233/17 233/21
264/14
**jobs [29]** 44/1
44/21 48/7 56/4
57/6 60/13 60/22
66/16 69/2 69/16
71/3 71/10 75/9
82/8 85/1 87/13
91/9 97/20 97/22
99/14 101/8
103/23 105/18
109/5 111/6
119/17 121/1
121/16 126/18
**JOHN [4]** 1/14 3/7
25/23 212/11
**joined [2]** 25/25
117/23
**Joseph [1]** 46/8
**Josh [4]** 27/1
181/12 188/25
199/23
**Joshua [2]** 3/18
26/1

**journey [2]**
239/24 255/3
**joyfully [2]**
108/19 109/3
**Jr [2]** 159/9 160/7
**judge [56]** 1/12
6/11 6/21 8/5 10/4
15/12 16/12 18/2
18/14 19/8 20/14
23/15 32/16 33/1
34/1 35/21 38/13
39/3 40/24 134/23
135/17 140/8
140/20 143/15
143/23 143/24
145/10 146/20
149/17 154/3
163/11 163/23
164/3 190/12
191/15 191/18
191/18 191/20
192/9 208/14
217/16 217/17
217/18 217/19
219/20 219/22
219/23 220/3
220/6 222/18
223/6 226/4 226/9
226/15 271/23
272/5
**judged [2]** 37/14
144/22
**judges [4]** 23/14
23/18 35/7 143/25
**judging [1]** 33/24
**judgment [7]** 11/1
12/9 35/11 35/19
135/3 144/7 220/5
**Julie [1]** 126/4
**jump [1]** 263/22
**jumping [1]**
149/16
**juncture [1]** 170/9
**juries [1]** 107/9
**juror [251]** 22/6
24/9 28/22 35/1
35/24 36/1 36/2
36/5 36/11 37/5
37/6 37/21 38/2
38/4 39/2 39/11
39/16 39/20 39/21
40/1 41/3 41/24
43/17 44/11 46/6

46/6 46/7/9 47/9
47/12 47/14 47/23
49/16 49/19 49/24
51/13 51/20 51/21
53/8 53/20 54/5
54/23 54/23 54/24
56/7 56/13 56/14
56/15 58/18 58/23
60/5 62/1 62/7
63/12 64/18 65/18
67/21 68/9 69/7
70/15 70/21 71/21
72/10 72/19 74/8
74/11 74/13 76/8
76/15 77/13 78/8
79/16 81/1 81/11
84/12 86/3 86/13
86/18 87/11 89/6
91/3 92/9 93/1
93/9 94/13 94/16
94/19 95/12 96/18
96/18 97/16 98/20
99/3 100/22 101/3
101/21 103/11
104/19 105/5
105/10 107/6
107/25 108/7
108/14 110/23
112/2 112/11
112/16 113/22
114/3 115/14
115/18 117/12
117/20 119/6
119/11 120/17
120/22 122/17
122/19 124/15
126/3 126/4 127/2
127/23 128/18
128/24 129/2
130/15 131/24
132/5 134/13
135/1 135/1 135/1
135/1 135/16
135/23 137/3
137/12 139/24
143/9 143/10
143/17 143/18
143/20 148/15
148/19 148/23
149/2 149/4 149/6
149/7 149/11
149/13 149/15
149/22 150/1

150/4 150/9
150/13 151/8
151/12 152/3
152/4 152/14
153/1 153/9
153/12 153/14
153/15 153/16
153/18 153/20
153/22 153/23
154/2 154/2
154/4 154/5 154/6
154/8 154/13
154/14 154/16
154/19 154/21
154/22 155/1
155/3 155/5 155/7
155/9 155/11
152/12 155/13
155/15 155/18
155/21 155/23
155/25 155/25
156/2 156/4 156/8
156/10 156/12
156/13 156/14
156/18 156/18
156/20 156/22
156/24 156/24
157/1 157/3 157/5
157/5 157/7 157/9
157/11 157/12
157/13 157/15
157/17 157/18
157/19 157/20
157/24 158/1
158/3 158/3 158/7
158/12 159/1
159/1 159/2 159/2
159/3 159/4 159/4
159/6 159/6 159/6
159/7 159/7 159/8
159/9 160/9
177/25 204/24
**Juror Number 4
[1]** 154/2
**juror's [1]** 152/15
**jurors [41]** 10/13
10/18 13/3 14/8
14/10 16/3 16/7
19/5 19/6 19/24
20/3 22/16 22/22
23/17 25/16 26/22
32/7 32/15 37/23
39/1 39/13 41/2

77/6 78/22 79/3
79/13 142/25
146/18 152/24
158/15 158/25
159/14 163/4
169/21 174/4
177/18 179/11
179/13 179/17
180/5 205/14
**jurors' [1]** 12/12
**jury [152]** 1/11
2/8 2/9 4/11 7/19
7/25 8/24 10/22
10/22 13/25 19/12
19/20 20/22 21/6
21/9 22/10 23/4
23/23 24/6 24/7
24/11 28/11 29/6
30/5 30/15 32/4
34/6 34/22 36/16
37/24 40/24 41/6
45/12 45/17 45/25
46/22 48/24 50/25
52/23 55/18 57/17
57/25 59/15 61/7
63/19 64/7 64/10
67/23 70/11 71/23
73/15 75/22 76/17
76/18 76/22 80/15
82/21 85/9 88/1
88/13 89/25 92/13
93/25 95/23 97/9
100/8 103/3
104/10 104/22
106/23 107/3
109/10 109/17
111/14 112/4
113/14 115/2
116/17 119/2
120/9 124/2
125/18 127/25
128/7 129/21
131/11 133/20
134/23 141/25
142/16 142/21
143/3 143/21
144/15 144/22
147/3 147/5 147/8
147/15 148/23
153/4 159/15
159/23 160/2
160/11 160/15
160/19 160/19

**J**

**jury... [44]** 160/22
161/3 161/4 161/6
161/13 163/5
163/16 169/4
172/18 173/5
173/13 173/18
174/1 174/6
177/17 178/8
180/5 180/9 181/3
181/11 185/19
192/10 192/18
192/18 192/20
192/24 193/1
193/11 197/23
208/5 208/6
209/10 209/19
210/2 210/8 211/4
233/19 235/14
243/4 255/13
255/21 269/21
270/18 270/19
**justice [4]** 29/15
131/19 160/16
221/8
**justification [1]**
169/6
**Justin [1]** 8/14

**K**

**K-9 [1]** 132/12
**K-I-M-B-A-L-L [1]**
27/7
**K-R-O-M-E [1]**
226/25
**Kaiser [2]** 101/10
101/10
**Kaufflin [1]** 35/13
**Kelly [1]** 105/15
**Kennedy [4]**
86/20 88/24 159/7
160/6
**Kenneth [1]**
105/12
**kicked [1]** 231/13
**kidnap [1]** 256/21
**kidnapped [2]**
168/24 188/8
**kids [2]** 121/4
122/8
**kilograms [2]**
183/24 219/16
**kilos [1]** 215/10

**Kimball [2]** 27/6
185/13
**kinds [1]** 99/8
**kitchen [1]** 253/6
**kneeling [2]**
260/24 262/24
**knife [1]** 83/4
**knowing [8]** 25/2
136/9 136/13
145/2 169/4
169/16 184/11
186/6
**knowingly [2]**
25/7 181/24
**Kohler [1]** 101/11
**Kristin [1]** 93/11
**Krome [2]** 226/22
226/25

**L**

**L-U-B-I-N [2]**
187/9 254/17
**labor [1]** 119/13
**Lack [1]** 232/7
**Lacy [1]** 51/21
**ladies [26]** 20/7
20/13 25/23 26/8
134/23 146/25
159/20 161/2
161/14 173/20
179/21 181/11
182/1 185/4
190/10 191/13
192/10 204/22
208/3 211/6
227/21 235/14
243/3 244/18
269/12 269/19
**lady [2]** 36/4
205/4
**Laliberte [1]**
72/21
**land [4]** 200/19
248/12 259/1
259/3
**landmark [1]**
263/9
**Landscape [1]**
123/3
**landscaping [1]**
62/24
**Lang [5]** 74/18
76/7 159/5 159/5

160/10
**language [4]**
28/18 59/8 97/17
218/8
**large [5]** 129/6
185/21 200/7
200/9 231/11
**Largo [1]** 132/12
**Las [1]** 1/19
**laser [1]** 139/4
**late [4]** 87/23
127/18 127/21
219/2
**Latin [1]** 23/1
**latitude [1]** 12/1
**Lauberte [2]**
159/4 160/5
**Lauderdale [3]**
1/19 85/15 219/9
**laundering [1]**
4/23
**Lauren [1]** 119/13
**law [156]** 23/5
23/7 30/1 30/8
31/4 31/11 31/16
32/12 33/21 34/2
34/5 34/9 39/4
39/15 40/7 40/25
41/8 41/9 41/10
41/12 41/20 42/6
42/20 42/23 45/15
49/2 49/3 49/4
49/9 51/2 53/3
55/20 56/24 57/8
57/10 59/9 60/16
65/1 65/11 65/12
66/19 66/21 66/23
66/25 67/6 67/19
69/2 70/1 71/12
71/14 71/17 72/14
73/9 73/10 73/13
75/11 75/15 75/15
77/4 77/20 80/10
80/13 82/1 82/11
82/14 82/15 82/16
84/5 84/24 85/11
85/14 85/22 85/24
87/17 87/20 87/21
88/25 90/3 90/12
90/18 92/22 93/2
93/20 93/22 95/14
95/16 98/11 98/13
100/1 104/5 104/7

106/20 107/20
108/2 109/5 109/7
110/17 111/17
111/25 113/6
113/9 114/22
114/24 116/21
118/10 118/18
120/3 120/7 121/8
121/14 123/4
123/13 123/17
123/18 123/21
125/4 125/13
125/15 126/24
127/17 127/21
129/8 129/14
129/16 130/24
131/6 131/8 132/9
132/10 132/23
132/24 133/1
133/8 133/14
133/15 134/3
137/5 142/5
144/25 145/3
151/15 151/19
174/9 174/10
174/11 174/21
177/18 178/17
179/10 179/11
179/23 181/3
191/19 196/20
263/13 264/6
**law's [1]** 87/23
**lawn [1]** 58/6
**laws [6]** 10/19
11/5 11/15 21/7
135/8 179/17
**lawyer's [1]**
175/10
**lay [2]** 255/18
272/7
**laying [2]** 256/2
262/23
**lead [1]** 179/20
**leadership [2]**
70/25 71/1
**leads [2]** 133/19
133/22
**learn [2]** 193/19
218/3
**learned [1]** 218/4
**lectern [1]** 192/7
**Ledonia [1]** 39/21
**left-hand [7]**

238/9 239/10
243/17 253/2
255/22 261/22
261/23
**leftover [1]** 31/7
**legal [6]** 23/1
163/7 163/18
168/2 182/16
198/25
**legally [4]** 42/9
177/10 186/12
198/24
**legitimate [1]**
166/25
**legs [2]** 188/6
252/15
**length [2]** 61/12
161/16
**lengthy [1]** 7/21
**Leodina [1]** 152/3
**Leonard [4]** 60/6
132/7 159/3 160/4
**letter [16]** 164/8
170/25 171/1
171/3 171/8
171/17 172/2
172/5 191/14
215/11 215/12
215/19 215/21
215/23 216/5
216/8
**letting [1]** 4/11
**Liana [2]** 37/8
96/24
**Libasci [1]** 8/10
**library [1]** 178/19
**license [1]** 242/17
**licensed [3]**
74/20 97/19
193/24
**lied [1]** 216/1
**life [25]** 40/2 40/4
81/14 106/13
121/2 122/3 140/4
143/22 221/22
225/25 230/16
236/16 245/3
248/23 248/25
249/1 249/1 249/3
249/7 249/13
249/19 249/24
249/25 250/24
268/5

**L**

light [7]  33/14
176/20 186/19
252/11 252/12
252/20 259/20
lights [5]  185/10
258/19 263/20
263/21 263/21
likelihood [1]
164/17
limit [1]  90/10
limited [5]  147/24
150/6 176/5 176/7
176/8
limits [1]  139/20
Linda [1]  108/15
Lindsey [1]  54/24
lined [2]  13/21
79/3
lines [3]  31/6
179/5 255/8
linier [1]  185/1
list [21]  4/21 8/8
8/11 16/13 16/18
17/2 17/3 17/7
17/8 17/11 17/13
17/19 18/3 18/4
152/4 159/10
164/12 172/7
173/1 175/2
271/15
listen [12]  26/22
140/8 142/22
151/3 160/1
178/14 182/4
182/8 191/23
194/1 194/4
269/24
listening [2]
136/22 191/21
litigants [1]  21/1
LI [1]  22/19
load [3]  186/22
240/20 246/15
loaded [2]  247/9
248/10
loan [3]  56/17
56/19 114/8
loans [1]  80/1
local [2]  50/7
74/21
location [3]

178/13 237/4
266/22
locations [1]  6/23
locked [1]  213/20
logistical [1]  7/12
longtime [1]
117/24
Lori [1]  112/18
Los [1]  105/2
loud [10]  12/18
13/3 15/11 26/18
31/2 141/11
158/24 159/22
160/21 172/21
loved [1]  188/1
loving [1]  117/15
Lowe's [1]  102/2
lower [4]  238/9
239/10 243/16
253/2
LP [2]  183/1
212/4
Lubin [9]  187/8
196/15 254/14
254/19 254/22
256/20 257/14
260/4 268/8
Lucie [19]  63/2
63/11 63/23 65/5
65/6 70/24 77/8
77/21 81/18 97/2
99/17 125/6 185/7
237/7 245/1 245/4
257/3 267/24
267/25
lunch [8]  161/1
161/15 162/7
162/9 163/12
163/13 173/21
177/18
lunchtime [1]
13/25
Lydia [3]  44/11
159/1 160/3
Lynn [2]  160/3
160/7

**M**

MA [1]  62/16
Mac [2]  217/11
217/11
magazine [1]
117/25

maib [2]  75/3
178/25
mailbox [1]
191/14
mailing [1]  188/1
main [1]  14/22
mainly [1]  94/23
maintenance [1]
130/21
major [2]  114/16
124/20
man [16]  181/19
188/9 189/17
189/17 194/23
214/3 218/21
218/22 233/17
259/14 259/14
259/17 259/17
260/22 260/22
273/7
manage [1]  56/17
managed [2]  80/4
116/3
management [6]
84/14 84/16 85/4
119/18 128/12
131/4
manager [22]
44/14 44/18 46/8
46/21 47/21 47/25
59/3 62/24 66/1
66/2 66/6 66/16
69/14 69/16 94/22
103/20 103/25
114/11 114/16
127/9 131/5
132/21
managers [1]
58/8
managing [2]
48/4 99/9
manifests [1]
167/22
manner [3]  33/10
176/16 232/3
manufacture [1]
166/17
manufactured [1]
130/23
manufacturer [1]
114/17
manufacturing [1]
167/14

map [4]  266/5
266/6 266/7 267/4
maps [1]  178/12
March 15th [1]
219/13
Maria [2]  38/3
101/5
Marie [1]  152/4
marijuana [1]
256/11
marina [18]
124/20 125/2
236/23 244/6
244/10 244/13
244/21 247/5
247/18 248/9
248/9 248/10
248/16 249/23
256/4 257/15
257/24 257/25
marine [5]  27/8
27/12 69/23 69/23
232/10
Marisa [1]  21/18
maritime [1]
200/8
marker [1]  263/9
marketing [6]
50/1 50/15 52/4
57/4 57/5 57/7
married [45]
44/23 46/15 48/15
50/17 52/7 55/12
57/1 59/4 60/18
62/17 66/3 69/9
71/6 73/3 75/4
80/6 82/4 85/5
87/4 89/21 91/11
93/18 95/3 97/5
97/25 99/19
101/14 102/22
104/1 105/25
106/12 108/25
111/10 112/25
114/13 116/10
118/12 119/19
121/10 123/6
125/9 127/4
129/10 131/1
132/18
Marshal [4]  6/1
6/16 270/22
270/25

Marshal's [2]
221/9 221/10
MARTIN [12]  1/18
1/18 3/21 26/9
27/14 46/20
123/14 123/16
138/20 185/8
187/1 212/13
Mast [1]  50/21
masters [3]  48/13
91/25 97/24
material [5]  164/4
182/20 182/24
211/24 212/3
Math [1]  123/11
Mattel [1]  114/21
matter [33]  4/2
5/19 7/11 22/13
26/1 45/20 47/2
49/12 53/14 61/23
64/13 67/25 70/15
72/5 74/2 76/1
83/1 86/6 104/12
107/19 113/16
118/21 120/11
128/12 165/1
170/22 181/13
181/18 225/17
257/11 265/18
267/11 274/17
matters [4]  4/2
110/13 138/11
163/8
Matthew [1]
70/22
May 29th [1]
224/16
McCrae [2]
214/19 215/15
McMILLAN [88]
1/14 2/12 2/18
2/21 3/8 3/14 3/19
4/5 7/1 7/13 8/9
9/2 9/20 10/15
11/8 12/4 13/9
14/21 15/15 16/18
18/3 18/23 19/20
25/24 26/20 26/21
26/24 27/22 77/17
134/20 139/10
147/25 148/6
149/1 149/5
149/21 150/2

# M

**McMILLAN... [51]**
150/16 151/10
151/24 152/2
152/25 153/9
153/18 153/24
154/8 154/14
154/22 155/3
155/9 155/13
155/21 156/4
156/8 156/16
156/20 157/3
157/7 157/15
157/19 158/1
158/7 158/18
159/10 162/13
163/8 163/20
164/24 165/24
170/21 171/1
172/20 173/14
181/6 181/7 192/3
197/2 208/8
209/13 209/18
212/12 217/13
227/20 227/23
271/3 272/9
272/19 274/3
**meanwhile [1]**
198/15
**mechanic [3]**
105/13 117/1
127/10
**mechanism [2]**
165/7 200/11
**media [3]** 162/3
178/17 179/3
**medical [4]** 37/19
106/4 106/6
106/17
**medicine [2]**
62/16 94/22
**meeting [4]** 237/5
242/1 242/6
245/17
**member [21]**
45/14 45/20 47/2
49/1 49/12 53/13
55/24 59/19 59/19
61/19 61/22 64/13
68/1 70/8 72/5
83/1 86/6 96/3
96/3 131/15 178/8

**members [26]**
21/1 24/2 43/12
58/13 69/25 71/16
74/4 80/22 85/13
87/20 90/2 92/20
100/4 100/17
109/22 111/16
113/8 113/19
118/24 120/13
124/6 127/16
130/3 133/7
161/21 232/16
**memorize [1]**
221/18
**memory [5]** 33/10
176/16 180/11
180/12 180/13
**Meno [4]** 120/25
139/24 141/15
150/13
**merely [2]** 29/22
167/12
**message [3]**
167/10 167/12
169/7
**messages [15]**
5/3 5/6 18/7
163/25 164/11
164/16 166/4
166/18 166/21
168/13 170/12
170/20 178/25
271/20 272/10
**Metro [1]** 116/14
**Mexican [1]**
196/20
**Miami [10]** 86/25
87/8 88/6 223/21
223/21 223/25
224/2 225/5 227/2
227/5
**mic [3]** 42/11 67/2
117/6
**Michael [1]** 8/10
**Michelle [1]** 94/21
**Michigan [5]**
56/18 57/16 57/17
106/3 106/5
**microphone [11]**
6/25 39/2 39/18
102/7 118/16
123/15 141/8
141/10 149/18

164/21 210/21
**middle [4]** 133/13
185/25 255/14
255/17
**Middletown [1]**
118/8
**midnight [1]**
166/22
**mile [1]** 139/7
**miles [6]** 190/22
191/6 244/16
244/16 244/19
258/12
**military [24]**
46/24 53/17 56/1
59/13 61/9 61/14
72/2 73/17 80/17
82/23 86/9 88/15
92/15 94/2 95/25
98/8 100/6 105/19
105/23 107/5
130/6 133/21
133/23 133/23
**MILLER [5]** 1/23
21/22 22/1 274/18
274/19
**mine [1]** 234/11
**minimizes [1]**
193/23
**minister [5]** 42/1
42/12 42/16 116/1
151/13
**ministry [3]** 42/15
116/5 117/11
**minus [1]** 18/13
**Miranda [6]** 44/11
46/3 159/1 160/3
182/7 190/4
**misdemeanor [1]**
139/2
**mission [1]** 258/8
**misspoke [1]**
96/17
**mistake [1]**
145/21
**misunderstood
[1]** 171/5
**MLB [1]** 105/1
**mom [2]** 73/23
258/11
**moment [20]** 16/4
16/16 25/15 34/3
35/4 36/8 54/1

76/13 77/15
101/20 192/4
192/5 192/6 197/6
203/6 214/3
217/22 227/20
265/21 269/6
**moments [3]** 5/18
6/2 24/16
**Monday [1]**
236/18
**monitor [3]**
204/24 205/6
205/10
**Monroe [2]**
126/11 126/21
**month [1]** 230/13
**months [8]** 50/4
54/15 125/5 218/4
220/4 222/8
226/13 226/15
**Morris [4]** 36/10
54/9 135/23
144/14
**Morris-Clarke [3]**
36/10 54/9 144/14
**mortgage [4]**
56/17 56/19 114/8
235/25
**mostly [2]** 52/6
105/24
**mother [5]** 85/15
85/17 95/17
141/21 232/20
**mother's [1]** 86/1
**motion [6]** 216/13
216/14 217/2
217/3 217/14
226/4
**motions [1]**
203/11
**motivation [3]**
168/4 169/6
272/12
**motor [1]** 60/21
**Motto [8]** 62/9
64/18 64/21 65/15
77/3 78/5 78/13
137/3
**mouth [2]** 182/3
190/5
**Mr [51]** 2/12 2/13
2/18 2/19 2/21 7/1
8/9 41/25 43/4

58/25 78/3 142/15
153/9 165/24
171/6 172/20
184/5 193/20
195/3 195/11
196/19 208/8
208/10 209/4
209/7 209/13
209/24 210/10
210/19 210/25
213/6 219/2 221/3
223/2 225/16
227/16 228/5
230/14 237/6
238/8 243/12
249/25 251/13
252/2 253/7
259/24 261/13
262/12 266/3
269/2 270/20
**Mr. [272]** 3/14
3/17 3/19 3/21
3/23 3/24 4/5 4/15
4/25 5/21 5/22 6/3
6/19 6/24 7/13 8/3
8/17 8/21 9/2 9/5
9/20 10/3 10/7
10/15 11/7 11/8
12/4 12/19 13/9
14/15 14/21 15/10
15/15 15/18 16/11
16/18 18/3 18/11
18/23 18/25 19/7
19/20 19/22 25/13
26/6 26/20 26/21
26/24 27/22 51/15
58/20 72/16 73/23
77/17 78/25 90/21
103/10 105/4
117/17 130/11
132/1 132/5
134/15 134/20
135/16 137/12
139/10 140/11
141/5 142/7
143/14 144/8
144/21 146/12
147/25 148/2
148/6 148/16
148/20 149/1
149/5 149/10
149/14 149/21
150/2 150/7

# M

Mr.... [186]
150/11 150/16
151/10 151/16
151/24 151/25
152/2 152/10
152/25 153/7
153/12 153/16
153/18 153/24
154/1 154/6 154/8
154/14 154/16
154/22 155/1
155/3 155/5 155/7
155/9 155/11
155/13 155/15
155/18 155/21
155/23 156/2
156/4 156/8
156/10 156/14
156/16 156/20
156/22 157/1
157/3 157/7 157/9
157/13 157/15
157/19 157/20
157/24 158/1
158/7 158/12
158/18 158/20
159/2 159/3 159/5
159/10 159/12
162/13 163/8
163/10 163/20
163/22 164/8
164/14 164/22
164/24 170/7
170/14 170/21
171/1 171/4
171/20 172/9
172/20 173/8
173/14 181/6
181/7 184/8
187/25 188/16
191/2 192/3 192/4
193/18 193/22
194/3 194/5 194/9
194/12 195/18
195/20 195/25
196/2 196/4 196/9
197/1 197/2
199/23 200/5
204/15 205/18
207/22 208/1
208/13 208/17

209/18 209/25
212/19 213/16
213/17 213/20
213/22 217/11
220/20 221/3
227/20 227/23
230/25 231/3
234/12 236/10
237/6 237/16
239/10 239/25
240/5 240/6 240/9
240/12 240/13
240/21 240/23
241/20 242/3
242/5 242/5
242/18 242/18
243/15 244/7
245/12 245/13
247/12 247/13
247/15 247/16
248/8 248/17
249/9 253/19
253/19 253/22
254/10 255/17
255/18 256/1
256/20 257/14
258/5 258/21
260/4 261/10
262/2 262/15
264/18 265/5
266/14 266/25
267/18 268/7
268/18 268/24
269/5 271/3
271/15 271/18
271/21 272/4
272/9 272/13
272/19 273/18
274/3 274/7

Mr. Allesandrello
[1]  130/11
Mr. Arjuna [1]
159/2
Mr. Collins [1]
105/4
Mr. Decker [1]
155/11
Mr. Eliazer [1]
230/25
Mr. Francisco [3]
90/21 137/12
157/20
Mr. Garcia's [1]

2313.10

Mr. Gully [10]
234/12 240/5
240/6 240/23
242/5 247/13
247/15 249/9
258/5 268/18
Mr. Jerrine [1]
159/5
Mr. Josh [1]
199/23
Mr. Leonard [1]
159/3
Mr. Lubin [3]
256/20 257/14
260/4
Mr. Mac [1]
217/11
Mr. McMillan [73]
3/14 3/19 4/5 7/13
9/2 9/20 10/15
11/8 12/4 13/9
14/21 15/15 16/18
18/3 18/23 19/20
26/20 26/21 26/24
27/22 77/17
134/20 139/10
147/25 148/6
149/1 149/5
149/21 150/2
150/16 151/10
151/24 152/2
152/25 153/18
153/24 154/8
154/14 154/22
155/3 155/9
155/13 155/21
156/4 156/8
156/16 156/20
157/3 157/7
157/15 157/19
158/1 158/7
158/18 159/10
162/13 163/8
163/20 164/24
170/21 171/1
173/14 181/6
181/7 192/3 197/2
209/18 227/20
227/23 271/3
272/9 272/19
274/3
Mr. Mom [1]

73/23
Mr. Mr. Saunders
[1]  242/18
Mr. Ojeda [1]
207/22
Mr. Raymond [1]
236/10
Mr. Richmond [1]
132/1
Mr. Robertson [1]
51/15
Mr. Rodriguez
[10]  184/8 191/2
193/18 194/9
196/2 196/4 196/9
208/1 239/10
271/18
Mr. Rodriguez's
[3]  193/22 195/25
208/17
Mr.
Rodriguez-Rodri
guez [2]  212/19
221/3
Mr. Roth [85]
3/23 4/15 4/25
5/22 6/19 6/24 8/3
8/17 8/21 9/5 10/3
10/7 11/7 12/19
14/15 15/10 15/18
16/11 18/11 18/25
19/7 19/22 25/13
26/6 78/25 141/5
146/12 148/2
148/16 148/20
149/10 149/14
150/7 150/11
151/16 152/10
153/7 153/12
153/16 154/1
154/6 154/16
155/1 155/5 155/7
155/15 155/18
155/23 156/2
156/10 156/14
156/22 157/1
157/9 157/13
157/24 158/12
158/20 159/12
163/10 163/22
164/14 170/14
171/4 171/20
172/9 172/20

173/8 192/4 197/1
204/15 205/18
208/13 209/25
220/20 261/10
262/2 266/14
268/24 269/5
271/15 271/21
272/13 273/18
274/7
Mr. Roy [1]  72/16
Mr. Sandel [2]
117/17 151/25
Mr. Saunders [51]
3/21 3/24 5/21
6/3 140/11 142/7
144/8 144/21
164/22 187/25
188/16 194/5
194/12 195/18
195/20 213/16
213/17 213/20
213/22 237/6
237/16 239/25
240/9 240/12
240/13 240/21
242/3 242/5
243/15 244/7
245/12 245/13
247/12 247/16
248/8 248/17
253/19 253/19
253/22 254/10
255/17 255/18
256/1 258/21
262/15 264/18
265/5 266/25
267/18 268/7
272/4
Mr. Saunders' [3]
164/8 194/3
241/20
Mr. Smith [1]
58/20
Mr. Ward [2]
132/5 134/15
Mr. White [2]
135/16 143/14
Mr. Woodbury [3]
3/17 170/7 200/5
Mr. Wright [1]
103/10
Ms [18]  21/18
40/13 65/15 77/3

**M**

**Ms...** [14]  78/13
79/13 96/14 96/23
139/24 141/15
144/14 145/13
150/13 159/2
159/4 159/5
159/16 214/19
**Ms Sherri** [1]
159/2
**Ms.** [32]  20/4
21/16 21/22 22/1
22/12 22/12 22/20
44/11 46/3 64/18
64/21 70/14 76/7
78/5 78/18 79/3
79/13 86/12 88/24
98/22 101/20
110/19 124/16
128/21 135/23
137/3 149/8 159/1
159/4 161/3
197/14 215/15
**Ms. Applegate** [1]
128/21
**Ms. Beaumont** [1]
98/22
**Ms. Brown** [1]
70/14
**Ms. Bryan** [1]
124/16
**Ms. Cassisi** [6]
20/4 21/16 22/12
22/20 161/3
197/14
**Ms. Demott** [1]
101/20
**Ms. Diane** [1]
21/22
**Ms. Fraser** [1]
149/8
**Ms. Georgette** [1]
159/4
**Ms. Gordon** [1]
110/19
**Ms. Harvard** [1]
86/12
**Ms. Kennedy** [1]
88/24
**Ms. Lang** [1]  76/7
**Ms. Lydia** [2]
44/11 159/1

**Ms. McCrae** [1]
215/15
**Ms. Miller** [1]
22/1
**Ms. Miranda** [1]
46/3
**Ms. Morris-Clarke**
[1]  135/23
**Ms. Motto** [4]
64/18 64/21 78/5
137/3
**Ms. Nicado** [4]
22/12 78/18 79/3
79/13
**multiple** [3]  67/10
73/22 95/18
**mumbles** [1]
186/8
**murder** [2]  107/3
107/11
**music** [1]  86/24
**Myerjack** [1]
110/25

**N**

**N-A-V-I-O-N-I-C-S**
[1]  241/6
**Nassau** [7]
166/13 194/6
194/25 236/24
237/7 267/5
267/24
**national** [2]  183/2
212/5
**Nationality** [1]
228/13
**nationals** [5]
182/22 182/25
189/5 211/25
212/3
**natural** [3]  182/15
182/21 211/24
**naturalized** [2]
182/21 211/25
**nature** [8]  11/6
11/19 11/20 11/25
34/18 34/20 37/18
109/25
**nautical** [1]
190/22
**naval** [1]  230/17
**navigate** [6]
190/6 194/3 231/9

241/12 245/1
268/6
**navigating** [2]
231/23 268/9
**navigation** [7]
230/17 240/22
241/4 241/5
241/10 246/16
263/9
**navigational** [1]
189/22
**Navionic** [4]
240/22 246/8
246/21 246/22
**Navionics** [7]
189/22 194/2
241/1 241/6
241/14 245/25
246/20
**Navy** [2]  127/7
127/8
**nearing** [1]
125/24
**necessary** [3]
11/4 170/18
171/23
**negative** [1]  34/4
**neighbor's** [1]
115/9
**neither** [2]  35/6
146/20
**nervous** [3]  36/19
136/1 259/8
**nervousness** [1]
136/3
**Netherlands** [1]
184/17
**network** [1]
119/22
**networking** [1]
179/1
**neutral** [3]  259/22
263/16 263/17
**Nevada** [1]  118/9
**New York** [1]
109/4
**news** [1]  178/16
**newspapers** [1]
178/16
**Nicado** [5]  21/18
22/12 78/18 79/3
79/13
**nice** [1]  163/12

**night's** [1]  143/5
**nightclub** [1]
119/25
**nighttime** [1]
257/10
**nine** [3]  8/7 38/5
107/2
**nitty** [1]  5/1
**nitty-gritty** [1]  5/1
**Noah** [1]  130/17
**nobody** [3]
147/20 232/8
257/15
**nod** [1]  32/17
**non** [1]  46/14
**none** [13]  77/20
95/13 102/13
133/6 134/11
134/14 149/3
176/12 183/3
188/6 191/13
208/12 212/7
**nonjudgmental**
[1]  122/6
**nonprofit** [5]  50/7
68/13 68/14 68/16
121/7
**nonprofits** [2]
50/11 50/13
**nonrefundable** [1]
28/12
**Nope** [1]  59/14
**north** [2]  127/9
144/4
**northeast** [1]
267/8
**notice** [1]  5/13
**noticed** [5]
185/24 186/15
188/6 189/15
259/7
**nuance** [1]
142/23
**number** [144]  3/5
4/22 14/25 17/2
22/3 22/6 29/16
29/17 29/17 35/17
36/2 36/2 36/6
36/7 36/11 37/7
37/22 38/2 38/4
39/2 39/11 39/20
39/21 41/24 43/15
43/18 44/11 46/6

47/14 47/23 49/19
49/24 51/20 51/21
54/6 54/23 54/23
54/24 56/13 56/14
56/15 58/23 60/5
62/8 65/18 70/21
72/19 76/16 79/16
79/20 81/11 84/12
89/6 93/9 105/10
112/16 114/3
115/24 122/17
124/16 126/3
126/4 128/24
129/2 135/16
135/23 136/23
136/23 137/3
137/12 139/24
148/11 148/16
148/19 148/24
149/2 149/6 149/7
150/4 150/14
151/25 152/3
153/1 153/10
153/16 153/19
153/20 153/22
153/24 154/2
154/4 154/5 154/6
154/9 154/11
154/13 154/14
154/17 154/19
154/22 154/23
155/1 155/12
155/13 156/1
156/5 156/6
156/13 156/19
156/25 157/6
157/12 157/18
158/4 159/1 159/1
159/2 159/3 159/3
159/4 159/5 159/6
159/7 168/8
171/15 171/22
200/7 201/18
201/19 209/13
211/2 221/6
221/10 221/13
221/14 221/14
221/16 221/19
221/24 234/23
250/19 251/17
251/17 251/18
**Number 1** [6]
36/2 36/2 43/18

# N

**Number 1... [3]**
135/16 148/16
148/19
**Number 10 [2]**
58/23 157/12
**Number 11 [3]**
60/5 157/18 159/3
**Number 12 [5]**
62/8 76/16 137/3
155/13 158/4
**Number 13 [1]**
65/18
**Number 14 [1]**
159/3
**Number 16 [2]**
72/19 159/4
**Number 17 [1]**
159/5
**Number 18 [2]**
79/16 159/6
**Number 19 [1]**
81/11
**Number 2 [4]**
44/11 153/1
153/10 159/1
**Number 21 [1]**
159/7
**Number 22 [2]**
89/6 137/12
**Number 24 [1]**
93/9
**Number 26 [2]**
37/22 149/7
**Number 29 [3]**
39/2 39/11 149/6
**Number 3 [8]**
46/6 47/14 153/16
153/19 153/20
153/22 154/5
159/1
**Number 30 [1]**
150/4
**Number 32 [1]**
105/10
**Number 36 [1]**
114/3
**Number 37 [2]**
41/24 115/24
**Number 4 [2]**
49/19 155/12
**Number 40 [2]**

139/24 150/14
**Number 42 [3]**
39/21 124/16
152/3
**Number 43 [1]**
126/4
**Number 44 [1]**
129/2
**Number 6 [2]**
154/14 154/17
**Number 7 [5]**
36/11 54/6 135/23
148/24 149/2
**Number 8 [2]**
154/22 156/25
**Number 9 [4]**
56/13 56/15 155/1
157/6
**numerous [1]**
128/11
**nurse [19]**  37/10
55/1 55/7 55/11
65/22 65/23 66/1
67/8 71/9 71/10
73/24 93/12 97/1
97/2 97/3 106/6
119/13 119/15
145/16
**nursing [2]**  54/17
93/13
**nutrition [2]**
101/17 112/19
**NYU [1]**  121/24

# O

**o'clock [2]**  9/17
166/20
**O-J-E-D-A [3]**
27/16 197/10
197/18
**oath [1]**  180/1
**object [3]**  151/20
175/19 249/11
**objecting [2]**
16/15 18/5
**objection [32]**
4/10 4/15 4/16
15/10 16/10 18/12
18/17 148/16
149/1 149/10
149/21 149/25
150/7 172/9
172/13 172/20

175/19 175/21
175/23 204/14
204/17 211/12
220/20 220/23
262/2 262/7
266/14 266/15
266/15 266/17
271/7 271/8
**objectionable [1]**
140/6
**objections [2]**
16/14 175/7
**objective [2]**
115/18 131/23
**objectively [12]**
40/19 53/21 59/25
72/14 84/5 88/25
93/2 96/12 106/18
110/17 123/20
133/4
**obligation [3]**
142/16 143/7
145/4
**observed [1]**
261/18
**obvious [2]**  7/4
150/4
**occasion [3]**
181/24 202/12
246/1
**occasions [2]**
138/5 182/5
**Ocean [1]**  250/13
**October 27th [1]**
228/24
**odd [1]**  97/22
**offended [1]**  24/8
**offense [9]**  34/15
34/16 144/22
161/25 168/15
190/11 215/1
215/7 219/14
**offenses [4]**
11/19 11/20 34/18
272/13
**offer [1]**  234/2
**offers [1]**  175/17
**office [24]**  1/15
21/19 27/15 62/22
62/25 63/4 63/11
64/25 65/5 66/2
68/17 68/20 68/25
69/6 70/6 85/4

85/15 94/22 94/23
95/18 101/11
123/16 187/1
199/8
**officer [20]**  22/8
22/11 27/4 34/9
35/13 36/3 39/17
49/4 56/17 63/5
87/21 95/16 122/1
127/18 134/3
189/1 195/19
202/8 202/9 264/4
**officers [13]**
33/22 67/10 77/20
138/23 141/17
141/17 185/23
187/3 187/5
195/21 198/16
198/7 264/6
**offices [1]**  81/23
**official [8]**  1/24
25/4 183/4 198/25
212/9 270/6
273/21 274/19
**officially [1]**
272/13
**Oh [12]**  15/1
40/12 81/5 137/8
144/2 144/3 144/4
188/8 210/3
234/17 252/11
263/25
**OJEDA [12]**  2/17
13/18 13/19 13/25
27/15 197/4 197/7
197/10 197/18
203/21 205/21
207/22
**Olas [1]**  1/19
**older [1]**  133/12
**oldest [5]**  57/13
58/6 73/22 121/24
127/14
**open [10]**  39/7
122/2 122/5
146/23 163/2
168/19 171/17
203/14 260/25
270/14
**opening [26]**  2/11
9/1 9/7 80/1 80/1
162/11 163/23
170/12 170/15

170/22 172/4
173/24 175/4
180/16 180/18
180/19 181/6
181/10 184/13
184/21 192/11
192/22 192/24
193/6 209/19
273/23
**operating [2]**
72/23 72/24
**operation [3]**
21/17 182/11
218/25
**operational [1]**
210/5
**operationally [1]**
246/25
**Operations [3]**
27/9 27/12 198/20
**operative [1]**
197/13
**opinion [4]**
141/19 174/16
193/12 270/12
**opinions [3]**
23/10 137/25
138/13
**opponent [1]**
166/2
**opportunity [12]**
10/11 13/2 33/8
150/19 150/20
169/25 171/9
176/14 182/6
191/22 232/24
271/21
**opposed [1]**
168/21
**optician [4]**  62/11
62/12 62/14 62/15
**optimally [1]**
250/3
**option [1]**  241/10
**order [13]**  176/1
177/20 184/8
185/2 217/1 220/6
222/18 223/6
226/15 227/9
228/6 258/13
273/1
**orderly [1]**  22/4
**orders [1]**  22/9

United States vs. Raymond Saunder5    Case 2:23-cr-14013-AMC    Document 109    Entered on FLSD Docket 10/06/2023    Page 299 of

Page 299

**O**

ordinarily [4] 167/1 199/11 230/14 238/21

ordinary [3] 186/24 201/25 212/22

organized [1] 22/4

organizer [1] 233/3

orient [1] 16/16

original [2] 15/1 15/5

originally [10] 27/19 166/5 166/14 167/4 200/15 212/25 222/7 224/16 266/21 266/24

originals [1] 165/17

Orlando [3] 82/19 197/20 199/15

outcome [5] 21/2 23/16 33/11 142/22 176/17

outlet [1] 236/24

outline [1] 180/16

outlined [1] 31/24

outreach [1] 50/21

outset [1] 160/12

outstanding [3] 16/5 79/13 163/18

overall [1] 193/4

overboard [1] 250/5

overlap [1] 117/16

overlooking [1] 268/13

overnight [1] 248/14

overoptimistic [1] 7/24

overrule [2] 151/5 175/19

overseeing [1] 70/5

oversight [1] 70/7

owned [1] 114/20

owner [1] 58/7

owns [1] 104/4

**P**

P-H-I-L-L-I-P [2] 187/9 254/18

P-R-O-C-E-E-D-I-N-G-S [1] 2/23

P.A [1] 1/18

p.m [14] 147/10 147/13 159/19 160/24 163/5 163/13 163/14 173/18 185/15 209/11 209/12 210/8 270/19 274/12

paces [1] 42/6

pack [4] 247/19 247/20 247/21 256/10

packed [1] 252/6

packing [1] 187/25

paddle [5] 22/3 22/5 35/17 43/15 74/14

paddles [3] 76/18 147/5 160/18

page [6] 2/2 2/16 16/14 16/15 18/6 222/2

pages [2] 1/7 273/6

painter [1] 98/3

painting [1] 98/4

pair [2] 201/22 202/3

Palm [11] 1/16 46/21 66/8 124/21 125/1 125/1 138/19 199/8 199/16 205/24 225/20

Pam [1] 97/17

Pamela [2] 159/8 160/6

panal [2] 2/3 147/9

panel [12] 11/20 20/2 22/17 22/21 24/2 43/12 76/23 79/10 159/19

panels [1] 10/23

pants [1] 243/5

paper [3] 14/7 29/23 201/10

papers [1] 219/23

paramedic [6] 52/10 53/2 87/7 87/9 87/10 87/14

paramedic/firefighter [1] 87/10

Parcel [2] 122/19 122/21

pardon [7] 129/4 129/25 201/2 247/24 249/5 249/17 253/24

parents [1] 255/1

part [20] 10/21 22/25 41/4 41/5 52/1 75/21 105/23 116/6 133/23 160/15 167/17 176/12 191/11 198/6 199/11 207/5 236/4 239/16 255/3 272/11

part-time [2] 52/1 75/21

participant [1] 242/14

participate [1] 192/18

participation [2] 115/11 134/7

parties [14] 3/5 4/3 10/2 20/20 21/11 22/4 161/24 162/11 182/18 211/2 211/7 211/19 227/24 270/8

parties' [2] 8/25 158/17

partner [5] 59/5 59/6 71/7 71/8 71/14

party [2] 166/2 186/24

passage [1] 194/7

160/23 262/13 262/18

passed [2] 83/15 106/11

passport [2] 188/16 242/16

pathologist [2] 97/18 97/21

pathology [2] 97/23 97/24

patience [5] 23/20 51/19 105/10 125/23 159/21

patient [1] 94/23

Patrice [1] 114/5

patrol [7] 141/17 142/6 150/14 205/22 257/7 259/23 263/19

Paul [2] 58/24 122/19

pause [5] 20/6 76/14 78/20 161/8 265/23

paver [1] 44/22

pay [4] 162/24 195/5 234/2 246/9

payment [1] 178/4

payments [1] 236/1

Pearce [1] 51/21

peering [1] 186/18

people [72] 11/14 32/22 35/4 38/8 38/9 38/11 38/14 38/22 42/8 134/25 135/18 136/4 136/11 136/14 141/19 145/23 167/25 169/5 174/18 177/24 179/11 182/12 182/14 182/15 184/11 185/17 185/19 186/22 187/16 187/25 189/2 189/7 189/9 191/2 195/13 197/23 198/4 198/10 198/13 198/21 198/21 200/14 200/18

201/4 202/14 225/6 225/25 226/24 232/9 233/22 237/10 237/12 238/21 238/25 239/3 239/6 244/7 248/20 249/14 249/16 249/18 250/10 250/24 251/3 251/5 252/6 253/10 253/13 257/16 257/18 258/25 268/16

people's [1] 202/12

perceive [1] 8/1

perception [1] 139/5

peremptories [7] 19/13 19/16 19/17 151/24 152/23 158/11 158/15

peremptory [12] 154/10 154/13 154/20 154/20 154/25 155/17 155/20 156/7 157/23 158/5 158/8 158/14

perfectly [2] 41/5 168/2

perhaps [3] 67/2 182/2 274/6

period [9] 22/23 147/4 199/7 199/17 199/20 200/2 200/21 232/2 232/2

permanent [2] 182/16 230/7

permissible [1] 11/6

permission [6] 215/3 229/17 229/21 229/23 230/1 232/12

permit [7] 10/10 12/1 16/10 179/11 179/12 179/17 269/20

permits [1] 21/1

permitted [4]

Page 300

United States vs. Raymond Saunder5    Case 2:23-cr-14013-AMC   Document 109   Entered on FLSD Docket 10/06/2023   Page 300 of

**P**

**permitted... [4]**
19/16 19/18
175/18 272/9
**person [27]** 5/7
30/2 32/23 65/10
77/7 142/6 143/15
167/2 167/23
178/4 178/7
183/16 190/21
194/22 200/6
205/8 213/11
216/17 217/5
233/7 234/11
236/7 236/9
236/11 240/1
241/19 242/6
**person's [2]**
189/23 233/4
**personal [13]**
22/11 23/11 23/22
25/16 39/14 42/22
43/11 111/5
143/19 151/20
160/13 177/19
258/6
**personnel [4]**
21/15 206/12
207/2 209/9
**persons [4]** 24/10
182/22 211/22
212/1
**perspective [3]**
28/5 40/4 40/6
**pertain [3]** 208/17
273/25 274/2
**pertains [1]** 30/16
**Peruvian [1]**
196/21
**PGA [1]** 55/15
**pharm [1]** 44/16
**pharmaceutical**
**[1]** 44/16
**phase [1]** 146/25
**Phillip [5]** 187/9
196/9 196/15
196/16 254/14
**Phillips [1]** 65/20
**philosophical [4]**
10/25 12/8 34/25
135/2
**phoentic [1]**

21/19
**phone [32]** 5/4
18/8 166/3 166/4
167/6 167/7
167/13 169/12
170/6 188/18
188/23 189/19
190/3 190/6 190/8
194/3 233/11
240/21 241/3
241/9 241/11
241/12 241/14
241/20 242/21
242/23 246/18
246/19 246/21
246/22 259/12
262/23
**phonetic [1]**
181/14
**photo [1]** 17/16
**photograph [9]**
4/22 203/23 204/1
204/2 204/4
204/10 205/21
239/11 243/16
**photographed [1]**
207/16
**photographs [2]**
237/24 238/1
**phrase [2]** 23/1
23/2
**phrased [2]** 11/13
134/24
**physician [1]**
94/22
**physician's [1]**
105/2
**pick [6]** 23/14
241/13 247/13
247/14 247/15
259/13
**picture [2]** 184/16
205/15
**piece [1]** 174/24
**pieces [3]** 184/19
184/20 184/23
**PIERCE [7]** 1/2
1/5 1/25 20/16
68/17 125/5
274/21
**pilot [3]** 185/10
239/4 239/20
**pin [1]** 5/17

**Pinellas [3]**
132/12 132/16
134/4
**piolet [1]** 189/24
**pirates [1]** 168/24
**place [13]** 44/22
77/5 133/10
184/19 199/14
201/9 201/16
202/10 224/14
227/8 240/15
242/4 244/1
**plain [1]** 187/11
**Plaintiff [2]** 1/5
2/12
**plan [4]** 9/15
10/15 258/6
273/14
**plane [2]** 229/2
229/3
**planes [1]** 117/3
**planning [3]**
170/7 170/11
188/14
**plans [1]** 258/4
**plant [2]** 48/5
99/17
**planting [1]** 121/5
**plastic [5]** 188/2
188/4 201/10
201/11 256/8
**platform [1]**
179/8
**play [3]** 4/12
11/18 32/3
**plea [1]** 166/8
**plead [2]** 214/24
219/14
**pleaded [2]**
216/10 264/16
**pleasant [3]**
162/9 173/21
270/16
**pled [3]** 215/2
216/12 219/18
**plumber [3]** 61/6
66/18 119/24
**Plumbing [1]**
66/18
**plus [2]** 42/15
139/7
**pocket [1]** 256/10
**point [38]** 4/9

8/17 8/22 12/19
18/19 25/15 32/6
79/23 100/12
131/17 141/19
143/1 143/1
151/25 177/15
187/10 190/20
213/11 220/18
222/10 224/3
226/14 229/9
236/1 236/6
246/17 247/6
263/5 263/13
264/25 265/17
267/1 267/7
267/24 268/13
269/4 272/10
274/7
**pointer [1]** 139/4
**police [25]** 63/5
65/5 67/10 87/21
111/20 123/17
126/8 126/10
126/22 127/18
127/20 133/10
137/7 137/8
137/22 138/23
186/9 202/8 255/5
259/15 259/17
263/14 263/19
264/24 265/9
**pop [1]** 241/12
**port [3]** 207/3
237/7 267/25
**portfolio [1]** 59/3
**Ports [1]** 45/2
**posed [1]** 43/10
**position [21]**
44/21 54/16 111/4
112/22 114/19
119/23 124/22
135/17 137/16
143/9 143/14
144/14 150/17
151/4 151/5
151/17 152/11
166/11 168/23
195/2 274/1
**positions [10]**
50/13 57/5 74/22
80/2 81/14 86/22
91/17 95/18 113/4
114/18

**positive [2]** 34/5
140/7
**possession [2]**
15/5 72/6
**posting [1]** 179/7
**potential [3]** 13/4
26/18 164/13
**power [5]** 42/3
99/17 103/19
114/20 187/24
**practice [4]** 10/9
19/19 94/23
172/16
**pre [1]** 16/11
**pre-admission [1]**
16/11
**precinct [1]**
111/21
**precise [1]** 52/19
**preclude [4]**
34/25 47/12
113/22 115/17
**prefer [2]** 12/22
23/25
**prejudice [4]** 35/4
35/6 35/6 176/18
**prejudicial [4]**
164/3 271/22
272/2 272/15
**preliminary [6]**
2/9 4/2 173/23
174/1 174/4 181/5
**premature [2]**
179/19 179/20
**premises [2]**
178/9 178/11
**preparation [1]**
167/16 167/21
**prepared [3]**
41/16 147/25
169/2
**presence [3]** 24/1
43/12 77/6
**present [7]**
165/18 177/8
180/21 180/24
181/1 188/25
199/19
**presentation [1]**
162/12
**preserved [4]**
20/23 126/16
206/22 206/24

# P

**presiding [1]**
20/16

**press [3]** 118/8
118/9 198/16

**pressing [3]** 5/19
78/11 163/8

**presume [1]**
13/21

**presumed [2]**
30/3 177/1

**presumes [1]**
30/1

**presumption [4]**
29/16 29/20 142/4
142/7

**pretrial [1]** 72/7

**prevent [6]** 12/8
49/16 51/12 56/7
62/1 135/3

**prevention [2]**
50/7 87/15

**price [1]** 251/5

**primarily [2]**
114/9 168/8

**primary [1]**
171/15

**principal [4]**
70/24 71/4 133/12
133/13

**principle [1]**
31/11

**principles [5]**
29/15 31/24 162/8
174/3 196/11

**printed [1]** 81/20

**printing [4]** 74/5
75/7 75/9 81/21

**prison [8]** 106/3
106/10 106/16
106/16 220/7
221/18 222/4
222/7

**private [5]** 24/1
25/1 97/18 103/7
146/17

**probation [1]**
229/12

**probative [3]**
164/9 164/21
272/1

**problem [8]** 12/14

28/9 28/14 133/2
144/19 193/17
231/24 273/6

**problems [1]**
244/23

**procedure [2]**
14/20 269/18

**proceed [6]** 10/1
18/18 38/20 43/4
134/18 147/18

**proceeding [16]**
47/5 47/8 53/11
58/11 58/14 59/17
59/20 61/17 61/20
70/4 72/10 76/4
80/20 83/20
100/15 118/25

**proceedings [25]**
1/11 6/12 19/3
20/6 21/9 21/12
76/14 78/15 78/20
107/9 134/8
146/14 146/23
147/13 161/8
162/17 163/2
163/13 203/8
203/14 209/11
265/23 270/6
274/12 274/16

**process [5]** 22/25
24/6 107/6 147/16
269/18

**processed [2]**
189/2 206/18

**processing [2]**
200/16 200/23

**processor [1]**
114/8

**produce [1]**
193/16

**Products [1]**
132/22

**profession [6]**
33/4 33/25 56/4
65/9 231/17
231/20

**professional [10]**
37/19 48/12 52/3
55/15 86/20 116/1
160/13 231/6
240/10 244/22

**proffer [13]** 164/8
170/25 171/1

171/13 171/7
171/16 172/2
172/5 215/11
215/12 215/19
215/21 215/23

**profit [11]** 46/14
136/18 166/7
166/10 168/9
168/12 181/22
181/25 183/8
190/13 190/16

**program [12]**
18/8 72/7 93/16
112/19 121/25
178/12 189/21
189/22 189/22
190/2 190/5
245/25

**programs [1]**
50/12

**prohibited [3]**
5/14 161/19
161/25

**prohibition [1]**
162/1

**project [6]** 47/21
47/25 66/6 66/15
69/14 69/16

**projects [4]** 47/22
48/1 48/3 48/4

**promise [1]** 180/1

**promised [2]**
173/22 179/15

**promptly [5]**
76/20 147/6 178/6
269/15 270/1

**pronounce [3]**
39/22 73/25
124/13

**proof [9]** 29/17
30/17 30/19 30/23
30/24 31/7 146/2
177/4 177/16

**proper [1]** 272/7

**properly [1]**
206/19

**property [6]**
200/5 201/9
201/16 201/24
202/2 206/10

**proposal [1]** 4/15

**proposed [1]**
10/8

**proposition [1]**
30/8

**prosecuted [4]**
219/5 219/7 219/8
229/16

**prosecution [3]**
115/6 181/18
221/25

**prosecutor [4]**
193/15 196/9
217/9 226/4

**prospect [1]** 21/5

**prospective [4]**
12/18 16/3 26/22
152/15

**protect [2]** 122/4
215/17

**protected [1]**
20/24

**protection [5]**
27/8 27/12 185/13
189/15 215/21

**protects [1]**
144/25

**protein [1]** 89/16

**prove [14]** 24/20
29/7 29/12 30/12
30/18 31/8 31/17
31/20 164/3 177/7
177/13 193/3
193/9 195/25

**proved [3]** 144/24
190/14 211/9

**proven [6]** 32/5
32/8 177/2 194/18
194/18 196/24

**proves [2]** 174/17
174/21

**Providence [1]**
267/5

**province [1]**
40/24

**proving [1]** 30/10

**prudent [1]** 3/14

**pry [1]** 23/21

**public [4]** 70/24
97/19 108/20
214/14

**publish [7]**
204/19 211/13
220/25 228/2
238/5 251/22
262/9

**publisher [2]**
117/25 118/5

**Publix [2]** 45/11
110/25

**Puerto [1]** 202/11

**pull [1]** 250/5

**pulled [2]** 263/17
264/3

**pulling [3]** 16/12
256/8 259/1

**purchaser [1]**
124/20

**purchasing [3]**
46/21 62/22 63/3

**purposes [6]**
168/9 181/21
181/25 190/16
223/3 271/13

**pursuing [2]**
169/15 191/10

**push [3]** 9/24
250/4 259/12

**pushed [1]**
259/10

**puzzle [1]** 184/14

**puzzles [1]**
184/15

# Q

**qualifications [1]**
22/21

**qualified [1]**
179/16

**question [48]**
11/5 11/9 11/12
11/14 11/15 11/21
12/7 12/13 12/21
12/21 12/22 12/25
22/13 35/17 41/14
61/21 77/16 128/2
133/22 134/24
135/7 138/3
138/15 144/10
150/19 150/21
165/2 168/20
175/10 175/12
175/16 175/19
175/21 175/23
175/24 195/15
206/17 206/21
207/5 215/22
216/18 216/22
222/5 254/7

## Q

**question... [4]**
264/21 264/21
268/16 268/17
**questioned [2]**
24/8 106/13
**questioning [8]**
11/22 23/19 23/21
23/24 40/16 41/15
151/8 210/25
**questionnaire [2]**
115/8 115/12
**questionnaires
[5]** 15/21 16/3
18/21 41/15 43/9
**questions [25]**
9/19 10/9 10/12
10/13 10/21 10/22
11/7 12/4 12/11
19/19 22/21 22/23
32/18 43/9 43/10
78/4 134/18
135/11 152/25
153/4 175/7 175/8
175/9 203/16
207/18
**quick [3]** 142/24
205/2 259/20
**quote [1]** 30/16

## R

**radars [1]** 139/16
**radio [1]** 178/16
**Radko [1]** 117/23
**RAFAEL [3]**
210/15 210/18
212/21
**raft [5]** 249/1
249/13 249/19
249/24 250/1
**Rahmon [1]**
181/14
**raise [13]** 4/25
19/7 25/17 26/14
43/15 50/10 67/2
99/22 117/6
118/16 121/4
161/11 210/13
**raised [3]** 108/24
164/16 213/2
**raising [3]** 39/17
74/14 99/23
**ranch [1]** 52/14

**range [1]** 171/17
**ranks [1]** 117/23
**rate [1]** 235/8
**RAYMOND [15]**
1/6 3/4 3/22 25/12
26/9 181/20 182/3
183/7 183/11
185/5 187/20
187/23 212/14
236/10 236/13
**reach [4]** 33/5
41/7 64/10 174/10
**reached [11]**
14/19 57/25 64/7
88/13 107/10
107/16 107/17
109/17 109/19
128/7 259/10
**reaching [1]**
176/9
**Readiness [1]**
127/9
**ready [4]** 14/4
79/5 192/8 247/9
**realize [2]** 191/16
263/14
**realized [1]**
186/19
**rear [1]** 239/16
**reasonableness
[2]** 33/13 176/19
**recap [1]** 271/5
**recently [1]** 59/8
**receptacle [1]**
201/11
**recess [10]** 6/3
6/12 18/19 19/2
19/3 78/15 147/13
163/13 209/11
272/24
**reckless [1]** 25/2
**recognize [13]**
27/23 203/4
203/22 220/14
220/16 223/4
227/17 237/23
243/13 251/15
260/17 261/14
266/5
**recognized [2]**
20/23 164/17
**recollection [6]**
222/16 222/21

223/13 224/10
268/1 271/13
**recommend [1]**
6/5
**record [13]** 6/17
22/7 36/2 43/15
61/21 151/5
165/20 197/9
197/17 212/20
213/21 240/25
255/21
**recording [3]** 4/8
13/9 169/18
**recordings [2]**
4/12 182/4
**recreation [1]**
238/24
**recruited [1]**
233/17
**red [1]** 267/4
**redacted [2]** 4/12
13/8
**redaction [1]** 4/8
**Redfin [1]** 127/15
**redirect [1]**
207/19
**reduce [2]** 226/10
226/12
**reduced [4]** 184/1
184/2 195/12
222/10
**reducing [2]**
222/18 223/6
**reduction [6]**
216/19 217/15
223/14 223/17
224/9 224/14
**reentering [1]**
25/6
**reentry [2]** 34/16
190/17
**reference [5]**
170/15 205/10
215/13 216/17
221/6
**referenced [7]**
65/10 183/1 183/3
212/4 212/8
271/10 273/22
**referencing [3]**
18/3 83/21 110/7
**reflect [1]** 213/21
**reflective [1]**

186/19
**refresh [5]** 222/16
222/21 223/13
224/10 246/22
**refrigerator [1]**
261/1
**refuge [1]** 42/4
**Regina [1]** 120/25
**regional [1]**
132/21
**regions [1]**
241/11
**registered [10]**
55/1 55/7 65/22
65/23 66/1 71/9
93/12 97/2 112/18
119/13
**regular [1]** 202/8
**regulatory [1]**
114/16
**rehab [3]** 54/13
54/14 73/23
**rehabilitated [1]**
149/24
**reiterated [1]**
270/2
**reject [47]** 153/9
153/12 153/16
153/18 153/24
154/1 154/6 154/8
154/14 154/16
154/18 154/22
155/1 155/2 155/3
155/5 155/6 155/7
155/9 155/13
155/15 155/16
155/18 155/19
155/21 155/23
156/2 156/4 156/8
156/10 156/14
156/16 156/20
156/22 157/1
157/3 157/7 157/9
157/13 157/15
157/19 157/24
158/1 158/7
158/12 158/13
195/25
**rejected [1]**
154/19
**relatedly [1]**
34/24
**relationship [5]**

186/19
**relationships [2]**
67/19 95/19
**relative [1]** 77/3
**relatives [29]**
49/8 51/2 51/8
53/3 55/20 57/10
65/1 66/23 66/25
73/12 75/14 82/14
92/22 93/22 95/14
98/10 104/7
106/20 108/2
109/7 110/12
114/24 116/21
118/18 120/6
123/12 125/15
129/16 131/8
**relatives' [1]**
123/18
**released [1]**
226/18
**relevance [1]**
164/16
**relied [2]** 271/23
273/22
**relief [1]** 228/15
**religious [4]**
10/25 12/8 34/25
135/2
**rely [4]** 30/25
180/11 195/11
272/17
**relying [1]** 142/25
**remain [7]** 29/18
31/14 32/12
159/24 172/6
177/9 197/5
**remains [1]**
269/18
**remarks [1]** 175/5
**remind [1]** 13/10
**reminders [2]**
161/17 162/6
**removal [7]** 198/8
198/20 199/2
227/9 228/7
228/15 230/10
**removals [1]**
199/1
**removed [5]** 25/7
181/23 184/5
206/14 229/8

**R**

**render [8]**  28/21
30/5 30/6 41/18
58/17 144/16
179/14 272/14
**Reno [1]**  118/9
**repair [2]**  91/14
91/18
**replies [1]**  242/20
**report [1]**  195/21
**reporter [8]**  1/24
3/10 3/16 21/21
231/3 233/9
254/17 274/19
**representations
[1]**  8/25
**Representatives
[1]**  50/20
**Republic [6]**
27/20 213/1 218/5
229/6 230/5
232/22
**request [7]**  5/8
5/16 9/3 24/3
43/11 178/3
215/17
**requested [2]**  4/7
13/8
**required [7]**  29/6
32/16 33/1 177/16
177/25 270/10
270/14
**res [1]**  167/17
**rescued [1]**
188/10
**research [7]**
44/13 162/2 162/3
178/17 178/19
178/21 270/3
**reserve [2]**
133/25 152/23
**reside [3]**  183/5
212/10 218/16
**resident [2]**
182/16 230/7
**resolved [1]**  7/11
**resource [2]**
71/18 114/11
**respective [1]**
21/15
**response [2]**
188/18 263/13

**responses [1]**
24/5
**responsibilities
[2]**  35/9 148/25
**rest [3]**  78/7
102/5 221/22
**restaurant [7]**
58/8 66/1 71/5
103/25 111/5
111/7 116/3
**restaurants [3]**
58/9 104/14
112/24
**restraint [1]**
254/10
**restroom [4]**  78/6
147/12 252/13
252/16
**rests [2]**  30/10
142/23
**result [3]**  83/21
226/3 226/18
**resume [5]**  78/10
79/15 161/16
270/23 271/17
**resumed [6]**  6/13
19/4 78/16 147/14
163/13 209/12
**retail [9]**  44/22
66/14 84/14 84/15
84/23 85/1 95/2
119/18 131/4
**retire [4]**  41/6
116/25 132/14
269/21
**retired [39]**  52/10
59/1 59/7 60/8
68/11 68/12 69/12
72/21 73/6 76/23
85/15 86/20 87/7
87/10 95/16
103/17 105/22
106/3 108/19
109/3 114/6
116/23 117/24
120/25 121/13
123/17 126/6
127/7 129/6
129/13 132/7
132/8 132/21
133/9 147/9
160/23 163/5
208/6 270/19

**retirement [1]**
69/13
**retiring [2]**  114/7
114/8
**return [9]**  6/10
147/5 147/6
147/12 160/19
178/5 191/15
191/23 216/20
**Revatie [3]**  91/4
159/8 160/6
**review [2]**  16/4
18/20
**richly [1]**  42/2
**Richmond [2]**
130/17 132/1
**Rico [1]**  202/11
**right-hand [2]**
213/13 252/22
**rise [11]**  6/14
20/3 76/22 79/9
143/18 160/22
161/5 163/4 208/5
270/18 274/11
**river [5]**  48/5 48/8
93/17 244/11
245/2
**RMR [2]**  1/23
274/19
**roads [2]**  139/6
139/7
**robbed [1]**  104/15
**robbery [1]**
107/17
**Robert [1]**  43/23
**Robertson [2]**
50/1 51/15
**robes [1]**  191/17
**rod [1]**  255/23
**RODRIGUEZ [88]**
2/20 2/20 27/18
27/18 169/12
169/12 183/17
183/17 183/18
183/19 183/19
184/5 184/8 185/6
187/8 187/8
187/14 187/14
188/12 188/12
188/15 188/23
189/8 189/17
189/20 189/20
191/2 191/4 191/8

193/17 193/17
193/18 193/20
194/9 195/11
195/24 196/2
196/4 196/9
196/19 208/1
208/21 209/4
209/7 209/24
210/10 210/15
210/15 210/18
210/18 210/19
210/19 210/25
210/25 212/19
212/19 212/21
212/21 212/23
213/4 213/4 213/4
213/5 213/6
220/17 220/17
221/3 221/3 221/3
223/2 225/16
227/16 228/5
230/14 238/8
239/10 243/12
249/25 251/13
252/2 253/7
259/24 261/13
262/12 266/3
269/2 270/20
271/18
**Rodriguez's [4]**
193/22 195/25
208/10 208/17
**RODRIGUEZ-RO
DRIGUEZ [16]**
2/20 27/18 183/17
183/19 187/8
187/14 188/12
189/20 193/17
210/15 210/18
210/19 210/25
212/21 213/4
220/17
**role [18]**  21/3
21/13 23/16 42/13
44/17 46/10 70/7
73/1 87/9 87/14
89/19 117/10
127/8 128/13
128/14 134/3
193/22 193/23
**roles [5]**  52/3
101/14 111/7
121/1 126/25

**roll [11]**  169/11
169/13 188/18
188/23 189/19
190/8 242/22
242/23 259/24
260/3 260/6
**Ronald [2]**  27/3
189/1
**roofer [2]**  43/23
43/24
**roofing [1]**  44/1
**room [17]**  30/5
32/4 41/6 41/8
72/23 72/24 76/18
76/18 144/15
147/6 160/19
179/8 180/5 180/9
181/3 225/13
269/21
**rooms [1]**  178/25
**rooted [1]**  52/13
**rope [5]**  247/22
250/5 260/6 260/7
260/18
**ROTH [94]**  1/18
1/18 2/13 2/19
3/21 3/23 4/15
4/25 5/22 6/19
6/24 8/3 8/17 8/21
9/5 10/3 10/7 11/7
12/19 14/15 15/10
15/18 16/11 18/11
18/25 19/7 19/22
25/13 26/6 26/9
78/3 78/25 141/5
146/12 148/2
148/16 148/20
149/10 149/14
150/7 150/11
151/16 152/10
153/7 153/12
153/16 154/1
154/6 154/16
155/1 155/5 155/7
155/15 155/18
155/23 156/2
156/10 156/14
156/22 157/1
157/9 157/13
157/24 158/12
158/20 159/12
163/10 163/22
164/14 170/14

**R**

**ROTH... [24]**
171/4 171/6
171/20 172/9
172/20 173/8
192/4 197/1
204/15 205/18
208/13 209/25
212/13 220/20
261/10 262/2
266/14 268/24
269/5 271/15
271/21 272/13
273/18 274/7
**round [1]** 249/11
**route [4]** 166/21
209/4 241/21
246/16
**Roy [2]** 70/22
72/16
**Royce [1]** 160/5
**rude [1]** 270/9
**Rudy [1]** 89/8
**rules [8]** 19/14
23/16 175/15
175/18 176/25
179/21 179/24
179/25
**ruling [4]** 163/24
170/23 172/1
173/10
**runs [2]** 28/7 58/6
**ruse [1]** 147/8

**S**

**sacrifices [1]**
192/14
**sales [3]** 50/15
52/4 119/18
**Sally [3]** 86/20
159/7 160/6
**salon [7]** 251/16
251/17 251/18
251/18 251/20
252/6 253/5
**Sam's [2]** 84/19
84/20
**sample [2]** 4/13
4/17
**Sandel [6]** 41/25
43/4 115/24
117/17 151/12
151/25

**Sandra [2]** 36/10
54/9
**Santa [3]** 229/5
232/22 258/10
**Santo [1]** 230/12
**satisfactorily [1]**
151/23
**satisfied [1]**
14/14
**SAUNDERS [87]**
1/6 3/5 3/21 3/22
3/24 5/21 6/3
25/12 26/9 140/11
142/7 144/8
144/21 164/22
171/8 181/20
182/3 183/7
183/12 184/10
185/5 187/20
187/23 187/25
188/16 188/17
189/14 189/15
189/16 190/4
191/5 191/7
191/24 194/5
194/12 195/3
195/6 195/18
195/20 201/16
207/3 212/14
212/14 213/16
213/17 213/20
213/22 236/10
236/13 237/6
237/16 239/25
240/9 240/11
240/12 240/13
240/21 242/3
242/5 242/18
243/15 244/7
245/12 245/13
246/17 247/12
247/16 248/8
248/17 253/19
253/19 253/22
254/10 255/17
255/18 256/1
258/21 260/20
262/15 264/18
264/23 265/5
266/25 267/18
267/22 268/7
272/4
**Saunders' [5]**

16/10 90/3 194/3
202/1 241/20
**save [2]** 19/16
140/4
**saved [1]** 250/10
**scared [1]** 36/18
**scenario [1]** 9/22
**scene [2]** 128/12
264/3
**scenes [1]** 126/16
**schedule [9]** 10/1
10/22 28/7 28/10
28/15 102/12
102/14 102/19
150/10
**scheduled [2]**
28/13 173/4
**schedules [1]**
9/19
**scheduling [2]**
9/12 28/5
**scholars [1]**
192/23
**school [12]** 46/9
70/25 71/1 71/18
89/17 97/22
105/21 116/3
129/13 133/12
133/13 218/4
**schools [6]** 46/20
70/24 97/18 97/19
97/19 121/5
**science [1]**
123/11
**scientifically [1]**
195/17
**Scott [2]** 159/9
160/7
**screen [3]** 10/11
204/23 255/12
**screenshots [1]**
18/7
**search [4]** 167/8
167/9 178/13
202/14
**searching [1]**
179/9
**seat [6]** 255/6
255/14 255/15
255/17 255/20
255/22
**Sebring [1]** 42/17
**second [13]** 27/3

73/23 121/25
153/23 154/24
162/15 177/6
183/21 212/11
223/23 225/16
240/9 262/4
**secretary [3]**
111/20 228/15
229/21
**section [2]** 222/6
228/12
**security [13]** 3/12
22/8 22/11 26/2
27/2 27/17 99/18
122/1 197/25
198/2 228/15
229/22 229/23
**seeking [2]**
123/24 208/23
**select [5]** 7/18
19/12 21/1 23/4
23/22
**selected [4]** 24/7
30/15 34/6 160/10
**selecting [1]**
19/20
**selection [6]**
13/25 19/15 24/6
147/16 153/4
185/20
**selections [2]**
146/16 147/2
**self [7]** 46/14 52/1
52/11 52/12 69/22
121/13 123/1
**self-employed [7]**
46/14 52/1 52/11
52/12 69/22
121/13 123/1
**selling [1]** 52/5
**Seminole [1]**
52/10
**sense [6]** 30/22
32/20 32/25 33/22
209/17 269/14
**sentence [12]**
40/23 184/1 184/3
195/12 216/20
217/15 222/9
222/13 222/19
223/7 223/17
226/10
**separated [1]**

200/3
**sequence [1]**
170/8
**sergeant [2]**
111/21 225/12
**serious [6]** 151/6
179/23 225/4
225/7 225/19
258/9
**serve [57]** 22/22
23/17 24/7 28/11
34/6 34/22 35/23
37/2 37/24 42/4
42/16 43/2 45/25
47/9 49/17 51/13
58/18 62/2 63/12
64/18 69/7 70/15
71/21 72/9 74/8
76/8 77/13 81/1
86/13 90/22 92/9
95/11 95/21 98/20
100/22 102/16
104/19 105/5
107/24 108/7
112/2 112/10
112/11 115/14
117/12 119/6
124/10 127/2
127/23 128/18
131/24 133/18
142/15 154/4
159/23 192/15
192/16
**served [67]** 36/16
45/12 45/17 46/10
46/22 46/24 48/24
50/25 52/23 53/17
55/18 56/1 57/8
57/17 59/13 59/15
61/7 61/9 63/19
67/23 70/11 71/23
72/2 73/15 73/17
75/22 80/15 82/21
82/23 85/9 86/9
88/1 88/15 89/25
92/13 92/15 93/25
94/2 95/25 97/9
97/10 98/8 100/6
100/8 103/3
104/10 104/15
104/21 106/23
109/10 111/14
112/4 113/14

**S**

**served...** [14] 115/2 116/17 119/2 120/9 124/2 125/18 127/25 129/21 130/6 131/11 133/20 133/22 192/20 226/14
**server** [1] 71/5
**service** [14] 6/1 6/16 21/6 21/7 21/19 23/9 61/11 75/3 75/20 122/20 122/21 160/15 221/9 221/10
**services** [2] 101/17 273/3
**serving** [4] 42/13 51/25 112/24 160/2
**session** [1] 65/14
**seven** [4] 7/20 88/4 97/19 132/15
**Seventeen** [1] 46/11
**Seventh** [4] 91/22 92/2 92/3 92/4
**Seventy** [1] 222/8
**Seventy-eight** [1] 222/8
**sewer** [1] 48/3
**Shannon** [1] 65/20
**share** [4] 35/19 36/12 36/25 39/25
**shared** [1] 14/12
**sheriff** [1] 27/14
**Sheriff's** [11] 27/15 62/22 62/25 63/4 63/11 64/25 65/5 85/15 95/18 123/16 187/1
**Sherri** [3] 46/8 159/2 160/3
**shift** [3] 143/5 143/8 150/6
**ship** [6] 187/18 189/21 194/6 194/14 206/16 250/9
**shirt** [4] 6/2 6/4

6/6 213/14
**shoals** [1] 194/7
**shoe** [2] 202/4 207/11
**shoes** [17] 202/3 202/4 202/13 206/1 206/3 206/4 206/4 206/9 206/13 206/20 206/22 206/24 206/25 207/7 243/15 243/21 243/25
**shoot** [2] 264/2 265/7
**shop** [3] 91/14 91/15 247/19
**shoreline** [1] 257/6
**short** [1] 224/1
**shoulder** [1] 7/4
**shown** [2] 41/3 195/17
**Shut** [1] 187/6
**shutdown** [1] 232/14
**shy** [1] 31/14
**sic** [2] 42/10 140/7
**side** [21] 9/9 10/9 12/16 12/17 18/20 24/9 25/14 25/20 52/16 77/15 152/1 158/5 163/18 173/13 175/17 198/9 213/13 225/20 255/22 261/22 261/23
**sidebar** [4] 76/16 146/13 162/14 203/7
**sides** [4] 14/13 40/18 138/14 191/21
**sight** [1] 28/21
**sign** [3] 15/17 213/3 216/5
**signal** [1] 263/21
**signaling** [1] 185/25
**signature** [2] 238/11 239/12
**signatures** [1]

21/110
**signed** [6] 15/4 15/19 168/23 171/8 182/8 223/11
**silent** [4] 29/18 31/14 32/13 177/9
**simplify** [1] 18/2
**sincere** [3] 20/18 32/24 160/17
**sincerity** [1] 33/2
**sink** [1] 263/12
**sinking** [1] 250/9
**sister** [2] 94/8 175/12
**site** [2] 44/13 179/8
**situated** [2] 161/4 163/16
**situation** [5] 42/25 43/1 235/24 258/9 268/18
**situations** [2] 35/5 134/9
**size** [1] 238/22
**Skipping** [1] 154/21
**slate** [1] 177/5
**sleep** [2] 143/6 150/6
**sleeping** [2] 102/18 102/20
**sleepy** [1] 256/16
**slim** [1] 254/15
**slow** [1] 3/14
**slowly** [3] 21/25 148/14 211/16
**small** [6] 55/17 94/22 99/8 142/23 144/4 165/15
**smaller** [1] 50/11
**smashed** [1] 186/1
**smiling** [1] 162/20
**Smith** [2] 56/15 58/20
**smuggled** [2] 181/20 253/16
**smuggling** [22] 24/25 34/14 166/7 167/17 186/22 187/11 190/13

191/5 200/8 201/6 209/3 218/25 224/25 230/20 230/20 231/14 237/10 237/15 239/13 248/21 258/13 263/14
**snacks** [1] 254/16
**Snapchat** [1] 179/2
**sneaker** [2] 202/18 202/20
**sneakers** [2] 202/17 202/22
**snitch** [1] 195/14
**snitching** [1] 195/13
**social** [4] 122/7 162/3 178/25 179/3
**sofa** [2] 255/16 262/19
**software** [1] 194/2
**sole** [1] 40/23
**Soleil** [1] 86/25
**solely** [7] 23/6 39/15 41/19 42/23 90/17 174/12 198/14
**solution** [1] 274/6
**someone's** [1] 174/16
**someplace** [2] 200/16 229/2
**sometime** [1] 255/15
**son** [15] 46/21 57/12 57/13 61/6 62/24 63/17 65/11 102/25 107/20 110/2 110/7 122/8 133/9 133/12 225/15
**son's** [2] 110/9 133/17
**soon** [1] 263/16
**sorts** [1] 126/14
**sought** [2] 14/6 171/2
**sound** [1] 240/18
**sounds** [1] 196/14

**source** [1] 178/19
**South** [1] 274/20
**SOUTHERN** [7] 1/1 20/14 20/20 25/25 92/1 183/24 185/8
**space** [1] 262/19
**Spanish** [1] 231/5
**special** [30] 3/9 7/4 13/13 13/18 23/11 26/1 27/1 27/16 28/9 28/14 166/4 166/11 167/5 167/13 168/2 169/25 181/12 181/14 181/15 182/4 182/10 188/25 197/4 197/20 198/10 199/5 199/24 202/6 203/21 254/4
**specialist** [1] 73/23
**specialized** [1] 245/6
**specific** [4] 10/13 200/2 201/22 204/9
**speculate** [1] 169/21
**speech** [5] 97/17 97/21 97/23 97/24 129/20
**speed** [5] 9/25 259/1 259/12 259/12 259/18
**speedboat** [1] 267/14
**speeding** [3] 90/15 137/14 138/9
**speedometer** [1] 138/2
**speeds** [2] 139/1 139/20
**spell** [3] 210/17 212/19 233/9
**spelled** [9] 27/13 27/16 152/4 152/5 197/18 219/24 226/25 231/4 241/6

**S**

**spelling [1]** 197/9
**spend [2]** 182/13 184/20
**spent [2]** 196/4 230/12
**splint [1]** 7/7
**spoke [5]** 54/5 96/25 115/25 207/2 250/18
**spoken [1]** 4/9
**spot [1]** 18/17
**spots [1]** 161/7
**spouse [34]** 44/25 48/17 50/19 52/9 55/14 57/3 60/20 66/5 69/11 73/5 73/9 75/6 75/11 82/6 87/6 91/13 95/5 98/2 99/21 101/16 104/3 106/2 109/2 113/2 114/15 116/12 119/21 121/12 123/8 125/11 127/6 129/12 131/3 132/20
**spouse's [1]** 95/9
**Sprigle [1]** 105/12
**square [1]** 267/4
**Sr [2]** 159/3 160/4
**St [18]** 46/8 63/2 63/11 63/23 65/5 70/24 77/8 77/21 81/18 97/2 99/17 185/7 237/7 245/1 245/4 257/3 267/24 267/25
**St. [2]** 65/6 125/6
**St. Lucie [2]** 65/6 125/6
**stack [1]** 202/20
**staff [1]** 14/11
**stand [11]** 35/16 36/5 39/19 43/21 161/9 171/19 171/22 198/19 209/8 210/13 255/7
**standard [8]** 10/22 13/2 19/13

140/24 209/20 244/23 272/15 272/16
**standing [3]** 11/1 26/10 197/6
**starboard [1]** 267/20
**starting [5]** 3/6 25/21 28/6 185/24 189/16
**starts [1]** 177/5
**state [19]** 63/25 64/1 64/2 68/17 68/19 68/24 69/5 70/5 88/7 107/1 107/2 109/13 126/9 128/4 197/8 197/17 199/11 202/10 210/16
**stated [2]** 151/13 247/3
**statement [18]** 9/1 152/12 163/23 169/11 171/12 180/16 180/19 181/6 181/10 184/13 184/22 192/11 192/22 192/24 193/8 209/19 264/13 273/23
**statements [13]** 2/11 152/15 162/12 166/11 166/11 168/1 173/24 175/3 175/4 180/19 193/6 193/7 272/4
**states [84]** 1/1 1/3 1/12 1/24 3/4 10/19 20/14 20/24 25/4 25/8 25/24 29/23 30/11 52/5 78/23 97/19 122/21 142/16 164/22 166/10 166/21 168/10 168/21 168/25 169/5 181/13 181/17 181/21 181/23 182/17 182/22 183/5 183/9 183/13

183/10 184/7 184/12 185/6 188/15 189/10 190/1 190/19 190/23 191/3 191/6 191/8 194/11 194/14 194/21 195/4 196/5 196/7 197/3 199/3 211/25 212/10 212/12 215/4 218/12 218/13 219/3 221/9 226/19 228/7 229/2 229/9 229/14 229/18 230/7 230/10 231/13 235/4 237/11 239/4 241/22 244/24 246/15 250/14 253/17 255/4 257/6 258/6 264/20 274/20
**station [5]** 65/5 137/7 137/8 205/22 208/8
**stay [13]** 76/16 81/13 151/25 160/8 160/21 164/5 185/25 225/13 248/14 258/6 267/20 267/20 268/14
**stayed [1]** 121/4
**stays [1]** 82/20
**steel [1]** 50/24
**steer [4]** 189/21 239/22 256/18 263/3
**steering [6]** 239/17 239/23 255/19 255/19 255/24 263/4
**step [3]** 237/9 252/14 252/15
**stepfather [2]** 95/16 96/5
**stepped [1]** 137/18
**stern [5]** 249/22 249/22 251/16 251/17 265/1

**sticking [1]** 33/20
**sticks [1]** 186/7
**stipulate [3]** 211/20 213/15 272/5
**stipulation [15]** 14/22 15/11 15/14 15/19 172/16 172/18 182/18 189/6 209/14 209/18 209/20 211/2 211/8 211/10 211/18
**stipulations [5]** 2/10 7/17 14/20 14/21 16/6
**stir [1]** 12/2
**stopped [4]** 188/17 241/22 255/4 257/7
**stores [1]** 52/6
**story [2]** 138/14 188/10
**storyteller [1]** 116/13
**straight [4]** 229/5 237/7 256/18 267/24
**Straigis [1]** 119/13
**strange [1]** 191/14
**strangely [1]** 188/6
**strap [2]** 265/2 265/19
**streamline [1]** 172/13
**Street [2]** 68/18 122/8
**stress [1]** 21/6
**stricken [7]** 148/19 149/4 149/13 150/1 150/9 152/14 176/1
**strictly [1]** 271/25
**struck [1]** 263/10
**structure [1]** 239/19
**Stuart [1]** 55/3
**stuck [1]** 184/23
**student [2]** 116/5

116/7
**studies [1]** 44/16
**Studios [1]** 82/20
**study [3]** 62/15 99/11 103/21
**subagencies [1]** 198/6
**submit [3]** 167/15 169/3 181/19
**submitted [1]** 10/9
**subparagraph [1]** 228/12
**subpart [1]** 198/1
**substantial [3]** 216/13 216/14 217/2
**successfully [1]** 143/1
**sudden [4]** 186/14 186/19 223/20 259/10
**sufficient [2]** 8/25 194/13
**sufficiently [2]** 149/24 151/6
**suggest [2]** 188/20 195/10
**suggested [1]** 12/14
**suggests [1]** 175/11
**Suite [2]** 1/15 1/19
**suited [1]** 24/10
**summarize [1]** 181/2
**summation [1]** 144/19
**summoned [3]** 94/1 100/1 125/19
**summons [1]** 90/1
**summonsed [1]** 100/9
**sunk [1]** 186/2
**Supermarket [1]** 111/1
**supermarkets [1]** 111/7
**supermarkets/res taurant [1]** 111/7

**S**

**supervisor [5]**
73/6 75/8 101/17
102/1 130/21
**supplemental [1]**
195/21
**supplements [1]**
89/15
**supplying [1]**
178/5
**surgery [3]** 7/4
28/13 83/15
**surprise [3]** 249/2
249/4 250/24
**surprised [1]**
5/24
**surprising [1]**
250/23
**Susanne [1]**
110/25
**sustain [2]**
175/21 175/23
**swear [2]** 161/3
210/11
**sweater [1]**
262/24
**sweatshirt [1]**
243/6
**switch [1]** 197/12
**sworn [12]** 2/3
2/8 22/16 22/17
160/9 161/10
161/13 173/22
174/2 197/6 197/7
210/15
**sympathy [2]**
35/3 35/6
**system [16]** 21/3
21/7 29/16 42/7
42/19 42/22 57/13
125/7 131/19
139/18 151/14
160/16 165/17
192/20 221/9
221/17

**T**

**table [4]** 3/9 3/22
6/23 26/10
**tabled [1]** 173/8
**tad [2]** 84/15
118/16
**tail [1]** 232/16

**tall [1]** 254/15
**tape [29]** 169/11
169/13 187/25
188/2 188/3 188/4
188/18 188/23
189/19 190/9
195/1 195/7 195/8
195/9 195/18
242/22 242/23
254/10 259/13
259/24 260/1
260/3 260/6 260/8
260/8 260/18
260/19 262/24
265/17
**taped [3]** 195/3
195/6 195/20
**target [1]** 12/12
**taught [1]** 86/24
**tax [2]** 91/6 91/7
**teach [2]** 118/1
123/10
**teacher [10]**
46/20 48/18 51/25
52/1 59/8 71/1
71/3 86/24 117/25
123/9
**tech [4]** 54/11
54/12 72/21 72/23
**technician [7]**
72/24 105/1 126/8
126/14 126/19
126/25 128/14
**technology [1]**
179/3
**Teenagers [1]**
48/20
**telephone [1]**
178/24
**television [1]**
178/16
**temporarily [1]**
199/8
**ten-minute [1]**
12/1
**tend [2]** 139/13
145/24
**tender [2]** 205/12
268/20
**tennis [4]** 202/3
202/4 202/4 243/6
**tentative [1]** 10/1
**term [2]** 198/23

198/25
**terms [12]** 6/23
8/6 16/21 33/23
61/11 99/11 170/8
215/23 216/7
232/15 268/18
271/5
**terrible [1]** 186/11
**testimony [30]**
13/14 32/16 33/6
33/6 33/7 33/13
33/13 170/23
172/3 174/14
176/10 176/11
176/13 176/19
176/20 178/13
180/14 188/25
189/5 195/11
195/25 196/2
196/12 208/10
208/18 209/24
269/3 270/4
270/24 271/17
**text [17]** 5/3 5/6
18/7 163/25
164/11 164/16
166/18 166/21
167/6 167/11
168/13 169/7
170/12 170/20
178/24 271/20
272/10
**texts [5]** 164/11
169/16 170/3
173/9 173/9
**thank [161]** 3/2
3/19 4/14 6/11
6/15 6/16 6/21
7/10 7/10 8/2 9/11
10/6 12/15 13/5
13/6 18/1 19/5
19/6 20/5 21/7
22/19 26/4 26/5
26/11 26/12 26/25
27/22 36/1 37/4
37/22 38/6 38/25
39/11 43/5 44/8
46/2 47/14 48/6
49/19 49/21 51/15
51/19 52/23 54/2
54/18 54/20 56/10
58/20 60/2 62/4
64/20 65/15 67/3

68/6 70/17 72/16
74/10 76/10 76/11
78/2 78/4 78/5
78/7 81/6 81/8
81/25 83/19 84/8
86/15 87/4 89/3
90/14 90/14 90/24
93/5 94/16 96/14
96/17 97/13 98/22
100/24 102/10
102/21 103/9
105/7 105/10
105/25 108/9
108/11 110/19
112/13 113/25
115/20 117/8
117/17 119/8
120/19 124/12
124/15 125/22
125/23 128/21
130/11 132/1
133/20 134/15
134/22 136/24
137/8 139/11
139/21 141/2
141/3 141/4 141/7
142/11 143/11
144/11 145/8
145/10 146/10
146/12 146/21
146/22 147/7
151/4 159/20
160/12 161/9
163/15 173/16
181/8 188/9 192/2
192/3 192/9
192/12 192/19
192/21 196/25
197/1 203/19
204/15 204/21
205/17 207/18
207/20 207/22
210/7 210/9
210/19 210/22
211/15 212/16
228/1 252/25
264/2 270/20
270/22 271/1
274/10
**thanks [1]** 7/16
**theft [1]** 110/4
**theological [1]**
42/2

**theory [1]** 191/10
**therapist [1]**
129/20
**thick [1]** 202/20
**thinking [3]** 38/21
165/5 259/20
**Thirty [1]** 122/24
**Thirty-three [1]**
122/24
**thoroughly [1]**
12/12
**thought [12]** 5/23
90/9 141/22
146/16 151/14
167/24 171/4
193/2 249/4 249/6
262/23 262/24
**thoughts [2]**
10/15 42/18
**threat [2]** 5/8
166/25
**threatened [2]**
169/20 169/22
**threatener [1]**
167/4
**threatening [6]**
5/3 166/18 167/2
167/10 169/7
170/2
**threats [1]** 168/5
**thrilled [1]** 21/4
**throttle [3]**
259/10 263/2
263/17
**through 121 [1]**
18/13
**throw [1]** 250/5
**ticket [1]** 137/13
**tickets [4]** 28/12
90/9 138/25
139/15
**tie [2]** 6/2 213/14
**tied [3]** 248/9
249/13 254/5
**time [85]** 5/1 9/1
9/5 10/2 18/16
18/20 21/5 22/23
23/19 30/5 32/22
38/11 52/1 61/12
75/21 75/21
100/12 116/5
117/13 124/13
134/18 138/25

**T**

**time...** **[63]** 143/1
143/19 147/24
148/21 160/13
165/10 169/4
173/6 178/3
182/14 184/20
191/20 192/2
193/2 196/4 196/6
199/7 199/16
199/20 200/2
200/21 202/19
204/12 214/5
214/7 218/11
223/19 223/19
225/12 225/13
225/14 226/14
226/15 229/9
230/2 232/1
232/12 232/13
232/23 234/6
236/1 236/14
236/15 236/15
236/22 243/1
245/13 247/6
250/12 251/3
254/9 255/16
256/20 257/5
257/8 257/14
261/25 265/14
265/17 266/12
272/21 272/24
273/19
**times** **[10]** 128/11
143/22 143/22
182/20 182/24
196/19 211/23
212/2 232/3
264/10
**timing** **[1]** 9/19
**tiny** **[1]** 187/21
**tired** **[1]** 142/18
**tirelessly** **[1]**
14/12
**title** **[3]** 23/15
89/19 99/10
**Tom** **[2]** 117/23
129/1
**ton** **[1]** 67/11
**tons** **[1]** 252/8
**topic** **[2]** 33/20
40/15

**total** **[4]** 138/16
207/9 207/13
249/2
**touch** **[2]** 246/19
255/12
**touching** **[2]**
22/21 269/25
**tough** **[1]** 73/25
**tourism** **[1]** 232/9
**tow** **[2]** 231/19
231/21
**toward** **[1]** 34/5
**towards** **[9]** 8/11
11/16 145/23
185/21 186/1
210/21 232/16
250/14 263/8
**town** **[1]** 144/4
**track** **[3]** 17/9
54/1 76/19
**Tractor** **[1]** 105/15
**trader** **[1]** 109/4
**traffic** **[6]** 90/9
90/11 90/15
132/13 137/13
138/9
**trafficker** **[1]**
183/23
**trafficking** **[1]**
183/23
**trainer** **[1]** 111/19
**transcribing** **[1]**
21/22
**TRANSCRIPT** **[1]**
1/11
**transcription** **[1]**
274/16
**transcripts** **[7]**
14/6 14/7 14/16
14/17 16/6 16/7
169/19
**transfer** **[1]**
168/22
**transport** **[2]**
194/5 233/22
**transported** **[1]**
200/18
**transporting** **[2]**
126/17 194/10
**travel** **[3]** 104/4
218/6 246/14
**traveled** **[2]** 52/5
230/13

**traveling** **[3]**
189/25 232/8
246/11
**Treasure** **[2]**
65/22 67/8
**treat** **[1]** 211/8
**treated** **[9]** 137/22
137/25 138/6
138/12 138/16
138/21 138/24
139/14 139/18
**treatment** **[1]**
48/5
**tremendous** **[1]**
187/17
**trial** **[49]** 1/11
3/15 4/1 5/20 7/14
7/14 8/4 9/14 9/18
10/5 12/18 17/10
20/22 23/13 25/10
26/3 26/19 29/6
29/24 30/15 97/11
104/16 107/3
107/6 107/11
107/12 109/14
141/25 143/21
150/10 161/22
165/14 171/19
172/6 174/3 174/5
174/9 177/20
178/3 178/6
179/22 180/15
184/13 184/14
193/1 193/11
205/9 225/23
227/22
**trials** **[1]** 11/3
**Tribe** **[1]** 52/11
**Trigg** **[3]** 81/13
159/6 160/5
**trip** **[16]** 166/13
167/20 167/21
188/14 189/12
190/6 216/25
234/9 234/9
234/23 234/25
235/22 236/7
254/11 254/13
255/14
**trouble** **[3]** 143/22
143/23 219/2
**trust** **[2]** 179/24
268/1

**truth** **[8]** 23/2 24/4
36/23 43/13
123/24 216/3
216/16 216/25
**truthful** **[1]**
195/16
**truthfully** **[3]**
169/25 216/20
216/22
**Tuesday** **[6]**
236/16 236/18
236/19 237/17
242/11 242/11
**Turkey** **[1]** 234/15
**turning** **[1]**
204/25
**turnpike** **[1]**
225/20
**Twenty** **[7]** 37/8
38/5 62/13 94/25
105/17 126/13
207/11
**Twenty-five** **[4]**
62/13 105/17
126/13 207/11
**Twenty-nine** **[1]**
38/5
**Twenty-six** **[2]**
37/8 94/25
**Twitter** **[1]** 179/2
**typed** **[1]** 17/14
**typically** **[4]** 13/24
198/16 198/17
199/1

**U**

**U.S** **[27]** 1/15
11/15 27/4 27/8
50/20 105/19
105/24 127/7
130/7 135/8
182/15 200/3
200/11 202/6
212/12 214/12
217/6 217/7
221/10 225/13
235/8 235/9
235/12 235/17
258/18 270/25
274/20
**U.S.C** **[1]** 228/13
**UF** **[1]** 48/22
**Uh** **[1]** 146/9

**Uh-huh** **[1]** 146/9
**ultimately** **[4]**
151/7 151/18
151/21 151/23
**umbrellas** **[1]**
174/19
**unable** **[2]** 33/16
37/23
**unanimous** **[3]**
41/7 144/17
144/23
**uncharacteristic**
**[1]** 166/24
**uncle** **[2]** 111/20
119/24
**unclear** **[1]** 61/21
**uncomfortable** **[4]**
20/9 23/25 43/10
140/18
**undercover** **[1]**
77/10
**underneath** **[1]**
243/7
**understanding**
**[34]** 10/21 13/24
18/11 139/14
158/17 172/19
189/11 193/5
215/12 215/20
216/16 217/4
221/11 225/7
227/7 228/20
229/20 233/7
238/18 240/13
241/7 244/3 244/6
244/10 245/12
247/8 247/9
248/17 253/13
254/18 258/2
267/23 267/23
268/12
**undisputed** **[1]**
211/21
**undivided** **[2]**
41/18 102/15
**unemployed** **[1]**
61/6
**unfairly** **[2]**
271/22 272/15
**unfamiliar** **[2]**
21/10 266/20
**unfolds** **[1]** 172/6
**unfortunate** **[1]**

**U**

**unfortunate... [1]**
67/16
**unfortunately [4]**
7/5 35/5 67/13
67/15
**uniformed [1]**
198/16
**uniforms [1]** 63/5
**unintelligible [1]**
3/9
**union [1]** 111/8
**unique [1]** 28/14
**uniquely [1]**
28/10
**UNITED [83]** 1/1
1/3 1/12 1/24 3/4
10/19 20/14 20/24
25/4 25/8 25/24
30/11 52/5 78/23
122/19 122/21
142/16 164/22
166/10 166/21
168/10 168/21
168/25 169/5
181/13 181/17
181/20 181/23
182/17 182/22
183/5 183/9
183/12 183/14
184/7 184/12
185/6 188/15
189/10 189/25
190/19 190/23
191/3 191/6 191/8
194/11 194/14
194/21 195/4
196/4 196/7 197/3
199/3 211/25
212/10 212/12
215/4 218/12
218/13 219/3
221/9 226/19
228/7 229/1 229/8
229/14 229/18
230/7 230/10
231/13 235/4
237/11 239/4
241/21 244/24
246/14 250/14
253/17 255/4
257/6 258/6

264/20 274/20
**Universal [1]**
82/20
**university [4]**
74/24 75/2 118/8
118/9
**unless [5]** 78/10
170/16 171/5
175/14 191/5
**unnecessarily [1]**
12/3
**unsuccessfully
[1]** 167/22
**unused [2]** 19/16
152/23
**unusual [4]**
186/20 202/1
202/16 258/22
**unusually [1]**
200/7
**updated [1]** 17/11
**upper [3]** 239/19
244/11 252/22
**UPS [3]** 122/22
122/23 122/23
**upset [1]** 167/4
**upstairs [3]** 187/5
187/9 264/5
**urge [1]** 22/5
**us [31]** 17/1 21/6
21/17 21/18 22/1
22/8 35/19 36/12
39/25 43/21 44/12
96/25 150/3
160/14 162/20
184/14 191/13
192/19 192/20
196/7 198/18
215/24 240/21
245/17 254/16
257/19 262/15
264/13 266/20
268/14 273/2
**usage [1]** 212/22
**useful [2]** 253/15
269/7
**USM [2]** 221/10
221/14
**utility [2]** 103/19
103/24

**V**

**v. [1]** 3/4

**v. Raymond [1]**
3/4
**value [1]** 272/1
**vast [1]** 178/20
**veering [1]**
185/24
**venire [8]** 2/3
20/2 22/17 76/23
79/10 147/9
159/19 160/23
**venture [8]** 168/9
184/10 187/12
191/5 200/8
237/15 258/14
263/15
**verdict [22]** 30/5
30/6 33/5 40/22
41/7 41/19 57/25
64/7 64/10 88/13
107/15 107/17
109/17 109/19
128/7 144/17
174/10 176/10
179/14 191/23
196/23 269/22
**verdicts [1]**
107/10
**verification [1]**
195/17
**Vero [4]** 47/21
84/19 104/25
104/25
**version [2]** 16/24
17/14
**vessel [15]** 4/23
17/16 209/3
231/11 238/13
238/15 238/16
238/22 239/18
244/5 244/23
245/18 247/3
255/3 262/13
**vessels [2]**
245/19 245/23
**veterans [1]**
114/9
**vial [3]** 256/8
256/8 256/10
**victim [22]** 45/21
47/3 49/13 51/6
53/15 59/21 64/14
70/9 74/2 76/1
80/20 83/2 83/3

83/13 86/7 92/18
94/5 98/16 104/13
113/17 115/5
118/22
**victims [1]** 68/21
**videotape [1]**
187/23
**VIII [1]** 228/13
**Vincent [1]** 160/4
**violation [1]**
138/10
**violations [1]**
90/12
**visa [1]** 264/19
**visas [1]** 168/4
**vision [1]** 8/4
**visit [3]** 43/11
178/9 178/10
**visited [1]** 248/3
**vocation [1]**
99/11
**vocational [5]**
42/1 42/12 116/1
116/5 151/13
**voice [1]** 141/11
**voir [11]** 2/4 10/8
10/11 10/16 10/20
12/17 22/18 22/25
23/1 134/21 141/6
**vs [1]** 1/5

**W**

**wad [2]** 202/4
202/18
**Walgreens [1]**
131/4
**walk [1]** 42/6
**walking [1]**
174/18
**Wall [1]** 122/8
**Wallace [3]** 79/20
159/6 160/5
**wallpaper [2]**
79/20 80/2
**Walt [2]** 101/12
101/18
**Ward [3]** 132/5
132/7 134/15
**warn [1]** 229/11
**warning [2]** 9/10
173/15
**warnings [2]**
182/7 190/4

**warranted [2]**
13/11 146/17
**wartime [1]**
192/15
**Washington [4]**
126/9 126/11
126/23 127/20
**wastewater [1]**
48/5
**watch [2]** 178/14
187/23
**watching [1]**
267/14
**wear [2]** 6/5 259/4
**wearing [3]**
213/12 243/21
244/2
**website [1]** 44/15
**websites [1]**
179/1
**Wednesday [3]**
236/18 236/20
247/5
**weigh [9]** 53/21
72/13 84/4 88/25
90/16 106/17
123/20 132/25
133/4
**weighing [4]**
59/25 93/2 96/12
110/17
**weight [4]** 29/5
174/24 177/11
180/13
**welcome [3]**
20/15 49/21 98/24
**welfare [1]** 22/11
**Weragoda [3]**
47/20 159/2 160/4
**Wesleyan [1]**
118/8
**West [5]** 1/16
125/1 199/8
199/16 205/24
**wet [2]** 174/18
174/19
**whatsoever [3]**
133/6 134/11
179/6
**wheel [9]** 255/6
255/19 255/19
255/25 256/17
256/18 259/8

## W

wheel... [2] 259/9
263/2
wheelhouse [2]
261/16 261/17
Wheels [1]
114/20
whenever [3]
175/22 197/13
232/12
Wherever [1]
133/19
white [4] 43/23
135/16 143/14
213/13
wholeheartedly
[1] 20/15
wide [1] 171/17
willing [2] 30/25
41/10
windmill [1]
184/17
windows [1]
186/17
wires [1] 261/3
wish [9] 4/8 4/25
10/12 103/7 162/9
180/2 192/7
210/21 270/16
wishes [2] 20/9
180/24
withdrawal [1]
166/8
withdrawn [1]
272/13
witness's [14]
33/3 33/7 33/8
33/10 33/10 33/12
33/13 33/24 33/25
176/16 176/16
176/17 176/19
176/19
witnesses [26]
2/15 2/16 7/20 8/7
8/15 8/18 12/18
12/20 13/4 13/20
26/18 27/21 32/16
32/20 33/2 33/17
34/3 162/12
176/22 180/3
180/7 180/21
180/24 185/2

270/5 270/8
witnesses' [1]
175/8
woman [1]
112/19
wood [1] 248/17
Woodbury [23]
3/12 3/17 3/18 7/4
26/1 27/1 166/5
166/12 167/5
167/13 168/2
169/25 170/4
170/7 181/12
181/15 182/5
182/10 188/25
199/24 200/5
206/11 254/4
Woodbury's [1]
13/13
wooden [1]
248/12
worker [1] 122/7
workers [1]
257/15
world [3] 101/13
101/18 265/8
worry [1] 259/1
worst [1] 9/22
worth [3] 235/12
235/16 235/17
worthy [1] 193/20
wound [2] 55/3
55/5
wrapped [1]
188/4
Wright [4] 66/10
102/1 103/10
142/15
wrists [1] 188/5

## Y

yacht [4] 130/17
130/18 185/22
186/24
yelled [2] 189/16
189/16
York [8] 87/21
109/4 109/12
111/18 111/19
111/20 111/22
196/5
young [3] 141/21
194/23 218/5

younger [4] 44/3
44/5 52/19 105/1
youngest [3]
75/21 127/15
133/9
yours [3] 15/24
205/1 232/17
Youth [1] 116/14
YouTube [1]
179/2
ypu [1] 24/16

## Z

Z-L-O-C-H [2]
219/24 220/1
Zloch [7] 219/23
220/3 222/18
223/6 226/4 226/9
226/16
zoom [1] 240/23